# EXHIBIT 1

Dear Honorable Judge,

I am writing as the parent of Kiyel Kearney, who is currently before the court for sentencing. I understand how serious this situation is, and I want to share my perspective as his mother.

Kiyel is a bright and intelligent young man, and last year our family experienced a major loss when my mother passed away. That affected all of us, but it impacted him the most because they were extremely close, more like best friends than just grandmother and grandson.

When he came home, he had to return to the same place where she passed, and emotionally that took a toll on him. Since then, I have made changes to better support my family, including moving us to a different environment in Southwest DC for a fresh start and putting us in family therapy, which we have already started and it has been helping.

As a mother, I want what is best for my child, and I truly believe Kiyel can do better. He has an 18 year old brother and a 2 year old sister who love him and look up to him, and I am asking for a second chance so he can prove himself. He understands the seriousness of his actions and takes responsibility for them. If he is given the opportunity to come home, his stepfather is ready to help him find work and guide him, and they already have a strong relationship.

I have also made it clear to Kiyel that this is his last chance, and I am willing to support him with structure, a stable home, and help for his mental health, but he knows he has to stay on the right path. I have seen changes in him and believe he is committed to doing better.

I respectfully ask that you consider his character, his potential to grow, and the support he has from his family when making your decision. Thank you for your time and consideration.

Respectfully,
Tenay Gillis