# EXHIBIT 2

Your Honor,

My name is Okey, and I have served as the professional manager and advisor for Kiyiel for the past 2 years In that role, I have had the privilege of witnessing firsthand not only his exceptional talent as an artist but, more importantly, the profound personal growth and transformation he has undergone. I am writing this statement with complete sincerity because I believe Kiyiel represents a powerful example of redemption, accountability, and the kind of positive change our communities desperately need.

Kiyiel is, at his core, a deeply compassionate and reflective individual. He possesses a natural charisma and creative spirit that has always drawn people toward him—young fans, fellow artists, and community members alike. In the past, like many who grow up facing the harsh realities of inner-city life, he made choices that led him down the wrong path. He has never denied or minimized those mistakes; instead, he has confronted them head-on. Through our regular conversations and collaborative work, I have seen him evolve from someone shaped by his environment into a man who is actively choosing to rise above it. He now approaches every decision with humility, self-awareness, and a genuine desire to use his platform for good. His growth is not superficial—it is evident in the way he carries himself, the goals he sets, and the quiet accountability he demonstrates every single day.

Under my guidance, Kiyiel has already begun channeling his influence into meaningful community work. We are in the early stages of developing a nonprofit organization dedicated to community outreach, with a focused mission to reduce and ultimately help end the cycle of inner-city violence. This initiative will provide mentorship programs, creative arts workshops, conflict-resolution training, and positive youth development resources in the very neighborhoods that shaped him. The artist has poured his own time, ideas, and personal story into this project because he wants to be part of the solution. He often tells me, "If my music can reach these kids, then my life story can show them there's another way."

I am incredibly optimistic about what lies ahead if he is given the opportunity to continue this path. Upon his release, we are prepared to accelerate these efforts immediately. Together, we will expand our outreach to work directly with at-risk youth—hosting regular sessions where he can speak openly about the bad decisions he once made and the lessons he learned the hard way. His message will be one of hope: that no one is defined by their lowest moment, that change is possible, and that every young person has the power to choose a better future. We already have community partners lined up, and the excitement from local organizations and youth groups has been overwhelming. This is not just talk; it is a concrete plan that will create real, measurable impact and help steer the next generation away from the same pitfalls.

He has the heart, the talent, and now the maturity to become a force for positive change. I respectfully ask the Court to consider the man he has become and the lives he can still touch. With the right support and opportunity, he will continue to grow, contribute, and help heal the very communities that once struggled alongside him.

Thank you for your time and consideration.

Respectfully submitted,

Okey Santarosa
Artist Manager

Amp music group
202-517-3198