# EXHIBIT 3

**Honorable Chief Judge James Boasberg**
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Dear Judge Boasberg,**

I am E'Niya White, and I am writing on behalf of my boyfriend, Kiyel Kearney. I have known him for almost five years, beginning as friends before becoming more serious. Over that time, I've been able to see his character in different situations and understand who he is as a person.

Kiyel is a smart, outgoing person who carries himself with confidence and awareness. He enjoys being around his family and loved ones. Over time, I've seen that he is supportive and willing to help whenever he is able. That same mindset shows in how he treats his family and those close to him, as he makes a consistent effort to be present and dependable when they need him.

Music has played a major role in his life and is currently how he earns his income. At the same time, he has talked about wanting more for himself, including getting his GED, finding steady work, and learning a trade so he can build a more stable future. He's also expressed a desire to use his experiences to help young people make better choices.

Kiyel is the type of person who stays calm under pressure and tries to avoid unnecessary conflict. He takes his time to think things through before reacting and prefers to handle situations in a way that doesn't make things worse or create more problems.

On a personal level, Kiyel has been a big support system for me. He's someone I can lean on, and he shows up in a real and consistent way. When he's not around, I feel that difference because of how much support and stability he brings into my life. Over time, I've seen him try to better himself and make more thoughtful decisions. I believe he is serious about changing his situation and moving forward in a better direction.

He is also planning to relocate to Fredericksburg, Virginia, where I live, in order to place himself in a more positive and stable environment. Being in a different setting gives him a chance to reset and focus on building a better routine for himself. I believe this change will give him the structure he needs moving forward.

I understand the seriousness of this situation, and I respectfully ask that you consider the full character of Kiyel. I believe he has the potential to continue growing and move forward in a positive direction if given the opportunity.

Thank you for your time and consideration.

Sincerely,
 **E'Niya White**