# EXHIBIT 4

Dear Honorable Judge

 My name is Ja'Quwan Gillis, I'm Kiyel Kearney step father. I'm writing you today on his behalf. Kiyel is a good kid with a pure heart. He helps out however he can if he sees that you need help. He volunteered at Bread for the City giving out food to families. He has a younger brother that looks up to him and a two year sister who adores him. Kiyel has been through a lot in the past years. His grandmother passed, she was really like his best friend. Her passing really damaged him. Whenever I do talk to him we talk about change like really making a change for the better because you can't rewind time. How some stuff just gets old and he has to elevate himself. I feel like he has a different mentality now and a better view on things. He realizes his mistake and he just wants to be a better example for his siblings and the youth. A giving chance for him to show that he really is a pillar of his community. Thank you for taking time to read my letter.

Sincerely,
Ja'Quwan Gillis