# EXHIBIT 5



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 10th Grade | M | 11/27/2003 | |

| Student's Address | | City | State | Zip Code | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| LEA of Enrollment | Case Manager | | School Phone | | |
|---|---|---|---|---|---|
| District of Columbia Public Schools | Victoria Mardre | | 202-673-7385 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Cardozo Education Campus | 1200 Clifton St NW | Washington | DC | 20009 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/13/2019 | 01/09/2020 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 12/08/2020 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Attended by phone | |
| Student | Kiyel Kearney | Attended by phone | |
| Special Education Teacher | Victoria Mardre | Attended by phone | *Victoria Mardre* (Dec 9, 2020 07:52 EST) |
| Evaluator/ Individual who can interpret assessment results | Joan E Cephas | Did not attend | |
| LEA/School Representative Director of Specialized Instruction | Angela Goff | Attended by phone | *Angela Goff* |
| General Education Teacher | Dr. Rosalyn Bryant | Attended by phone | *Rosalyn Bryant* (Dec 8, 2020 17:25 EST) |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | | | |
| School Social Worker | Nekia St. Clair | Attended by phone | Nekia St. Clair (Dec 8, 2020 18:49 EST) |
| Special Education Teacher | Emily Mariko Uechi | Attended by phone | Emily Uechi (Dec 9, 2020 09:48 EST) |
| | Marie-Elena Bucciero | Attended by phone | Marie-elena Bucciero (Dec 9, 2020 09:04 EST) |
| | Laura Taylor | Attended by phone | Laura Taylor (Dec 9, 2020 10:30 EST) |

1.866.610.8030

**EASYFAX**

Document Created on '12/08/2020'

10/-.004DF0DE

**Kearney, Kiyel**
**Page:** 1

State USI: 6269477141

Local ID: 9291828
**Cardozo Education Campus**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000021



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Saquea Adams | Attended by phone |  |

Saquea Adams (Dec 8, 2020 17:21 EST)

1.866.610.8030

EASYFAX

Document Created on '12/08/2020'



10/–.004DF0DE

Kearney, Kiyel                    State USI: 6269477141                    Local ID: 9291828
Page: 2                                                                    Cardozo Education Campus

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000022



## Individualized Education Program (IEP)

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| Student does not require assistive technology or services. |

---

**Kearney, Kiyel**                         **State USI:** 6269477141                         **Local ID:** 9291828
**Page:** 3                                                                                                              **Cardozo Education Campus**

KTK000023



**Individualized Education Program (IEP)**

**PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)**

| AREA OF CONCERN: |
| --- |
| **Academic-Mathematics** |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel is a 10th grade student at Cardozo Education Campus. He is enrolled in Geometry for a required math credit towards his high school diploma. He receive services under the category of Specific Learning Disability. Kiyel is in an inclusion classroom where he receives specialize instruction, accommodation and modifications to support him in the general education setting.

Kiyel is a pleasure to have in class. He demonstrates appropriate relationships with peers and adults. Kiyel performs well in math when given explicit instruction and the opportunity to ask questions about what he does not understand when he works in small groups or one on one support.

During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions. On assessments, he performed at 67% average; practice and application assignments 88%;and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks.

When completing assignments for the goal on Transformations, Kiyel determined the 4 transformations when given a pre -image, identified the transformation or combination of transformations that have occurred involving a translation; a reflection over any horizontal or vertical line or the lines y = x or y = -x a clockwise or counter clockwise, rotation of 90°on a coordinate grid where the center of rotation is limited to the origin; and a dilation from a fixed point on a coordinate grid.

Kiyel was absent when the District's Achievement Network (ANET),the interim assessment used to monitor student progress towards grade level outcomes for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day.

Kiyel's current performance is impacted by his low attendance and lack of classwork. He has not submitted any assignments for term 2. He has articulated that he is dealing with personal issues and feels unmotivated. However, he also stated that he is ready to get back on track and do what he needs to do.

Kiyel's disability in the area of mathematics prevents him from independently assessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order for him to be successful in the general education environment.

KTK000024



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability in the area of mathematics impacts his ability to access and participate in the grade level general education curriculum without support. In working with mathematical concepts, Kiyel possesses below grade level processing and below grade level comprehension skills. Due to his lack of on grade level mathematical skills, he has difficulty independently solving mathematical problems and formulas. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, classroom assignments and assessments, Kiyel is in need of specialized instruction in the area of mathematics. Kiyel's disability affects his comprehension and processing of on grade level mathematical content. Kiyel would benefit from the use of graphic organizers for visual representation, a calculator for self-checking his assignments, technology based interactive math programs, utilization of multiplication/division charts for quick reference, differentiation teaching methods and instructional manipulative to aid in his comprehension of mathematical concepts. These strategies and supports are needed in Kiyel's academic area in order to continue with his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, when given a list of geometric terms (e.g., angle, circle, perpendicular line, parallel line, or line segment) and a list of definitions, Kiyel will match the words to their definitions for 4 out of 5 geometric terms.

**Common Core Standards:**
G.CO.1 - Know precise definitions of angle, circle, perpendicular line, parallel line, and line segment, based on the undefined notions of point, line, distance along a line, and distance around a circular arc.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to solve simple addition and subtraction problems. | 12/07/2021 | *Work Samples / Each Nine Weeks*<br>*Test / Each Nine Weeks* |

**Annual Goal 2:**
By the end of the IEP cycle, when given a diagram with the measure of one angle given and another angle marked as unknown, Kiiyel will determine the measure of the unknown angle by first identifying the relationship between the given and the unknown angle (e.g., alternate interior angles are congruent) and then stating the angle measure for the unknown angle (e.g., m?ABC = 66°) for (4 out of 5) problems.

**Common Core Standards:**
G.CO.9 - Prove theorems about lines and angles. Theorems include: vertical angles are congruent; when a transversal crosses parallel lines, alternate interior angles are congruent and corresponding angles are congruent; points on a perpendicular bisector of a line segment are exactly those equidistant from the segment s endpoints.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to solve one variable equations with 65% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks*<br>*Test / Each Nine Weeks* |

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000025



## Individualized Education Program (IEP)

**Annual Goal 3:**
By the end of the IEP cycle, when given a figure on a graph and a description of a transformation that is a translation or dilation only (e.g., shift right 4 units, shift down 5 units), Kiyel will correctly choose the types of transformation used (e.g., translation, dilation), choose the correct transformed figure on a graph (e.g. using patty paper, transparencies, graphing software (i.e., Geogebra ), choose the correct function or rule that moves the original to the transformed figure (e.g., (x, y) -> (x + 4, y - 5), and choose if distances and angles are preserved (e.g., for a translation, distances and angles are preserved) each from four, fixed answer choices for 4 out of 5 transformations.

**Common Core Standards:**
**G.CO.5** - Given a geometric figure and a rotation, reflection, or translation, draw the transformed figure using, e.g., graph paper, tracing paper, or geometry software. Specify a sequence of transformations that will carry a given figure onto another.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to use multiplication skills when solving quadratic equations with 65% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks*<br>*Test / Each Nine Weeks* |

**Annual Goal 4:**
By 01/08/2020, when given two triangles , Kiyel will determine if the two triangles are similar using Similarity Theorem (SSS, SAS etc.) and write a similarity statement for (4 out of 5) problems.

**Common Core Standards:**
**G.SRT.8** - Use trigonometric ratios and the Pythagorean Theorem to solve right triangles in applied problems.*

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel was administered the Measure of Academic Progress (MAP), a math assessment and received an overall score of 204 which placed him at a 5th grade level. | 12/07/2021 | *Work Samples / Each Nine Weeks*<br>*Test / Each Nine Weeks* |

| AREA OF CONCERN: |
|---|
| **Academic-Reading** |
| **Present Levels of Academic Achievement and Functional Performance:** |
| Kiyel is a 17 year old, 10th grade sophomore student at Cardozo Education Campus. He is currently enrolled in 4th period English II class where he receives inclusion services and small group pull-out services from the special education teacher, Ms. Uechi. A review of his report card shows that Kiyel earned a 72.5% C for Term 1, and currently has an F in Term 2. The grade for Term 1 reflects his effort in reading and responding to guiding questions/writing prompts related to literary text "The Other Wes Moore" by Wes Moore. In Term 2, with increased focus on literary analysis and informational texts, Kiyel has not submitted classwork on CANVAS or Peardeck. Kiyel has the opportunity to meet with a special education teacher 3-4 times per week, however, Kiyel has not taken advantage of these small-group session during Semester 1 of the 2020/2021 school year. |

KTK000026


**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students recieving extended time on school assessments.

When the special educator and general educator have been able to contact Kiyel, Kiyel has demonstrated inconsistencies related to motivation to participate in class via Microsoft Teams, Peardeck, nor in one-on-one sessions with one or both educators. Kiyel's reluctance to engage with his English II teachers, his peers, and self-advocacy has resulted in difficulties reading aligned to the reading Common Core State Standards in the inclusion classroom. Accommodations and modifications are needed in Kiyel's academic career in order for him to be successful in the general education inclusion learning environment.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's below grade level reading comprehension skills and reading fluency impacts his academic performance .His disability in the area of reading impacts his ability to access and participate in the grade level curriculum without individualized support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the RI testing, classroom based assignments and assessments and benchmark assessments, Kiyel is in need of specialized instruction in the area of reading. Kiyel's disability affects his comprehension and processing of on grade level reading content. Kiyel would benefit from teacher modeling, graphic organizers, printed notes, high interest reading material that parallel's grade level texts, scaffolding textual information and utilization reading strategies (visualization, questioning, prediction, inferencing) when reading a text. Kiyel requires the provision of modifications and accommodations to continue her progression within the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.

**Common Core Standards:**
10.RL.3 - Analyze how complex characters (e.g., those with multiple or conflicting motivations) develop over the course of a text, interact with other characters, and advance the plot or develop the theme.

| Baseline: Kiyel is able restate textual evidence explicitly,but not inferentially with 80% accuracy. | Anticipated Date of Achievement: 12/07/2021 | Evaluation Procedures and Schedule: *Work Samples / Each Nine Weeks* *Test / Each Nine Weeks* |
|---|---|---|

**Annual Goal 2:**
By the end of the IEP cycle, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and explain how evidence supports the claim, for (3 out of 4) text analyses.



# Individualized Education Program (IEP)

**Common Core Standards:**
**10.RI.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

| **AREA OF CONCERN:** <br> **Academic-Written Expression** |
|---|

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel is a 17 year old, 10th grade sophomore student at Cardozo Education Campus. Kiyel enjoys creative writing that relates to his interest in popular culture such as music, video games, as well as his community outside of the school setting.

During Term 1, Kiyel demonstrated the ability to answer 2/5 writing tasks in response to the novel "The Other Wes Moore" by Wes Moore. As a high interest reading material, Kiyel was able to write out the answers to guiding questions with 75% accuracy using evidence from the text to support his response. Kiyel does require prompting and re-prompting in order to complete writing taks. When completing writing tasks, he is often able to answer the minimum requirements as outlined by a teacher-created rubric and/or checklist. However, Kiyel does demonstrate difficulty responding to written expression prompts with full completion. Kiyel is provided multiple opportunities to complete his written expressions, encouraged to attend small group pull outs with the special educator, and given modified writing tasks that align to skills related to claims, evidence, and reasoning writing tasks. Kiyel has yet to take advantage of additional opportunities for individualized instruction during Semester 1 of the 2020/2021 school year.

Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class. This can be seen in his Writing Prompts from the "Living Through History Cornerstone" and "Focal Passage #1 Writing Prompt." Kiyel has demonstrated chronological writing with some command over English conventions and grammar. Additionally, he has successfully embedded quotes when referencing evidence from grade-level texts. However, with additional support, Kiyel will need additional support choosing the most relevant evidence, as well as the analysis or reasoning portion of literary analysis and written expression.

Kiyel's disability in the area of written expression prevents him from independently accessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order to assist him with becoming successful in the general education environment. Kiyel benefits from opportunities to edit and revise his work for punctuation, grammar, and sentence-level complexity. Additionally, graphic organizers, unpacking writing prompts, and sentence starters are needed in Kiyel's academic program to help improve his written expression skills.

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000028



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel continues to display challenges with grammar mechanics, vocabulary, and communicating complex ideas into a written format. Kiyel's disability in the area of written expression impacts his ability to access the grade level education curriculum without individualized supports and multiple opportunities to complete grade-level tasks. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Kiyel's disability affects his progression of learning and applying written language concepts. Kiyel requires the provision of modification and accommodations to successfully progress in the general education environment. Utilizing task specific graphic organizers, writing prompts, evidence collection charts, and providing student choices for writing topics will assist Kiyel with his written expression skills and aid in his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
10.W.4 - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 12/07/2021 | *Work Samples / Each Nine Weeks*<br>*Test / Each Nine Weeks* |

**Annual Goal 2:**
By the end of the IEP cycle, given an independent level text with an exemplar piece of evidence that supports the claim, a pre-highlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts.

**Common Core Standards:**
10.W.1 - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
10.W.1.b - Develop claim(s) and counterclaims fairly, supplying evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience s knowledge level and concerns.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to take a position and explain his opinion to support his claim with 65% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks*<br>*Test / Each Nine Weeks* |

| AREA OF CONCERN:<br>Emotional, Social, and Behavioral Development |
|---|
| **Present Levels of Academic Achievement and Functional Performance:** |

Kearney, Kiyel   State USI: 6269477141   Local ID: 9291828
Page: 9   Cardozo Education Campus

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000029



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

Kiyel is a 10th grade male student currently enrolled in Francis Cardozo Education Campus. Kiyel is receiving specialized instruction in an inclusion, general education classroom. Kiyel presents as an engaging student who is able to communicate with others in a mutually respectful manner. It appears that Kiyel works better with those to whom he has built a relationship.

Since Term 2, it has been difficult for this provider to engage and build a relationship with Kiyel. At the beginning of the year, Kiyel was responsive and engaged in behavior support services but became less engaged over the last month. According to his teachers, he engages in virtual instruction and completes assignments. However, his attendance and engagement has decreased significantly in Math and English class.

A Beginning of the Year (BOY) assessment as administered in October 2020. The Strengths and Difficulties Questionnaire (SDQ) is a self-report inventory behavioral screening questionnaire for children and adolescents ages 2 through 17 years old, with five scales scored from 0-10, and the other adding up four of these (emotional, conduct, hyperactivity and peer problems) to create a total difficulty score (range 0-40).

The SDQ yielded the following results:
Score for overall stress 3 (0 - 14 is close to average)
Score for emotional distress 2 (0 - 4 is close to average)
Score for behavioural difficulties 1 (0 - 3 is close to average)
Score for hyperactivity and concentration difficulties 2 (0 - 5 is close to average)
Score for difficulties getting along with other children 1 (0 - 2 is close to average)
Score for kind and helpful behaviour 4 (0 - 7 is close t average)

These results reveal that Kiyel has a low risk for any disorder: emotional, behavioral or hyperactivity or concentration. Kiyel struggles with academic compliance, adequate problem-solving and on time attendance.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Kiyel's behaviors are most likely to occur in any class. Kiyel's behaviors are triggered when people are confrontational towards him. | Kiyel's academic achievement and functional performance are affected by his disability. His disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Student failed all classes term 1 with the exception of ROTC and and is currently failing the same classes. He has 29 absences to date. | 12/07/2021 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us

KTK000030



## Individualized Education Program (IEP)
## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 12/08/2020 | 12/07/2021 | 2 hr per wk |
| Specialized Instruction | General Education | 12/08/2020 | 12/07/2021 | 3 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Behavioral Support Services | General Education | 12/08/2020 | 12/07/2021 | 60 min per mon |

## Other Classroom Aids and Services

*This section documents aids, services, and other supports that are only provided in regular education classes or other education-related settings to enable children with disabilities to access the curriculum and are not accommodations provided in the Statewide-Assessment.*

Kiyel received small group and one on one specialized instruction with accommodations and modifications that include guided notes, visual resources, scaffolding,and graphic organizers,

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No

---

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 11                    **Cardozo Education Campus**

KTK000031


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---------|----------------|----------------------------------------------------------------|
| Specialized Instruction | 2 hr per wk | Student needs individualized support in small groups |

| |
|---|
| **Describe supplemental supports and services that were previously attempted in a general education setting.** Student received small group instruction, scaffolding complex information, graphic organizers for visual representation, calculator and independent reading level text in the general education classroom. |

| |
|---|
| **Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include** There are no possible harmful effects from this proposed placement. |

Kearney, Kiyel                                    State USI: 6269477141                                    Local ID: 9291828
Page: 12                                                                                                    Cardozo Education Campus

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000032



## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:     [  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment - No Accommodations
[  ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Response* | *Response* |
| Non-Standard Calculation Device on Calculator Sections | Non-Standard Calculation Device on Calculator Sections |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000033



## Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services:  [  ] Yes [**X**] No

DRAFT

KTK000034



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

# Individualized Education Program (IEP)

## POST-SECONDARY TRANSITION PLAN

**STUDENT INPUT**

| |
|---|
| *Academic Interests:* |
| Kiyel stated that math is his best class this year and English is the class he feels he is having a challenge in. When prompted to share what works for him in his classes, he stated that he does receive help from all his teachers when he needs it. |
| *Functional Interests:* |
| Kiyel agreed that he does need to improve his classroom work habit skills such as completing his assignments and improve his attendance and participation. |
| *Employment Interests:* |
| Kiyel stated that he still feels unsure about what career he would like to have. When probed about his music interest, he stated he is still interested and would like to be in the music business. Kiyel is vocally talented as a rapper and writer. |
| *Other:* |
| Kiyel is working on his motivation and confidence to support his goal to graduate with a high school diploma. |

**AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS**

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 12/01/2020 | Victoria Mardre |
| **Assessment Tool(s):** Reading Inventory, ANET | | |
| **Interpretation of Results**<br><br>Summary for Post-secondary education and training:<br><br>Kiyel is currently enrolled in 10th grade courses required to receive his high school diploma During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions. On assessments, he performed at 67% average; practice and application assignments 88%;and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks. Kiyel was absent when the Achievement Network (ANET) Interim math assessment for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day. Students have the opportunity to complete the Constructed Response (CR) question from the ANet in order to receive data.<br><br>Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students recieving extended time on school assessments. | | |

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000035



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Employment Assessment | 12/07/2020 | Victoria Mardre |

**Assessment Tool(s):**  O'Net Career interest Profiler

**Interpretation of Results**

Summary for Employment:

Summary for Employment:  Kiyel completed the O'Net Interest Profiler:

1. Artisitic (26):  People with Artistic interests like work that deals with the artistic side of things, such as acting, music,art and design. They like creativity in their work, and work that can be done without following a set of rules.

2. Social (27):  People with Social interests like working with others to help them learn and grow. They like working with people more than working with objects, machines, or information. They like teaching giving advice and being of service to people.

3. Conventional (20):People with Conventional interests like work that follows set procedures and routines. They prefer working with information and paying attention to details rather than working with ideas. They like working with clear rules and following a strong leader.

Kiyel listed a career interest in becoming a rapper or music engineer.  Kiyel is a talented rapper and creates music videos.  Thus, his scores are very realistic to his career strengths and interests.

| Assessment Type | Date Completed | Provider or Reviewer |
| --- | --- | --- |
| Independent Living Assessment | 12/07/2020 | Victoria Mardre |

**Assessment Tool(s):**  Independent Living Inventory

**Interpretation of Results**

Summary for Independent living:

Summary for Independent living:  Kiyel completed the Independent Interest Inventory on December 7, 2020 to determine the need for a post secondary goal in the area of Independent Living.  Independent Living includes the skills and knowledge an individual needs to direct his or her life at home and in the community.  Students check Yes, No or N/A depending on whether the student possesses the identified skills.

After completing the inventory, Kiyel received the following results: 1.Home Living:  Abdul is able to follow daily living routine or personal hygiene and maintaining daily living routines such as performing household chores and making personal or emergency phone calls 2.Transportation:  Kiyel uses public transportation independently to navigate throughout the community and selects appropriate modes of transportation for traveling.  3.Law and Politics: Kiyel understands the process to participate in voting and understands his rights as a person with a disability.  4.Community Involvement:  Kiyel is able to locate and use community services independently including the recreation center, movies, banks, police dept, mall, etc.  5.Personal Safety and Interpersonal Relationships:  Kiyel maintains healthy relationships with family and close friends and understands when it is appropriate to call 911 and receive emergency services.  6.Self-Advocacy:  Kiyel is able to advocate for himself by seeking support and expressing his needs and contacting the appropriate people to support him.

Kiyel's responses indicate that he is performing appropriately within his peer age group and does not warrant Independent Living skills goals at this time.

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us

KTK000036



# Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will attend a 2 year community college to receive a degree in music engineering. |
| --- |

**MEASURABLE ANNUAL TRANSITION GOALS**

| **Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research 2 community colleges that offer a degree in music engineering and list the educational requirements and report his findings to his case manager. | |
| --- | --- |
| | |
| **Baseline:** Kiyel is not familiar with all the educational requirements of becoming a music engineer. | **Anticipated Date of Achievement:** 01/08/2021 |

**TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
| --- | --- | --- | --- | --- |
| College counseling | DCPS | 3 hr per year | 01/09/2020 | 01/08/2021 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| Kiyel performs and produces rap music videos. He participates in an after school program, Live Music Achievement on Thursdays. |
| --- |

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| Kiyel is currently enrolled in his 9th grade required courses for a high school diploma: Algebra I, English 9, World History & Geography I, Biology, Engineering I and Aerospace Science and Leadership. |
| --- |



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will have a career in the music industry. |

**MEASURABLE ANNUAL TRANSITION GOALS**

| |
|---|
| **Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research 3 careers in Music Engineering, to include positions, salary, and training needed with 100% accuracy. |
| |
| **Baseline:** Kiyel is interested in working in the music industry. **Anticipated Date of Achievement:** 01/08/2021 |

**TRANSITION SERVICES FOR EMPLOYMENT**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Vocational guidance and counseling | DCPS | 3 hr per year | 01/09/2020 | 01/08/2021 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| |
|---|
| Kiyel performs and produces music videos of himself rapping. He participates in an after school program, Live Music Achievemnent on Thursdays. |

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| Kiyel is currently enrolled in his 9th grade courses required for a high school diploma: Algebra I, English 9, World History & Geography I, Biology, Engineering I and Aerospace Science and Leadership. |

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000038



**Individualized Education Program (IEP)**

**GRADUATION PLANNING**

Projected Exit Category:       [**X**] H.S. Diploma
                                          [   ] H.S. Certificate prior to age 22
                                          [   ] H.S. Certificate at age 22

Date of Projected Graduation: 06/15/2023

DRAFT

> *The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000039



## IEP Meeting Sign-In Sheet for Kiyel Kearney

Tuesday, December 8, 2020.......................................................................................................1:15pm
Francis L Cardozo EC.......................................................................Teleconference Due to Corvid-19

**Necessary Participants Must Sign Below**

Parent (Mother):                          Ms. Maria Kearney                  _____

Student:                                       Kiyel Kearney                         _____

Special Educator/Case Manager:     Ms. Victoria Mardre               _____

Director of Specialized Instruction: Dr. Angela Goff                      _____

Assistant Principal:                       Ms. Marie-Elena Bucciero       _____

Special Educator Teacher:             Ms. Emily Uechi                      _____

General Educator Teacher:             Dr. Rosalyn Bryant                 _____

General Educator Teacher:             Ms. Laura Taylor                    _____

School Social Worker:                   Ms. Nekia St. Clair                 _____

SPED Office Admin.:                      Ms. Saquea Adams                 _____

Other:                              _____               _____

Other:                              _____               _____

Other:                              _____               _____

KTK000040

**Signature:** *Victoria Mardre*
Victoria Mardre (Dec 9, 2020 07:51 EST)

**Email:** victoria.mardre@k12.dc.gov

**Signature:**
Angela Goff

**Email:** angela.goff@k12.dc.gov

**Signature:**
Marie-elena Bucciero (Dec 9, 2020 09:04 EST)

**Email:** marie-elena.bucciero@k12.dc.gov

**Signature:** *EMU*
Emily Uechi (Dec 9, 2020 09:49 EST)

**Email:** emily.uechi@k12.dc.gov

**Signature:** *Rosalyn Bryant*
Rosalyn Bryant (Dec 8, 2020 17:26 EST)

**Email:** rosalyn.bryant@k12.dc.gov

**Signature:**
Laura Taylor (Dec 9, 2020 10:50 EST)

**Email:** laura.taylor@k12.dc.gov

**Signature:**
Nekia St.clair (Dec 8, 2020 18:50 EST)

**Email:** nekia.stclair2@k12.dc.gov

**Signature:**
Saquea Adams (Dec 8, 2020 17:24 EST)

**Email:** saquea.adams@k12.dc.gov

KTK000041



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 10th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | |
|---|---|---|---|---|
| | | | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Nandi Taylor | 202-645-3390 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Ballou STAY High School | 3401 4th St SE | Washington | DC | 20032 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/13/2019 | 12/08/2020 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 12/06/2021 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

### IEP MEETING PARTICIPANTS

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Adult Student | Kiyel Kearney | Attended in person | *Kiyel KEARNEY* |
| Special Education Teacher | Nandi Taylor | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | David Graham | Attended in person | |
| LEA/School Representative <br> LEA Representative | Trudianne James | Attended in person | *[signature]* |
| General Education Teacher | | | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | | | |
| Social Worker | WIlliam S Johnson | Attended in person | *Wm Johnson* |

Mother          Tayne Kearney     via phone        via phone.

1.866.610.8030
•••• EASYFAX

Document Created on '12/01/2021'

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
10/-.0054FB9E

Kearney, Kiyel
Page: 1

State USI: 6269477141

Local ID: 9291828
Ballou STAY High School

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000042



Office of Special Education

## Amended Individualized Education Program (IEP)

### STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 10th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| LEA of Enrollment | Case Manager | School Phone |
|---|---|---|
| District of Columbia Public Schools | Victoria Mardre | 202-673-7385 |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Cardozo Education Campus | 1200 Clifton St NW | Washington | DC | 20009 |

### ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/13/2019 | 01/09/2020 | Specific Learning Disability |

### AMENDMENT DETAILS

**Amendment Date**

12/02/2020

**The following information was amended:**

· Change to Present Levels of Performance and Annual Goals (in a single area of concern): Edit the present levels of performance, needs, impact on student, annual goals, baseline, anticipated date of achievement, or evaluation procedures and schedule for an existing area of concern.

---

**IEP Amendment: LEA Representative Certification**

As the LEA Representative, I certify that the amendment(s) made to this IEP on 12/02/2020 are an accurate reflection of the proposed amendment(s) agreed upon by the parent and LEA, as documented in the Standard IEP Amendment Form(s).

I further certify that any additional amendments made through meeting are documented in the prior written notice (PWN) that will be created and documented in SEDS, and sent to all IEP team members including the parent in a timely manner.

LEA Representative Name: _____

LEA Representative Signature: _____

Date: _____

1.866.610.8030

EASYFAX

Document Created on '12/02/2020'

10/-.004DE38A

**Kearney, Kiyel**    State USI: 6269477141    Local ID: 9291828
**Page:** 1    Cardozo Education Campus

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000043



## Amended Individualized Education Program (IEP)

# CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**

Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**

Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**

Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**

Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |

---

**Kearney, Kiyel**          **State USI:** 6269477141                    **Local ID:** 9291828

**Page:** 2                                        **Cardozo Education Campus**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000044



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Amended Individualized Education Program (IEP)
## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
|---|
| Academic-Mathematics |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel is a 16 year old, 9th grade freshman student at Cardozo Education Campus. He is currently enrolled in Algebra I class where he receives inclusion services and pull-out services. A review of his report card shows that Kiyel earned an F for 1st advisory with an average of 36%. This grade is based on incomplete/missed classwork. When Kiyel does attempt classwork , he is able to complete it . According to the most recent data, Kiyel is able to perform basic mathematical computations that involve addition, subtraction and multiplication. He does make frequent errors when he has to regroup.

Kiyel is very social, friendly and respectful on most occasions. He gets along well with his classroom peers and is usually compliant with classroom rules.

On September 10, 2019, Kiyel was administered the Measure of Academic Progress (MAP), a math assessment that measured his performance in solving equations and inequalities (Low), Numerical and Algebraic Expressions (Low), Functions (Low) and Descriptive Statistics (Low-Average) He received an overall score of 204 which placed him at a 5th grade level.

Kiyel demonstrates deficits in the areas of creating equations and inequalities in one variable and representing the solutions numerically and graphically. For example, he has challenges when solving equations with a variables on both sides, plotting and graphing linear equations using the slope and y-intercept.

Kiyel is usually friendly, polite and respectful to staff. He will engage in inappropriate behavior with peers, but is very low-keyed and discreet about his interactions.When approached about unacceptable behavior he will deny, but discontinue the behavior. Kiyel requires consistent monitoring and prompting to begin his classwork. He is often unfocused, and inattentive to classroom instruction. Kiyel will turn in very little classwork as assigned and often comes unprepared to class. Kiyel appears to lack motivation and confidence in his academic performance.

Kiyel's disability in the area of mathematics prevents him from independently assessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order for him to be successful in the general education environment.



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Amended Individualized Education Program (IEP)

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
|---|---|
| Kiyel's disability in the area of mathematics impacts his ability to access and participate in the grade level general education curriculum without support. In working with mathematical concepts, Kiyel possesses below grade level processing and below grade level comprehension skills. Due to his lack of on grade level mathematical skills, he has difficulty independently solving mathematical problems and formulas. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, classroo assignments and assessments, Kiyel is in need of specialized instruction in the area of mathematics. Kiyel's disability affects his comprehension and processing of on grade level mathematical content. Kiyel would benefit from the use of graphic organizers for visual representation, a calculator for self-checking his assignments, technology based interactive math programs, utilization of multiplication/division charts for quick reference, differentiation teaching methods and instructional manipulatives to aid in his comprehension of mathematical concepts. These strategies and supports are needed in Kiyel's academic area in order to continue with his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, when given a list of geometric terms (e.g., angle, circle, perpendicular line, parallel line, or line segment) and a list of definitions, Kiyel will match the words to their definitions for 4 out of 5 geometric terms.

**Common Core Standards:**
**G.CO.1** - Know precise definitions of angle, circle, perpendicular line, parallel line, and line segment, based on the undefined notions of point, line, distance along a line, and distance around a circular arc.

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| Kiyel is able to solve simple addition and subtraction problems. | 01/08/2021 | *Work Samples / Each Nine Weeks*<br>*Observation / Daily*<br>*Practice and Drill / Each Nine Weeks* |

**Annual Goal 2:**
By the end of the IEP cycle, when given a diagram with the measure of one angle given and another angle marked as unknown, Kiiyel will determine the measure of the unknown angle by first identifying the relationship between the given and the unknown angle (e.g., alternate interior angles are congruent) and then stating the angle measure for the unknown angle (e.g., m?ABC = 66°) for (4 out of 5) problems.

**Common Core Standards:**
**G.CO.9** - Prove theorems about lines and angles. Theorems include: vertical angles are congruent; when a transversal crosses parallel lines, alternate interior angles are congruent and corresponding angles are congruent; points on a perpendicular bisector of a line segment are exactly those equidistant from the segment s endpoints.

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| Kiyel is able to solve one variable equations with 65% accuracy. | 01/08/2021 | *Work Samples / Each Nine Weeks*<br>*Observation / Daily*<br>*Practice and Drill / Each Nine Weeks* |

KTK000046



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

**Annual Goal 3:**
By the end of the IEP cycle, when given a figure on a graph and a description of a transformation that is a translation or dilation only (e.g., shift right 4 units, shift down 5 units), Kiyel will correctly choose the types of transformation used (e.g., translation, dilation), choose the correct transformed figure on a graph (e.g. using patty paper, transparencies, graphing software (i.e., Geogebra ), choose the correct function or rule that moves the original to the transformed figure (e.g., (x, y) -> (x + 4, y - 5), and choose if distances and angles are preserved (e.g., for a translation, distances and angles are preserved) each from four, fixed answer choices for 4 out of 5 transformations.

**Common Core Standards:**
**G.CO.5** - Given a geometric figure and a rotation, reflection, or translation, draw the transformed figure using, e.g., graph paper, tracing paper, or geometry software. Specify a sequence of transformations that will carry a given figure onto another.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to use multiplication skills when solving quadratic equations with 65% accuracy. | 01/08/2021 | *Work Samples / Each Nine Weeks* <br> *Observation / At Opportunity* <br> *Practice and Drill / Once a Month* |

**Annual Goal 4:**
By 01/08/2020, when given two triangles , Kiyel will determine if the two triangles are similar using Similarity Theorem (SSS, SAS etc.)  and write a similarity statement for (4 out of 5) problems.

**Common Core Standards:**
**G.SRT.8** - Use trigonometric ratios and the Pythagorean Theorem to solve right triangles in applied problems.*

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel was administered the Measure of Academic Progress (MAP), a math assessment and received an overall score of 204 which placed him at a 5th grade level. | 01/08/2021 | *Work Samples / At Opportunity* <br> *Quiz / Each Nine Weeks* <br> *Exam / Each Semester* |

**AREA OF CONCERN:**
**Academic-Reading**

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel is a 16 year old, 9th grade freshman student at Cardozo Education Campus.  He is currently enrolled in English I class where he receives inclusion services and pull-out services.  A review of his report card shows that Kiyel earned an F for 1st advisory due to incomplete classwork and missed quizzes.  Kiyel has the opportunity to complete missed work and retake quizzes, however he does not take advantage of these opportunities.

The advisory report card reflects the formative & summative assessments administered after English units based on the curriculum.  Kiyel's current average when completing the ANET interim assessment for Unite one was 25-30% average.  The purpose of the formative assessment is to monitor Kiyel's progress and performance after curriculum units.  The assessment is based on the concepts of characterization, analyzing how details and literary elements develop theme; citing and analyzing evidence and how it supports a claim..

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us

KTK000047


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

On September 6, 2019, Kiyel completed the Reading Inventory for Beginning of the Year (BOY) data. The Scholastic Reading Inventory provides a grade level Lexile score that identifies skills in vocabulary, decoding and comprehension. His Scholastic Reading Inventory results suggest that Kiyel was reading at a Lexile level 493, which is a 3rd grade reading level. A 9th grade reading level is lexile level 1050 or above. Kiyel's lack of motivation and inability to remain focused affects his success in mastering skills. He is reluctant to engage with his peers, and will not advocate for himself.

Kiyel's disability in the area of reading prevents him from independently assessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order for him to be successful in the general education environment.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's below grade level reading comprehension skills and reading fluency impacts his academic performance .His disability in the area of reading impacts his ability to access and participate in the grade level curriculum without support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, RI testing, classroom based assignments and assessments and benchmark assessments, Kiyel is in need of specialized instruction in the area of reading. Kiyel's disability affects his comprehension and processing of on grade level reading content . Kiyel benefits from teacher modeling, graphic organizers, printed notes, high interest reading material that parallel's grade level texts, scaffolding textual information and utilization reading strategies (visualization, questioning, prediction, inferencing) when reading a text. Kiyel requires the provision of modifications and accommodations to continue her progression within the general education environment. |

**Annual Goal 1:**
By 01/08/2021, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.

**Common Core Standards:**
**9.RL.3** - Analyze how complex characters (e.g., those with multiple or conflicting motivations) develop over the course of a text, interact with other characters, and advance the plot or develop the theme.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able restate textual evidence explicitly but not inferentially with 80% accuracy. | 01/08/2021 | *Work Samples / Each Nine Weeks* <br> *Observation / At Opportunity* <br> *Practice and Drill / Once a Month* |

**Annual Goal 2:**
By 01/08/2021, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and explain how evidence supports the claim, for (3 out of 4) text analyses.

**Common Core Standards:**
**9.RI.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

KTK000048



DISTRICT OF COLUMBIA
**PUBLIC SCHOOLS**
Office of Special Education

## Amended Individualized Education Program (IEP)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | 01/08/2021 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Practice and Drill / Once a Month* |

| AREA OF CONCERN:<br>Academic-Written Expression |
|---|
| **Present Levels of Academic Achievement and Functional Performance:**<br>Kiyel is a 16 year old, 9th grade freshman student at Cardozo Education Campus. Kiyel enjoys creative writing that relates to his interest in music. When it comes to completing required writings for class, he is less motivated and needs constant prompts to complete required assignments. When he attempts written assignments, he completes the minimum requirements or less.<br><br>Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class.<br>Based on the most current available data, Kiyel can independently produce complete sentences and paragraphs. He can write short and extended constructed responses with teacher prompts and assistance. Kiyel exhibits deficits in the areas of correctly using grammar mechanics, using precise language and vocabulary when writing, and writing complex ideas clearly and accurately. Graphic organizers, writing prompts, and sentence starters are needed in Kiyel's academic program to help improve his written expression skills.<br><br>Kiyel's disability in the area of written expression prevents him from independently accessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order to assist him with becoming successful in the general education environment.<br><br><br><br>. Kiyel currently has an F in ELA. Kiyel's writing continues to be a challenge for him. He often supported with one to one assistance in responding to grade level writing prompts. His comprehension of the question being asked is often scaffold for him and spelling, mechanics and organization too present difficulty. Kiyel inconsistently writes complete sentences with a capital letter and period. According to Kiyel's work samples, he struggles with citing strong textual evidence in his writing. |

KTK000049



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Amended Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel continues to display challenges with grammar mechanics, vocabulary, and communicating complex ideas into a written format. Kiyel's disability in the area of written expression impacts his ability to access the grade level education curriculum without support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Kiyel's disability affects his progression of learning and applying written language concepts. Kiyel requires the provision of modification and accommodations to successfully progress in the general education environment. Utilizing task specific graphic organizers, writing prompts, and providing student choices for writing topics will assist Kiyel with his written expression skills and aid in his progression in the general education environment. |

**Annual Goal 1:**

By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**

**8.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 01/08/2021 | *Work Samples / Each Nine Weeks* <br> *Observation / At Opportunity* <br> *Test / Once a Month* |

**Annual Goal 2:**

By 01-08-2021, given an independent level text with an exemplar piece of evidence that supports the claim, a pre-highlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts.

**Common Core Standards:**

**9.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.

**9.W.1.a** - Introduce precise claim(s), distinguish the claim(s) from alternate or opposing claims, and create an organization that establishes clear relationships among claim(s), counterclaims, reasons, and evidence.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to take a position and explain his opinion to support his claim with 65% accuracy. | 01/08/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* <br> *Exam / Each Semester* |

**AREA OF CONCERN:**
**Emotional, Social, and Behavioral Development**

**Present Levels of Academic Achievement and Functional Performance:**

| | | |
|---|---|---|
| **Kearney, Kiyel** | **State USI:** 6269477141 | **Local ID:** 9291828 |
| **Page:** 8 | | **Cardozo Education Campus** |

KTK000050



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Amended Individualized Education Program (IEP)

Kiyel is a 9th grade male student currently enrolled in Francis Cardozo Education Campus. Kiyel is receiving specialized instruction in an inclusion, general education classroom. Kiyel presents as an engaging student who is able to communicate with others in a mutually respectful manner. It appears that Kiyel works better with those to whom he has built a relationship.

A Beginning of the Year (BOY) assessment as administered in September 2019. The Strengths and Difficulties Questionnaire (SDQ) is a self-report inventory behavioral screening questionnaire for children and adolescents ages 2 through 17 years old, with five scales scored from 0-10, and the other adding up four of these (emotional, conduct, hyperactivity and peer problems) to create a total difficulty score (range 0-40).

The SDQ yielded the following results:
Score for overall stress 6 (0 - 14 is close to average)
Score for emotional distress 2 (0 - 4 is close to average)
Score for behavioural difficulties 1 (0 - 3 is close to average)
Score for hyperactivity and concentration difficulties 2 (0 - 5 is close to average)
Score for difficulties getting along with other children 1 (0 - 2 is close to average)
Score for kind and helpful behaviour 10 (7 - 10 is close to average)

These results reveal that Kiyel has a low risk for any disorder: emotional, behavioral or hyperactivity or concentration. Kiyel struggles with academic compliance, adequate problem-solving and on time attendance.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Kiyel's behaviors are most likely to occur in any class. Kiyel's behaviors are triggered when people are confrontational towards him. | Kiyel's academic achievement and functional performance are affected by his disability. His disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Student failed all classes term 1 with the exception of ROTC and and is currently failing the same classes. He has 29 absences to date. | 01/08/2021 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |

KTK000051



## Amended Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

### Special Education Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 01/09/2020 | 01/08/2021 | 2 hr per wk |
| Specialized Instruction | General Education | 01/09/2020 | 01/08/2021 | 3 hr per wk |

### Related Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Behavioral Support Services | General Education | 01/09/2020 | 01/08/2021 | 60 min per mon |

## DEDICATED AIDES

Student requires the support of a dedicated aide: [  ] Yes [X] No



## Amended Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---------|----------------|-----------------------------------------------------------------|
| Specialized Instruction | 2 hr per wk | Student needs intensive, individualized support in a quiet, non-distracting environment. |

**Describe supplemental supports and services that were previously attempted in a general education setting.**
Student receives small group instruction in the general education classroom, however, student's academic performance remains below grade level.

**Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include**
There are no possible harmful effects from this proposed placement. Student will remain in the general education for the majority of his day.

Kearney, Kiyel                          State **USI:** 6269477141                          Local **ID:** 9291828
**Page:** 11                                                                        **Cardozo Education Campus**

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  | www.k12.dc.us

KTK000053



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Amended Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:

[  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment - No Accommodations
[  ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Response* | *Response* |
| Non-Standard Calculation Device on Calculator Sections | Non-Standard Calculation Device on Calculator Sections |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |

KTK000054



Office of Special Education

### Amended Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services:  [  ] Yes [**X**] No

KTK000055



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of Special Education

# Amended Individualized Education Program (IEP)

## POST-SECONDARY TRANSITION PLAN

### STUDENT INPUT

| |
|---|
| *Academic Interests:* |
| Kiyel stated that math is his best class this year because he do it if he tried. History is his least favorite class because he does not learning about the past because it's over. Kiyel When prompted to share what works for him in his classes, he stated that he does like working on the computer. Kiyel is able to complete math work using the IXL math program for Algebra. |
| *Functional Interests:* |
| Kiyel agreed that he does need to improve his classroom work habit skills such as completing his assignments, homework and attending tutoring. Kiyel is participating in an after school program, Live Music Achievement program. He did play sports before an injury in middle school. |
| *Employment Interests:* |
| Kiyel listed becoming a rapper or music engineer as a career interest .Kiyel is vocally talented as a rapper and writer. |
| *Other:* |
| Kiyel is working on his motivation and confidence to support his goal to graduate with a high school diploma. |

### AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 09/06/2019 | Victoria Mardre |
| **Assessment Tool(s):** Measure of Academic Progress (MAP) and Reading Inventory | | |
| **Interpretation of Results** | | |
| Summary for Post-secondary education and training:<br><br>Kiyel is a 16 year old first year 9th grade student who is enrolled in Algebra I. He was administered the Measure of Academic Progress (MAP) math assessment and the Scholastic Reading Inventory for the Beginning of the year (BOY) data.<br><br>On September 6, 2019, Kiyel completed the Reading Inventory for Beginning of the Year (BOY) data.The Scholastic Reading Inventory provides a grade level Lexile score that identifies skills in vocabulary, decoding and comprehension. His Scholastic Reading Inventory results suggest that Kiyel was reading at a Lexile level 493, which is a 3rd grade reading level. A 9th grade reading level is lexile level 1050 or above. Based on his lexile level, Kiyel's reading growth goal is<br><br>On September 10, 2019, Kiyel was administered the Measure of Academic Progress (MAP).He received an overall score of 204 which placed him at a 5th grade level. MAP math assessment measured his performance in solving equations and inequalities (Low), Numerical and Algebraic Expressions (Low), Functions (Low) and Descriptive Statistics (LowAverage). Kiyel demonstrates deficits in the areas of creating equations and inequalities in one variable and representing the solutions numerically and graphically. | | |

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 12/13/2019 | Victoria Mardre |
| **Assessment Tool(s):** O'Net Career interest Profiler | | |
| **Interpretation of Results** | | |

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 14                                                                    **Cardozo Education Campus**

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us

KTK000056



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Amended Individualized Education Program (IEP)

Summary for Employment:

Summary for Employment: Kiyel completed the O'Net Career Interest Profiler on December 13, 2019. Kiyel's top 3 career scores were:

1. Artisitic (26): People with Artistic interests like work that deals with the artistic side of things, such as acting, music,art and design. They like creativity in their work, and work that can be done without following a set of rules.

2. Social (27): People with Social interests like working with others to help them learn and grow. They like working with people more than working with objects, machines, or information. They like teaching giving advice and being of service to people.

3. Conventional (20):People with Conventional interests like work that follows set procedures and routines. They prefer working with information and paying attention to details rather than working with ideas. They like working with clear rules and following a strong leader.

Kiyel listed a career interest in becoming a rapper or music engineer. Kiyel is a talented rapper and creates music videos. Thus, his scores are very realistic to his career strengths and interests.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 01/08/2020 | Victoria Mardre |

**Assessment Tool(s):** Independent Living Inventory

**Interpretation of Results**

Summary for Independent living:

Summary for Independent living: Kiyel completed the Independent Interest Inventory on January 08, 2020 to determine the need for a post secondary goal in the area of Independent Living. Independent Living includes the skills and knowledge an individual needs to direct his or her life at home and in the community. Students check Yes, No or N/A depending on whether the student possesses the identified skills.

After completing the inventory, Kiyel received the following results: 1.Home Living: Abdul is able to follow daily living routine or personal hygiene and maintaining daily living routines such as performing household chores and making personal or emergency phone calls 2.Transportation: Kiyel uses public transportation independently to navigate throughout the community and selects appropriate modes of transportation for traveling. 3.Law and Politics: Kiyel understands the process to participate in voting and understands his rights as a person with a disability. 4.Community Involvement: Kiyel is able to locate and use community services independently including the recreation center, movies, banks, police dept, mall, etc. 5.Personal Safety and Interpersonal Relationships: Kiyel maintains healthy relationships with family and close friends and understands when it is appropriate to call 911 and receive emergency services. 6.Self-Advocacy: Kiyel is able to advocate for himself by seeking support and expressing his needs and contacting the appropriate people to support him.

Kiyel's responses indicate that he is performing appropriately within his peer age group and does not warrant Independent Living skills goals at this time.

KTK000057



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Amended Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

| Post-Secondary Goal(s): Upon graduation from high school, Kiyel will attend a 2 year community college to receive a degree in music engineering. |
|---|

**MEASURABLE ANNUAL TRANSITION GOALS**

| Measurable Annual Transition Goal: By the end of the IEP cycle, Kiyel will research 2 community colleges that offer a degree in music engineering and list the educational requirements and report his findings to his case manager. | |
|---|---|
| Baseline: Kiyel is not familiar with all the educational requirements of becoming a music engineer. | Anticipated Date of Achievement: 01/08/2021 |

**TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| College counseling | DCPS | 3 hr per year | 01/09/2020 | 01/08/2021 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| Kiyel performs and produces rap music videos. He participates in an after school program, Live Music Achievement on Thursdays. |
|---|

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| Kiyel is currently enrolled in his 9th grade required courses for a high school diploma: Algebra I, English 9, World History & Geography I, Biology, Engineering I and Aerospace Science and Leadership. |
|---|

KTK000058



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Amended Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will have a career in the music industry. |
| --- |

**MEASURABLE ANNUAL TRANSITION GOALS**

| **Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research 3 careers in Music Engineering, to include positions, salary, and training needed with 100% accuracy. |
| --- |
| |
| **Baseline:** Kiyel is interested in working in the music industry. | **Anticipated Date of Achievement:** 01/08/2021 |

**TRANSITION SERVICES FOR EMPLOYMENT**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
| --- | --- | --- | --- | --- |
| Vocational guidance and counseling | DCPS | 3 hr per year | 01/09/2020 | 01/08/2021 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| Kiyel performs and produces music videos of himself rapping. He participates in an after school program, Live Music Achievemnent on Thursdays. |
| --- |

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| Kiyel is currently enrolled in his 9th grade courses required for a high school diploma: Algebra I, English 9, World History & Geography I, Biology, Engineering I and Aerospace Science and Leadership. |
| --- |

KTK000059


**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Amended Individualized Education Program (IEP)

**GRADUATION PLANNING**

Projected Exit Category:        [X] H.S. Diploma
                                [ ] H.S. Certificate prior to age 22
                                [ ] H.S. Certificate at age 22

Date of Projected Graduation:  06/15/2023

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000060



DISTRICT OF COLUMBIA
**PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 10th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| | | | | | |

| LEA of Enrollment | Case Manager | School Phone | |
|---|---|---|---|
| District of Columbia Public Schools | Victoria Mardre | 202-673-7385 | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Cardozo Education Campus | 1200 Clifton St NW | Washington | DC | 20009 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/13/2019 | 01/09/2020 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 12/08/2020 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Attended by phone | |
| Student | Kiyel Kearney | Attended by phone | |
| Special Education Teacher | Victoria Mardre | Attended by phone | |
| Evaluator/ Individual who can interpret assessment results | Joan E Cephas | Did not attend | |
| LEA/School Representative<br>Director of Specialized Instruction | Angela Goff | Attended by phone | |
| General Education Teacher | Dr. Rosalyn Bryant | Attended by phone | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | | Did not attend | |
| School Social Worker | Nekia St. Clair | Attended by phone | |
| Special Education Teacher | Emily Mariko Uechi | Attended by phone | |
| | Marie-Elena Bucciero | Attended by phone | |
| | Laura Taylor | Attended by phone | |

1.866.610.8030

**•••••EASY**FAX

Document Created on '12/09/2020'
10/−.004DF0DE

**Kearney, Kiyel**
**Page:** 1

State USI: 6269477141

**Local ID:** 9291828
**Cardozo Education Campus**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000061



### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Saquea Adams | Attended by phone | |
|---|---|---|

**TRANSFER OF EDUCATIONAL RIGHTS**

The student and the parent have been informed of the transfer of rights, under 34 CFR §300.520 of the Individual with Disabilities Education Act, that will take place when the student reaches the age of majority (18 years old in the District of Columbia).

1.866.610.8030



Document Created on '12/09/2020'

10/-.004DF0DE

**Kearney, Kiyel**     **State USI:** 6269477141     **Local ID:** 9291828
**Page:** 2     **Cardozo Education Campus**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000062



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

### Individualized Education Program (IEP)

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children? [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |

KTK000063



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)
### PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
| --- |
| Academic-Mathematics |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel is a 10th grade student at Cardozo Education Campus. He is enrolled in Geometry for a required math credit towards his high school diploma. He receive services under the category of Specific Learning Disability. Kiyel is in an inclusion classroom where he receives specialize instruction, accommodation and modifications to support him in the general education setting.

Kiyel is a pleasure to have in class. He demonstrates appropriate relationships with peers and adults. Kiyel performs well in math when given explicit instruction and the opportunity to ask questions about what he does not understand when he works in small groups or one on one support. Kiyel demonstrates deficits in math fluency, computation and calculations due to his learning disability.

During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions. On assessments, he performed at 67% average; practice and application assignments 88%;and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks.

When completing assignments for the goal on Transformations, Kiyel determined the 4 transformations when given a pre -image, identified the transformation or combination of transformations that have occurred involving a translation; a reflection over any horizontal or vertical line or the lines y = x or y = -x a clockwise or counter clockwise, rotation of 90°on a coordinate grid where the center of rotation is limited to the origin; and a dilation from a fixed point on a coordinate grid.

Kiyel was absent when the District's Achievement Network (ANET),the interim assessment used to monitor student progress towards grade level outcomes for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day.

Kiyel's current performance is impacted by his low attendance and lack of classwork. He has not submitted any assignments for term 2. He has articulated that he is dealing with personal issues and feels unmotivated. However, he also stated that he is ready to get back on track and do what he needs to do.

Kiyel's disability in the area of mathematics prevents him from independently assessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order for him to be successful in the general education environment.

KTK000064



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability in the area of mathematics impacts his ability to access and participate in the grade level general education curriculum without support. In working with mathematical concepts, Kiyel possesses below grade level processing and below grade level comprehension skills. Due to his lack of on grade level mathematical skills, he has difficulty independently solving mathematical problems and formulas. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, classroom assignments and assessments, Kiyel is in need of specialized instruction in the area of mathematics. Kiyel's disability affects his comprehension and processing of on grade level mathematical content. Kiyel would benefit from the use of graphic organizers for visual representation, a calculator for self-checking his assignments, technology based interactive math programs, utilization of multiplication/division charts for quick reference, differentiation teaching methods and instructional manipulative to aid in his comprehension of mathematical concepts. These strategies and supports are needed in Kiyel's academic area in order to continue with his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, when given a list of geometric terms (e.g., angle, circle, perpendicular line, parallel line, or line segment) and a list of definitions, Kiyel will match the words to their definitions for 4 out of 5 geometric terms.

**Common Core Standards:**
**G.CO.1** - Know precise definitions of angle, circle, perpendicular line, parallel line, and line segment, based on the undefined notions of point, line, distance along a line, and distance around a circular arc.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to solve simple addition and subtraction problems. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

**Annual Goal 2:**
By the end of the IEP cycle, when given a diagram with the measure of one angle given and another angle marked as unknown, Kiiyel will determine the measure of the unknown angle by first identifying the relationship between the given and the unknown angle (e.g., alternate interior angles are congruent) and then stating the angle measure for the unknown angle (e.g., m?ABC = 66°) for (4 out of 5) problems.

**Common Core Standards:**
**G.CO.9** - Prove theorems about lines and angles. Theorems include: vertical angles are congruent; when a transversal crosses parallel lines, alternate interior angles are congruent and corresponding angles are congruent; points on a perpendicular bisector of a line segment are exactly those equidistant from the segment s endpoints.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to solve one variable equations with 65% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

KTK000065



## Individualized Education Program (IEP)

**Annual Goal 3:**
By the end of the IEP cycle, when given a figure on a graph and a description of a transformation that is a translation or dilation only (e.g., shift right 4 units, shift down 5 units), Kiyel will correctly choose the types of transformation used (e.g., translation, dilation), choose the correct transformed figure on a graph (e.g. using patty paper, transparencies, graphing software (i.e., Geogebra ), choose the correct function or rule that moves the original to the transformed figure (e.g., (x, y) -> (x + 4, y - 5), and choose if distances and angles are preserved (e.g., for a translation, distances and angles are preserved) each from four, fixed answer choices for 4 out of 5 transformations.

**Common Core Standards:**
**G.CO.5** - Given a geometric figure and a rotation, reflection, or translation, draw the transformed figure using, e.g., graph paper, tracing paper, or geometry software. Specify a sequence of transformations that will carry a given figure onto another.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to use multiplication skills when solving quadratic equations with 65% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

**Annual Goal 4:**
By 01/08/2020, when given two triangles , Kiyel will determine if the two triangles are similar using Similarity Theorem (SSS, SAS etc.) and write a similarity statement for (4 out of 5) problems.

**Common Core Standards:**
**G.SRT.8** - Use trigonometric ratios and the Pythagorean Theorem to solve right triangles in applied problems.*

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel was administered the Measure of Academic Progress (MAP), a math assessment and received an overall score of 204 which placed him at a 5th grade level. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

**Annual Goal 5:**
By the end of the IEP cycle, when given a factorable quadratic equation, Kiyel will use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x – p)2 = q$ that has the same solutions for (4 out of 5 equations.

.

**Common Core Standards:**
**A.REI.4** - Solve quadratic equations in one variable.
**A.REI.4.a** - Use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x \ p)2 = q$ that has the same solutions. Derive the quadratic formula from this form.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrated the use of multiplication skills to factor with 50% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

KTK000066



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Annual Goal 6: |
| --- |
| By the end of the IEP cycle, when given a polynomial p(x), Kiyel will determine p(c), for some real number c. Kiyel will use the answer p(c) to determine if (x - c) is a factor of p(x) and the remainder, r(x), of p(x)/(x-c) for (4 out of 5) problems in (2 consecutive) problem sets. |

| Common Core Standards: |
| --- |
| **A.APR.2** - Know and apply the Remainder Theorem: For a polynomial p(x) and a number a, the remainder on division by x a is p(a), so p(a) = 0 if and only if (x a) is a factor of p(x). |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
| --- | --- | --- |
| Kiyel demonstrates an understanding of using multiplication to factor with 50% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks*<br>*Test / Each Nine Weeks* |

| AREA OF CONCERN:<br>Academic-Reading |
| --- |
| **Present Levels of Academic Achievement and Functional Performance:**<br>Kiyel is a 17 year old, 10th grade sophomore student at Cardozo Education Campus. He is currently enrolled in 4th period English II class where he receives inclusion services and small group pull-out services from the special education teacher, Ms. Uechi. A review of his report card shows that Kiyel earned a 72.5% C for Term 1, and currently has an F in Term 2. The grade for Term 1 reflects his effort in reading and responding to guiding questions/writing prompts related to literary text "The Other Wes Moore" by Wes Moore. In Term 2, with increased focus on literary analysis and informational texts, Kiyel has not submitted classwork on CANVAS or Peardeck. Kiyel has the opportunity to meet with a special education teacher 3-4 times per week, however, Kiyel has not taken advantage of these small-group session during Semester 1 of the 2020/2021 school year.<br><br>Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students recieving extended time on school assessments.<br><br>When the special educator and general educator have been able to contact Kiyel, Kiyel has demonstrated inconsistencies related to motivation to participate in class via Microsoft Teams, Peardeck, nor in one-on-one sessions with one or both educators. Kiyel's reluctance to engage with his English II teachers, his peers, and self-advocacy has resulted in difficulties reading aligned to the reading Common Core State Standards in the inclusion classroom. Accommodations and modifications are needed in Kiyel's academic career in order for him to be successful in the general education inclusion learning environment. |

KTK000067



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

# Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's below grade level reading comprehension skills and reading fluency impacts his academic performance .His disability in the area of reading impacts his ability to access and participate in the grade level curriculum without individualized support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the RI testing, classroom based assignments and assessments and benchmark assessments, Kiyel is in need of specialized instruction in the area of reading. Kiyel's disability affects his comprehension and processing of on grade level reading content. Kiyel would benefit from teacher modeling, graphic organizers, printed notes, high interest reading material that parallel's grade level texts, scaffolding textual information and utilization reading strategies (visualization, questioning, prediction, inferencing) when reading a text. Kiyel requires the provision of modifications and accommodations to continue her progression within the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.

**Common Core Standards:**
**10.RL.3** - Analyze how complex characters (e.g., those with multiple or conflicting motivations) develop over the course of a text, interact with other characters, and advance the plot or develop the theme.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able restate textual evidence explicitly,but not inferentially with 80% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

**Annual Goal 2:**
By the end of the IEP cycle, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and explain how evidence supports the claim, for (3 out of 4) text analyses.

**Common Core Standards:**
**10.RI.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

| AREA OF CONCERN: |
|---|
| **Academic-Written Expression** |

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel is a 17 year old, 10th grade sophomore student at Cardozo Education Campus. Kiyel enjoys creative writing that relates to his interest in popular culture such as music, video games, as well as his community outside of the school setting.

KTK000068



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

# Individualized Education Program (IEP)

During Term 1, Kiyel demonstrated the ability to answer 2/5 writing tasks in response to the novel "The Other Wes Moore" by Wes Moore. As a high interest reading material, Kiyel was able to write out the answers to guiding questions with 75% accuracy using evidence from the text to support his response. Kiyel does require prompting and re-prompting in order to complete writing taks. When completing writing tasks, he is often able to answer the minimum requirements as outlined by a teacher-created rubric and/or checklist. However, Kiyel does demonstrate difficulty responding to written expression prompts with full completion. Kiyel is provided multiple opportunities to complete his written expressions, encouraged to attend small group pull outs with the special educator, and given modified writing tasks that align to skills related to claims, evidence, and reasoning writing tasks. Kiyel has yet to take advantage of additional opportunities for individualized instruction during Semester 1 of the 2020/2021 school year.

Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class. This can be seen in his Writing Prompts from the "Living Through History Cornerstone" and "Focal Passage #1 Writing Prompt." Kiyel has demonstrated chronological writing with some command over English conventions and grammar. Additionally, he has successfully embedded quotes when referencing evidence from grade-level texts. However, with additional support, Kiyel will need additional support choosing the most relevant evidence, as well as the analysis or reasoning portion of literary analysis and written expression.

Kiyel's disability in the area of written expression prevents him from independently accessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order to assist him with becoming successful in the general education environment. Kiyel benefits from opportunities to edit and revise his work for punctuation, grammar, and sentence-level complexity. Additionally, graphic organizers, unpacking writing prompts, and sentence starters are needed in Kiyel's academic program to help improve his written expression skills.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel continues to display challenges with grammar mechanics, vocabulary, and communicating complex ideas into a written format. Kiyel's disability in the area of written expression impacts his ability to access the grade level education curriculum without individualized supports and multiple opportunities to complete grade-level tasks. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Kiyel's disability affects his progression of learning and applying written language concepts. Kiyel requires the provision of modification and accommodations to successfully progress in the general education environment. Utilizing task specific graphic organizers, writing prompts, evidence collection charts, and providing student choices for writing topics will assist Kiyel with his written expression skills and aid in his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
10.W.4 - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

KTK000069



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Baseline: | Anticipated Date of | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | Achievement: 12/07/2021 | *Work Samples / Each Nine Weeks* *Test / Each Nine Weeks* |

**Annual Goal 2:**
By the end of the IEP cycle, given an independent level text with an exemplar piece of evidence that supports the claim, a pre-highlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts.

**Common Core Standards:**
**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
**10.W.1.b** - Develop claim(s) and counterclaims fairly, supplying evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience s knowledge level and concerns.

| Baseline: | Anticipated Date of | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to take a position and explain his opinion to support his claim with 65% accuracy. | Achievement: 12/07/2021 | *Work Samples / Each Nine Weeks* *Test / Each Nine Weeks* |

**Annual Goal 3:**
By the end of the IEP, given a draft of the student's own work (e.g. a paragraph-long written response or a student's first draft of an argumentative or narrative essay), Kiyel will revise based on language convention skills (e.g. by adding phrases (participle, introductory, appositive, or prepositional) and clauses (dependent, independent, or relative) to introduce and connect ideas with 80% accuracy in (4 of 5) writing samples, as measured by a teacher-created rubric.

**Common Core Standards:**
**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
**10.L.1** - Demonstrate command of the conventions of standard English grammar and usage when writing or speaking.
**10.L.1.a** - Use parallel structure.*
**10.L.1.b** - Use various types of phrases (noun, verb, adjectival, adverbial, participial, prepositional, absolute) and clauses (independent, dependent; noun, relative, adverbial) to convey specific meanings and add variety and interest to writing or presentations.
**10.W.1.c** - Use words, phrases, and clauses to link the major sections of the text, create cohesion, and clarify the relationships between claim(s) and reasons, between reasons and evidence, and between claim(s) and counterclaims.
**10.W.1.e** - Provide a concluding statement or section that follows from and supports the argument presented.

KTK000070



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy. | 12/07/2021 | *Work Samples / Each Nine Weeks* <br> *Test / Each Nine Weeks* |

| AREA OF CONCERN: <br> Emotional, Social, and Behavioral Development |
|---|
| **Present Levels of Academic Achievement and Functional Performance:** <br> Kiyel is a 10th grade male student currently enrolled in Francis Cardozo Education Campus. Kiyel is receiving specialized instruction in an inclusion, general education classroom. Kiyel presents as an engaging student who is able to communicate with others in a mutually respectful manner. It appears that Kiyel works better with those to whom he has built a relationship. <br><br> Since Term 2, it has been difficult for this provider to engage and build a relationship with Kiyel. At the beginning of the year, Kiyel was responsive and engaged in behavior support services but became less engaged over the last month. According to his teachers, he engages in virtual instruction and completes assignments. However, his attendance and engagement has decreased significantly in Math and English class. <br><br> A Beginning of the Year (BOY) assessment as administered in October 2020. The Strengths and Difficulties Questionnaire (SDQ) is a self-report inventory behavioral screening questionnaire for children and adolescents ages 2 through 17 years old, with five scales scored from 0-10, and the other adding up four of these (emotional, conduct, hyperactivity and peer problems) to create a total difficulty score (range 0-40). <br><br> The SDQ yielded the following results: <br> Score for overall stress 3 (0 - 14 is close to average) <br> Score for emotional distress 2 (0 - 4 is close to average) <br> Score for behavioural difficulties 1 (0 - 3 is close to average) <br> Score for hyperactivity and concentration difficulties 2 (0 - 5 is close to average) <br> Score for difficulties getting along with other children 1 (0 - 2 is close to average) <br> Score for kind and helpful behaviour 4 (0 - 7 is close t average) <br><br> These results reveal that Kiyel has a low risk for any disorder: emotional, behavioral or hyperactivity or concentration. Kiyel struggles with academic compliance, adequate problem-solving and on time attendance. |

KTK000071



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Kiyel's behaviors are most likely to occur in any class. Kiyel's behaviors are triggered when people are confrontational towards him. | Kiyel's academic achievement and functional performance are affected by his disability. His disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Student failed all classes term 1 with the exception of ROTC and and is currently failing the same classes. He has 29 absences to date. | 12/07/2021 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us

KTK000072



## Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 12/08/2020 | 12/07/2021 | 2 hr per wk |
| Specialized Instruction | General Education | 12/08/2020 | 12/07/2021 | 3 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Behavioral Support Services | General Education | 12/08/2020 | 12/07/2021 | 60 min per mon |

## Other Classroom Aids and Services

*This section documents aids, services, and other supports that are only provided in regular education classes or other education-related settings to enable children with disabilities to access the curriculum and are not accommodations provided in the Statewide-Assessment.*

Kiyel received small group and one on one specialized instruction with accommodations and modifications that include guided notes, visual resources, scaffolding,and graphic organizers,

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No

**Kearney, Kiyel**                           **State USI:** 6269477141                           **Local ID:** 9291828
**Page:** 13                                                                                     **Cardozo Education Campus**

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  | www.k12.dc.us

KTK000073



## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 2 hr per wk | Student needs individualized support in small groups. |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Student received small group instruction, scaffolding complex information, graphic organizers for visual representation, calculator and independent reading level text in the general education classroom. |

| **Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include** |
|---|
| There are no possible harmful effects from this proposed placement. |

**Kearney, Kiyel**            **State USI:** 6269477141            **Local ID:** 9291828
**Page:** 14                                                     **Cardozo Education Campus**

KTK000074



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:
[ ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[ ] Alternate Assessment - No Accommodations
[ ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Response* | *Response* |
| Non-Standard Calculation Device on Calculator Sections | Non-Standard Calculation Device on Calculator Sections |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |

**Kearney, Kiyel**　　　　State USI: 6269477141　　　　**Local ID:** 9291828
**Page:** 15　　　　**Cardozo Education Campus**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000075



### Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services:  [  ] Yes [**X**] No

KTK000076



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**POST-SECONDARY TRANSITION PLAN**

**STUDENT INPUT**

| |
|---|
| *Academic Interests:* |
| Kiyel stated that math is his best class this year because he understands the work. English is the class he feels he is having a challenge in because it is a lot of reading and writing. When prompted to share what works for him in his classes, he stated that he does receive help from all his teachers when he needs it. |
| *Functional Interests:* |
| Kiyel agreed that he does need to improve his classroom work habit skills such as completing his assignments and improve his attendance and participation. |
| *Employment Interests:* |
| Kiyel stated that he still feels unsure about what career he would like to have. When probed about his music interest, he stated he is still interested and would like to be in the music business. Kiyel is vocally talented as a rapper and writer. |
| *Other:* |
| Kiyel is working on his motivation and confidence to support his goal to graduate with a high school diploma. |

**AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS**

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 12/01/2020 | Victoria Mardre |
| **Assessment Tool(s):** Reading Inventory, ANET interim assessments,Report card | | |
| **Interpretation of Results** | | |
| Summary for Post-secondary education and training: | | |

KTK000077



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

# Individualized Education Program (IEP)

A review of Kiyel's report card for first term during school year 20-21 shows that he received the following grades: Geometry (B-) English (C) Chemistry (D) Spanish (D)

Kiyel is currently enrolled in 10th grade courses required to receive his high school diploma During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions. On assessments, he performed at 67% average; practice and application assignments 88%;and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks. Kiyel was absent when the Achievement Network (ANET) Interim math assessment for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day. Students have the opportunity to complete the Constructed Response (CR) question from the ANet in order to receive data.

Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students recieving extended time on school assessments.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 12/07/2020 | Victoria Mardre |

**Assessment Tool(s):** O'Net Career interest Profiler

**Interpretation of Results**

Summary for Employment:

Summary for Employment: Kiyel completed the O'Net Interest Profiler. His top scores remained high in the Artistic category which is a strong indicator for him because of his passion and performance in music.This profile is very reflective of Kiyel's career strength. His grandmother was very excited and shared that she is so proud as to how musically talented he is.

1. Artistic (28): People with Artistic interests like work that deals with the artistic side of things, such as acting, music,art and design. They like creativity in their work, and work that can be done without following a set of rules 2. Social (25): People with Social interests like working with others to help them learn and grow. They like working with people more than working with objects, machines, or information. They like teaching giving advice and being of service to people. 3. Conventional (20):People with Conventional interests like work that follows set procedures and routines. They prefer working with information and paying attention to details rather than working with ideas. They like working with clear rules and following a strong leader.

Kiyel performs around the city and is very popular in his community for his rap performances.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 12/07/2020 | Victoria Mardre |

**Assessment Tool(s):** Independent Living Inventory

**Interpretation of Results**

---

**Kearney, Kiyel**              **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 18                                                      **Cardozo Education Campus**

KTK000078



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

Summary for Independent living:

Summary for Independent living: Kiyel completed the Independent Interest Inventory on December 7, 2020 to determine the need for a post secondary goal in the area of Independent Living. Independent Living includes the skills and knowledge an individual needs to direct his or her life at home and in the community. Students check Yes, No or N/A depending on whether the student possesses the identified skills.

After completing the inventory, Kiyel received the following results: 1.Home Living: Abdul is able to follow daily living routine or personal hygiene and maintaining daily living routines such as performing household chores and making personal or emergency phone calls 2.Transportation: Kiyel uses public transportation independently to navigate throughout the community and selects appropriate modes of transportation for traveling. 3.Law and Politics: Kiyel understands the process to participate in voting and understands his rights as a person with a disability. 4.Community Involvement: Kiyel is able to locate and use community services independently including the recreation center, movies, banks, police dept, mall, etc. 5.Personal Safety and Interpersonal Relationships: Kiyel maintains healthy relationships with family and close friends and understands when it is appropriate to call 911 and receive emergency services. 6.Self-Advocacy: Kiyel is able to advocate for himself by seeking support and expressing his needs and contacting the appropriate people to support him.

Kiyel's responses indicate that he is performing appropriately within his peer age group and does not warrant Independent Living skills goals at this time.

## COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

| Post-Secondary Goal(s): Upon graduation from high school, Kiyel will attend a 2 year community college. |
| --- |

## MEASURABLE ANNUAL TRANSITION GOALS

| Measurable Annual Transition Goal: By the end of the IEP cycle, Kiyel will research 2 community colleges that offer a degree in music engineering and list the educational requirements and report his findings to his case manager. |
| --- |

| Baseline: Kiyel is not familiar with all the educational requirements of becoming a music engineer. Due to Covid-19, Kiyel did not complete this goal, thus he will continue with this goal. | Anticipated Date of Achievement: 12/07/2021 |
| --- | --- |

## TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
| --- | --- | --- | --- | --- |
| College counseling | DCPS | 3 hr per year | 12/08/2020 | 12/07/2021 |

**Kearney, Kiyel**                    State USI: 6269477141                    Local ID: 9291828
**Page:** 19                                                  **Cardozo Education Campus**

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us

KTK000079



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

### Individualized Education Program (IEP)

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

Kiyel loves to do music. His performances have been limited during the Co-Vid Pandemic. He stated that he still writes and do his music videos. Kiyel is aware that he needs to complete 100 community service hours.

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is currently enrolled in 10th grade required courses for a high school diploma which are:

Geometry, English 10,Extended English, Chemistry, Spanish, Physical Ed. World History& Geography II .

**COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

**Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will have a career in the music industry.

**MEASURABLE ANNUAL TRANSITION GOALS**

| | |
|---|---|
| **Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research 3 careers in Music Engineering, to include positions, salary, and training needed with 100% accuracy. | |
| **Baseline:** Kiyel is not familiar with the careers related to music engineering and should continue to work on this goal. | **Anticipated Date of Achievement:** 12/07/2021 |

**TRANSITION SERVICES FOR EMPLOYMENT**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Career counseling | DCPS | 3 hr per year | 12/08/2020 | 12/07/2021 |

KTK000080



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

Kiyel loves to do music.  His performances have been limited during the Co-Vid Pandemic.  He stated that he still writes and do his music videos.  Kiyel is aware that he needs to complete 100 community service hours.

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is currently enrolled in 10th grade required courses for a high school diploma which are: Geometry, English 10,Extended English, Chemistry, Spanish, Physical Ed.  World History& Geography II .

**Kearney, Kiyel**                              **State USI:** 6269477141                              **Local ID:** 9291828
**Page:** 21                                                                                          **Cardozo Education Campus**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000081



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**GRADUATION PLANNING**

Projected Exit Category:        [**X**] H.S. Diploma
                                [  ] H.S. Certificate prior to age 22
                                [  ] H.S. Certificate at age 22

Date of Projected Graduation:  06/15/2023

---

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

---

**Kearney, Kiyel**                    **State USI:** 6269477141                         **Local ID:** 9291828
**Page:** 22                                                                 **Cardozo Education Campus**

KTK000082



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 10th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| 113 Wayne PLACE SE | Washington | DC | 20032 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Nandi Taylor | 202-645-3390 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Ballou STAY High School | 3401 4th St SE | Washington | DC | 20032 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/13/2019 | 12/08/2020 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 12/06/2021 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Adult Student | Kiyel Kearney | Attended in person | |
| Special Education Teacher | Nandi Taylor | Did not attend | |
| Evaluator/ Individual who can interpret assessment results | David Graham | Attended in person | |
| LEA/School Representative LEA Representative | Trudianne James | Attended in person | |
| General Education Teacher | Wilfredo Ortiz | Did not attend | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | N/A | Did not attend | |
| Social Worker | WIlliam S Johnson | Attended in person | |

1.866.610.8030

EASYFAX

Document Created on '12/11/2021'

10/-.0054FB9E

**Kearney, Kiyel**
**Page:** 1

State USI: 6269477141

**Local ID:** 9291828
**Ballou STAY High School**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000083



**Office of Special Education**

## Individualized Education Program (IEP)

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**

Does the child's behavior impede the child's learning or that of other children? [ ] YES   [X] NO

**Limited English Proficiency**

Does the child have language needs that relate to the child's IEP? [ ] YES   [X] NO

**Blind/Visually Impaired**

Is the child a child who has been identified as blind or visually impaired? [ ] YES   [X] NO

**Deaf/Hard of Hearing**

Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES   [X] NO

**Communication**

| **Consideration:** |
|---|
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
|---|
| Student does not require assistive technology or services. |



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)
### PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
|---|
| Academic-Mathematics |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in Algebra 1 and a P in Extended Algebra 1. During the 2020-2021 school year, he earned a P in Geometry and an F in Geometry part A. Thus far, Kiyel has earned two math credits towards graduation.

Historical Data

Kiyel was a 10th grade student at Cardozo Education Campus. He was enrolled in Geometry for a required math credit towards his high school diploma. He receive services under the category of Specific Learning Disability. Kiyel is in an inclusion classroom where he receives specialize instruction, accommodation and modifications to support him in the general education setting. Kiyel is a pleasure to have in class. He demonstrates appropriate relationships with peers and adults. Kiyel performs well in math when given explicit instruction and the opportunity to ask questions about what he does not understand when he works in small groups or one on one support. Kiyel demonstrates deficits in math fluency, computation and calculations due to his learning disability.

During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions. On assessments, he performed at 67% average; practice and application assignments 88%;and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks. When completing assignments for the goal on Transformations, Kiyel determined the 4 transformations when given a pre -image, identified the transformation or combination of transformations that have occurred involving a translation; a reflection over any horizontal or vertical line or the lines y = x or y = -x a clockwise or counter clockwise, rotation of 90°on a coordinate grid where the center of rotation is limited to the origin; and a dilation from a fixed point on a coordinate grid. Kiyel was absent when the District's Achievement Network (ANET),the interim assessment used to monitor student progress towards grade level outcomes for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day.

KTK000085



DISTRICT OF COLUMBIA
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability in the area of mathematics impacts his ability to access and participate in the grade level general education curriculum without support. In working with mathematical concepts, Kiyel possesses below grade level processing and below grade level comprehension skills. Due to his lack of on grade level mathematical skills, he has difficulty independently solving mathematical problems and formulas. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, classroom assignments and assessments, Kiyel is in need of specialized instruction in the area of mathematics. Kiyel's disability affects his comprehension and processing of on grade level mathematical content. Kiyel would benefit from the use of graphic organizers for visual representation, a calculator for self-checking his assignments, technology based interactive math programs, utilization of multiplication/division charts for quick reference, differentiation teaching methods and instructional manipulative to aid in his comprehension of mathematical concepts. These strategies and supports are needed in Kiyel's academic area in order to continue with his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, when given a factorable quadratic equation, Kiyel will use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x - p)2 = q$ that has the same solutions for (4 out of 5 equations.

.

**Common Core Standards:**
A.REI.4 - Solve quadratic equations in one variable.
A.REI.4.a - Use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x\ p)2 = q$ that has the same solutions. Derive the quadratic formula from this form.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrated the use of multiplication skills to factor with 50% accuracy. | 12/07/2022 | *Work Samples / At Opportunity*<br>*Test / At Opportunity* |

**Annual Goal 2:**
By the end of the IEP cycle, when given a polynomial p(x), Kiyel will determine p(c), for some real number c. Kiyel will use the answer p(c) to determine if (x - c) is a factor of p(x) and the remainder, r(x), of p(x)/(x-c) for (4 out of 5) problems in (2 consecutive) problem sets.

**Common Core Standards:**
A.APR.2 - Know and apply the Remainder Theorem: For a polynomial p(x) and a number a, the remainder on division by x a is p(a), so p(a) = 0 if and only if (x a) is a factor of p(x).

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrates an understanding of using multiplication to factor with 50% accuracy. | 12/07/2022 | *Work Samples / At Opportunity*<br>*Test / At Opportunity* |

KTK000086



## Individualized Education Program (IEP)

| AREA OF CONCERN: |
|---|
| **Academic-Reading** |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in English I. During the 2020-2021 school year, he earned an F in English. During summer school, he was reenrolled in English II and received an F. Thus far, Kiyel has earned 1 English credit towards graduation

Historical data

A review of his report card shows that Kiyel earned a 72.5% C for Term 1, and currently has an F in Term 2. The grade for Term 1 reflects his effort in reading and responding to guiding questions/writing prompts related to literary text "The Other Wes Moore" by Wes Moore. In Term 2, with increased focus on literary analysis and informational texts, Kiyel has not submitted classwork on CANVAS or Peardeck. Kiyel has the opportunity to meet with a special education teacher 3-4 times per week, however, Kiyel has not taken advantage of these small-group session during Semester 1 of the 2020/2021 school year.

Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students recieving extended time on school assessments.

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
|---|---|
| Kiyel's below grade level reading comprehension skills and reading fluency impacts his academic performance .His disability in the area of reading impacts his ability to access and participate in the grade level curriculum without individualized support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the RI testing, classroom based assignments and assessments and benchmark assessments, Kiyel is in need of specialized instruction in the area of reading. Kiyel's disability affects his comprehension and processing of on grade level reading content. Kiyel would benefit from teacher modeling, graphic organizers, printed notes, high interest reading material that parallel's grade level texts, scaffolding textual information and utilization reading strategies (visualization, questioning, prediction, inferencing) when reading a text. Kiyel requires the provision of modifications and accommodations to continue her progression within the general education environment. |

**Annual Goal 1:**

By the end of the IEP cycle, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.

KTK000087



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

**Common Core Standards:**

**10.RL.3** - Analyze how complex characters (e.g., those with multiple or conflicting motivations) develop over the course of a text, interact with other characters, and advance the plot or develop the theme.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able restate textual evidence explicitly,but not inferentially with 80% accuracy. | 12/07/2022 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

**Annual Goal 2:**

By the end of the IEP cycle, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and explain how evidence supports the claim, for (3 out of 4) text analyses.

**Common Core Standards:**

**10.RI.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | 12/07/2022 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

| AREA OF CONCERN: |
|---|
| **Academic-Written Expression** |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in English I. During the 2020-2021 school year, he earned an F in English. During summer school, he was reenrolled in English II and received an F. Thus far, Kiyel has earned 1 English credit towards graduation

Historical data

During Term 1, Kiyel demonstrated the ability to answer 2/5 writing tasks in response to the novel "The Other Wes Moore" by Wes Moore. As a high interest reading material, Kiyel was able to write out the answers to guiding questions with 75% accuracy using evidence from the text to support his response. Kiyel does require prompting and re-prompting in order to complete writing taks. When completing writing tasks, he is often able to answer the minimum requirements as outlined by a teacher-created rubric and/or checklist. However, Kiyel does demonstrate difficulty responding to written expression prompts with full completion. Kiyel is provided multiple opportunities to complete his written expressions, encouraged to attend small group pull outs with the special educator, and given modified writing tasks that align to skills related to claims, evidence, and reasoning writing tasks. Kiyel has yet to take advantage of additional opportunities for individualized instruction during Semester 1 of the 2020/2021 school year.

KTK000088



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class. This can be seen in his Writing Prompts from the "Living Through History Cornerstone" and "Focal Passage #1 Writing Prompt." Kiyel has demonstrated chronological writing with some command over English conventions and grammar. Additionally, he has successfully embedded quotes when referencing evidence from grade-level texts. However, with additional support, Kiyel will need additional support choosing the most relevant evidence, as well as the analysis or reasoning portion of literary analysis and written expression.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel continues to display challenges with grammar mechanics, vocabulary, and communicating complex ideas into a written format. Kiyel's disability in the area of written expression impacts his ability to access the grade level education curriculum without individualized supports and multiple opportunities to complete grade-level tasks. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Kiyel's disability affects his progression of learning and applying written language concepts. Kiyel requires the provision of modification and accommodations to successfully progress in the general education environment. Utilizing task specific graphic organizers, writing prompts, evidence collection charts, and providing student choices for writing topics will assist Kiyel with his written expression skills and aid in his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**10.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 12/07/2022 | *Work Samples / At Opportunity*<br>*Test / At Opportunity* |

**Annual Goal 2:**
By the end of the IEP cycle, given an independent level text with an exemplar piece of evidence that supports the claim, a pre-highlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts.

**Common Core Standards:**
**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
**10.W.1.b** - Develop claim(s) and counterclaims fairly, supplying evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience s knowledge level and concerns.

KTK000089



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

| Baseline: Kiyel is able to take a position and explain his opinion to support his claim with 65% accuracy. | Anticipated Date of Achievement: 12/07/2022 | Evaluation Procedures and Schedule: *Work Samples / At Opportunity* *Test / At Opportunity* |
| --- | --- | --- |

**Annual Goal 3:**
By the end of the IEP, given a draft of the student's own work (e.g. a paragraph-long written response or a student's first draft of an argumentative or narrative essay), Kiyel will revise based on language convention skills (e.g. by adding phrases (participle, introductory, appositive, or prepositional) and clauses (dependent, independent, or relative) to introduce and connect ideas with 80% accuracy in (4 of 5) writing samples, as measured by a teacher-created rubric.

**Common Core Standards:**
**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
**10.L.1** - Demonstrate command of the conventions of standard English grammar and usage when writing or speaking.
**10.L.1.a** - Use parallel structure.*
**10.L.1.b** - Use various types of phrases (noun, verb, adjectival, adverbial, participial, prepositional, absolute) and clauses (independent, dependent; noun, relative, adverbial) to convey specific meanings and add variety and interest to writing or presentations.
**10.W.1.c** - Use words, phrases, and clauses to link the major sections of the text, create cohesion, and clarify the relationships between claim(s) and reasons, between reasons and evidence, and between claim(s) and counterclaims.
**10.W.1.e** - Provide a concluding statement or section that follows from and supports the argument presented.

| Baseline: Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy. | Anticipated Date of Achievement: 12/07/2022 | Evaluation Procedures and Schedule: *Work Samples / At Opportunity* *Test / At Opportunity* |
| --- | --- | --- |

| AREA OF CONCERN: Emotional, Social, and Behavioral Development |
| --- |
| **Present Levels of Academic Achievement and Functional Performance:** Kiyel is a 10th grade male student enrolled in Ballou Stay Academy on 11/12/21. Kiyel is receiving specialized instruction in an inclusion, general education classroom. Kiyel presented as an engaging student who is able to communicate with others in a mutually respectful manner. According to records It appears that Kiyel works better with those to whom he has built a relationship.<br><br>According To Aspen he has 11 credits and no community service hours. This will be his first year at Ballou Stay. |

KTK000090



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Kiyel's behaviors are most likely to occur in any class. Kiyel's behaviors are triggered when people are confrontational towards him. | Kiyel's academic achievement and functional performance are affected by his disability. Historically his disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| This is the student's first year at Ballou Stay. A baseline will be established during his first semester. | 12/07/2022 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |

KTK000091



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

### Special Education Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 12/06/2021 | 12/05/2022 | 2 hr per wk |
| Specialized Instruction | General Education | 12/06/2021 | 12/05/2022 | 3 hr per wk |

### Related Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Behavioral Support Services | General Education | 12/06/2021 | 12/05/2022 | 60 min per mon |

## Other Classroom Aids and Services

*This section documents aids, services, and other supports that are only provided in regular education classes or other education-related settings to enable children with disabilities to access the curriculum and are not accommodations provided in the Statewide-Assessment.*

Kiyel received small group and one on one specialized instruction with accommodations and modifications that include guided notes, visual resources, scaffolding,and graphic organizers,

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No

**Kearney, Kiyel**
**Page:** 10

**State USI:** 6269477141

**Local ID:** 9291828
**Ballou STAY High School**

KTK000092



## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---------|----------------|----------------------------------------------------------------|
| Specialized Instruction | 2 hr per wk | Student needs individualized support in small groups. |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Student received small group instruction, scaffolding complex information, graphic organizers for visual representation, calculator and independent reading level text in the general education classroom. |

| **Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include** |
|---|
| There are no possible harmful effects from this proposed placement. |

Kearney, Kiyel                          **State USI:** 6269477141                          **Local ID:** 9291828
**Page:** 11                                                                        **Ballou STAY High School**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000093



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:          [ ] Regular Statewide Assessment without accommodations
                                      [X] Regular Statewide Assessment with accommodations
                                      [ ] Alternate Assessment - No Accommodations
                                      [ ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Response* | *Response* |
| Non-Standard Calculation Device on Calculator Sections | Non-Standard Calculation Device on Calculator Sections |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 12          **Ballou STAY High School**

KTK000094



**Individualized Education Program (IEP)**

## SPECIAL EDUCATION TRANSPORTATION

Student requires transportation services:  [  ] Yes [**X**] No

## EXTENDED SCHOOL YEAR

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

## ESY TRANSPORTATION

Student requires ESY transportation services:  [  ] Yes [**X**] No

---

**Kearney, Kiyel**                     **State USI:** 6269477141                     **Local ID:** 9291828
**Page:** 13                                                                          **Ballou STAY High School**

KTK000095



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**POST-SECONDARY TRANSITION PLAN**

**STUDENT INPUT**

| | |
|---|---|
| ***Academic Interests:*** <br> Kiyel's favorite subject is English because he feels the class is set up for his success and is "cool with his current learning situation". | |

| |
|---|
| ***Functional Interests:*** <br> He is interested in customer service and entry computer literacy. |

| |
|---|
| ***Employment Interests:*** <br> Kiyel is interested in working for Amazon or UPS. He is also interested in working in retail specifically DTLR, Apple, or T-Mobile. |

| |
|---|
| ***Other:*** <br>   |

**AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS**

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 12/01/2021 | Nandi Taylor |

**Assessment Tool(s):** Casey Life Skills

**Interpretation of Results**

Summary for Post-secondary education and training:

Kiyel was administered the Casey Life Skills assessment in December 2021. Hehad an overall average score of 3.18. On the Career and Education Planning section He scored an average of 2.89. He answered yes to 22% of the questions.

Strenghts I have talked about my education plans with an adult who cares about me. I know an adult who will help me apply for training or education after high school

Weakness I know how to find work-related internships. I know where to find information about job training. I know how to find financial aid to help pay for my education or training.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 12/01/2021 | Nandi Taylor |

**Assessment Tool(s):** Casey Life Skills

**Interpretation of Results**

Summary for Employment:

KTK000096



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

Kiyel was administered the Casey Life Skills assessment in December 2021. He had an overall average score of 2.1. On the Work and Study Life portion of the assessment he scored an average of 2.1 He answered mostly yes to 20% of the questions.

Strenghts I know what sexual harassment and discrimination are. I know an adult who will go with me if I need to change schools. I have an adult in my life who cares about how I am doing at school or work. I get to school or work on time.

Weakness I know how to fill out a job application I know what the information on a pay stub means. I can fill out a W-4 payroll exemption form when I get a job. I know what employee benefits are. I know the reasons why my personal contacts are important for finding a job. I know how to get help from my school's mental health services.

I know how and when I can see my child welfare or juvenile justice records. I know where I can get help with an income tax form.

I can take criticism and direction at school or work without losing my temper. I know how to prepare for exams and/or presentations. I know where I can get tutoring or other help with school work. I look over my work for mistakes.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 12/01/2021 | Nandi Taylor |

**Assessment Tool(s):** Casey Lifeskills

**Interpretation of Results**
Summary for Independent living:
Kiyel was administered the Casey Life Skills assessment in December 2021. He had an overall average score of 3.18. In the Daily Living section, his average score was 3.18. He answered yes to 40% of the questions. He scored an average score of 3.41 on the Self Care portion of the assessment. He answered yes to 52% of the questions. He scored an average score of 3.17 on the Relationships and Communication section. He answered yes to 49% of the questions. He scored an average score of 2.74 on the Money Management section. He answered yes to 21% of the questions. Based on the results from the assessment, Kiyel has average confidence in his ability to navigate the day-to-day life of living alone but struggles with creating a budget and managing money.

## COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

| Post-Secondary Goal(s): Upon graduation from high school, Kiyel will attend a job training program or an educationa institution |
|---|

**Kearney, Kiyel**
**Page:** 15

State USI: 6269477141

Local ID: 9291828
**Ballou STAY High School**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000097



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

### MEASURABLE ANNUAL TRANSITION GOALS

| | |
|---|---|
| **Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research 2 community colleges and/or job programs in business or customer service and financial aid options. | |

| | |
|---|---|
| **Baseline:** According to Kiyel's Casey Life skills assessment, he struggles with knowing how to find job training and educational programs. He also does not know how to obtain financial aid for the future. | **Anticipated Date of Achievement:** 12/05/2022 |

### TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Support filling out applications | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| |
|---|
| Kiyel is interested in customer service opportunities and entry computer literacy skills. |

### COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| Kiyel is enrolled in English Language Arts II and Physics. |

### COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will have a career in customer service or go to college for business |

KTK000098



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

### MEASURABLE ANNUAL TRANSITION GOALS

| | |
|---|---|
| **Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research and apply to one educational institution and one job in customer service. | |

| | |
|---|---|
| **Baseline:** Based on his scores on the Casey Life skills assessment, Kiyel does not know how to fill out applications for jobs or college. | **Anticipated Date of Achievement:** 12/05/2022 |

### TRANSITION SERVICES FOR EMPLOYMENT

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Support with filing out applications | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| |
|---|
| Kiyel is interested in customer service opportunities and entry computer literacy skills. |

### COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| Kiyel is enrolled in English Language Arts II and Physics. |

### COORDINATED SET OF ACTIVITIES FOR INDEPENDENT LIVING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Independent living

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will live independently in an apartment or college dorm. |

KTK000099



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

### MEASURABLE ANNUAL TRANSITION GOALS

| Measurable Annual Transition Goal: By the end of the IEP cycle, given access to a budget amount, template with categories, and guidance from the teacher, Kiyel will correctly find the balance after putting the amounts spent in each category. In 3 out of 3 activities with 100% accuracy. |
|---|

| | |
|---|---|
| Baseline: Based on his scores on the Casey Life Skills Assessment, Kiyel struggles to manage money and create a budget. | Anticipated Date of Achievement: 12/05/2022 |

### TRANSITION SERVICES FOR INDEPENDENT LIVING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Budgeting instruction | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| Kiyel is interested in customer service opportunities and entry computer literacy skills. |
|---|

### COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| Kiyel is enrolled in English Language Arts II and Physics. |
|---|

KTK000100


**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**GRADUATION PLANNING**

Projected Exit Category:          [X] H.S. Diploma
                                  [ ] H.S. Certificate prior to age 22
                                  [ ] H.S. Certificate at age 22

Date of Projected Graduation: 06/15/2023

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000101



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

# Amended Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 10th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| 113 Wayne PLACE SE | Washington | DC | 20032 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Nandi Taylor | 202-645-3390 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Ballou STAY High School | 3401 4th St SE | Washington | DC | 20032 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/13/2019 | 12/06/2021 | Specific Learning Disability |

## AMENDMENT DETAILS

**Amendment Date**

01/10/2022

**The following information was amended:**

· Change to Secondary Transition: Edit transition areas (post-secondary goal, annual transition goal, or coordinated set of activities)

---

**IEP Amendment: LEA Representative Certification**

As the LEA Representative, I certify that the amendment(s) made to this IEP on 01/10/2022 are an accurate reflection of the proposed amendment(s) agreed upon by the parent and LEA, as documented in the Standard IEP Amendment Form(s).

I further certify that any additional amendments made through meeting are documented in the prior written notice (PWN) that will be created and documented in SEDS, and sent to all IEP team members including the parent in a timely manner.


LEA Representative Name: _____

LEA Representative Signature: _____

Date: _____

---

1.866.610.8030



Document Created on '01/10/2022'

10/−.0055D809

**Kearney, Kiyel**          State USI: 6269477141          Local ID: 9291828
**Page:** 1          Ballou STAY High School

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us          KTK000102



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

### Amended Individualized Education Program (IEP)

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**

Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**

Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**

Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**

Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
|---|
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
|---|
| Student does not require assistive technology or services. |

KTK000103



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)
### PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
| :---: |
| Academic-Mathematics |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in Algebra 1 and a P in Extended Algebra 1. During the 2020-2021 school year, he earned a P in Geometry and an F in Geometry part A. Thus far, Kiyel has earned two math credits towards graduation.

Historical Data

Kiyel was a 10th grade student at Cardozo Education Campus. He was enrolled in Geometry for a required math credit towards his high school diploma. He receive services under the category of Specific Learning Disability. Kiyel is in an inclusion classroom where he receives specialize instruction, accommodation and modifications to support him in the general education setting. Kiyel is a pleasure to have in class. He demonstrates appropriate relationships with peers and adults. Kiyel performs well in math when given explicit instruction and the opportunity to ask questions about what he does not understand when he works in small groups or one on one support. Kiyel demonstrates deficits in math fluency, computation and calculations due to his learning disability.

During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions. On assessments, he performed at 67% average; practice and application assignments 88%;and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks. When completing assignments for the goal on Transformations, Kiyel determined the 4 transformations when given a pre -image, identified the transformation or combination of transformations that have occurred involving a translation; a reflection over any horizontal or vertical line or the lines y = x or y = -x a clockwise or counter clockwise, rotation of 90°on a coordinate grid where the center of rotation is limited to the origin; and a dilation from a fixed point on a coordinate grid. Kiyel was absent when the District's Achievement Network (ANET),the interim assessment used to monitor student progress towards grade level outcomes for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day.

KTK000104



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Amended Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability in the area of mathematics impacts his ability to access and participate in the grade level general education curriculum without support. In working with mathematical concepts, Kiyel possesses below grade level processing and below grade level comprehension skills. Due to his lack of on grade level mathematical skills, he has difficulty independently solving mathematical problems and formulas. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, classroom assignments and assessments, Kiyel is in need of specialized instruction in the area of mathematics. Kiyel's disability affects his comprehension and processing of on grade level mathematical content. Kiyel would benefit from the use of graphic organizers for visual representation, a calculator for self-checking his assignments, technology based interactive math programs, utilization of multiplication/division charts for quick reference, differentiation teaching methods and instructional manipulative to aid in his comprehension of mathematical concepts. These strategies and supports are needed in Kiyel's academic area in order to continue with his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, when given a factorable quadratic equation, Kiyel will use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x - p)2 = q$ that has the same solutions for (4 out of 5 equations.

.

**Common Core Standards:**
A.REI.4 - Solve quadratic equations in one variable.
A.REI.4.a - Use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x p)2 = q$ that has the same solutions. Derive the quadratic formula from this form.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrated the use of multiplication skills to factor with 50% accuracy. | 12/07/2022 | *Work Samples / At Opportunity*<br>*Test / At Opportunity* |

**Annual Goal 2:**
By the end of the IEP cycle, when given a polynomial p(x), Kiyel will determine p(c), for some real number c. Kiyel will use the answer p(c) to determine if (x - c) is a factor of p(x) and the remainder, r(x), of p(x)/(x-c) for (4 out of 5) problems in (2 consecutive) problem sets.

**Common Core Standards:**
A.APR.2 - Know and apply the Remainder Theorem: For a polynomial p(x) and a number a, the remainder on division by x a is p(a), so p(a) = 0 if and only if (x a) is a factor of p(x).

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrates an understanding of using multiplication to factor with 50% accuracy. | 12/07/2022 | *Work Samples / At Opportunity*<br>*Test / At Opportunity* |

KTK000105



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

| AREA OF CONCERN: |
| :---: |
| **Academic-Reading** |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in English I. During the 2020-2021 school year, he earned an F in English. During summer school, he was reenrolled in English II and received an F. Thus far, Kiyel has earned 1 English credit towards graduation

Historical data

A review of his report card shows that Kiyel earned a 72.5% C for Term 1, and currently has an F in Term 2. The grade for Term 1 reflects his effort in reading and responding to guiding questions/writing prompts related to literary text "The Other Wes Moore" by Wes Moore. In Term 2, with increased focus on literary analysis and informational texts, Kiyel has not submitted classwork on CANVAS or Peardeck. Kiyel has the opportunity to meet with a special education teacher 3-4 times per week, however, Kiyel has not taken advantage of these small-group session during Semester 1 of the 2020/2021 school year.

Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students recieving extended time on school assessments.

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
| :--- | :--- |
| Kiyel's below grade level reading comprehension skills and reading fluency impacts his academic performance .His disability in the area of reading impacts his ability to access and participate in the grade level curriculum without individualized support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the RI testing, classroom based assignments and assessments and benchmark assessments, Kiyel is in need of specialized instruction in the area of reading. Kiyel's disability affects his comprehension and processing of on grade level reading content. Kiyel would benefit from teacher modeling, graphic organizers, printed notes, high interest reading material that parallel's grade level texts, scaffolding textual information and utilization reading strategies (visualization, questioning, prediction, inferencing) when reading a text. Kiyel requires the provision of modifications and accommodations to continue her progression within the general education environment. |

**Annual Goal 1:**

By the end of the IEP cycle, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.

KTK000106



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

**Common Core Standards:**
**10.RL.3** - Analyze how complex characters (e.g., those with multiple or conflicting motivations) develop over the course of a text, interact with other characters, and advance the plot or develop the theme.

| Baseline: | Anticipated Date of | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able restate textual evidence explicitly,but not inferentially with 80% accuracy. | Achievement: 12/07/2022 | *Work Samples / At Opportunity* *Test / At Opportunity* |

**Annual Goal 2:**
By the end of the IEP cycle, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and explain how evidence supports the claim, for (3 out of 4) text analyses.

**Common Core Standards:**
**10.RI.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

| Baseline: | Anticipated Date of | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | Achievement: 12/07/2022 | *Work Samples / At Opportunity* *Test / At Opportunity* |

| AREA OF CONCERN: |
|---|
| **Academic-Written Expression** |

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in English I. During the 2020-2021 school year, he earned an F in English. During summer school, he was reenrolled in English II and received an F. Thus far, Kiyel has earned 1 English credit towards graduation

Historical data
During Term 1, Kiyel demonstrated the ability to answer 2/5 writing tasks in response to the novel "The Other Wes Moore" by Wes Moore. As a high interest reading material, Kiyel was able to write out the answers to guiding questions with 75% accuracy using evidence from the text to support his response. Kiyel does require prompting and re-prompting in order to complete writing taks. When completing writing tasks, he is often able to answer the minimum requirements as outlined by a teacher-created rubric and/or checklist. However, Kiyel does demonstrate difficulty responding to written expression prompts with full completion. Kiyel is provided multiple opportunities to complete his written expressions, encouraged to attend small group pull outs with the special educator, and given modified writing tasks that align to skills related to claims, evidence, and reasoning writing tasks. Kiyel has yet to take advantage of additional opportunities for individualized instruction during Semester 1 of the 2020/2021 school year.

KTK000107



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Amended Individualized Education Program (IEP)

Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class. This can be seen in his Writing Prompts from the "Living Through History Cornerstone" and "Focal Passage #1 Writing Prompt." Kiyel has demonstrated chronological writing with some command over English conventions and grammar. Additionally, he has successfully embedded quotes when referencing evidence from grade-level texts. However, with additional support, Kiyel will need additional support choosing the most relevant evidence, as well as the analysis or reasoning portion of literary analysis and written expression.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel continues to display challenges with grammar mechanics, vocabulary, and communicating complex ideas into a written format. Kiyel's disability in the area of written expression impacts his ability to access the grade level education curriculum without individualized supports and multiple opportunities to complete grade-level tasks. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Kiyel's disability affects his progression of learning and applying written language concepts. Kiyel requires the provision of modification and accommodations to successfully progress in the general education environment. Utilizing task specific graphic organizers, writing prompts, evidence collection charts, and providing student choices for writing topics will assist Kiyel with his written expression skills and aid in his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
10.W.4 - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 12/07/2022 | *Work Samples / At Opportunity*<br>*Test / At Opportunity* |

**Annual Goal 2:**
By the end of the IEP cycle, given an independent level text with an exemplar piece of evidence that supports the claim, a pre-highlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts.

**Common Core Standards:**
10.W.1 - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
10.W.1.b - Develop claim(s) and counterclaims fairly, supplying evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience s knowledge level and concerns.

KTK000108



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Amended Individualized Education Program (IEP)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to take a position and explain his opinion to support his claim with 65% accuracy. | 12/07/2022 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

**Annual Goal 3:**

By the end of the IEP, given a draft of the student's own work (e.g. a paragraph-long written response or a student's first draft of an argumentative or narrative essay), Kiyel will revise based on language convention skills (e.g. by adding phrases (participle, introductory, appositive, or prepositional) and clauses (dependent, independent, or relative) to introduce and connect ideas with 80% accuracy in (4 of 5) writing samples, as measured by a teacher-created rubric.

**Common Core Standards:**

**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.

**10.L.1** - Demonstrate command of the conventions of standard English grammar and usage when writing or speaking.

**10.L.1.a** - Use parallel structure.*

**10.L.1.b** - Use various types of phrases (noun, verb, adjectival, adverbial, participial, prepositional, absolute) and clauses (independent, dependent; noun, relative, adverbial) to convey specific meanings and add variety and interest to writing or presentations.

**10.W.1.c** - Use words, phrases, and clauses to link the major sections of the text, create cohesion, and clarify the relationships between claim(s) and reasons, between reasons and evidence, and between claim(s) and counterclaims.

**10.W.1.e** - Provide a concluding statement or section that follows from and supports the argument presented.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy. | 12/07/2022 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

| **AREA OF CONCERN:** <br> **Emotional, Social, and Behavioral Development** |
|---|
| **Present Levels of Academic Achievement and Functional Performance:** <br> Kiyel is a 10th grade male student enrolled in Ballou Stay Academy on 11/12/21. Kiyel is receiving specialized instruction in an inclusion, general education classroom. Kiyel presented as an engaging student who is able to communicate with others in a mutually respectful manner. According to records It appears that Kiyel works better with those to whom he has built a relationship. <br><br> According To Aspen he has 11 credits and no community service hours. This will be his first year at Ballou Stay. |

KTK000109



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Kiyel's behaviors are most likely to occur in any class. Kiyel's behaviors are triggered when people are confrontational towards him. | Kiyel's academic achievement and functional performance are affected by his disability. Historically his disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| This is the student's first year at Ballou Stay. A baseline will be established during his first semester. | 12/07/2022 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |

KTK000110



## Amended Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---------|---------|-----------|----------|----------------|
| Specialized Instruction | Outside General Education | 12/06/2021 | 12/05/2022 | 2 hr per wk |
| Specialized Instruction | General Education | 12/06/2021 | 12/05/2022 | 3 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---------|---------|-----------|----------|----------------|
| Behavioral Support Services | General Education | 12/06/2021 | 12/05/2022 | 60 min per mon |

## Other Classroom Aids and Services

*This section documents aids, services, and other supports that are only provided in regular education classes or other education-related settings to enable children with disabilities to access the curriculum and are not accommodations provided in the Statewide-Assessment.*

Kiyel received small group and one on one specialized instruction with accommodations and modifications that include guided notes, visual resources, scaffolding, and graphic organizers,

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 10                                            **Ballou STAY High School**

KTK000111



## Amended Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---------|----------------|-----------------------------------------------------------------|
| Specialized Instruction | 2 hr per wk | Student needs individualized support in small groups. |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Student received small group instruction, scaffolding complex information, graphic organizers for visual representation, calculator and independent reading level text in the general education classroom. |

| **Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include** |
|---|
| There are no possible harmful effects from this proposed placement. |



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Amended Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:

[ ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[ ] Alternate Assessment - No Accommodations
[ ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Response* | *Response* |
| Non-Standard Calculation Device on Calculator Sections | Non-Standard Calculation Device on Calculator Sections |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 12                                                                          **Ballou STAY High School**

KTK000113



### Amended Individualized Education Program (IEP)

## SPECIAL EDUCATION TRANSPORTATION

Student requires transportation services:  [  ] Yes [**X**] No

## EXTENDED SCHOOL YEAR

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

## ESY TRANSPORTATION

Student requires ESY transportation services:  [  ] Yes [**X**] No

KTK000114



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

## POST-SECONDARY TRANSITION PLAN

### STUDENT INPUT

| |
|---|
| *Academic Interests:* |
| Kiyel's favorite subject is English because he feels the class is set up for his success and is "cool with his current learning situation". |
| *Functional Interests:* |
| He is interested in customer service and entry computer literacy. |
| *Employment Interests:* |
| Kiyel is interested in working for Amazon or UPS. He is also interested in working in retail specifically DTLR, Apple, or T-Mobile. |
| *Other:* |
| |

### AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 12/01/2021 | Nandi Taylor |
| **Assessment Tool(s):** Casey Life Skills | | |
| **Interpretation of Results** | | |
| Summary for Post-secondary education and training: | | |
| Kiyel was administered the Casey Life Skills assessment in December 2021. On the Career and Education Planning section He scored an average of 2.89. He answered yes to 22% of the questions. | | |
| Strengths I have talked about my education plans with an adult who cares about me. I know an adult who will help me apply for training or education after high school | | |
| Weakness I know how to find work-related internships. I know where to find information about job training. I know how to find financial aid to help pay for my education or training. | | |

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 12/01/2021 | Nandi Taylor |
| **Assessment Tool(s):** Casey Life Skills | | |
| **Interpretation of Results** | | |
| Summary for Employment: | | |

KTK000115



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

Kiyel was administered the Casey Life Skills assessment in December 2021. . On the Work and Study Life portion of the assessment he scored an average of 2.1 He answered mostly yes to 20% of the questions.

Strengths I know what sexual harassment and discrimination are. I know an adult who will go with me if I need to change schools. I have an adult in my life who cares about how I am doing at school or work. I get to school or work on time.

Weakness I know how to fill out a job application I know what the information on a pay stub means. I can fill out a W-4 payroll exemption form when I get a job. I know what employee benefits are. I know the reasons why my personal contacts are important for finding a job. I know how to get help from my school's mental health services. I know how and when I can see my child welfare or juvenile justice records. I know where I can get help with an income tax form. I can take criticism and direction at school or work without losing my temper. I know how to prepare for exams and/or presentations. I know where I can get tutoring or other help with school work. I look over my work for mistakes.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 12/01/2021 | Nandi Taylor |

**Assessment Tool(s):** Casey Lifeskills

**Interpretation of Results**

Summary for Independent living:

Kiyel was administered the Casey Life Skills assessment in December 2021. He had an overall average score of 3.18. In the Daily Living section, his average score was 3.18. He answered yes to 40% of the questions. He scored an average score of 3.41 on the Self Care portion of the assessment. He answered yes to 52% of the questions. He scored an average score of 3.17 on the Relationships and Communication section. He answered yes to 49% of the questions. He scored an average score of 2.74 on the Money Management section. He answered yes to 21% of the questions. Based on the results from the assessment, Kiyel has average confidence in his ability to navigate the day-to-day life of living alone but struggles with creating a budget and managing money.

## COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

**Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will attend a job training program or on-the-job training.

## MEASURABLE ANNUAL TRANSITION GOALS

**Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research 2 job training programs in customer service.

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 15                                                                    **Ballou STAY High School**

KTK000116



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

| **Baseline:** According to Kiyel's Casey Life skills assessment, he struggles with knowing how to find job training and educational programs. He also does not know how to obtain financial aid for the future. | **Anticipated Date of Achievement:** 12/05/2022 |
| --- | --- |

### TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
| --- | --- | --- | --- | --- |
| Vocational counseling | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| Kiyel is interested in customer service opportunities and entry computer literacy skills. |
| --- |

### COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| Kiyel is enrolled in English Language Arts II and Physics. |
| --- |

### COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will work in customer service. |
| --- |

### MEASURABLE ANNUAL TRANSITION GOALS

| **Measurable Annual Transition Goal:** Upon graduation from high school, Kiyel will be employed in the field of customer service. | |
| --- | --- |
| | |
| **Baseline:** Based on his student input, Kiyel is interested in working in customer service. | **Anticipated Date of Achievement:** 12/05/2022 |

KTK000117



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

### TRANSITION SERVICES FOR EMPLOYMENT

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Job readiness instruction | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| |
|---|
| Kiyel is interested in customer service opportunities and entry computer literacy skills. |

### COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| Kiyel is enrolled in English Language Arts II and Physics. |

### COORDINATED SET OF ACTIVITIES FOR INDEPENDENT LIVING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Independent living

| |
|---|
| **Post-Secondary Goal(s):**  Upon graduation from high school, Kiyel will live independently in an apartment. |

### MEASURABLE ANNUAL TRANSITION GOALS

| **Measurable Annual Transition Goal:**  By the end of the IEP cycle, given access to a budget amount, template with categories, and guidance from the teacher, Kiyel will correctly find the balance after putting the amounts spent in each category. In 3 out of 3 activities with 100% accuracy. | |
|---|---|
| | |
| **Baseline:**  Based on his scores on the Casey Life Skills Assessment, Kiyel struggles to manage money and create a budget. | **Anticipated Date of Achievement:**  12/05/2022 |

### TRANSITION SERVICES FOR INDEPENDENT LIVING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| financial literacy instruction | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

KTK000118



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Amended Individualized Education Program (IEP)

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

Kiyel is interested in customer service opportunities and entry computer literacy skills.

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is enrolled in English Language Arts II and Physics.



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Amended Individualized Education Program (IEP)

**GRADUATION PLANNING**

Projected Exit Category:          [X] H.S. Diploma
                                  [  ] H.S. Certificate prior to age 22
                                  [  ] H.S. Certificate at age 22

Date of Projected Graduation: 06/15/2023

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 19                                                 **Ballou STAY High School**

KTK000120



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 10th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| 113 Wayne PLACE SE | Washington | DC | 20032 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Nandi Taylor | 202-645-3390 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Ballou STAY High School | 3401 4th St SE | Washington | DC | 20032 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/07/2022 | 12/06/2021 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 02/07/2022 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Adult Student | Kiyel Kearney | Attended by phone | |
| Special Education Teacher | Nandi Taylor | Did not attend | |
| Evaluator/ Individual who can interpret assessment results | David Graham | Did not attend | |
| LEA/School Representative  LEA Representative | Trudianne James | Attended by phone | |
| General Education Teacher | Wilfredo Ortiz | Did not attend | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | Kayla Little | Did not attend | |

## TRANSFER OF EDUCATIONAL RIGHTS

The student and the parent have been informed of the transfer of rights, under 34 CFR §300.520 of the Individual with Disabilities Education Act, that will take place when the student reaches the age of majority (18 years old in the District of Columbia).

1.866.610.8030
**•••••EASYFAX**

Document Created on '02/14/2022'

10/−.0056AA40

**Kearney, Kiyel**
**Page:** 1

State USI: 6269477141

**Local ID:** 9291828
**Ballou STAY High School**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000121



**Individualized Education Program (IEP)**

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**

Does the child's behavior impede the child's learning or that of other children?  [ ] YES   [X] NO

**Limited English Proficiency**

Does the child have language needs that relate to the child's IEP? [ ] YES   [X] NO

**Blind/Visually Impaired**

Is the child a child who has been identified as blind or visually impaired? [ ] YES   [X] NO

**Deaf/Hard of Hearing**

Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES   [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)

## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
| :---: |
| **Academic-Mathematics** |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in Algebra 1 and a P in Extended Algebra 1. During the 2020-2021 school year, he earned a P in Geometry and an F in Geometry part A. Thus far, Kiyel has earned two math credits towards graduation.

Historical Data

Kiyel was a 10th grade student at Cardozo Education Campus. He was enrolled in Geometry for a required math credit towards his high school diploma. He receive services under the category of Specific Learning Disability. Kiyel is in an inclusion classroom where he receives specialize instruction, accommodation and modifications to support him in the general education setting. Kiyel is a pleasure to have in class. He demonstrates appropriate relationships with peers and adults. Kiyel performs well in math when given explicit instruction and the opportunity to ask questions about what he does not understand when he works in small groups or one on one support. Kiyel demonstrates deficits in math fluency, computation and calculations due to his learning disability.

During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions. On assessments, he performed at 67% average; practice and application assignments 88%;and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks. When completing assignments for the goal on Transformations, Kiyel determined the 4 transformations when given a pre -image, identified the transformation or combination of transformations that have occurred involving a translation; a reflection over any horizontal or vertical line or the lines y = x or y = -x a clockwise or counter clockwise, rotation of 90°on a coordinate grid where the center of rotation is limited to the origin; and a dilation from a fixed point on a coordinate grid. Kiyel was absent when the District's Achievement Network (ANET),the interim assessment used to monitor student progress towards grade level outcomes for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day.

KTK000123



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability in the area of mathematics impacts his ability to access and participate in the grade level general education curriculum without support. In working with mathematical concepts, Kiyel possesses below grade level processing and below grade level comprehension skills. Due to his lack of on grade level mathematical skills, he has difficulty independently solving mathematical problems and formulas. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, classroom assignments and assessments, Kiyel is in need of specialized instruction in the area of mathematics. Kiyel's disability affects his comprehension and processing of on grade level mathematical content. Kiyel would benefit from the use of graphic organizers for visual representation, a calculator for self-checking his assignments, technology based interactive math programs, utilization of multiplication/division charts for quick reference, differentiation teaching methods and instructional manipulative to aid in his comprehension of mathematical concepts. These strategies and supports are needed in Kiyel's academic area in order to continue with his progression in the general education environment. |

**Annual Goal 1:**

By the end of the IEP cycle, when given a factorable quadratic equation, Kiyel will use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x - p)2 = q$ that has the same solutions for (4 out of 5 equations.

.

**Common Core Standards:**

A.REI.4 - Solve quadratic equations in one variable.

A.REI.4.a - Use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x \ p)2 = q$ that has the same solutions. Derive the quadratic formula from this form.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrated the use of multiplication skills to factor with 50% accuracy. | 02/06/2023 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

**Annual Goal 2:**

By the end of the IEP cycle, when given a polynomial p(x), Kiyel will determine p(c), for some real number c. Kiyel will use the answer p(c) to determine if (x - c) is a factor of p(x) and the remainder, r(x), of p(x)/(x-c) for (4 out of 5) problems in (2 consecutive) problem sets.

**Common Core Standards:**

A.APR.2 - Know and apply the Remainder Theorem: For a polynomial p(x) and a number a, the remainder on division by x a is p(a), so p(a) = 0 if and only if (x a) is a factor of p(x).

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrates an understanding of using multiplication to factor with 50% accuracy. | 02/06/2023 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

**Kearney, Kiyel**

**Page:** 4

**State USI:** 6269477141

**Local ID:** 9291828

**Ballou STAY High School**

KTK000124


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| AREA OF CONCERN: |
|---|
| Academic-Reading |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in English I. During the 2020-2021 school year, he earned an F in English. During summer school, he was reenrolled in English II and received an F. Thus far, Kiyel has earned 1 English credit towards graduation

Historical data

A review of his report card shows that Kiyel earned a 72.5% C for Term 1, and currently has an F in Term 2. The grade for Term 1 reflects his effort in reading and responding to guiding questions/writing prompts related to literary text "The Other Wes Moore" by Wes Moore. In Term 2, with increased focus on literary analysis and informational texts, Kiyel has not submitted classwork on CANVAS or Peardeck. Kiyel has the opportunity to meet with a special education teacher 3-4 times per week, however, Kiyel has not taken advantage of these small-group session during Semester 1 of the 2020/2021 school year.

Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students recieving extended time on school assessments.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's below grade level reading comprehension skills and reading fluency impacts his academic performance .His disability in the area of reading impacts his ability to access and participate in the grade level curriculum without individualized support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the RI testing, classroom based assignments and assessments and benchmark assessments, Kiyel is in need of specialized instruction in the area of reading. Kiyel's disability affects his comprehension and processing of on grade level reading content. Kiyel would benefit from teacher modeling, graphic organizers, printed notes, high interest reading material that parallel's grade level texts, scaffolding textual information and utilization reading strategies (visualization, questioning, prediction, inferencing) when reading a text. Kiyel requires the provision of modifications and accommodations to continue her progression within the general education environment. |

**Annual Goal 1:**

By the end of the IEP cycle, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.

KTK000125



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**Common Core Standards:**

**10.RL.3** - Analyze how complex characters (e.g., those with multiple or conflicting motivations) develop over the course of a text, interact with other characters, and advance the plot or develop the theme.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able restate textual evidence explicitly,but not inferentially with 80% accuracy. | 02/06/2023 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

**Annual Goal 2:**

By the end of the IEP cycle, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and explain how evidence supports the claim, for (3 out of 4) text analyses.

**Common Core Standards:**

**10.RI.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | 02/06/2023 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

| AREA OF CONCERN: |
|---|
| **Academic-Written Expression** |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel Kearney is an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. He is enrolled in Physics. Since enrolling on 11/12/21, Kiyel has not shown up for school. Due to his lack of attendance, a records review was conducted. During the 2019-2020 school year, he earned a P in English I. During the 2020-2021 school year, he earned an F in English. During summer school, he was reenrolled in English II and received an F. Thus far, Kiyel has earned 1 English credit towards graduation

Historical data

During Term 1, Kiyel demonstrated the ability to answer 2/5 writing tasks in response to the novel "The Other Wes Moore" by Wes Moore. As a high interest reading material, Kiyel was able to write out the answers to guiding questions with 75% accuracy using evidence from the text to support his response. Kiyel does require prompting and re-prompting in order to complete writing taks. When completing writing tasks, he is often able to answer the minimum requirements as outlined by a teacher-created rubric and/or checklist. However, Kiyel does demonstrate difficulty responding to written expression prompts with full completion. Kiyel is provided multiple opportunities to complete his written expressions, encouraged to attend small group pull outs with the special educator, and given modified writing tasks that align to skills related to claims, evidence, and reasoning writing tasks. Kiyel has yet to take advantage of additional opportunities for individualized instruction during Semester 1 of the 2020/2021 school year.

**Kearney, Kiyel**
**Page:** 6

**State USI:** 6269477141

**Local ID:** 9291828
**Ballou STAY High School**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000126



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class. This can be seen in his Writing Prompts from the "Living Through History Cornerstone" and "Focal Passage #1 Writing Prompt." Kiyel has demonstrated chronological writing with some command over English conventions and grammar. Additionally, he has successfully embedded quotes when referencing evidence from grade-level texts. However, with additional support, Kiyel will need additional support choosing the most relevant evidence, as well as the analysis or reasoning portion of literary analysis and written expression.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel continues to display challenges with grammar mechanics, vocabulary, and communicating complex ideas into a written format. Kiyel's disability in the area of written expression impacts his ability to access the grade level education curriculum without individualized supports and multiple opportunities to complete grade-level tasks. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Kiyel's disability affects his progression of learning and applying written language concepts. Kiyel requires the provision of modification and accommodations to successfully progress in the general education environment. Utilizing task specific graphic organizers, writing prompts, evidence collection charts, and providing student choices for writing topics will assist Kiyel with his written expression skills and aid in his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**10.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 02/06/2023 | *Work Samples / At Opportunity*<br>*Test / At Opportunity* |

**Annual Goal 2:**
By the end of the IEP cycle, given an independent level text with an exemplar piece of evidence that supports the claim, a pre-highlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts.

**Common Core Standards:**
**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
**10.W.1.b** - Develop claim(s) and counterclaims fairly, supplying evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience s knowledge level and concerns.

KTK000127



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Baseline: Kiyel is able to take a position and explain his opinion to support his claim with 65% accuracy. | Anticipated Date of Achievement: 02/06/2023 | Evaluation Procedures and Schedule: *Work Samples / At Opportunity* *Test / At Opportunity* |
|---|---|---|

**Annual Goal 3:**
By the end of the IEP, given a draft of the student's own work (e.g. a paragraph-long written response or a student's first draft of an argumentative or narrative essay), Kiyel will revise based on language convention skills (e.g. by adding phrases (participle, introductory, appositive, or prepositional) and clauses (dependent, independent, or relative) to introduce and connect ideas with 80% accuracy in (4 of 5) writing samples, as measured by a teacher-created rubric.

**Common Core Standards:**
**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
**10.L.1** - Demonstrate command of the conventions of standard English grammar and usage when writing or speaking.
**10.L.1.a** - Use parallel structure.*
**10.L.1.b** - Use various types of phrases (noun, verb, adjectival, adverbial, participial, prepositional, absolute) and clauses (independent, dependent; noun, relative, adverbial) to convey specific meanings and add variety and interest to writing or presentations.
**10.W.1.c** - Use words, phrases, and clauses to link the major sections of the text, create cohesion, and clarify the relationships between claim(s) and reasons, between reasons and evidence, and between claim(s) and counterclaims.
**10.W.1.e** - Provide a concluding statement or section that follows from and supports the argument presented.

| Baseline: Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy. | Anticipated Date of Achievement: 02/06/2023 | Evaluation Procedures and Schedule: *Work Samples / At Opportunity* *Test / At Opportunity* |
|---|---|---|

| **AREA OF CONCERN:** **Emotional, Social, and Behavioral Development** |
|---|
| **Present Levels of Academic Achievement and Functional Performance:** Kiyel is a 10th grade male student enrolled in Ballou Stay Academy on 11/12/21. Kiyel is receiving specialized instruction in an inclusion, general education classroom. Kiyel presented as an engaging student who is able to communicate with others in a mutually respectful manner. According to records It appears that Kiyel works better with those to whom he has built a relationship.<br><br>According To Aspen he has 11 credits and no community service hours. This will be his first year at Ballou Stay. |

KTK000128



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Kiyel's behaviors are most likely to occur in any class. Kiyel's behaviors are triggered when people are confrontational towards him. | Kiyel's academic achievement and functional performance are affected by his disability. Historically his disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| This is the student's first year at Ballou Stay. A baseline will be established during his first semester. | 02/06/2023 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000129



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 02/07/2022 | 02/06/2023 | 2 hr per wk |
| Specialized Instruction | General Education | 02/07/2022 | 02/06/2023 | 3 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Behavioral Support Services | General Education | 02/07/2022 | 02/06/2023 | 60 min per mon |

## Other Classroom Aids and Services

*This section documents aids, services, and other supports that are only provided in regular education classes or other education-related settings to enable children with disabilities to access the curriculum and are not accommodations provided in the Statewide-Assessment.*

Kiyel received small group and one on one specialized instruction with accommodations and modifications that include guided notes, visual resources, scaffolding,and graphic organizers,

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 10                                                        **Ballou STAY High School**

KTK000130



## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 2 hr per wk | Student needs individualized support in small groups. |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Student received small group instruction, scaffolding complex information, graphic organizers for visual representation, calculator and independent reading level text in the general education classroom. |

| **Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include** |
|---|
| There are no possible harmful effects from this proposed placement. |

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828

**Page:** 11                                                                 **Ballou STAY High School**

KTK000131



DISTRICT OF COLUMBIA
**PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:

[ ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[ ] Alternate Assessment - No Accommodations
[ ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Response* | *Response* |
| Non-Standard Calculation Device on Calculator Sections | Non-Standard Calculation Device on Calculator Sections |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |

KTK000132



## Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services:  [  ] Yes [**X**] No

KTK000133



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## POST-SECONDARY TRANSITION PLAN

**STUDENT INPUT**

| |
|---|
| *Academic Interests:*<br>Kiyel's favorite subject is English because he feels the class is set up for his success and is "cool with his current learning situation". |
| *Functional Interests:*<br>He is interested in customer service and entry computer literacy. |
| *Employment Interests:*<br>Kiyel is interested in working for Amazon or UPS. He is also interested in working in retail specifically DTLR, Apple, or T-Mobile. |
| *Other:* |

### AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 12/01/2021 | Nandi Taylor |

**Assessment Tool(s):** Casey Life Skills

**Interpretation of Results**

Summary for Post-secondary education and training:

Kiyel was administered the Casey Life Skills assessment in December 2021. On the Career and Education Planning section He scored an average of 2.89. He answered yes to 22% of the questions.

Strengths I have talked about my education plans with an adult who cares about me. I know an adult who will help me apply for training or education after high school

Weakness I know how to find work-related internships. I know where to find information about job training. I know how to find financial aid to help pay for my education or training.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 12/01/2021 | Nandi Taylor |

**Assessment Tool(s):** Casey Life Skills

**Interpretation of Results**

Summary for Employment:

---

**Kearney, Kiyel**                      **State USI:** 6269477141                      **Local ID:** 9291828
**Page:** 14                                                                              **Ballou STAY High School**

KTK000134



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

Kiyel was administered the Casey Life Skills assessment in December 2021. . On the Work and Study Life portion of the assessment he scored an average of 2.1 He answered mostly yes to 20% of the questions.

Strengths I know what sexual harassment and discrimination are. I know an adult who will go with me if I need to change schools. I have an adult in my life who cares about how I am doing at school or work. I get to school or work on time.

Weakness I know how to fill out a job application I know what the information on a pay stub means. I can fill out a W-4 payroll exemption form when I get a job. I know what employee benefits are. I know the reasons why my personal contacts are important for finding a job. I know how to get help from my school's mental health services. I know how and when I can see my child welfare or juvenile justice records. I know where I can get help with an income tax form. I can take criticism and direction at school or work without losing my temper. I know how to prepare for exams and/or presentations. I know where I can get tutoring or other help with school work. I look over my work for mistakes.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 12/01/2021 | Nandi Taylor |

**Assessment Tool(s):** Casey Lifeskills

**Interpretation of Results**

Summary for Independent living:

Kiyel was administered the Casey Life Skills assessment in December 2021. He had an overall average score of 3.18. In the Daily Living section, his average score was 3.18. He answered yes to 40% of the questions. He scored an average score of 3.41 on the Self Care portion of the assessment. He answered yes to 52% of the questions. He scored an average score of 3.17 on the Relationships and Communication section. He answered yes to 49% of the questions. He scored an average score of 2.74 on the Money Management section. He answered yes to 21% of the questions. Based on the results from the assessment, Kiyel has average confidence in his ability to navigate the day-to-day life of living alone but struggles with creating a budget and managing money.

## COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

**Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will attend a job training program or on-the-job training.

## MEASURABLE ANNUAL TRANSITION GOALS

**Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research 2 job training programs in customer service.

| | | |
|---|---|---|
| **Kearney, Kiyel** | **State USI:** 6269477141 | **Local ID:** 9291828 |
| **Page:** 15 | | **Ballou STAY High School** |

KTK000135



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| | |
|---|---|
| **Baseline:** According to Kiyel's Casey Life skills assessment, he struggles with knowing how to find job training and educational programs. He also does not know how to obtain financial aid for the future. | **Anticipated Date of Achievement:** 12/05/2022 |

### TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Vocational counseling | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

Kiyel is interested in customer service opportunities and entry computer literacy skills.

### COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is enrolled in English Language Arts II and Physics.

### COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will work in customer service. |

### MEASURABLE ANNUAL TRANSITION GOALS

| |
|---|
| **Measurable Annual Transition Goal:** Upon graduation from high school, Kiyel will be employed in the field of customer service. |
| |

| | |
|---|---|
| **Baseline:** Based on his student input, Kiyel is interested in working in customer service. | **Anticipated Date of Achievement:** 12/05/2022 |

| | | |
|---|---|---|
| **Kearney, Kiyel** | **State USI:** 6269477141 | **Local ID:** 9291828 |
| **Page:** 16 | | **Ballou STAY High School** |

KTK000136


**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

### TRANSITION SERVICES FOR EMPLOYMENT

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Job readiness instruction | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| |
|---|
| Kiyel is interested in customer service opportunities and entry computer literacy skills. |

### COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| Kiyel is enrolled in English Language Arts II and Physics. |

### COORDINATED SET OF ACTIVITIES FOR INDEPENDENT LIVING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Independent living

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will live independently in an apartment. |

### MEASURABLE ANNUAL TRANSITION GOALS

| **Measurable Annual Transition Goal:** By the end of the IEP cycle, given access to a budget amount, template with categories, and guidance from the teacher, Kiyel will correctly find the balance after putting the amounts spent in each category. In 3 out of 3 activities with 100% accuracy. | |
|---|---|
| | |
| **Baseline:** Based on his scores on the Casey Life Skills Assessment, Kiyel struggles to manage money and create a budget. | **Anticipated Date of Achievement:** 12/05/2022 |

### TRANSITION SERVICES FOR INDEPENDENT LIVING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| financial literacy instruction | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

KTK000137



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

Kiyel is interested in customer service opportunities and entry computer literacy skills.

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is enrolled in English Language Arts II and Physics.

KTK000138



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**GRADUATION PLANNING**

Projected Exit Category:          [X] H.S. Diploma
                                  [ ] H.S. Certificate prior to age 22
                                  [ ] H.S. Certificate at age 22

Date of Projected Graduation: 06/15/2023

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 19                                                                       **Ballou STAY High School**

KTK000139



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 11th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| 113 Wayne PLACE SE | Washington | DC | 20032 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Kalah Bell | 202-645-3390 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Ballou STAY High School | 3401 4th St SE | Washington | DC | 20032 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/07/2022 | 02/07/2022 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 02/03/2023 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Adult Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Kalah Bell | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | WIlliam S Johnson | Attended in person | |
| LEA/School Representative LEA/School Rep | Trudianne James | Attended in person | |
| General Education Teacher | Mr. Ortiz | Did not attend | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | Unknown | Did not attend | |

1.866.610.8030
EASYFAX

Document Created on '02/03/2023'
10/−.005DC3C6

Kearney, Kiyel    State USI: 6269477141    Local ID: 9291828
Page: 1    Ballou STAY High School

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000140



## Individualized Education Program (IEP)

**CONSIDERATION OF SPECIAL FACTORS**

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children? [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing? [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |

KTK000141



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
| :---: |
| Academic-Mathematics |

**Present Levels of Academic Achievement and Functional Performance:**

As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base.

The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom. Kiyel presented as an engaging student who is able to communicate with others in a mutually respectful manner. According to records It appears that Kiyel works better with those to whom he has built a relationship. Due to his lack of attendance, a records review was conducted. Thus far, Kiyel has earned two math credits towards graduation.

Historical Data

Kiyel was a 10th grade student at Cardozo Education Campus. He was enrolled in Geometry for a required math credit towards his high school diploma. He receive services under the category of Specific Learning Disability. Kiyel is in an inclusion classroom where he receives specialize instruction, accommodation and modifications to support him in the general education setting. Kiyel is a pleasure to have in class. He demonstrates appropriate relationships with peers and adults. Kiyel performs well in math when given explicit instruction and the opportunity to ask questions about what he does not understand when he works in small groups or one on one support. Kiyel demonstrates deficits in math fluency, computation and calculations due to his learning disability.

During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions. On assessments, he performed at 67% average; practice and application assignments 88%;and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks. When completing assignments for the goal on Transformations, Kiyel determined the 4 transformations when given a pre -image, identified the transformation or combination of transformations that have occurred involving a translation; a reflection over any horizontal or vertical line or the lines y = x or y = -x a clockwise or counter clockwise, rotation of 90°on a coordinate grid where the center of rotation is limited to the origin; and a dilation from a fixed point on a coordinate grid. Kiyel was absent when the District's Achievement Network (ANET),the interim assessment used to monitor student progress towards grade level outcomes for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day.



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability in the area of mathematics impacts his ability to access and participate in the grade level general education curriculum without support. In working with mathematical concepts, Kiyel possesses below grade level processing and below grade level comprehension skills. Due to his lack of on grade level mathematical skills, he has difficulty independently solving mathematical problems and formulas. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, classroom assignments and assessments, Kiyel is in need of specialized instruction in the area of mathematics. Kiyel's disability affects his comprehension and processing of on grade level mathematical content. Kiyel would benefit from the use of graphic organizers for visual representation, a calculator for self-checking his assignments, technology based interactive math programs, utilization of multiplication/division charts for quick reference, differentiation teaching methods and instructional manipulative to aid in his comprehension of mathematical concepts. These strategies and supports are needed in Kiyel's academic area in order to continue with his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, when given a factorable quadratic equation, Kiyel will use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x - p)2 = q$ that has the same solutions for (4 out of 5 equations.

.

**Common Core Standards:**
A.REI.4 - Solve quadratic equations in one variable.
A.REI.4.a - Use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x\ p)2 = q$ that has the same solutions. Derive the quadratic formula from this form.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrated the use of multiplication skills to factor with 50% accuracy. | 02/02/2024 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

**Annual Goal 2:**
By the end of the IEP cycle, when given problems involving adding, subtracting, or multiplying polynomials (e.g. $(2x^2 - 4x + 5) + (x^2 + 2x - 7)$, $(2x + 1)(3x - 4)$), Kiyel will use correct operations (e.g. combining like terms, distributive property) to solve (4 out of 5) problems with 80% accuracy

**Common Core Standards:**
A.REI.4 - Solve quadratic equations in one variable.
A.REI.4.a - Use the method of completing the square to transform any quadratic equation in x into an equation of the form $(x\ p)2 = q$ that has the same solutions. Derive the quadratic formula from this form.
A.REI.4.b - Solve quadratic equations by inspection (e.g., for $x2 = 49$), taking square roots, completing the square, the quadratic formula and factoring, as appropriate to the initial form of the equation. Recognize when the quadratic formula gives complex solutions and write them as $a \pm bi$ for real numbers a and b.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel demonstrates an understanding of using multiplication to factor with 50% accuracy. | 02/02/2024 | *Work Samples / At Opportunity* <br> *Test / At Opportunity* |

**Kearney, Kiyel**
**Page:** 4

**State USI:** 6269477141

**Local ID:** 9291828
**Ballou STAY High School**

KTK000143



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| AREA OF CONCERN: |
|---|
| **Academic-Reading** |

**Present Levels of Academic Achievement and Functional Performance:**
As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base.

The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom. Kiyel presented as an engaging student who is able to communicate with others in a mutually respectful manner. According to records It appears that Kiyel works better with those to whom he has built a relationship. Due to his lack of attendance, a records review was conducted. Thus far, Kiyel has earned two math credits towards graduation.

Historical data
A review of his report card shows that Kiyel earned a 72.5% C for Term 1, and currently has an F in Term 2. The grade for Term 1 reflects his effort in reading and responding to guiding questions/writing prompts related to literary text "The Other Wes Moore" by Wes Moore. In Term 2, with increased focus on literary analysis and informational texts, Kiyel has not submitted classwork on CANVAS or Peardeck. Kiyel has the opportunity to meet with a special education teacher 3-4 times per week, however, Kiyel has not taken advantage of these small-group session during Semester 1 of the 2020/2021 school year.

Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students recieving extended time on school assessments.

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
|---|---|
| Kiyel's below grade level reading comprehension skills and reading fluency impacts his academic performance .His disability in the area of reading impacts his ability to access and participate in the grade level curriculum without individualized support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the RI testing, classroom based assignments and assessments and benchmark assessments, Kiyel is in need of specialized instruction in the area of reading. Kiyel's disability affects his comprehension and processing of on grade level reading content. Kiyel would benefit from teacher modeling, graphic organizers, printed notes, high interest reading material that parallel's grade level texts, scaffolding textual information and utilization reading strategies (visualization, questioning, prediction, inferencing) when reading a text. Kiyel requires the provision of modifications and accommodations to continue her progression within the general education environment. |

**Kearney, Kiyel**
**Page:** 5

State USI: 6269477141

**Local ID:** 9291828
**Ballou STAY High School**

KTK000144



## Individualized Education Program (IEP)

**Annual Goal 1:**
By the end of the IEP cycle, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.

**Common Core Standards:**
**10.RL.3** - Analyze how complex characters (e.g., those with multiple or conflicting motivations) develop over the course of a text, interact with other characters, and advance the plot or develop the theme.

| **Baseline:** Kiyel is able restate textual evidence explicitly,but not inferentially with 80% accuracy. | **Anticipated Date of Achievement:** 02/02/2024 | **Evaluation Procedures and Schedule:** *Work Samples / At Opportunity* *Test / At Opportunity* |
|---|---|---|

**Annual Goal 2:**
By the end of the IEP cycle, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and explain how evidence supports the claim, for (3 out of 4) text analyses.

**Common Core Standards:**
**10.RI.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

| **Baseline:** Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | **Anticipated Date of Achievement:** 02/02/2024 | **Evaluation Procedures and Schedule:** *Work Samples / At Opportunity* *Test / At Opportunity* |
|---|---|---|

| **AREA OF CONCERN:** **Academic-Written Expression** |
|---|

**Present Levels of Academic Achievement and Functional Performance:**
As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base.

The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom. Kiyel presented as an engaging student who is able to communicate with others in a mutually respectful manner. According to records It appears that Kiyel works better with those to whom he has built a relationship. Due to his lack of attendance, a records review was conducted. Thus far, Kiyel has earned two math credits towards graduation.

Historical data

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 6                                                              **Ballou STAY High School**

KTK000145



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

During Term 1, Kiyel demonstrated the ability to answer 2/5 writing tasks in response to the novel "The Other Wes Moore" by Wes Moore. As a high interest reading material, Kiyel was able to write out the answers to guiding questions with 75% accuracy using evidence from the text to support his response. Kiyel does require prompting and re-prompting in order to complete writing taks. When completing writing tasks, he is often able to answer the minimum requirements as outlined by a teacher-created rubric and/or checklist. However, Kiyel does demonstrate difficulty responding to written expression prompts with full completion. Kiyel is provided multiple opportunities to complete his written expressions, encouraged to attend small group pull outs with the special educator, and given modified writing tasks that align to skills related to claims, evidence, and reasoning writing tasks. Kiyel has yet to take advantage of additional opportunities for individualized instruction during Semester 1 of the 2020/2021 school year.

Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class. This can be seen in his Writing Prompts from the "Living Through History Cornerstone" and "Focal Passage #1 Writing Prompt." Kiyel has demonstrated chronological writing with some command over English conventions and grammar. Additionally, he has successfully embedded quotes when referencing evidence from grade-level texts. However, with additional support, Kiyel will need additional support choosing the most relevant evidence, as well as the analysis or reasoning portion of literary analysis and written expression.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
| --- | --- |
| Kiyel continues to display challenges with grammar mechanics, vocabulary, and communicating complex ideas into a written format. Kiyel's disability in the area of written expression impacts his ability to access the grade level education curriculum without individualized supports and multiple opportunities to complete grade-level tasks. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Kiyel's disability affects his progression of learning and applying written language concepts. Kiyel requires the provision of modification and accommodations to successfully progress in the general education environment. Utilizing task specific graphic organizers, writing prompts, evidence collection charts, and providing student choices for writing topics will assist Kiyel with his written expression skills and aid in his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**10.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
| --- | --- | --- |
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 02/02/2024 | *Work Samples / At Opportunity*<br>*Test / At Opportunity* |

KTK000146



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

**Annual Goal 2:**

By the end of the IEP cycle, given an independent level text with an exemplar piece of evidence that supports the claim, a pre-highlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts.

**Common Core Standards:**

**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.

**10.W.1.b** - Develop claim(s) and counterclaims fairly, supplying evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience s knowledge level and concerns.

| Baseline: Kiyel is able to take a position and explain his opinion to support his claim with 65% accuracy. | Anticipated Date of Achievement: 02/02/2024 | Evaluation Procedures and Schedule: *Work Samples / At Opportunity* *Test / At Opportunity* |
|---|---|---|

**Annual Goal 3:**

By the end of the IEP, given a draft of the student's own work (e.g. a paragraph-long written response or a student's first draft of an argumentative or narrative essay), Kiyel will revise based on language convention skills (e.g. by adding phrases (participle, introductory, appositive, or prepositional) and clauses (dependent, independent, or relative) to introduce and connect ideas with 80% accuracy in (4 of 5) writing samples, as measured by a teacher-created rubric.

**Common Core Standards:**

**10.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.

**10.L.1** - Demonstrate command of the conventions of standard English grammar and usage when writing or speaking.

**10.L.1.b** - Use various types of phrases (noun, verb, adjectival, adverbial, participial, prepositional, absolute) and clauses (independent, dependent; noun, relative, adverbial) to convey specific meanings and add variety and interest to writing or presentations.

**10.W.1.c** - Use words, phrases, and clauses to link the major sections of the text, create cohesion, and clarify the relationships between claim(s) and reasons, between reasons and evidence, and between claim(s) and counterclaims.

**10.W.1.e** - Provide a concluding statement or section that follows from and supports the argument presented.

| Baseline: Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy. | Anticipated Date of Achievement: 02/02/2024 | Evaluation Procedures and Schedule: *Work Samples / At Opportunity* *Test / At Opportunity* |
|---|---|---|

| **AREA OF CONCERN:** **Emotional, Social, and Behavioral Development** |
|---|

**Present Levels of Academic Achievement and Functional Performance:**

KTK000147



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

Kiyel is currently not enrolled at Ballou Stay for the 2022-2023 school year as of 1/30/23 During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom. Kiyel presented as an engaging student who is able to communicate with others in a mutually respectful manner. According to records It appears that Kiyel works better with those to whom he has built a relationship.

According To Aspen he has 11 credits and no community service hours. This will be his first year at Ballou Stay.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Kiyel's behaviors are most likely to occur in any class. Kiyel's behaviors are triggered when people are confrontational towards him. | Kiyel's academic achievement and functional performance are affected by his disability. Historically his disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Student is not enrolled at Ballou Stay for the 2022-2023 school year. | 02/02/2024 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

# SPECIAL EDUCATION AND RELATED SERVICES

### Special Education Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 02/03/2023 | 02/02/2024 | 2 hr per wk |
| Specialized Instruction | General Education | 02/03/2023 | 02/02/2024 | 3 hr per wk |

### Related Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Behavioral Support Services | General Education | 02/03/2023 | 02/02/2024 | 60 min per mon |

## Other Classroom Aids and Services

*This section documents aids, services, and other supports that are only provided in regular education classes or other education-related settings to enable children with disabilities to access the curriculum and are not accommodations provided in the Statewide-Assessment.*

Kiyel received small group and one on one specialized instruction with accommodations and modifications that include guided notes, visual resources, scaffolding,and graphic organizers,

## DEDICATED AIDES

Student requires the support of a dedicated aide: [  ] Yes [**X**] No

KTK000149



## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 2 hr per wk | Student needs individualized support in small groups. |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Student received small group instruction, scaffolding complex information, graphic organizers for visual representation, calculator and independent reading level text in the general education classroom. |

| **Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include** |
|---|
| There are no possible harmful effects from this proposed placement. |

KTK000150



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:       [  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment - No Accommodations
[  ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Response* | *Response* |
| Non-Standard Calculation Device on Calculator Sections | Non-Standard Calculation Device on Calculator Sections |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |

KTK000151



**Individualized Education Program (IEP)**

## SPECIAL EDUCATION TRANSPORTATION

Student requires transportation services:  [  ] Yes [**X**] No

## EXTENDED SCHOOL YEAR

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

## ESY TRANSPORTATION

Student requires ESY transportation services:  [  ] Yes [**X**] No

KTK000152



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**POST-SECONDARY TRANSITION PLAN**

**STUDENT INPUT**

| |
|---|
| *Academic Interests:* |
| As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base. |
| The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom. |
| Historical Data: Kiyel's favorite subject is English because he feels the class is set up for his success and is "cool with his current learning situation". |
| *Functional Interests:* |
| As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base. |
| The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom. |
| Historical Data: He is interested in customer service and entry computer literacy. |
| *Employment Interests:* |
| As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base. |
| The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom. |
| Historical Data: Kiyel is interested in working for Amazon or UPS. He is also interested in working in retail specifically DTLR, Apple, or T-Mobile. |
| *Other:* |
| As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base. |
| The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom. |

**AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS**

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 01/31/2023 | Kalah Bell |
| **Assessment Tool(s):** Casey Life Skills | | |

KTK000153


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**Interpretation of Results**

Summary for Post-secondary education and training:

As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base.

The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom.

Historical Data: Kiyel was administered the Casey Life Skills assessment in December 2021. On the Career and Education Planning section He scored an average of 2.89. He answered yes to 22% of the questions.

Strengths I have talked about my education plans with an adult who cares about me. I know an adult who will help me apply for training or education after high school

Weakness I know how to find work-related internships. I know where to find information about job training. I know how to find financial aid to help pay for my education or training.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 01/31/2023 | Kalah Bell |

**Assessment Tool(s):** Casey Life Skills

**Interpretation of Results**

Summary for Employment:

As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base.

The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom.

Historical Data: Kiyel was administered the Casey Life Skills assessment in December 2021. . On the Work and Study Life portion of the assessment he scored an average of 2.1 He answered mostly yes to 20% of the questions.

Strengths I know what sexual harassment and discrimination are. I know an adult who will go with me if I need to change schools. I have an adult in my life who cares about how I am doing at school or work. I get to school or work on time.

Weakness I know how to fill out a job application I know what the information on a pay stub means. I can fill out a W-4 payroll exemption form when I get a job. I know what employee benefits are. I know the reasons why my personal contacts are important for finding a job. I know how to get help from my school's mental health services. I know how and when I can see my child welfare or juvenile justice records. I know where I can get help with an income tax form. I can take criticism and direction at school or work without losing my temper. I know how to prepare for exams and/or presentations. I know where I can get tutoring or other help with school work. I look over my work for mistakes.

KTK000154



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 01/31/2023 | Kalah Bell |

**Assessment Tool(s):** Casey Lifeskills

**Interpretation of Results**

Summary for Independent living:

As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base.

The last time Kiyel reported to school he was an 18-year-old, 10th-grade student enrolled at Ballou STAY High School. During his previous enrollment at Ballou Stay Kiyel received specialized instruction in an inclusion, general education classroom.

Historical Data: Kiyel was administered the Casey Life Skills assessment in December 2021. He had an overall average score of 3.18. In the Daily Living section, his average score was 3.18. He answered yes to 40% of the questions. He scored an average score of 3.41 on the Self Care portion of the assessment. He answered yes to 52% of the questions. He scored an average score of 3.17 on the Relationships and Communication section. He answered yes to 49% of the questions. He scored an average score of 2.74 on the Money Management section. He answered yes to 21% of the questions. Based on the results from the assessment, Kiyel has average confidence in his ability to navigate the day-to-day life of living alone but struggles with creating a budget and managing money.

## COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

| Post-Secondary Goal(s): Upon graduation from high school, Kiyel will attend a job training program or on-the-job training. |
|---|

## MEASURABLE ANNUAL TRANSITION GOALS

| Measurable Annual Transition Goal: By the end of the IEP cycle, Kiyel will research 2 job training programs in customer service. | |
|---|---|
| | |
| Baseline: According to Kiyel's Casey Life skills assessment, he struggles with knowing how to find job training and educational programs. He also does not know how to obtain financial aid for the future. | Anticipated Date of Achievement: 02/02/2024 |

KTK000155



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Vocational counseling | DCPS | 3 hr per year | 02/03/2023 | 02/02/2024 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| |
|---|
| Kiyel is interested in customer service opportunities and entry computer literacy skills. |

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| As a result of Kiyel's non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base. |

**COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will work in customer service. |

**MEASURABLE ANNUAL TRANSITION GOALS**

| Measurable Annual Transition Goal: Upon graduation from high school, Kiyel will be employed in the field of customer service. | |
|---|---|
| | |
| **Baseline:** Based on his student input, Kiyel is interested in working in customer service. | **Anticipated Date of Achievement:** 02/02/2024 |

**TRANSITION SERVICES FOR EMPLOYMENT**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Job readiness instruction | DCPS | 3 hr per year | 02/03/2023 | 02/02/2024 |

**Kearney, Kiyel**
**Page:** 17

**State USI:** 6269477141

**Local ID:** 9291828
**Ballou STAY High School**

KTK000156



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

Kiyel is interested in customer service opportunities and entry computer literacy skills.

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

As a result of Kiyel"s non-attendance, he was withdrawn from Ballou STAY and is no longer in the ASPEN school data base.

**COORDINATED SET OF ACTIVITIES FOR INDEPENDENT LIVING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Independent living

Post-Secondary Goal(s): Upon graduation from high school, Kiyel will live independently in an apartment.

**MEASURABLE ANNUAL TRANSITION GOALS**

**Measurable Annual Transition Goal:** By the end of the IEP cycle, given access to a budget amount, template with categories, and guidance from the teacher, Kiyel will correctly find the balance after putting the amounts spent in each category. In 3 out of 3 activities with 100% accuracy.

| | |
|---|---|
| **Baseline:** Based on his scores on the Casey Life Skills Assessment, Kiyel struggles to manage money and create a budget. | **Anticipated Date of Achievement:** 02/02/2024 |

**TRANSITION SERVICES FOR INDEPENDENT LIVING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| financial literacy instruction | DCPS | 3 hr per year | 12/06/2021 | 12/05/2022 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

Kiyel is interested in customer service opportunities and entry computer literacy skills.

**Kearney, Kiyel**     State USI: 6269477141     Local ID: 9291828
**Page:** 18     **Ballou STAY High School**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000157



Office of Special Education

## Individualized Education Program (IEP)

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is enrolled in English Language Arts II and Physics.

KTK000158



Office of Special Education

## Individualized Education Program (IEP)

**GRADUATION PLANNING**

Projected Exit Category:          [X] H.S. Diploma
                                  [  ] H.S. Certificate prior to age 22
                                  [  ] H.S. Certificate at age 22

Date of Projected Graduation:  06/17/2025

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000159



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

# Evaluation Summary Report

**Date Sent: 05/29/2013**

| Student Information | | | | |
|---|---|---|---|---|
| **Student:** Kiyel Kearney | **Local ID:** 9291828 | **State USI:** 6269477141 | **DOB:** 11/27/2003 | **Grade:** 2 |

| LEA/School Information | |
|---|---|
| **LEA of Enrollment:** District of Columbia Public Schools | **Case Manager:** Paula McClain |
| **School/Site:** Tubman ES | **School Phone:** 673-7285 |
| **School Address:** 3101 13th St. NW, Washington, DC 20010 | |

Upon completion of the initial evaluation or reevaluation process and the determination of eligibility we must prepare a comprehensive written report to be provided at no cost to you. Because the intent of this report is to summarize the information from a variety of sources gathered during the evaluation process and used to determine if your child is a child with a disability and the educational needs of your child, it is important that you carefully review this information. If you feel valuable information is missing or incorrect, please contact Paula McClain at 673-7285.

| Academic-Mathematics | | | | |
|---|---|---|---|---|
| **A. Review of Existing Data for Academic-Mathematics** | | | | |
| **Type of Information Reviewed** | **Type of Specific Data Used** | **Date Completed/ Collected** | **Date Reviewed** | **Person Responsible** |
| Observations | General Education Teacher | 03/28/2013 | 04/28/2013 | Paula McClain |
| **Analysis of Information Revealed by Observations** | | | | |
| General education teacher reports that math is a relative strength for Kyiel. However, it should be noted that Kyiel is repeating the second grade. | | | | |
| **Description of Strengths** | | | | |
| General education teacher reports that math is a relative strength for Kyiel. However, it should be noted that Kyiel is repeating the second grade. | | | | |
| **Description of Concerns** | | | | |
| General education teacher reports that math is a relative strength for Kyiel. However, it should be noted that Kyiel is repeating the second grade. | | | | |
| **Strategy** | **Progress Monitoring Measures** | | **Outcome** | |
| Small group instruction | Each nine weeks | | Progress is being made. | |

| Academic-Mathematics | | | | |
|---|---|---|---|---|
| **B. Additional Formal Assessments Requested** | | | | |
| **Assessment Type** | **Assessment Tool(s)** | **Date Requested** | **Date Completed** | **Provider or Reviewer** |
| Psychological Assessment | Reynolds Intellectual Assessment Scale (RIAS) | 04/30/2013 | 05/17/2013 | Cathy Wu |
| | | | | |
| **Description of strengths for Academic-Mathematics** | | | | |
| Kiyel enjoys math and shows confidence in math. | | | | |
| **Description of Concerns for Academic-Mathematics** | | | | |
| He shows weakness in math problem solving due to his poor reading skills | | | | |

**Note: See attached assessment report for detailed information about the results of formal assessments.**

**Kearney, Kiyel**
**Page:** 1

State USI: 6269477141

**Local ID:** 9291828
**Tubman ES**
KTK000160

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

| Academic-Reading | | | | |
|---|---|---|---|---|
| **A. Review of Existing Data for Academic-Reading** | | | | |
| **Type of Information Reviewed** | **Type of Specific Data Used** | **Date Completed/ Collected** | **Date Reviewed** | **Person Responsible** |
| Observations | General Education Teacher | 03/28/2013 | 04/28/2013 | Paula McClain |
| **Analysis of Information Revealed by Observations** | | | | |
| Kyiel struggles in the area of reading. He reads on the kindergarten level. This impacts his ability to perform grade level work. | | | | |
| **Description of Strengths** | | | | |
| Kyiel can read simple sentences at the kindergarten level. | | | | |
| **Description of Concerns** | | | | |
| Kyiel struggles in the area of reading. He reads on the kindergarten level. This impacts his ability to perform grade level work. | | | | |

| Strategy | Progress Monitoring Measures | Outcome |
|---|---|---|
| Small group instruction | Each nine weeks | Limited progress is being made. |

| Academic-Reading | | | | |
|---|---|---|---|---|
| **B. Additional Formal Assessments Requested** | | | | |
| **Assessment Type** | **Assessment Tool(s)** | **Date Requested** | **Date Completed** | **Provider or Reviewer** |
| Psychological Assessment | Reynolds Intellectual Assessment Scale (RIAS) | 04/30/2013 | 05/17/2013 | Cathy Wu |
| | | | | |
| **Description of strengths for Academic-Reading** | | | | |
| Kiyel is willing to participate in class activities and tutoring. | | | | |
| **Description of Concerns for Academic-Reading** | | | | |
| He has very weak reading fluency and comprehension. | | | | |

**Note: See attached assessment report for detailed information about the results of formal assessments.**

| Academic-Written Expression | | | | |
|---|---|---|---|---|
| **A. Review of Existing Data for Academic-Written Expression** | | | | |
| **Type of Information Reviewed** | **Type of Specific Data Used** | **Date Completed/ Collected** | **Date Reviewed** | **Person Responsible** |
| Observations | General Education Teacher | 03/28/2013 | 04/28/2013 | Paula McClain |
| **Analysis of Information Revealed by Observations** | | | | |
| Kyiel struggles in the area of writing. He is only able to make simple sentences. He does not us appropriate capitolization or punctuation. This impacts his ability to perform grade level work. | | | | |
| **Description of Strengths** | | | | |
| Kyiel can make some simple sentences but of tires and gives up when writing. | | | | |
| **Description of Concerns** | | | | |
| Kyiel struggles in the area of writing. He is only able to make simple sentences. He does not us appropriate capitolization or punctuation. This impacts his ability to perform grade level work. | | | | |

| Strategy | Progress Monitoring Measures | Outcome |
|---|---|---|
| Small group instruction | Each nine weeks | Limited progress is being made. |



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

| Academic-Written Expression | | | | |
|---|---|---|---|---|
| **B. Additional Formal Assessments Requested** | | | | |
| **Assessment Type** | **Assessment Tool(s)** | **Date Requested** | **Date Completed** | **Provider or Reviewer** |
| Psychological Assessment | Reynolds Intellectual Assessment Scale (RIAS) | 04/30/2013 | 05/17/2013 | Cathy Wu |

| Description of strengths for Academic-Written Expression |
|---|
| He is able to produce sentences. |
| **Description of Concerns for Academic-Written Expression** |
| He shows poor handwriting skills and writes with limited output. |

**Note: See attached assessment report for detailed information about the results of formal assessments.**

| **Overall Summary Comments** |
|---|
| Additional Assessments for Area: Academic-Mathematics Assessment Type: Psychological Assessment Provider Assigned: Cathy Wu Reviewer Assigned: Reason for Request: IEP team decision Signature Date: Consent Date: 04/30/2013 Date Requested: 04/30/2013 Due Date: 06/14/2013 Date Assessment Completed: 05/17/2013 Interpretation of Psychological Assessment results Identification of strengths for Academic-Mathematics Kiyel enjoys math and shows confidence in math. Identification of concerns for Academic-Mathematics He shows weakness in math problem solving due to his poor reading skills Assessment Tool: Reynolds Intellectual Assessment Scale (RIAS) Date Administered: 05/02/2013 |

Additional Assessments for Area: Academic-Reading Assessment Type: Psychological Assessment Provider Assigned: Cathy Wu Reviewer Assigned: Reason for Request: IEP team decision Signature Date: Consent Date: 04/30/2013 Date Requested: 04/30/2013 Due Date: 06/14/2013 Date Assessment Completed: 05/17/2013 Interpretation of Psychological Assessment results Identification of strengths for Academic-Reading Kiyel is willing to participate in class activities and tutoring. Identification of concerns for Academic-Reading He has very weak reading fluency and comprehension. Assessment Tool: Reynolds Intellectual Assessment Scale (RIAS) Date Administered: 05/02/2013

Additional Assessments for Area: Academic-Written Expression Assessment Type: Psychological Assessment Provider Assigned: Cathy Wu Reviewer Assigned: Reason for Request: IEP team decision Signature Date: Consent Date: 04/30/2013 Date Requested: 04/30/2013 Due Date: 06/14/2013 Date Assessment Completed: 05/17/2013 Interpretation of Psychological Assessment results Identification of strengths for Academic-Written Expression He is able to produce sentences. Identification of concerns for Academic-Written Expression He shows poor handwriting skills and writes with limited output. Assessment Tool: Reynolds Intellectual Assessment Scale (RIAS) Date Administered: 05/02/2013



### DISTRICT OF COLUMBIA
## PUBLIC SCHOOLS
Office of Special Education

## CONFIDENTIAL PSYCHOLOGICAL EVALUATION

Name of Student: Kiyel Kearney
Date of Birth: 11/27/2003
Student's Chronological Age: 9-4
Student Identification Code: 9291828
School Psychologist: Cathy Wu, CSP; BCBA

School: Tubman Elementary School
Grade: 2nd Grade
Date(s) of Evaluation: 3/28/2013
Date of Report: 4/20/2013

**REASON FOR REFERRAL:**

Kiyel Kearney is a nine years four months old African American male student attending Tubman Elementary School in Northwest, Washington D.C.   He currently resides with his maternal grandmother, Ms. Kearney, and his uncles and aunts in Northwest D.C. Ms. Kearney has the legal custody of Kiyel.  However, he maintains some contact with his biological parents.

Kiyel is a 2nd grade student who was retained during the 2011-2012 school year due to poor academic performance.   Based on homeroom teacher's report, he demonstrates strength in math and feels most confident in math.  Nevertheless, he shows lack of growth in reading despite academic support and interventions.  For instance, he has difficulty with recognizing basic sight words, decoding and reading comprehension and falls well below grade level ( e.g. reading on the Kindergarten level).

Due to his academic weakness, Kiyel's educational team including the Student Support Team has requested to conduct an initial psychological evaluation to learn more about his cognitive and academic strengths and weaknesses, identifying any learning based deficits to help the MDT make decisions regarding whether he meets the eligibility criterion for a student classified as Specific Learning Disability and what strategies and interventions will be most helpful to improve his academic performance.

**PROCEDURES AND TEST ADMINISTERED**

Reynolds Intellectual Assessment Scale (RIAS, 3/28/2013)
Woodcock-Johnson III: Test of Achievement—Third Edition (3/28/2013)
Direct Behavioral Observations in Classroom (3/27/2013)
Student Interview with Kiyel (3/26/2013)
Parent Interview with Ms. Kearney (3/26/2013)
Teacher Interview with Ms. Schantz, Homeroom Teacher (3/27/2013)
Teacher Interview with Ms. Duncan, Reading/Burst Teacher (3/28/2013)
Teacher Interview with Mrs. Morse, Special education Teacher (4/3/2013)
Cumulative Record Review (Attendance Records, Report Card; DIBELS; TRC; ANet Test; Work Samples)

**BACKGROUND INFORMATION**



## DISTRICT OF COLUMBIA
## PUBLIC SCHOOLS

Office of Special Education

Background information for Kiyel was obtained based on interviews with him, his grandmother, current teachers as well as from his school records.

Ms. Kearney stated that Kiyel's biological mother, who is her daughter, used illicit drugs including PCP throughout her pregnancy. In fact, she was locked up half way through her pregnancy. Ms. Kearney has been his primary care provider from the very beginning. Kiyel was born full term via C-section weighing 5 lbs and 18 oz. He reached all his developmental milestones within the normal limits. For instance, he started walking around 9 months, talking around 18 months and completed toilet training at the age of two.

Kiyel is described by his grandmother as sweet and healthy. He eats and sleeps well. He carries no diagnosis and is not on any medication. His vision and hearing are both fine. Family history is significant for mental illness and learning disabilities. For instance, his mother is diagnosed with Emotional Disturbance ( ED) and Learning Disability ( LD). In addition, five of his uncles and aunts have various disabilities including Intellectual Disability, LD and ED.

As for his educational history, Kiyel initially started Pre-Kindergarten and finished 1st grade at Septima Clerk Public Charter School in Southeast D.C. He then transferred to Tubman at the beginning of 2nd grade and repeated it due to his failure to meet the standard. His attendance records show that he has five excused absences due to illness and four unexcused absences out of 130 days of enrollment.

**REVIEW OF PAST EVALUATIONS**

This is Kiyel's initial psychological evaluation. No previous related assessments are available for review at this point.

**INTERVENTION MONITORING**

Kiyel has been provided with a variety of ongoing instructional interventions based on the SST referral forms and interviews with the grandparent and his classroom teachers. For instance, during this academic school year, Kiyel is provided with explicit phonics instruction in the areas of phonemes and graphemes (sound to print) and then how to blend the sounds to make words. He participates daily in the Early Reading Literacy Intervention group called Burst, which works daily for 30 minutes on sounds, letter identification, vocabulary building and reading fluency. According to his Burst teacher, Ms. Duncan, Kiyel presents huge difficulty with reading and writing and is not making notable progress. In addition, he receives guided reading on a daily basis for 30 minutes with Mrs. Morse, a special education teacher. Again, minimum progress was made based on her report. Finally, he is enrolled in an afterschool program named 826 in his community that provides free drop-in tutoring. Kiyel goes to the program Tuesday to Thursday from 3:45 to 5:00 pm. However, based on the classroom teacher report, he does not consistently go to the tutoring program.

KTK000164



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of Special Education

## ASSESSMENT RESULTS AND INTERPRETATION

### Interviews

#### *Teacher Interviews*
Kiyel's homeroom teacher, Ms. Schantz, and his reading intervention teachers-Ms. Duncan and Ms. Morse all participated in the face to face interviews. Ms. Schantz stated that Kiyel is always well dressed, a bright student who wants to learn and please others. He participates well with his peers in group and enjoys a reward system. Nevertheless, he gets easily frustrated with his work and engages in task avoidant behaviors including being off task in class. In addition, he hardly participates in the class activities and fails to complete his homework assignments. Both teachers are very concerned about his lack of academic progress in reading, for he has shown little growth. In contrast, he is doing much better in math. For instance, his favorite part of the day is math because it is the area he feels most confident. He makes consistent progress in math. He does experience difficulty with math word problems, though.

#### *Parent Interview*
Kiyel's grandmother, Ms. Kearney, also participated in the face to face interview. She shared that Kiyel is a sweet and loving child who tries to protect his family including his grandma and gets along well with all the family members. He loves to ride bike and play games. There is no behavioral concern for him at this point. Nevertheless, he struggles with reading despite the fact that he tries really hard. Ms. Kearney also revealed that he gets frustrated with academic learning. Two Tubman Deficiency Notices were sent home in the past indicating Kiyel's deficits with reading fluency, comprehension and vocabulary. There has also been concern about his lack of academic efforts, for the classroom teacher reported that he often failed to do required work.

#### *Student Interview*
During the brief clinical interview with him, Kiyel appeared to be open and articulate about the questions presented to him. He stated that his favorite classes are Math and Reading while his least favorite class is Science. He mentioned that he likes his current school, for he likes to play outside and do his work. He also has three best friends at the school. He also revealed that he missed his previous school especially the field trip on Wednesdays. In terms of his family relationships, he reported getting along well with his grandmother and uncles and aunts. He mentioned that he bought flowers for his grandmother and played games with his uncles and aunts. He also goes out to eat with his mother. During his free time, he likes to play basketball or go shopping with grandmother. He denies feeling sad or angry. In fact, he is happy for his grandmother buys stuff for him from the grocery store. His three wishes include the following: 1) to be a hero or superman; 2) to be a police and 3) to have a dog.

## BEHAVIORAL OBSERVATIONS

825 North Capitol Street, NE | Washington, DC 20002 | T 202.442.5885 | F 202.442.5026 | www.k12.dc.us    KETK000165



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of Special Education

### Classroom Observation

Kiyel was observed during the independent reading class hours for about 45 minutes. He was required to read the material first and then write down his responses. In the mean time, he was asked to draw a picture about the content of the reading materials. He was also encouraged to work collaboratively with his peers. Kiyel paid close attention to the instruction and followed the directions. For instance, he discussed with the student sitting next to him and worked with him from time to time. He appeared to be focused on the task and remained in his seat throughout the observational period. Overall, he presented positive attitude towards learning.

### Test Observation

Kiyel came willingly with this evaluator to the test area. He was in a pleasant mood and dressed appropriately with good hygiene. In fact, he wore designer clothes from top to bottom. He maintained consistent eye-contact and always followed directions. Rapport was easily established.

During the test administration, Kiyel was attentive to the tasks and appeared to enjoy doing the nonverbal tasks that are mostly consisted of pictures. Nevertheless, he struggled with completing the tasks that required him to answer questions verbally. More specifically, when working on the achievement tests (e.g. WJ-III Achievement Test), he did not persist on the reading and writing subtests. He stopped writing short sentences ( e.g. Writing Fluency subtest) before the allowed time was up. When prompted to finish the remaining tasks, he shook his head stating he can't do it.

Overall, Kiyel appeared to try the best he can in terms of his efforts and co-operation. Therefore the test result is believed to be an appropriate estimation of his current level of functioning and valid for addressing the referral questions.

### Assessment of Cognitive Functioning

### Reynolds Intellectual Assessment Scales (RIAS)

In order to obtain Kiyel's cognitive functioning, namely his ability to reason with or without use of words, learn new information including new words and concepts as well as his ability to remember a certain amount of information, Reynolds Intellectual Assessment Scales was administered to him on March 28, 2013

The RIAS is an individually administered test of intelligence appropriate for ages 3 years through 94 years. It is a valid and comprehensive assessment of intelligence that provides a thorough assessment of Kiyel's current level of intellectual functioning. It contains several individual tests of intellectual problem solving and reasoning ability that are combined to form a Verbal Intelligence Index and a Nonverbal Intelligence Index, which are combined to form the Composite Intelligence Index, a summary estimate of global intelligence. In addition, The RIAS also contains subtests designed to assess verbal memory and nonverbal memory, which allows the examiner to evaluate the relationship between the



### DISTRICT OF COLUMBIA
## PUBLIC SCHOOLS

Office of Special Education

student's memory and cognitive skills. The following is a general guideline for interpreting the RIAS scores:

130 and Above:  Significantly Above Average;
120-129:  Moderately Above Average;
110-119:  Above Average;
90-109:  Average;
80-89:  Below Average;
70-79:  Moderately Below Average
69 and Below:  Significantly Below Average

On the Reynolds Intellectual Assessment Scales, Kiyel earned a Composite Intelligence Index or CIX of 73 indicating that his overall level of performance falls within the range of scores designated as Moderately below average and exceeds the performance of 4% of individuals at his age.  Nevertheless, it is very important to point out that although his general intelligence (CIX) is a good estimate of Kiyel's global intelligence, a statistically significant discrepancy exists between his nonverbal intelligence (NIX=97) and verbal intelligence (VIX=53), which is about 44 points difference, demonstrating significantly better developed nonverbal intelligence or spatial abilities compared to his verbal and language abilities. Statistically significant difference means that the result is unlikely to have occurred by chance based on the significant level.   In such cases, interpretation of the general intelligence score may be of less value. Instead, viewing his verbal and nonverbal abilities separately is more meaningful in understanding Kiyel's cognitive functioning.

Verbal Intelligence Index has two subtests: "Guess What" and "Verbal Reasoning".  For " Guess What " subtest, Kiyel was given a set of two to four clues and asked to draw conclusion about the object or concept being described.  This subtest measures his verbal reasoning in combination with vocabulary, language development and overall fund of available information.  Kiyel earned a *T* score of 12 on this subtest, which fell significantly below average range.  The "Verbal Reasoning" subtest asks Kiyel to listen to a prepositional statement that essentially forms a verbal analogy.  Specifically, it asks him to find a word that has the same relationship to the word as the first pair, namely the relationship between concepts.  It measures analytical reasoning ability within the verbal domain.  Kiyel scored a *T* score of 27, which is also classified in the significantly below average range.  These two subtests contributed to his Verbal Intelligence index.  Kiyel had a standard score of 53 on the VIX which fell in the Significantly Below Average range (0.09 percentile) indicating his verbal reasoning with language development and overall verbal knowledge is a marked weakness.  Students with significant weak verbal reasoning ability may experience challenges in learning sight vocabulary, reading unfamiliar words aloud, calling nonwords, retelling what have been read as well as seeing cause-effect relationships.   Kiyel's weakness with his verbal reasoning is directly reflected in his academic learning especially in the area of reading and writing as well as in his math.  Based on the classroom teachers' observations, he has major difficulty decoding words that he does not know, discriminating between similar letters and words (e.g.



**DISTRICT OF COLUMBIA**
PUBLIC SCHOOLS

Office of Special Education

stop and shop), and comprehending stories that he reads himself. Despite ongoing reading intervention including Burst and guided reading in small group, he has made very limited progress in reading.

Nonverbal Intelligence index assesses Kiyel's nonverbal reasoning and spatial ability. It is also composed of two subtests: "Odd Item Out" and "What's Missing". For "Odd Item Out" subtest, Kiyel was presented with a picture card containing from five to seven pictures of drawings and was asked to choose which one did not belong or go with the others. This subtest measures his nonverbal ability in the area of spatial ability and visual imagery. Kiyel scored a *T* score of 53 on the subtest and is classified in the solid Average range. The "What's Missing" subtest asked him to conceptualize the picture (e.g. to form the idea), analyze it and deduce what essential element is missing. Kiyel scored a *T* score of 42, which is also ranked in the Average range.  Overall, Kiyel's ability to analyze and synthesize visual stimuli as well as to reason with it is classified within solid Average range with a standard score of 97( 45th percentile). Visual thinking and spatial ability appears to be his significant strength compared to his verbal reasoning ability. His well developed non-verbal abilities appear to contribute to his confidence and skills in the subject of math. Based on the classroom teacher's report, Kiyel enjoys doing math and shows good confidence on his math ability. He is also making steady progress on his math.

Composite Memory Index (CMX) is derived from the two memory subtests: "Verbal Memory" and "Nonverbal Memory". " Verbal Memory" measures Kiyel's ability to encode, briefly store and recall verbal material in a meaningful context while " Nonverbal Memory " measures his ability to encode, briefly store and recall visual presented material. It is intended to be used as an indicator specifically for immediate or short-term memory. Kiyel scored 97 on his Composite Memory Index which is classified in the solid Average range. Compared to his verbal reasoning, Kiyel's short term memory is much better developed. Within the subtests making up the CMX, Kiyel's performance in the nonverbal memory is relatively better developed compared to his verbal memory. He scored 40 on the Verbal Memory while earning 55 on the Nonverbal Memory indicating once again his marked strength with his visual and spatial ability. Following is his RIAS score summary:

|  | Verbal Intelligence Index (VIX) | Nonverbal Intelligence Index  (NIX) | Composite Intelligence Index ( CIX) | Composite Memory Index (CMX) |
|---|---|---|---|---|
| RIAS Indexes | 53 | 97 | 73 | 97 |
| Confidence Interval 95% | 49-63 | 91-103 | 68-80 | 91-103 |
| Percentile Rank | 0.09 | 45 | 4 | 42 |
| Qualitative Description | Significantly Below Average | Average | Moderately Below Average | Average |

*Assessment of Academic Functioning*

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

### The Woodcock Johnson Test of Achievement, Third Edition

In order to measure Kiyel's current acquired academic performance in reading, math and writing, the Woodcock Johnson III Tests of Achievement (WJ-III) was administered to him on March 28, 2013.

The WJ-III Test of Achievement measures general areas of academic functioning, more specifically, Broad Reading, Broad Math Skills, Broad Written Language, Math Calculations, Academic Fluency, Written Expression as well as Oral Language. It is expressed in terms of a standard score, grade and age equivalence. Following is Kiyel's test scores on the WJ-III:

| Composite Score Summary | SS | GE | AE |
|---|---|---|---|
| Broad Reading | 69 | 1.9 | 7-2 |
| Broad Mathematics | 81 | 2.6 | 8-0 |
| Broad Written Language | 63 | 1.7 | 7-0 |

### Broad Reading

The Composite Broad Reading score includes reading decoding, reading speed and the ability to comprehend connected discourse ( e.g. a formal or extensive speech or writing) while reading. It provides a measure of Kiyel's word identification skills, ability to quickly read simple sentences ( e.g. Reading Fluency) and to read and understand connected text (Passage Comprehension). Some of the skills measured are reading ability, auditory processing and comprehension-knowledge.

On the Letter-Word Identification subtest, Kiyel was asked to identify letters as well as pronouncing words correctly. He earned a standard score of 75 compared to his age peers, which ranks in the Low range. On Reading Fluency, he was directed to quickly read simple sentences and decide if the statement is true and then circles "Yes" or "No". He scored 73 also falling in the Low range. Passage Comprehension involves matching pictographic representation of a word with an actual picture of the object, multiple-choice questions (e.g. pointing to the picture represented by a phrase) or reading a short passage and identifying a missing key word that makes sense in the context of that passage. Kiyel scored 76 and is classified in the Low range. These scores are combined to give a broad reading score. Kiyel's Broad Reading score is a 69. This score shows his overall reading ability is in the very Low range with a grade equivalence of 1.9 and an age equivalence of 7-2. His reading achievement is well below age, grade equivalence and what is expected of his academic performance given the fact that he has repeated the grade.

Consistent with the standardized test results in reading as measured by the above WJ-III achievement test, Kiyel demonstrates major weakness in his reading as measured by DIBELS and TRC assessments. Specifically, his Oral Reading Fluency (reading words in stories easily, quickly and accurately) was assessed at High Risk with a score of 35 well below his goal of 72. Reading and Understanding a Passage (TRC) is also extremely weak, for he scored on *Level E* compared to his goal of *Level N*. He is reading at the Kindergarten level which is also well below the current grade level. Recent ANet tests on the English

KTK000169



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of Special Education

and Language Art indicate that he scored 35%; 55%; 23% and 45% in ANet 1 through ANet 4 which is well below the goal of 80%. Report Card shows that Kiyel is scored Below Basic, indicating he does not meet the standard. Homeroom teacher reported that she was concerned about his lack of growth in reading, for he continues to experience difficulty with basic sight words, decoding and comprehension.

### Broad Mathematics

The Composite Broad Mathematics includes mathematics reasoning and problem solving, symbol recognition (e.g. number ) and automaticity. It provides a measure of quantitative knowledge, ability to analyze and solve math problems and processing speed. The tests in this section are Calculation, Math Fluency, and Applied Problems. On the subtest of Calculation, Kiyel was required to write single numbers as well as to perform calculation such as addition or subtraction. Kiyel scored 86 and is classified in the Low Average range. On the Math Fluency subtest measuring his ability to solve math problems given 3 minute time limit, Kiyel scored 88 also falling in the Low Average range. In the Applied Problems section, he was asked to analyze and solve math problems by listening to the problem, recognizing the procedure to be followed and then performing relatively simple calculations. Kyiel scored 81, which is also in the Low Average range. In the Broad Math section of the test, which combines all of the math subtests, Kiyel scored 81 and is classified as Low Average range. He is performing on the 2nd grade level ( GE=2.6) with an age equivalent of 8-0.

Compared to his reading performance, math appears to be Kiyel's marked strength. As his homeroom teacher pointed out that Kiyel feels most confident in math and his favorite part of the day is math. He is also doing much better in math. Recent ANet math tests showed that Kiyel achieved 67%, 83%; 47% and 100% on ANet 1 through ANet 4 respectively, which is close to the goal of 80%. In fact, two of the tests are above the goal. Report Card in Math indicates that he is rated Basic (e.g. Approaches the Standard). Despite his strength in math computation and calculations, he experiences difficulties with word problems due to his poor reading.

### Broad Written Language
The Composite Broad Written Language includes production of written text, including spelling ability, writing fluency and quality of written expression. It provides a measure of handwriting ability to generative writing for quality expression requiring ideas, organization, task adherence and reasoning. It is consisted of the following three subtests: Spelling, Writing Fluency and Writing Samples. On the Spelling subtest, Kiyel was asked to write orally presented words correctly. He earned a standard score of 73 which fell in the Low range. In Writing Fluency, he was directed to formulate and write simple sentences given a stimulus picture and a set of words within a time limit. Kiyel scored 71, also placing him in the Low range. As for the Writing Samples subtest, he was instructed to write responses to a variety of demands including finishing the sentences. Kiyel scored 69 and is classified in the Very Low range. Kiyel's overall written language ability is classified in the Very Low range with a standard score of 63. He is performing with a grade equivalence of 1.7 and an age equivalent of 7-0. Based on the classroom teacher's report, Kiyel showed significant weakness with his writing. During the test



**DISTRICT OF COLUMBIA**
# PUBLIC SCHOOLS

Office of Special Education

administration of writing subtest, Kiyel was struggling with completing the sentences and stated he couldn't do it.

## EDUCATIONAL IMPLICATIONS

Data obtained from the administration of the cognitive assessment (RIAS), academic (WJ-III), curriculum based assessments ( e.g. ANet), DIBELS and TRC combined with information from report cards, teacher, parent and student interviews as well as direct behavioral observations indicated that Kiyel demonstrates Significantly Below Average cognitive ability ( VIX=53) as measured by his RIAS Verbal Intelligence when compared to the peers his age.  In contrast, his nonverbal reasoning ability as measured by Nonverbal Intelligence Index indicates normal visual and perceptual ability as his NIX falls in the Average range( NIX=97).

Kiyel's verbal reasoning and processing deficits have negatively affected his ability to access and apply prior learning in solving language-related tasks including decoding, reading fluency, vocabulary, spelling, and reading comprehension, which may have emerged as contributing factors in, among others, language disabilities, dyslexia and other reading disabilities in his academic performance.

Kiyel has been struggling academically since last school year and was retained this year.  In order to address his decoding and comprehension deficits, he has been provided with various reading interventions including phonemic awareness such as tutoring and small group interventions (e.g. Burst ; Guided Reading; Growing together).  Nevertheless, he has shown limited growth and continues to fall significantly behind in reading.  In addition, he struggles with writing including difficulty with spelling words and formulating sentences.  Despite the fact that he enjoys math and shows strength in math,  his weak reading skills have negatively impacted his ability to solve math word problems.

Curriculum based assessment on his recent DIBELS and TRC indicate that Kiyel's reading fluency is at High Risk and his reading comprehension as measured by TRC also falls far below proficient at Kindergarten level.  ANet Reading test indicated that he scored well below standard.  Report Card stated that he has been consistently rated as Below Basic in Reading ( e.g. 1: does not meet the  standard). Standardized test results from the WJ- Achievement indicated that both his reading and writing fall in the Very Low range therefore making it very difficult for Kiyel to access grade level material.

In summary, Kiyel's pattern of cognitive and academic weakness is consistent with a specific learning disability.  His performance suggests that he has a deficit in the basic psychological processes, namely verbal reasoning process that interferes with his ability to build his reading skills.  It is very likely that the same cognitive processes and abilities that contribute to his reading difficulties may have also contributed to his difficulties in other academic domains including spelling words and expressing himself in writing as well as solving math word problems posing a significant challenge for him to access grade-level material resulting in him falling well behind academically.



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of Special Education

Kiyel meets the criterion indicated in IDEA 2004 and DCPS guideline for a student suspected of having a Specific Learning Disorder, suggesting that he has a disorder in 1 or more of the basic psychological processes involving in understanding or in using language, spoken or written, which disorder may manifest itself in the imperfect ability to listen, think, speak, read, write, spell or do mathematical calculations.

## SUMMARY

Kiyel Kearney is a 2nd grade African American male student attending Tubman Elementary School in Northwest Washington D.C. He is described by his teachers as a respectful student who follows directions and enjoys interacting with his peers in class. Nevertheless, academic performance, especially reading and comprehension remain a major concern as he has been struggling in these areas for an extended period time. Despite the continuous academic support and interventions, Kiyel made minimum progress and was retained for 2nd grade.

Based on his current cognitive evaluation, Kiyel's general cognitive ability as estimated by the RIAS is within the moderately below average range. However, his nonverbal intelligence ability as measured by NIX is significantly better developed compared to his verbal intelligence and is classified in the Average range. His short term memory in both verbal and nonverbal domains also remains in the Average range.

In terms of his academic achievements, standardized test results as measured by the WJ-III Achievement test indicate that when compared to the scores earned by others at his age level, Kiyel's academic skills, his ability to apply those skills and his fluency with academic tasks are all within the low range. Specific weaknesses are shown in broad reading and broad written language as both fell in the very low range.

Curriculum based assessments including DIBELS, TRC and standardized tests all indicate that Kiyel perform consistently well behind in reading and writing. For instance, his Reading Fluency is at High Risk as assessed by his DIBELS and comprehension is also very weak as reflected by his Far Below Proficient performance on the Text Reading Comprehension (TRC) requiring intensive academic interventions.

His pattern of cognitive and academic weakness is consistent with a specific learning disability that interferes with his ability to build his reading skills (decoding, sight word and vocabulary, reading comprehension etc), writing ( e.g. spelling, writing fluency) and math ( word problems) posing a challenge for him to access grade-level material. He meets the criterion indicated in IDEA 2004 and DCPS guideline for a student suspected of having a Specific Learning Disorder.

Nevertheless, a final decision as to Kiyel's disability classification will be made when all available evaluations, assessments, observations and reports are available at the MDT meeting.

## RECOMMENDATIONS

KTK000172



**DISTRICT OF COLUMBIA**
PUBLIC SCHOOLS

Office of Special Education

### For Educational Team:

1. Kiyel will benefit from strong academic interventions/ support to build his academic skills.

2. It is recommended that Kiyel be evaluated with a speech and language assessment to find if he has language impairment due to his very low verbal reasoning abilities.

3. Kiyel will probably gain the most from the use of an explicit, systematic, synthetic phonics program. These programs begin instruction at the phoneme level and then introduce graphemes. He would be taught explicitly the relationship between sounds ( phonemes) and letters ( graphemes) and then how to blend the sounds to make words.

4. Word recognition strategies may help Kiyel build automatic sight-word recognition. These strategies include word walls, flow lists, word banks, flash cards and games. It is beneficial to use high-frequency words when implementing these strategies, as this will enhance Kiyel's ability to read independently. For example, a word wall might present five high-frequency words that Kiyel needs to learn. The teacher engages him in activities, both planned and unplanned, which use the words on the wall that help build word recognition and vocabulary.

5. Reading aloud to Kiyel is a helpful activity. Encourage him to interact with the story by pointing to objects in the pictures, guessing what might happen next or retelling his favorite part. To further develop Kiyel's expressive language skills, after reading a story, have him retell the main ideas in his own words.

6. Kiyel will benefit from working on learning to spell the same sounds, syllables, and words that he is learning to read. In addition, remind him to write slowly instead of rushing to get his work down.

7. When teaching Kiyel new reading and math tasks, break down larger tasks into smaller tasks. Accompany verbal information with visual materials and provide repetition and opportunities for practice. Ensure that you have Kiyel's eye contact and attention before giving directions, explanations or new instructions.

8. Direct instruction may be one of the most effective ways for building Kiyel's math skills. Teachers provide instruction in a step-by-step manner, typically implementing six key teaching functions: review, presentation, guided practice, corrections and feedback, independent practice and weekly and monthly reviews. It may be important to teach him in small, guided steps and provide him with opportunities for repeated practice.



## DISTRICT OF COLUMBIA
## PUBLIC SCHOOLS

Office of Special Education

### *Recommendations for Parents and Family Members:*

1. Kiyel's parents are encouraged to spend time reading with him every day outside of school for at least half an hour, for increased time spent reading may increase his exposure to printed words and may result in an increase in the number of words that he can recognize orthographically.

2. To improve Kiyel's reading, a "read-along" technique, educational videos and films, a talking books can facilitate learning of printed materials through the use of taped texts or auditory and visual materials. These reading materials can be accessed in the local library.

3. Parents are encouraged to discuss with Kiyel daily events that occurred during the day and to ask him questions especially "wh" questions.

4. Kiyel's parent may want to monitor his completion of homework assignments. Frequently check with Kiyel to see if he understands the given instructions so as to reduce errors and ensure task completion.


Cathy Wu, M.S. C.A.G.S.
Certified School Psychologist in D.C. and MD
Board Certified Behavior Analyst
District of Columbia Public Schools

KTK000174


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 2nd Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| 1307 Columbia Road Nw Apt 102 | Washington | DC | 20009 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Bridgett Morse | 673-7285 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Tubman ES | 3101 13th St. NW | Washington | DC | 20010 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Primary Disability |
|---|---|---|
| 05/29/2013 | Initial IEP | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Initial IEP | 05/29/2013 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Attended in person | |
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Bridgett Morse | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Cathy Wu | Attended in person | |
| LEA/School Representative Special Education Coordinator | Paula McClain | Attended in person | |
| General Education Teacher | Susannah Schantz | Attended in person | |

1.866.610.8030
EASYFAX

Document Created on '05/29/2013'

10/−.0019E5AA

Kearney, Kiyel   State USI: 6269477141   Local ID: 9291828
Page: 1   Tubman ES

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000175



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)
## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
| --- |
| **Academic-Mathematics** |

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel was given the Woodcock-Johnson III Test of Achievement(WJ-III) on 3/28/2013, his SS=81% which is within the low average range. Math appears to be a relative strength for him. His ANET scores were 67%, 83%, 47%, and 100% respectively. Despite his strength in math computation and calculations, he experiences difficulties with word problems due to his poor reading.

| **Description of how the student's disability affects the student's access to the general education curriculum:** Kiyel has no difficulty with math computations. He has difficulties with word problems that are due to his reading deficits. | **Description of how the student's disability affects the student's progress in the general education curriculum:** Kiyel,s disability has impacted his performance in the area of mathematics. He will require small group instruction,differentiated instruction and the use of a calculator in order to master the general education curriculumn. |
| --- | --- |

**Annual Goal 1:**
Given models and practice Kiyel will be able to complete word problems involving addition and subtraction which contain basic vocabulary associated with math (e.g., many, more, less, all together, sum, estimate, and difference) in 4 out of 5 trials with 80% accuracy.

**Common Core Standard:**
**2.OA.1** - Use addition and subtraction within 100 to solve one- and two-step word problems involving situations of adding to, taking from, putting together, taking apart, and comparing, with unknowns in all positions, e.g., by using drawings and equations with a symbol for the unknown number to represent the problem.1

| **Baseline:** Kiyel has no difficulty with math computations. He has difficulties with word problems are due to his reading deficits. | **Anticipated Date of Achievement:** 05/28/2014 | **Evaluation Procedures and Schedule:** *Work Samples / At Opportunity* *Practice and Drill / Twice a Month* |
| --- | --- | --- |

| AREA OF CONCERN: |
| --- |
| **Academic-Reading** |

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel is currently in the 2nd grade. Kiyel is really struggling with sight words, decoding, reading comprehension and spelling. His WJ-III results were SS=69 in Broad Reading, which is Very Low Average. His reading achievement is well below age, grade equivalence and what is expected of his academiic performance given the fact that he has repeated 2nd grade. His current TRC Book Level is E compared to the expected goal of Level N at this time.

| **Description of how the student's disability affects the student's access to the general education curriculum:** Kiyel is willing to participate in class activities and tutoring. He has very weak reading fluency and comprehension. | **Description of how the student's disability affects the student's progress in the general education curriculum:** Kiyel has very weak reading fluency and comprehension that greatly impact his ability to do grade level work. |
| --- | --- |

**Annual Goal 1:**
Given models and opportunities for practice, Kiyel will recognize and read the Dolch list from 2nd grade to 3rd grade with 80% accuracy in 4 out of 5 trials.

KTK000176



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Common Core Standard: |
|---|
| **2.RF.3** - Know and apply grade-level phonics and word analysis skills in decoding words. |
| **2.RF.3.f** - Recognize and read grade-appropriate irregularly spelled words. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel has difficulty reading and that impacts his ability to complete grade level tasks. | 05/28/2014 | *Work Samples / At Opportunity*<br>*Practice and Drill / Twice a Month* |

**Annual Goal 2:**
Given models and opportunities for practice, Kiyel will decode regularly spelled one- and two syllable words fluently by applying the most common letter-sound correspondences, including the sounds represented by single letters (consonants and vowels), consonant blends (e.g., ea, ie, ee), with 80% accuracy in 4 out of 5 trials.

| Common Core Standard: |
|---|
| **2.RF.3** - Know and apply grade-level phonics and word analysis skills in decoding words. |
| **2.RF.3.b** - Know spelling-sound correspondences for additional common vowel teams. |
| **2.RF.3.c** - Decode regularly spelled two-syllable words with long vowels. |
| **2.RF.3.d** - Decode words with common prefixes and suffixes. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel has difficulties with decoding and spelling at this time. | 05/28/2014 | *Work Samples / At Opportunity*<br>*Practice and Drill / Twice a Month* |

**Annual Goal 3:**
Given models and practice, Kiyel will answer questions (who, what, where, why, how) about text heard or read with 80% accuracy in 4 out of 5 trials..

| Common Core Standard: |
|---|
| **2.RI.1** - Ask and answer such questions as who, what, where, when, why, and how to demonstrate understanding of key details in a text. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel experiences difficulty with reading comprehension. | 05/28/2014 | *Work Samples / At Opportunity*<br>*Practice and Drill / Twice a Month* |

**Annual Goal 4:**
Given text at his instructional level, Kiyel will read text aloud fluently, accurately, and with comprehension with 80% accuracy, in 4 out of 5 trials.

| Common Core Standard: |
|---|
| **2.RF.4** - Read with sufficient accuracy and fluency to support comprehension. |
| **2.RF.4.b** - Read on-level text orally with accuracy, appropriate rate, and expression on successive readings. |
| **2.RF.4.c** - Use context to confirm or self-correct word recognition and understanding, rereading as necessary. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel's instruction level is below grade expectations at this time. He currently is at TRC Level E. | 05/28/2014 | *Log / Once a Year*<br>*Practice and Drill / Twice a Month* |

**Annual Goal 5:**
Given models and practice, Kiyel will identify the purpose or main point and supporting details in text with 80 % accuracy, in 4 of 5 trials.

**Kearney, Kiyel**      **State USI:** 6269477141      **Local ID:** 9291828
**Page:** 3      **Tubman ES**

KTK000177



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

| Common Core Standard: |
|---|
| **2.RI.1** - Ask and answer such questions as who, what, where, when, why, and how to demonstrate understanding of key details in a text. |
| **2.RI.2** - Identify the main topic of a multiparagraph text as well as the focus of specific paragraphs within the text. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is unable to consistently identify the main idea of a story that he has heard or read and provide supporting details. | 05/28/2014 | *Work Samples / At Opportunity*<br>*Practice and Drill / Twice a Month* |

| AREA OF CONCERN:<br>Academic-Written Expression |
|---|
| **Present Levels of Academic Achievement and Functional Performance:** |
| Kiyel's Broad Written Language scores on the WJ-III fell within the Very Low Average range (SS=63). |

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| He is unable able to produce well structured sentences. | Kiyel is unable to produce consistently well structured sentences. His limited output negitively impacts his ability to produce grade level work and show subject knowledge in his class performance.Interventions are required to enable him to produce grae level work. |

| Annual Goal 1: |
|---|
| Given models and practice, Kiyel will construct sentences beginning with capital letters, containing punctuation at the end and ideas stated with clear clear focus,with 80% accuracy in 4 out of 5 trials. |

| Common Core Standard: |
|---|
| **2.W.5** - With guidance and support from adults and peers, focus on a topic and strengthen writing as needed by revising and editing. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel does not consistent write in complete sentences. | 05/28/2014 | *Work Samples / At Opportunity*<br>*Practice and Drill / Twice a Month* |

**Kearney, Kiyel**
**Page:** 4

**State USI:** 6269477141

**Local ID:** 9291828
**Tubman ES**

KTK000178



## Individualized Education Program (IEP)

# SPECIAL EDUCATION AND RELATED SERVICES

### Special Education Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Reading | Outside General Education | 05/29/2013 | 05/28/2014 | 3.0 hr per wk |
| Written Expression | Outside General Education | 05/29/2013 | 05/28/2014 | 1.0 hr per wk |
| Mathematics | Outside General Education | 05/29/2013 | 05/28/2014 | 30 min per wk |

### Related Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|

# DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [X] No

KTK000179



## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Reading | 3.0 hr per wk | Student's delay indicate that he will best benefit from small group instruction with minimal distractions |
| Written Expression | 1.0 hr per wk | Student's delay indicate that he will best benefit from small group instruction with minimal distractions |
| Mathematics | 30 min per wk | Student's delay indicate that he will best benefit from small group instruction with minimal distractions |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Small group instruction in the general education classroom. Limited progress was made. |

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 6                                                    **Tubman ES**

KTK000180



### Individualized Education Program (IEP)
### CLASSROOM ACCOMMODATIONS AND STATE ASSESSMENT (DC-CAS) PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:

[ ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[ ] Alternate Assessment

| Classroom Accommodations | Statewide Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Amplification equipment | Amplification equipment |
| Reading of test questions (math, science, and composition only) | Reading of test questions (math, science, and composition only) |
| Repetition of directions | Repetition of directions |
| Simplification of oral directions | Simplification of oral directions |
| *Response* | *Response* |
| Calculators | Calculators |
| *Setting* | *Setting* |
| Location with minimal distractions | Location with minimal distractions |
| Preferential seating | Preferential seating |
| Small group testing | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Flexible scheduling | Flexible scheduling |
| Breaks between subtests | Breaks between subtests |
| Extended time on subtests | Extended time on subtests |

KTK000181



**Individualized Education Program (IEP)**

## TRANSPORTATION

Student requires transportation services:  [  ] Yes [**X**] No

## EXTENDED SCHOOL YEAR

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No [  ] Not Yet Determined

Student is eligible for ESY related Special Education Transportation services: [  ] Yes [**X**] No [  ] Not Yet Determined

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000182



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 3rd Grade | M | 11/27/2003 | |

| Student's Address | | City | State | Zip Code | |
|---|---|---|---|---|---|
| | | | | | |

| LEA of Enrollment | Case Manager | School Phone | | | |
|---|---|---|---|---|---|
| District of Columbia Public Schools | Erica Swast | 673-7285 | | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Tubman ES | 3101 13th St. NW | Washington | DC | 20010 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 05/29/2013 | 05/29/2013 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 03/21/2014 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Attended in person | |
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Erica Swast | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | | Did not attend | |
| LEA/School Representative<br>Special Education Coordinator/LEA | Paula McClain | Attended in person | |
| General Education Teacher | Maria Samenga | Attended in person | |

1.866.610.8030
EASYFAX

Document Created on '03/21/2014'

10/-.001ED4B6

Kearney, Kiyel    State USI: 6269477141    Local ID: 9291828
Page: 1    Tubman ES

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000183



### Individualized Education Program (IEP)

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)
## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
|---|
| **Academic-Mathematics** |

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel's present levels have been determined by teacher made assessments, progress reports, and observations. Kiyel is able to add and subtract single and double digit numbers without regrouping. He is able to add and subtract double digit numbers with regrouping or renaming. He is able to solve simple 1 step words problems with addition or subtraction. Kiyel is able to round to the nearest ten and hundred with a number line. He is able to depict a fraction between the numbers 1 and 0. Kiyel is able to read and answer questions about a standard bar graph and line plot.

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His reading ability will affect his ability to access the general education math curriculum. | His disability affects his learning and retention of reading ability and math computations. This will affect his progress in the general education curriculum. |

**Annual Goal 1:**
With reading support, Kiyel will read a two-step word problem, choose the correct operations and numbers needed to solve the problem, and solve the word problem with 80% accuracy in 4 out of 5 trials.

**Common Core Standard:**
**3.OA.8** - Solve two-step word problems using the four operations. Represent these problems using equations with a letter standing for the unknown quantity. Assess the reasonableness of answers using mental computation and estimation strategies including rounding.3

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| Kiyel is able to solve one step word problems with addition and subtraction. | 03/20/2015 | *Work Samples / Once a Month* *Practice and Drill / Bi-Weekly* |

**Annual Goal 2:**
When given two fractions or mixed numbers, Kiyel will compare the fractions by drawing a picture or using a number line with 80% accuracy in 4 out of 5 trials.

**Common Core Standard:**
**3.NF.3.d** - Compare two fractions with the same numerator or the same denominator by reasoning about their size. Recognize that comparisons are valid only when the two fractions refer to the same whole. Record the results of comparisons with the symbols >, =, or <, and justify the conclusions, e.g., by using a visual fraction model.
**3.NF.3** - Explain equivalence of fractions in special cases, and compare fractions by reasoning about their size.

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| Kiyel is able to depict fractions, however, struggles to depict mixed numbers. | 03/20/2015 | *Work Samples / Once a Month* *Practice and Drill / Bi-Weekly* |

**Annual Goal 3:**
When given data for graphing, Kiyel will set up a bar graph or line plot with intervals and create a key with 80% accuracy in 4 out of 5 trials.

**Common Core Standard:**
**3.MD.3** - Draw a scaled picture graph and a scaled bar graph to represent a data set with several categories. Solve one- and two-step how many more and how many less problems using information presented in scaled bar graphs. For example, draw a bar graph in which each square in the bar graph might represent 5 pets.

KTK000185


**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Baseline: Kiyel is able to create standard bar and line plots | Anticipated Date of Achievement: 03/20/2015 | Evaluation Procedures and Schedule: *Work Samples / Once a Month* *Practice and Drill / Bi-Weekly* |
|---|---|---|

| AREA OF CONCERN: Academic-Reading |
|---|
| **Present Levels of Academic Achievement and Functional Performance:** |
| Kiyel's present levels have been determined from direct observations, teacher made assessments, progress reports and the DIBELS and TRC data. Kiyel is currently reading on an independent I and an instructional J level. Kiyel is able to identify the 1st grade sight words with 80% accuracy. Kiyel is able to answer 'wh' questions after reading or listening to a story. Kiyel is beginning to self-monitor his comprehension and self-correct meaning errors when reading with an adult. Kiyel is beginning to chunk two-syllable words into smaller parts to determine an unknown word. Kiyel is able to read words with digraphs and welded sounds (ang, ing, etc) |

| Description of how the student's disability affects the student's access to the general education curriculum: Student's disability affects his ability to access the general education curriculum. His knowledge of grade level phonics and reading fluency will affect his ability to access the general education reading curriculum. | Description of how the student's disability affects the student's progress in the general education curriculum: His disability affects his learning and retention of common grade level phonics and reading fluency. This will affect his progress in the general education curriculum. |
|---|---|

| **Annual Goal 1:** Given a sight word list or word cards, Kiyel will be able to fluently identify at least the 2nd and 3rd grade sight words with 80% accuracy in 4 out of 5 trials. |
|---|
| **Common Core Standard:** 3.RF.3 - Know and apply grade-level phonics and word analysis skills in decoding words. 3.RF.3.d - Read grade-appropriate irregularly spelled words. |

| Baseline: Kiyel is able to identify the sight words for grade 1 with 80% accuracy and grade 2 with 50% accuracy. | Anticipated Date of Achievement: 03/20/2015 | Evaluation Procedures and Schedule: *Checklist / Once a Month* *Practice and Drill / Twice a Month* |
|---|---|---|

| **Annual Goal 2:** Kiyel will decode regularly spelled one or two syllable words with vowel pairs, suffixes and r-controlled vowels, in isolation and text, with 80% accuracy in 4 out of 5 trials. |
|---|
| **Common Core Standard:** 3.RF.3 - Know and apply grade-level phonics and word analysis skills in decoding words. 3.RF.3.c - Decode multisyllable words. |

| Baseline: Kiyel struggles to apply phonics skills during reading and on word lists. | Anticipated Date of Achievement: 03/20/2015 | Evaluation Procedures and Schedule: *Work Samples / At Opportunity* *Practice and Drill / Twice a Month* |
|---|---|---|

| **Annual Goal 3:** During guided reading, Kiyel will continue to monitor his comprehension when reading by correcting meaning errors with 80% accuracy in 4 out of 5 trials. |
|---|

KTK000186



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

| Common Core Standard: | | |
|---|---|---|
| **3.RF.4** - Read with sufficient accuracy and fluency to support comprehension. **3.RF.4.c** - Use context to confirm or self-correct word recognition and understanding, rereading as necessary. | | |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is beginning to correct some errors during guided reading. | 03/20/2015 | *Practice and Drill / Three Times a Week* *Verbal Response / Three Times a Week* |

| AREA OF CONCERN: Academic-Written Expression |
|---|

| Present Levels of Academic Achievement and Functional Performance: |
|---|
| Kiyel's present levels have been determined by observations, progress reports, and teacher made assessments. Kiyel is able to write complete sentences with a capital letter and period. Kiyel is able to write at least two sentences about a topic. Kiyel is able to write a story with a beginning and end. Kiyel often asks for adult assistance when writing because he does not want to make spelling errors. This means that often he does not complete writing tasks when expected to do it independently. Kiyel usually answers constructive responses with a paragraph copied from the text and does not always answer the question. |

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His written expression and spelling will affect his ability to access the general education writing curriculum. | His disability affects his learning and retention of written expression and spelling. This will affect his progress in the general education curriculum. |

| Annual Goal 1: |
|---|
| When given a constructive response question, Kiyel will restate the question, answer the question and provide evidence with details from the text with 80% accuracy in 4 out of 5 trials. |

| Common Core Standard: |
|---|
| **3.W.2** - Write informative/explanatory texts to examine a topic and convey ideas and information clearly. **3.W.2.a** - Introduce a topic and group related information together; include illustrations when useful to aiding comprehension. **3.W.2.b** - Develop the topic with facts, definitions, and details. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question. | 03/20/2015 | *Work Samples / Once a Month* *Practice and Drill / Weekly* |

| Annual Goal 2: |
|---|
| During independent writing, Kiyel will use word attack strategies (tapping words out and sight word list) to write with independence with 80% accuracy in 4 out of 5 trials. |

| Common Core Standard: |
|---|
| **3.W.4** - With guidance and support from adults, produce writing in which the development and organization are appropriate to task and purpose. (Grade-specific expectations for writing types are defined in standards 1 3 above.) **3.W.5** - With guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, and editing. |

KTK000187


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel seeks adult assistance during any writing task. | 03/20/2015 | *Observation / Once a Month*<br>*Practice and Drill / Daily* |

KTK000188



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

### Special Education Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Reading | Outside General Education | 03/21/2014 | 03/20/2015 | 4 hr per wk |
| Written Expression | General Education | 03/21/2014 | 03/20/2015 | 2 hr per wk |
| Mathematics | General Education | 03/21/2014 | 03/20/2015 | 1 hr per wk |

### Related Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|

## DEDICATED AIDES

Student requires the support of a dedicated aide: [  ] Yes [**X**] No

**Kearney, Kiyel**                **State USI:** 6269477141                **Local ID:** 9291828
**Page:** 7                                                                **Tubman ES**

KTK000189



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---------|----------------|----------------------------------------------------------------|
| Reading | 4 hr per wk | Student's delay indicate that he will best benefit from small group instruction with minimal distractions |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Student receives small group instruction in the general education classroom, however, student's reading progress remains below grade level. |

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 8                                                              **Tubman ES**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000190



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATE ASSESSMENT (DC-CAS) PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:

[  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment

| Classroom Accommodations | Statewide Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Amplification equipment | Amplification equipment |
| Reading of test questions (math, science, and composition only) | Reading of test questions (math, science, and composition only) |
| Repetition of directions | Repetition of directions |
| Simplification of oral directions | Simplification of oral directions |
| *Response* | *Response* |
| Calculators | Calculators |
| *Setting* | *Setting* |
| Location with minimal distractions | Location with minimal distractions |
| Preferential seating | Preferential seating |
| Small group testing | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Flexible scheduling | Flexible scheduling |
| Breaks between subtests | Breaks between subtests |
| Extended time on subtests | Extended time on subtests |

KTK000191



**Office of Special Education**

### Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000192



DISTRICT OF COLUMBIA
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 4th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| 1311 Columbia Rd Nw Apt 302 | Washington | DC | 20009 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Bridgett Morse | 202-673-7285 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Tubman ES | 3101 13th St NW | Washington | DC | 20010 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 05/29/2013 | 03/21/2014 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 3/19/2015 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Did not attend | |
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Bridgett Morse | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | | Did not attend | |
| LEA/School Representative<br>SEC/LEA Rep. | Paula McClain | Attended in person | |
| General Education Teacher | Princess Warren | Attended in person | |
| SPED Teacher -Math | Stephanie Brock | Did not attend | |

1.866.610.8030

•••••EASYFAX

Document Created on '03/19/2015'

10/-.0024C97E

**Kearney, Kiyel**          State USI: 6269477141          **Local ID:** 9291828
**Page:** 1                                                **Tubman ES**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000193



**Individualized Education Program (IEP)**

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |

**Kearney, Kiyel**          **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 2                                                                **Tubman ES**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000194



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: Academic-Mathematics |
|---|

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel's present levels have been determined by teacher made assessments, progress reports, and observations. Kiyel is able to add and subtract single and double digit numbers without regrouping. He is able to add and subtract double digit numbers with regrouping or renaming. He is able to solve simple 1 step words problems with addition or subtraction. Kiyel is able to round to the nearest ten and hundred with a number line. He is able to depict a fraction between the numbers 1 and 0. Kiyel is able to read and answer questions about a standard bar graph and line plot.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His reading ability will affect his ability to access the general education math curriculum. | His disability affects his learning and retention of reading ability and math computations. This will affect his progress in the general education curriculum. |

**Annual Goal 1:**

With reading support, Kiyel will read a two-step word problem, choose the correct operations and numbers needed to solve the problem, and solve the word problem with 80% accuracy in 4 out of 5 trials.

**Common Core Standard:**

**4.OA.3** - Solve multistep word problems posed with whole numbers and having whole-number answers using the four operations, including problems in which remainders must be interpreted. Represent these problems using equations with a letter standing for the unknown quantity. Assess the reasonableness of answers using mental computation and estimation strategies including rounding.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to solve one step word problems with addition and subtraction. | 03/18/2016 | *Work Samples / Once a Month* <br> *Practice and Drill / Bi-Weekly* |

**Annual Goal 2:**

When given two fractions or mixed numbers, Kiyel will compare the fractions by drawing a picture or using a number line with 80% accuracy in 4 out of 5 trials.

**Common Core Standard:**

**4.NF.2** - Compare two fractions with different numerators and different denominators, e.g., by creating common denominators or numerators, or by comparing to a benchmark fraction such as 1/2. Recognize that comparisons are valid only when the two fractions refer to the same whole. Record the results of comparisons with symbols >, =, or <, and justify the conclusions, e.g., by using a visual fraction model.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to depict fractions, however, struggles to depict mixed numbers. | 03/18/2016 | *Work Samples / Once a Month* <br> *Practice and Drill / Bi-Weekly* |

**Annual Goal 3:**

When given data for graphing, Kiyel will set up a bar graph or line plot with intervals and create a key with 80% accuracy in 4 out of 5 trials.

KTK000195



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

| Common Core Standard: |
|---|
| **3.MD.3** - Draw a scaled picture graph and a scaled bar graph to represent a data set with several categories. Solve one- and two-step how many more and how many less problems using information presented in scaled bar graphs. For example, draw a bar graph in which each square in the bar graph might represent 5 pets. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to create standard bar and line plots | 03/18/2016 | *Work Samples / Once a Month*<br>*Practice and Drill / Bi-Weekly* |

| AREA OF CONCERN:<br>Academic-Reading |
|---|
| **Present Levels of Academic Achievement and Functional Performance:**<br>Kiyel's present levels have been determined from direct observations, teacher made assessments, progress reports and the DIBELS and TRC data. Kiyel is currently reading on an independent I and an instructional J level. Kiyel is able to identify the 2nd grade sight words with 80% accuracy. Kiyel is able to answer 'wh' questions after reading or listening to a story. Kiyel is beginning to self-monitor his comprehension and self-correct meaning errors when reading with an adult. Kiyel is beginning to chunk two-syllable words into smaller parts to determine an unknown word. Kiyel is able to read words with digraphs and welded sounds (ang, ing, etc) |

| **Description of how the student's disability affects the student's access to the general education curriculum:**<br>Student's disability affects his ability to access the general education curriculum. His knowledge of grade level phonics and reading fluency will affect his ability to access the general education reading curriculum. | **Description of how the student's disability affects the student's progress in the general education curriculum:**<br>His disability affects his learning and retention of common grade level phonics and reading fluency. This will affect his progress in the general education curriculum. |
|---|---|

| **Annual Goal 1:**<br>Given a sight word list or word cards, Kiyel will be able to fluently identify at least the 4th grade sight words with 80% accuracy in 4 out of 5 trials. |
|---|
| **Common Core Standard:**<br>**4.RF.3** - Know and apply grade-level phonics and word analysis skills in decoding words.<br>**4.RF.3.a** - Use combined knowledge of all letter-sound correspondences, syllabication patterns, and morphology (e.g., roots and affixes) to read accurately unfamiliar multisyllabic words in context and out of context. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to identify the sight words for grade 3rd with 80% accuracy. | 03/18/2016 | *Checklist / Once a Month*<br>*Practice and Drill / Twice a Month* |

| **Annual Goal 2:**<br>Kiyel will decode regularly spelled one or two syllable words with vowel pairs, suffixes and r-controlled vowels, in isolation and text, with 80% accuracy in 4 out of 5 trials. |
|---|
| **Common Core Standard:**<br>**4.RF.3** - Know and apply grade-level phonics and word analysis skills in decoding words.<br>**4.RF.3.a** - Use combined knowledge of all letter-sound correspondences, syllabication patterns, and morphology (e.g., roots and affixes) to read accurately unfamiliar multisyllabic words in context and out of context. |



Office of Special Education

## Individualized Education Program (IEP)

| Baseline: | Anticipated Date of | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles to apply phonics skills during reading and on word lists. | Achievement: 03/18/2016 | *Work Samples / At Opportunity* *Practice and Drill / Twice a Month* |

**Annual Goal 3:**
During guided reading, Kiyel will continue to monitor his comprehension when reading by correcting meaning errors with 80% accuracy in 4 out of 5 trials.

**Common Core Standard:**
**4.RF.4** - Read with sufficient accuracy and fluency to support comprehension.
**4.RF.4.c** - Use context to confirm or self-correct word recognition and understanding, rereading as necessary.

| Baseline: | Anticipated Date of | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is beginning to correct some errors during guided reading. | Achievement: 03/18/2016 | *Practice and Drill / At Opportunity* *Verbal Response / At Opportunity* |

**AREA OF CONCERN:**
**Academic-Written Expression**

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel's present levels have been determined by observations, progress reports, and teacher made assessments. Kiyel is able to write complete sentences with a capital letter and period. Kiyel is able to write at least two sentences about a topic. Kiyel is able to write a story with a beginning and end. Kiyel often asks for adult assistance when writing because he does not want to make spelling errors. This means that often he does not complete writing tasks when expected to do it independently. Kiyel usually answers constructive responses with a paragraph copied from the text and does not always answer the question.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His written expression and spelling will affect his ability to access the general education writing curriculum. | His disability affects his learning and retention of written expression and spelling. This will affect his progress in the general education curriculum. |

**Annual Goal 1:**
When given a constructive response question, Kiyel will restate the question, answer the question and provide evidence with details from the text with 80% accuracy in 4 out of 5 trials.

**Common Core Standard:**
**4.W.2** - Write informative/explanatory texts to examine a topic and convey ideas and information clearly.
**4.W.2.a** - Introduce a topic clearly and group related information in paragraphs and sections; include formatting (e.g., headings), illustrations, and multimedia when useful to aiding comprehension.
**4.W.2.b** - Develop the topic with facts, definitions, concrete details, quotations, or other information and examples related to the topic.

| Baseline: | Anticipated Date of | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question. | Achievement: 03/18/2016 | *Work Samples / Once a Month* *Practice and Drill / At Opportunity* |

**Kearney, Kiyel**    State USI: 6269477141    Local ID: 9291828
**Page:** 5    Tubman ES

KTK000197


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**Annual Goal 2:**
During independent writing, Kiyel will use word attack strategies (tapping words out and sight word list) to write with independence with 80% accuracy in 4 out of 5 trials.

**Common Core Standard:**
**4.W.4** - Produce clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)
**4.W.5** - With guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, and editing.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel seeks adult assistance during any writing task. | 03/18/2016 | *Observation / Once a Month* *Practice and Drill / Once a Month* |

**Kearney, Kiyel**
**Page:** 6

**State USI:** 6269477141

**Local ID:** 9291828
**Tubman ES**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000198



## Individualized Education Program (IEP)
## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---------|---------|-----------|----------|----------------|
| Reading | Outside General Education | 03/19/2015 | 03/18/2016 | 4 hr per wk |
| Written Expression | General Education | 03/19/2015 | 03/18/2016 | 2 hr per wk |
| Mathematics | General Education | 03/19/2015 | 03/18/2016 | 1 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---------|---------|-----------|----------|----------------|

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes  [**X**] No

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 7                                                                        **Tubman ES**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000199



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Reading | 4 hr per wk | Student's delay indicate that he will best benefit from small group instruction with minimal distractions |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Student receives small group instruction in the general education classroom, however, student's reading progress remains below grade level. |

KTK000200



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:      [  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment

| Classroom Accommodations | Statewide Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Repetition of Directions** <br> Kiyel's rvocabulary skills are below grade level expectations. | Repetition of Directions** <br> Kiyel's rvocabulary skills are below grade level expectations. |
| Simplification of Oral Directions** <br> Kiyel's vocabulary skills are below grade level expectations. | Simplification of Oral Directions** <br> Kiyel's vocabulary skills are below grade level expectations. |
| Text-to-Speech for the ELA/Literacy Assessments* <br> Kiyel's reading skills are below grade level expectations. | Text-to-Speech for the ELA/Literacy Assessments* <br> Kiyel's reading skills are below grade level expectations. |
| *Response* | *Response* |
| Calculation Device and Mathematics Tools on Calculator Sections of Mathematics Assessments <br> Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device and Mathematics Tools on Calculator Sections of Mathematics Assessments <br> Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . |
| Calculation Device and Mathematics Tools on Non-Calculator Sections of Mathematics Assessments* <br> Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device and Mathematics Tools on Non-Calculator Sections of Mathematics Assessments* <br> Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . |
| *Setting* | *Setting* |
| Location with minimal distractions <br> Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions <br> Kiyel is easily distracted and would be able to focus more on the task at hand. |
| Preferential seating <br> Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating <br> Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. |



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| | |
|---|---|
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended time<br>Kiyel's ability to process information is slower than peers due to his disability. |
| Extended time on Test Units<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended time on Test Units<br>Kiyel's ability to process information is slower than peers due to his disability. |
| Flexible scheduling | Flexible scheduling |

KTK000202



## Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services:  [  ] Yes [**X**] No

---

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000203



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 5th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| 1311 Columbia Rd Nw | Washington | DC | 20009 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Kelley Penic | 202-645-3450 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Hendley ES | 425 Chesapeake St SE | Washington | DC | 20032 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 05/29/2013 | 03/19/2015 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 03/09/2016 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

| IEP MEETING PARTICIPANTS |
|---|
| The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services. |

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Attended by phone | |
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Kelley Penic | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Kelley Penic | Attended in person | |
| LEA/School Representative LEA/Dean of Students | Frances Evangelista | Attended in person | |
| General Education Teacher | Charlise Wilson | Attended in person | |

1.866.610.8030
•••••EASYFAX

Document Created on '03/09/2016'

10/-.002C27BB

Kearney, Kiyel          State USI: 6269477141          Local ID: 9291828
Page: 1                                                Hendley ES

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us

KTK000204



**Office of Special Education**

## Individualized Education Program (IEP)

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
|---|
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
|---|
| Student does not require assistive technology or services. |

---

**Kearney, Kiyel**                **State USI:** 6269477141                **Local ID:** 9291828
**Page:** 2                                                                **Hendley ES**

KTK000205



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: Academic-Mathematics |
|---|

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel's present level of performance in math indicates that he is far below grade level with an average score performance of 2nd grade level. His strongest areas are measurement and data (4th grade level) and numbers and operations (3rd grade level). His lowest performance was in geometry (1st grade level) and algebra and algebraic thinking (2nd grade level).

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His reading ability will affect his ability to access the general education math curriculum. | His disability affects his learning and retention of reading ability and math computations. This will affect his progress in the general education curriculum. |

**Annual Goal 1:**

Kiyel will read a multi-step word problem, choose the correct operations and numbers needed to solve the problem, and solve the word problem with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**

**5.OA.1** - Use parentheses, brackets, or braces in numerical expressions, and evaluate expressions with these symbols.

**5.OA.2** - Write simple expressions that record calculations with numbers, and interpret numerical expressions without evaluating them. For example, express the calculation add 8 and 7, then multiply by 2 as 2  (8 + 7). Recognize that 3  (18932 + 921) is three times as large as 18932 + 921, without having to calculate the indicated sum or product.

| Baseline: Kiyel is able to solve one step word problems with addition and subtraction. | Anticipated Date of Achievement: 03/08/2017 | Evaluation Procedures and Schedule: |
|---|---|---|

**Annual Goal 2:**

When given two fractions or mixed numbers, Kiyel will compare the fractions by drawing a picture or using a number line with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**

**5.NF.1** - Add and subtract fractions with unlike denominators (including mixed numbers) by replacing given fractions with equivalent fractions in such a way as to produce an equivalent sum or difference of fractions with like denominators. For example, $2/3 + 5/4 = 8/12 + 15/12 = 23/12$. (In general, $a/b + c/d = (ad + bc)/bd$.)

| Baseline: Kiyel is able to depict fractions, however, struggles to depict mixed numbers. | Anticipated Date of Achievement: 03/08/2017 | Evaluation Procedures and Schedule: |
|---|---|---|

**Annual Goal 3:**

When given data for graphing, Kiyel will set up a bar graph or line plot with intervals and create a key with 80% accuracy in 4 out of 5 trials.

KTK000206



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**Common Core Standards:**
**5.MD.2** - Make a line plot to display a data set of measurements in fractions of a unit (1/2, 1/4, 1/8). Use operations on fractions for this grade to solve problems involving information presented in line plots. For example, given different measurements of liquid in identical beakers, find the amount of liquid each beaker would contain if the total amount in all the beakers were redistributed equally.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to create standard bar and line plots | 03/08/2017 | |

| AREA OF CONCERN: |
|---|
| Academic-Reading |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel's present levels have been determined from direct observations, teacher made assessments, progress reports and the DIBELS and TRC data. Kiyel is currently reading on an independent level K. Kiyel is able to identify the 2nd grade sight words with 90% accuracy. Kiyel is able to answer 'wh' questions after reading or listening to a story. Kiyel is beginning to self-monitor his comprehension and self-correct meaning errors when reading with an adult. Kiyel has made some progress but he continues to be far below grade level in reading.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His knowledge of grade level phonics and reading fluency will affect his ability to access the general education reading curriculum. | His disability affects his learning and retention of common grade level phonics and reading fluency. This will affect his progress in the general education curriculum. |

**Annual Goal 1:**
Given a word list or word cards, Kiyel will be able to fluently identify at least the 4th grade sight words with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.RF.3** - Know and apply grade-level phonics and word analysis skills in decoding words.
**5.RF.3.a** - Use combined knowledge of all letter-sound correspondences, syllabication patterns, and morphology (e.g., roots and affixes) to read accurately unfamiliar multisyllabic words in context and out of context.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to identify the sight words for grade 3rd with 80% accuracy. | 03/08/2017 | |

**Annual Goal 2:**
Kiyel will decode regularly spelled multi-syllable words with vowel pairs, suffixes and r-controlled vowels, in isolation and text, with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.RF.3** - Know and apply grade-level phonics and word analysis skills in decoding words.
**5.RF.3.a** - Use combined knowledge of all letter-sound correspondences, syllabication patterns, and morphology (e.g., roots and affixes) to read accurately unfamiliar multisyllabic words in context and out of context.

KTK000207



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Baseline: Kiyel struggles to apply phonics skills during reading and on word lists. | Anticipated Date of Achievement: 03/08/2017 | Evaluation Procedures and Schedule: |
|---|---|---|

**Annual Goal 3:**
During guided reading, Kiyel will continue to monitor his comprehension when reading by correcting meaning errors, asking for clarification of mistakes, and expressing comprehension by re-tell and paraphrasing with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.RF.4** - Read with sufficient accuracy and fluency to support comprehension.
**5.RF.4.a** - Read on-level text with purpose and understanding.
**5.RF.4.b** - Read on-level prose and poetry orally with accuracy, appropriate rate, and expression on successive readings.
**5.RF.4.c** - Use context to confirm or self-correct word recognition and understanding, rereading as necessary.

| Baseline: Kiyel is beginning to correct some errors during guided reading. | Anticipated Date of Achievement: 03/08/2017 | Evaluation Procedures and Schedule: |
|---|---|---|

| AREA OF CONCERN: Academic-Written Expression |
|---|

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel's present levels have been determined by observations, progress reports, and teacher made assessments. Kiyel is able to write complete sentences with a capital letter and period. Kiyel is able to research topics and write at several paragraphs about a given topic. Kiyel is able to write a story with a beginning, middle, and end. Kiyel sometimes asks for adult assistance when writing because he does not want to make spelling errors. Kiyel usually answers constructive responses with a information read from the text and is sometimes able to paraphrase what he has read.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His written expression and spelling will affect his ability to access the general education writing curriculum. | His disability affects his learning and retention of written expression and spelling. This will affect his progress in the general education curriculum. |

**Annual Goal 1:**
When given a constructive response question, Kiyel will restate the question, answer the question and provide evidence with details from the text with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.W.7** - Conduct short research projects that use several sources to build knowledge through investigation of different aspects of a topic.
**5.W.8** - Recall relevant information from experiences or gather relevant information from print and digital sources; summarize or paraphrase information in notes and finished work, and provide a list of sources.

KTK000208



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Baseline: Often Kiyel will copy a paragraph from the text to answer the question. | Anticipated Date of Achievement: 03/08/2017 | Evaluation Procedures and Schedule: |
|---|---|---|

**Annual Goal 2:**
During independent writing, Kiyel will use foundational writing skills to create a fictitious story or informational piece, that contains beginning, middle, end, details, characters, and conclusion, independently with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.W.4** - Produce clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)
**5.W.5** - With guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, editing, rewriting, or trying a new approach.
**5.W.6** - With some guidance and support from adults, use technology, including the Internet, to produce and publish writing as well as to interact and collaborate with others; demonstrate sufficient command of keyboarding skills to type a minimum of two pages in a single sitting.

| Baseline: Kiyel seeks adult assistance during any writing task. | Anticipated Date of Achievement: 03/08/2017 | Evaluation Procedures and Schedule: |
|---|---|---|

**Kearney, Kiyel**          State USI: 6269477141          Local ID: 9291828
**Page:** 6                                                   **Hendley ES**

KTK000209



### Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | General Education | 03/09/2016 | 03/08/2017 | 6 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No

KTK000210



**Individualized Education Program (IEP)**

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This student has no services prescribed in a setting outside of general education.*

KTK000211



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:
[  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment - No Accommodations
[  ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Clarification/ Repetition of Directions<br>Kiyel's rvocabulary skills are below grade level expectations. | Clarification/ Repetition of Directions |
| *Response* | *Response* |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |
| Flexibility in Scheduling | Flexibility in Scheduling |
|  | Frequent Breaks |

KTK000212



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

### Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services:  [  ] Yes [**X**] No

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000213



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 5th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| 1311 Columbia Rd Nw | Washington | DC | 20009 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Kelley Penic | 202-645-3450 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Hendley ES | 425 Chesapeake St SE | Washington | DC | 20032 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 04/27/2016 | 03/09/2016 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 04/27/2016 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Did not attend | |
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Kelley Penic | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Kelley Penic | Attended in person | |
| LEA/School Representative<br>LEA / Dean of Students | Frances Evangelista | Attended in person | |
| General Education Teacher | Kenneth Robinson | Did not attend | |

1.866.610.8030

**EASYFAX**

Document Created on '04/27/2016'

10/-.002CEC24

**Kearney, Kiyel**          State USI: 6269477141          **Local ID:** 9291828
**Page:** 1                                                    **Hendley ES**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000214



**Individualized Education Program (IEP)**

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children? [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)
**PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)**

| AREA OF CONCERN: Academic-Mathematics |
|---|

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel's present level of performance in math indicates that he is far below grade level with an average score performance of 2nd grade level. His strongest areas are measurement and data (4th grade level) and numbers and operations (3rd grade level). His lowest performance was in geometry (1st grade level) and algebra and algebraic thinking (2nd grade level).

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His reading ability will affect his ability to access the general education math curriculum. | His disability affects his learning and retention of reading ability and math computations. This will affect his progress in the general education curriculum. |

**Annual Goal 1:**
Kiyel will read a multi-step word problem, choose the correct operations and numbers needed to solve the problem, and solve the word problem with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.OA.1** - Use parentheses, brackets, or braces in numerical expressions, and evaluate expressions with these symbols.
**5.OA.2** - Write simple expressions that record calculations with numbers, and interpret numerical expressions without evaluating them. For example, express the calculation add 8 and 7, then multiply by 2 as 2 (8 + 7). Recognize that 3 (18932 + 921) is three times as large as 18932 + 921, without having to calculate the indicated sum or product.

| Baseline: Kiyel is able to solve one step word problems with addition and subtraction. | Anticipated Date of Achievement: 04/26/2017 | Evaluation Procedures and Schedule: *Work Samples / Weekly* |
|---|---|---|

**Annual Goal 2:**
When given two fractions or mixed numbers, Kiyel will compare the fractions by drawing a picture or using a number line with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.NF.1** - Add and subtract fractions with unlike denominators (including mixed numbers) by replacing given fractions with equivalent fractions in such a way as to produce an equivalent sum or difference of fractions with like denominators. For example, $2/3 + 5/4 = 8/12 + 15/12 = 23/12$. (In general, $a/b + c/d = (ad + bc)/bd$.)

| Baseline: Kiyel is able to depict fractions, however, struggles to depict mixed numbers. | Anticipated Date of Achievement: 04/26/2017 | Evaluation Procedures and Schedule: *Work Samples / Weekly* |
|---|---|---|

**Annual Goal 3:**
When given data for graphing, Kiyel will set up a bar graph or line plot with intervals and create a key with 80% accuracy in 4 out of 5 trials.

KTK000216



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

**Common Core Standards:**
**5.MD.2** - Make a line plot to display a data set of measurements in fractions of a unit (1/2, 1/4, 1/8). Use operations on fractions for this grade to solve problems involving information presented in line plots. For example, given different measurements of liquid in identical beakers, find the amount of liquid each beaker would contain if the total amount in all the beakers were redistributed equally.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to create standard bar and line plots | 04/26/2017 | *Work Samples / Weekly* |

| AREA OF CONCERN: Academic-Reading |
|---|

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel's present levels have been determined from direct observations, teacher made assessments, progress reports and the DIBELS and TRC data. Kiyel is currently reading on an independent level K. Kiyel is able to identify the 2nd grade sight words with 90% accuracy. Kiyel is able to answer 'wh' questions after reading or listening to a story. Kiyel is beginning to self-monitor his comprehension and self-correct meaning errors when reading with an adult. Kiyel has made some progress but he continues to be far below grade level in reading.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Student's disability affects his ability to access the general education curriculum. His knowledge of grade level phonics and reading fluency will affect his ability to access the general education reading curriculum. | His disability affects his learning and retention of common grade level phonics and reading fluency. This will affect his progress in the general education curriculum. |

**Annual Goal 1:**
Given a word list or word cards, Kiyel will be able to fluently identify at least the 4th grade sight words with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.RF.3** - Know and apply grade-level phonics and word analysis skills in decoding words.
**5.RF.3.a** - Use combined knowledge of all letter-sound correspondences, syllabication patterns, and morphology (e.g., roots and affixes) to read accurately unfamiliar multisyllabic words in context and out of context.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to identify the sight words for grade 3rd with 80% accuracy. | 04/26/2017 | *Work Samples / Weekly* |

**Annual Goal 2:**
Kiyel will decode regularly spelled multi-syllable words with vowel pairs, suffixes and r-controlled vowels, in isolation and text, with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.RF.3** - Know and apply grade-level phonics and word analysis skills in decoding words.
**5.RF.3.a** - Use combined knowledge of all letter-sound correspondences, syllabication patterns, and morphology (e.g., roots and affixes) to read accurately unfamiliar multisyllabic words in context and out of context.



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

| Baseline:<br>Kiyel struggles to apply phonics skills during reading and on word lists. | Anticipated Date of Achievement:<br>04/26/2017 | Evaluation Procedures and Schedule:<br>*Work Samples / Weekly* |
|---|---|---|

**Annual Goal 3:**
During guided reading, Kiyel will continue to monitor his comprehension when reading by correcting meaning errors, asking for clarification of mistakes, and expressing comprehension by re-tell and paraphrasing with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.RF.4** - Read with sufficient accuracy and fluency to support comprehension.
**5.RF.4.a** - Read on-level text with purpose and understanding.
**5.RF.4.b** - Read on-level prose and poetry orally with accuracy, appropriate rate, and expression on successive readings.
**5.RF.4.c** - Use context to confirm or self-correct word recognition and understanding, rereading as necessary.

| Baseline:<br>Kiyel is beginning to correct some errors during guided reading. | Anticipated Date of Achievement:<br>04/26/2017 | Evaluation Procedures and Schedule:<br>*Work Samples / Weekly* |
|---|---|---|

| AREA OF CONCERN:<br>Academic-Written Expression |
|---|

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel's present levels have been determined by observations, progress reports, and teacher made assessments. Kiyel is able to write complete sentences with a capital letter and period. Kiyel is able to research topics and write at several paragraphs about a given topic. Kiyel is able to write a story with a beginning, middle, and end. Kiyel sometimes asks for adult assistance when writing because he does not want to make spelling errors. Kiyel usually answers constructive responses with a information read from the text and is sometimes able to paraphrase what he has read.

| Description of how the student's disability affects the student's access to the general education curriculum:<br>Student's disability affects his ability to access the general education curriculum. His written expression and spelling will affect his ability to access the general education writing curriculum. | Description of how the student's disability affects the student's progress in the general education curriculum:<br>His disability affects his learning and retention of written expression and spelling. This will affect his progress in the general education curriculum. |
|---|---|

**Annual Goal 1:**
When given a constructive response question, Kiyel will restate the question, answer the question and provide evidence with details from the text with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**5.W.7** - Conduct short research projects that use several sources to build knowledge through investigation of different aspects of a topic.
**5.W.8** - Recall relevant information from experiences or gather relevant information from print and digital sources; summarize or paraphrase information in notes and finished work, and provide a list of sources.

KTK000218



### Individualized Education Program (IEP)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question. | 04/26/2017 | *Work Samples / Weekly* |

**Annual Goal 2:**

During independent writing, Kiyel will use foundational writing skills to create a fictitious story or informational piece, that contains beginning, middle, end, details, characters, and conclusion, independently with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**

**5.W.4** - Produce clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

**5.W.5** - With guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, editing, rewriting, or trying a new approach.

**5.W.6** - With some guidance and support from adults, use technology, including the Internet, to produce and publish writing as well as to interact and collaborate with others; demonstrate sufficient command of keyboarding skills to type a minimum of two pages in a single sitting.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel seeks adult assistance during any writing task. | 04/26/2017 | *Work Samples / Weekly* |

**Kearney, Kiyel**
**Page:** 6

**State USI:** 6269477141

**Local ID:** 9291828
**Hendley ES**

KTK000219



## Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 04/27/2016 | 04/26/2017 | 6 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| | | | | |

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No

KTK000220



## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 6 hr per wk | Student needs intensive, individualized support in a quiet, non-distracting environment. |

| |
|---|
| **Describe supplemental supports and services that were previously attempted in a general education setting.** Student receives small group instruction in the general education classroom, however, student's reading progress remains below grade level. |

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 8                                                              **Hendley ES**

KTK000221



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:
[  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment - No Accommodations
[  ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Clarification/ Repetition of Directions Kiyel's rvocabulary skills are below grade level expectations. | Clarification/ Repetition of Directions |
| *Response* | *Response* |
| Calculation Device on Non-Calculator Sections Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |
| Flexibility in Scheduling | Flexibility in Scheduling |
| | Frequent Breaks |



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services:  [  ] Yes [**X**] No

---

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

---

**Kearney, Kiyel**                     **State USI:** 6269477141                     **Local ID:** 9291828
**Page:** 10                                                                               **Hendley ES**

KTK000223



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 6th Grade | M | 11/27/2003 | |

| Student's Address | | City | State | Zip Code | | |
|---|---|---|---|---|---|---|
| 1311 Columbia Rd Nw | | Washington | DC | 20009 | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Deborah Williams | 202-673-7385 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Cardozo EC | 1200 Clifton St NW | Washington | DC | 20009 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 04/27/2016 | 04/27/2016 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 03/24/2017 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Did not attend | |
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Amery Stapleton | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Jocelyn Watkins | Did not attend | |
| LEA/School Representative | Ella Brown | Attended in person | |
| General Education Teacher | Ms. Unger | Attended in person | |

1.866.610.8030
**EASYFAX**

Document Created on '03/27/2017'

`10/−.00336EEA`

**Kearney, Kiyel**    State USI: 6269477141    Local ID: 9291828
**Page:** 1    **Cardozo EC**

KTK000224



**Individualized Education Program (IEP)**

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| |
|---|
| **Consideration:**<br>No communication concerns at this time. |

**Assistive Technology**

| |
|---|
| **Consideration:**<br>Student does not require assistive technology or services. |



DISTRICT OF COLUMBIA
**PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)
### PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
| :---: |
| **Academic-Mathematics** |

**Present Levels of Academic Achievement and Functional Performance:**
In the most recent assessment for mathematics, Kiyel scored a 451 and placed at a level 4 that he is far below grade level with an average score performance of 2nd grade level. His strongest areas are measurement and data (4th grade level) and numbers and operations (3rd grade level). His lowest performance was in geometry (1st grade level) and algebra and algebraic thinking (2nd grade level).

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
| :--- | :--- |
| Kiyel's deficits impact his ability to access the general education curriculum. His deficits in reading also impact his ability to access the general education math curriculum. When he has to read word problems and directions these items present a challenge for him. Kiyel is frequently absent from school and this too causes challenges for him to access the grade level curriculum. | His disability affects his ability to access the general education curriculum and retain math skill. This affects his success in making progress as his grade level peers. |

**Annual Goal 1:**
Kiyel will extend his understanding of addition and subtraction to add and subtract rational numbers using a horizontal and vertical number lines with a description of opposite quantities with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.NS.1** - Apply and extend previous understandings of addition and subtraction to add and subtract rational numbers; represent addition and subtraction on a horizontal or vertical number line diagram.
**7.NS.1.a** - Describe situations in which opposite quantities combine to make 0. For example, a hydrogen atom has 0 charge because its two constituents are oppositely charged.

| **Baseline:** Kiyel is able to solve simple addition and subtraction. | **Anticipated Date of Achievement:** 03/23/2017 | **Evaluation Procedures and Schedule:** *Work Samples / Weekly* *Observation / Daily* *Practice and Drill / Bi-Weekly* |
| :--- | :--- | :--- |

**Annual Goal 2:**
Kiyel will extend his understanding of multiplication and division of fractions to multiply and divide rational numbers with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.NS.2** - Apply and extend previous understandings of multiplication and division and of fractions to multiply and divide rational numbers.
**7.NS.2.a** - Understand that multiplication is extended from fractions to rational numbers by requiring that operations continue to satisfy the properties of operations, particularly the distributive property, leading to products such as ( 1)( 1) = 1 and the rules for multiplying signed numbers. Interpret products of rational numbers by describing real-world contexts.

| | | |
| :--- | :--- | :--- |
| **Kearney, Kiyel** | **State USI:** 6269477141 | **Local ID:** 9291828 |
| **Page:** 3 | | **Cardozo EC** |

KTK000226



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Baseline: Kiyel is able to identify fractions and use a concrete manipulative to match. | Anticipated Date of Achievement: 03/23/2017 | Evaluation Procedures and Schedule: *Work Samples / Weekly* *Observation / Daily* *Practice and Drill / Bi-Weekly* |
|---|---|---|

**Annual Goal 3:**
Kiiyel will apply properties of operations as strategies to add, subtract, factor and expand linear expression with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.EE.1** - Apply properties of operations as strategies to add, subtract, factor, and expand linear expressions with rational coefficients.

| Baseline: Kiyel is demonstrates minimal understanding of linear expression with rations coefficients. | Anticipated Date of Achievement: 03/23/2017 | Evaluation Procedures and Schedule: *Work Samples / Weekly* *Observation / Daily* *Practice and Drill / Bi-Weekly* |
|---|---|---|

| AREA OF CONCERN: |
|---|
| **Academic-Reading** |

**Present Levels of Academic Achievement and Functional Performance:**
Kiyel's most recent assessments on i reading indicate at boy score of 378,( below basic), and a MOY of 248 (below basic) which is a decline in score of 130 points. Kiyel is able to identify the 2nd grade sight words with 90% accuracy. Kiyel is challenged with understanding difficult questions of analyzing, and summarizing. He infrequently can respond to wh questions. His attendance and tardiness has improved, however he continues to struggle with main idea, and supporting details in reading of text.

| Description of how the student's disability affects the student's access to the general education curriculum: Kiyel's deficits continue to impact his success to access the general education curriculum. His limited reading and comprehension impact his ability to successfully make gains in the general education reading curriculum. | Description of how the student's disability affects the student's progress in the general education curriculum: Kiyel struggles with vocabulary and comprehension continue to be a challenge for him. His inconsistent attendance as well as his BOY low scores have impacted and continue to do so in his progress in the general education curriculum. |
|---|---|

**Annual Goal 1:**
When given a text Kiyel will cite pieces of textual evident to support analysis of what the text says explicitly and inferentially with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.RL.1** - Cite several pieces of textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.
**7.RL.2** - Determine a theme or central idea of a text and analyze its development over the course of the text; provide an objective summary of the text.



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able restate textual evidence explicitly but not inferentially with 80% accuracy. | 03/23/2017 | *Work Samples / Weekly*<br>*Observation / Daily*<br>*Practice and Drill / Weekly* |

**Annual Goal 2:**
Kiyel will analyze the interactions between individual, events and ideas in a text with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.RI.3** - Analyze the interactions between individuals, events, and ideas in a text (e.g., how ideas influence individuals or events, or how individuals influence ideas or events).

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between individuals, events and ideas in a text. | 03/23/2017 | *Work Samples / Weekly*<br>*Observation / Weekly*<br>*Practice and Drill / Twice a Week* |

**Annual Goal 3:**
In order to develop and read and comprehend literary nonfiction text at grade level, during guided reading, Kiyel will continue to monitor his comprehension when reading by correcting meaning errors, asking for clarification of mistakes, and expressing comprehension by re-tell and paraphrasing with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.RI.10** - By the end of the year, read and comprehend literary nonfiction in the grades 6 8 text complexity band proficiently, with scaffolding as needed at the high end of the range.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is beginning to demonstrate success when the text is scaffolded. | 03/23/2017 | *Work Samples / Weekly*<br>*Observation / Twice a Week*<br>*Practice and Drill / Weekly* |

| AREA OF CONCERN:<br>Academic-Written Expression |
|---|
| **Present Levels of Academic Achievement and Functional Performance:**<br>Kiyel's writing is a challenge for him. He often supported with one to one assistance in responding to a prompt. His comprehension of the question being asked is often scaffold for him and spelling, mechanics and organization too present difficulty. Kiyel inconsistently writes complete sentences with a capital letter and period. Kiyel is able to research topics and write at several paragraphs about a given topic. Kiyel usually answers constructive responses with information read from the text and is sometimes able to paraphrase what he has read. |

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his ability to access the general education curriculum. His written expression and spelling impact affect his ability to access the general education writing curriculum. | Kiyel's disability affects his learning and retention of written expression and spelling. This affects his progress in accessing general education curriculum. |

KTK000228



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| **Annual Goal 1:** |
| --- |
| Kiyel will produce clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials. |

| **Common Core Standards:** |
| --- |
| **7.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)<br>**7.W.5** - With some guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, editing, rewriting, or trying a new approach, focusing on how well purpose and audience have been addressed. |

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
| --- | --- | --- |
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 03/23/2017 | *Work Samples / Weekly*<br>*Observation / Daily*<br>*Practice and Drill / Twice a Week* |

| **Annual Goal 2:** |
| --- |
| During independent writing, Kiyel will use foundational writing skills to create a fictitious story or informational piece, that contains beginning, middle, end, details, characters, and conclusion, independently with 80% accuracy in 4 out of 5 trials. |

| **Common Core Standards:** |
| --- |
| **5.W.4** - Produce clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)<br>**5.W.5** - With guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, editing, rewriting, or trying a new approach.<br>**5.W.6** - With some guidance and support from adults, use technology, including the Internet, to produce and publish writing as well as to interact and collaborate with others; demonstrate sufficient command of keyboarding skills to type a minimum of two pages in a single sitting. |

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
| --- | --- | --- |
| Kiyel seeks adult assistance during any writing task. | 03/23/2017 | *Work Samples / Weekly* |

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000229



### Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 03/24/2017 | 03/23/2018 | 6 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 6 hr per wk | Student needs intensive, individualized support in a quiet, non-distracting environment. |

| Describe supplemental supports and services that were previously attempted in a general education setting. |
|---|
| Student receives small group instruction in the general education classroom, however, student's reading progress remains below grade level. |

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 8                                                                          **Cardozo EC**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000231


**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:  
[ ] Regular Statewide Assessment without accommodations  
[X] Regular Statewide Assessment with accommodations  
[ ] Alternate Assessment - No Accommodations  
[ ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Clarification/ Repetition of Directions<br>Kiyel's rvocabulary skills are below grade level expectations. | Clarification/ Repetition of Directions |
| *Response* | *Response* |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |
| Flexibility in Scheduling | Flexibility in Scheduling |
|  | Frequent Breaks |

KTK000232



**Individualized Education Program (IEP)**

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services: [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services: [  ] Yes [**X**] No

KTK000233



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## POST-SECONDARY TRANSITION PLAN

**STUDENT INPUT**

| |
|---|
| *Academic Interests:* |
| Kiyel states that he likes English because of the books we are reading about and the questions that are asked that accompany the text. |
| *Functional Interests:* |
| Kiyel enjoys basketball and and bike riding. He has an interest in joining Teens Run D.C. |
| *Employment Interests:* |
| Kiyel would like to work for the Federal Government doing filing. He also has an interest in becoming a mechanic for automobiles, or repairing bikes. |
| *Other:* |
| |

## AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 03/14/2017 | Deborah Williams |
| **Assessment Tool(s):** Reading-Inventory, and i-ready math beginning and middle of the year assessment | | |
| **Interpretation of Results** | | |
| Summary for Post-secondary education and training: Kiyel has test in mathematics with a deficient across all domains below grade level. He tested at level two at the beginning of the year and level four in January of 2017. His areas of strength are numbers and operation and geometry. The areas most challenging for him are algebra and algebraic thinking, as well as measurement and data. In reading he tested at the beginning of the year at 378, and declined on his middle of the year assessment with a score of 248. His challenges in reading are analyzing and evaluating ideas present in the text and making and support assertions with evidence drawn from the text. He also continues to struggle with reading the text and expanding his vocabulary. | | |

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 09/02/2016 | Deborah Williams |
| **Assessment Tool(s):** Career Clueless | | |
| **Interpretation of Results** | | |
| Summary for Employment: Kiyel's assessment results were R, I, S, with emphasis on realist career code. A realistic people have athletic or mechanical abilities. They usually like to work outdoors with objects, machines, tool, plants or animals. Kiyel has expressed interest in working in auto mechanics, a bike repair. | | |

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 09/21/2016 | Deborah Williams |
| **Assessment Tool(s):** Student Dream Sheet | | |
| **Interpretation of Results** | | |
| Summary for Independent living: | | |

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 11          **Cardozo EC**

KTK000234



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

Kiyel has expressed to live with relatives and to go directly to work from school. He wants to learn how to do the job with on the job training, and express that he knows how to get around Washington D.C. He is not sure how much money he would like to make, and states that he does not have any medical problems and does not make any decisions about his life. When he is older he will drive a car or bike, and enjoy sports.

**COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

**Post-Secondary Goal(s):** Upon completion of the I.E.P. cycle and assistance from a staff memeber, Kiyel will dresearch three programs of interest tha have auto mechanics, bike repair or clerical training related programs with 80% accuracy.

**MEASURABLE ANNUAL TRANSITION GOALS**

**Measurable Annual Transition Goal:** Upon completion of the I.E.P. cycle and assistance from a staff member, Kiyel will research three programs of learning of interest that provide certification as a auto mechanic, or office clerk with 80% accuracy.

| | |
|---|---|
| **Baseline:** Kiyel's baseline of information related to this goal in minimal. | **Anticipated Date of Achievement:** 03/23/2018 |

**TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Assistance with researching programs in auto mechanics and celerical office training. | DCPS | 5 hr per year | 03/24/2017 | 03/23/2018 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

Kiyel enjoys playing basketball and riding his bicycle.

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

English Language Arts 6/ Elective Spanish/Physical Education, mathematics,science

**Kearney, Kiyel**
**Page:** 12

**State USI:** 6269477141

**Local ID:** 9291828
**Cardozo EC**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000235



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| Post-Secondary Goal(s): Upon graduation from high school Kiyel will atten a certified program that will allow him to gain knowledge in mechanics to later specify. |
|---|

**MEASURABLE ANNUAL TRANSITION GOALS**

| Measurable Annual Transition Goal: Upon completion of the I.E.P. cycle, and assist from a staff member Kiyel will research to explore five different types of mechanical positions relating to bicycles, automobiles, trucks and their salaries with 80% accuracy. | |
|---|---|
| | |
| Baseline: Kiyel is currently unaware of any programs that have the programs for certification or the available positions, and salaries. | Anticipated Date of Achievement: 03/23/2018 |

**TRANSITION SERVICES FOR EMPLOYMENT**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Assistance with exploring careers and salaries | DCPS | 5 hr per year | 03/24/2017 | 03/23/2018 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| Kiyel currently enjoys playing basketball and riding his bicycle. |
|---|

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| English Language Arts, elective Spanish/physical education, mathematics, and science |
|---|

**COORDINATED SET OF ACTIVITIES FOR INDEPENDENT LIVING**

KTK000236



# Individualized Education Program (IEP)

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Independent living

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school Kiyel will live with relatives. |

## MEASURABLE ANNUAL TRANSITION GOALS

| |
|---|
| **Measurable Annual Transition Goal:** Upon completion of the I.E.P. cycle and assistance from a staff member, Kiyel will determine what items are needed to set up a personal residence and estimate how much they cost and report his findings to his case manager with 80% accuracy. |

| Baseline: Kiyel needs to improve his knowledge of independent living before living on his own in the future. | Anticipated Date of Achievement: 03/23/2018 |
|---|---|

## TRANSITION SERVICES FOR INDEPENDENT LIVING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Assistance with researching independent living practices | DCPS | 5 min per year | 03/24/2017 | 03/23/2018 |

## EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| |
|---|
| Kiyel currently enjoys playing basketball and riding his bicycle. |

## COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| English Language Arts, elective, Spanish/physical education, mathematics, science |

KTK000237



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 6th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| LEA of Enrollment | Case Manager | School Phone |
|---|---|---|
| District of Columbia Public Schools | Deborah Williams | 202-673-7385 |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Cardozo EC | 1200 Clifton St NW | Washington | DC | 20009 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 04/27/2016 | 03/24/2017 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Initial IEP | 03/24/2017 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Amery Stapleton | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Deborah Williams | Did not attend | |
| LEA/School Representative<br>LEA Representative | Ella Brown | Attended in person | |
| General Education Teacher | Katherine Unger | Attended in person | |
| Parent | Maria Kearney | Did not attend | |

1.866.610.8030
**EASY**FAX

Document Created on '03/27/2017'

10/−.00338D50

**Kearney, Kiyel**    State USI: 6269477141    Local ID: 9291828
**Page:** 1    Cardozo EC

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000239



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children? [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing? [ ] YES    [X] NO

**Communication**

| **Consideration:** |
|---|
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
|---|
| Student does not require assistive technology or services. |



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)
### PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: Academic-Mathematics |
| --- |

**Present Levels of Academic Achievement and Functional Performance:**

In the most recent assessment for mathematics, Kiyel scored a 451 and placed at a level 4 that he is far below grade level with an average score performance of 2nd grade level. His strongest areas are measurement and data (4th grade level) and numbers and operations (3rd grade level). His lowest performance was in geometry (1st grade level) and algebra and algebraic thinking (2nd grade level).

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
| --- | --- |
| Kiyel's deficits impact his ability to access the general education curriculum. His deficits in reading also impact his ability to access the general education math curriculum. When he has to read word problems and directions these items present a challenge for him. Kiyel is frequently absent from school and this too causes challenges for him to access the grade level curriculum. | His disability affects his ability to access the general education curriculum and retain math skill. This affects his success in making progress as his grade level peers. |

**Annual Goal 1:**

Kiyel will extend his understanding of addition and subtraction to add and subtract rational numbers using a horizontal and vertical number lines with a description of opposite quantities with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**

**7.NS.1** - Apply and extend previous understandings of addition and subtraction to add and subtract rational numbers; represent addition and subtraction on a horizontal or vertical number line diagram.

**7.NS.1.a** - Describe situations in which opposite quantities combine to make 0. For example, a hydrogen atom has 0 charge because its two constituents are oppositely charged.

| **Baseline:** Kiyel is able to solve simple addition and subtraction. | **Anticipated Date of Achievement:** 03/23/2017 | **Evaluation Procedures and Schedule:** *Work Samples / Weekly* *Observation / Daily* *Practice and Drill / Bi-Weekly* |
| --- | --- | --- |

**Annual Goal 2:**

Kiyel will extend his understanding of multiplication and division of fractions to multiply and divide rational numbers with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**

**7.NS.2** - Apply and extend previous understandings of multiplication and division and of fractions to multiply and divide rational numbers.

**7.NS.2.a** - Understand that multiplication is extended from fractions to rational numbers by requiring that operations continue to satisfy the properties of operations, particularly the distributive property, leading to products such as ( 1)( 1) = 1 and the rules for multiplying signed numbers. Interpret products of rational numbers by describing real-world contexts.

**Kearney, Kiyel**
**Page:** 3

**State USI:** 6269477141

**Local ID:** 9291828
**Cardozo EC**

KTK000241



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Baseline: Kiyel is able to identify fractions and use a concrete manipulative to match. | Anticipated Date of Achievement: 03/23/2017 | Evaluation Procedures and Schedule: *Work Samples / Weekly* *Observation / Daily* *Practice and Drill / Bi-Weekly* |
|---|---|---|

**Annual Goal 3:**
Kiiyel will apply properties of operations as strategies to add, subtract, factor and expand linear expression with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.EE.1** - Apply properties of operations as strategies to add, subtract, factor, and expand linear expressions with rational coefficients.

| Baseline: Kiyel is demonstrates minimal understanding of linear expression with rations coefficients. | Anticipated Date of Achievement: 03/23/2017 | Evaluation Procedures and Schedule: *Work Samples / Weekly* *Observation / Daily* *Practice and Drill / Bi-Weekly* |
|---|---|---|

<table>
<tr><td colspan="2" align="center"><strong>AREA OF CONCERN:</strong><br><strong>Academic-Reading</strong></td></tr>
<tr><td colspan="2"><strong>Present Levels of Academic Achievement and Functional Performance:</strong><br>Kiyel's most recent assessments on i reading indicate at boy score of 378,( below basic), and a MOY of 248 (below basic) which is a decline in score of 130 points. Kiyel is able to identify the 2nd grade sight words with 90% accuracy. Kiyel is challenged with understanding difficult questions of analyzing, and summarizing. He infrequently can respond to wh questions. His attendance and tardiness has improved, however he continues to struggle with main idea, and supporting details in reading of text.</td></tr>
<tr><td><strong>Description of how the student's disability affects the student's access to the general education curriculum:</strong><br>Kiyel's deficits continue to impact his success to access the general education curriculum. His limited reading and comprehension impact his ability to successfully make gains in the general education reading curriculum.</td><td><strong>Description of how the student's disability affects the student's progress in the general education curriculum:</strong><br>Kiyel struggles with vocabulary and comprehension continue to be a challenge for him. His inconsistent attendance as well as his BOY low scores have impacted and continue to do so in his progress in the general education curriculum.</td></tr>
<tr><td colspan="2"><strong>Annual Goal 1:</strong><br>When given a text Kiyel will cite pieces of textual evident to support analysis of what the text says explicitly and inferentially with 80% accuracy in 4 out of 5 trials.</td></tr>
<tr><td colspan="2"><strong>Common Core Standards:</strong><br><strong>7.RL.1</strong> - Cite several pieces of textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.<br><strong>7.RL.2</strong> - Determine a theme or central idea of a text and analyze its development over the course of the text; provide an objective summary of the text.</td></tr>
</table>

KTK000242



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

| Baseline:<br>Kiyel is able restate textual evidence explicitly but not inferentially with 80% accuracy. | Anticipated Date of Achievement:<br>03/23/2017 | Evaluation Procedures and Schedule:<br>*Work Samples / Weekly*<br>*Observation / Daily*<br>*Practice and Drill / Weekly* |
|---|---|---|

**Annual Goal 2:**
Kiyel will analyze the interactions between individual, events and ideas in a text with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.RI.3** - Analyze the interactions between individuals, events, and ideas in a text (e.g., how ideas influence individuals or events, or how individuals influence ideas or events).

| Baseline:<br>Kiyel struggles with analysis and interactions between individuals, events and ideas in a text. | Anticipated Date of Achievement:<br>03/23/2017 | Evaluation Procedures and Schedule:<br>*Work Samples / Weekly*<br>*Observation / Weekly*<br>*Practice and Drill / Twice a Week* |
|---|---|---|

**Annual Goal 3:**
In order to develop and read and comprehend literary nonfiction text at grade level, during guided reading, Kiyel will continue to monitor his comprehension when reading by correcting meaning errors, asking for clarification of mistakes, and expressing comprehension by re-tell and paraphrasing with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.RI.10** - By the end of the year, read and comprehend literary nonfiction in the grades 6 8 text complexity band proficiently, with scaffolding as needed at the high end of the range.

| Baseline:<br>Kiyel is beginning to demonstrate success when the text is scaffolded. | Anticipated Date of Achievement:<br>03/23/2017 | Evaluation Procedures and Schedule:<br>*Work Samples / Weekly*<br>*Observation / Twice a Week*<br>*Practice and Drill / Weekly* |
|---|---|---|

| AREA OF CONCERN:<br>Academic-Written Expression |
|---|
| **Present Levels of Academic Achievement and Functional Performance:**<br>Kiyel's writing is a challenge for him. He often supported with one to one assistance in responding to a prompt. His comprehension of the question being asked is often scaffold for him and spelling, mechanics and organization too present difficulty. Kiyel inconsistently writes complete sentences with a capital letter and period. Kiyel is able to research topics and write at several paragraphs about a given topic. Kiyel usually answers constructive responses with information read from the text and is sometimes able to paraphrase what he has read. |

| Description of how the student's disability affects the student's access to the general education curriculum:<br>Kiyel's disability affects his ability to access the general education curriculum. His written expression and spelling impact affect his ability to access the general education writing curriculum. | Description of how the student's disability affects the student's progress in the general education curriculum:<br>Kiyel's disability affects his learning and retention of written expression and spelling. This affects his progress in accessing general education curriculum. |
|---|---|

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000243


**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Annual Goal 1: |
| --- |
| Kiyel will produce clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials. |

| Common Core Standards: |
| --- |
| **7.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)<br>**7.W.5** - With some guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, editing, rewriting, or trying a new approach, focusing on how well purpose and audience have been addressed. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
| --- | --- | --- |
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 03/23/2017 | *Work Samples / Weekly*<br>*Observation / Daily*<br>*Practice and Drill / Twice a Week* |

| Annual Goal 2: |
| --- |
| During independent writing, Kiyel will use foundational writing skills to create a fictitious story or informational piece, that contains beginning, middle, end, details, characters, and conclusion, independently with 80% accuracy in 4 out of 5 trials. |

| Common Core Standards: |
| --- |
| **5.W.4** - Produce clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)<br>**5.W.5** - With guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, editing, rewriting, or trying a new approach.<br>**5.W.6** - With some guidance and support from adults, use technology, including the Internet, to produce and publish writing as well as to interact and collaborate with others; demonstrate sufficient command of keyboarding skills to type a minimum of two pages in a single sitting. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
| --- | --- | --- |
| Kiyel seeks adult assistance during any writing task. | 03/23/2017 | *Work Samples / Weekly* |

KTK000244



## Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 03/24/2017 | 03/23/2018 | 6 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| | | | | |

## DEDICATED AIDES

Student requires the support of a dedicated aide:  [  ] Yes [**X**] No

---

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 7                                                                                    **Cardozo EC**

KTK000245



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 6 hr per wk | Student needs intensive, individualized support in a quiet, non-distracting environment. |

| Describe supplemental supports and services that were previously attempted in a general education setting. |
|---|
| Student receives small group instruction in the general education classroom, however, student's reading progress remains below grade level. |

**Kearney, Kiyel**        **State USI:** 6269477141        **Local ID:** 9291828
**Page:** 8        **Cardozo EC**

KTK000246



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)
### CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:
[  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment - No Accommodations
[  ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Clarification/ Repetition of Directions Kiyel's rvocabulary skills are below grade level expectations. | Clarification/ Repetition of Directions |
| *Response* | *Response* |
| Calculation Device on Non-Calculator Sections Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |
| Flexibility in Scheduling | Flexibility in Scheduling |
| | Frequent Breaks |

KTK000247



**Individualized Education Program (IEP)**

## SPECIAL EDUCATION TRANSPORTATION

Student requires transportation services: [  ] Yes [**X**] No

## EXTENDED SCHOOL YEAR

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

## ESY TRANSPORTATION

Student requires ESY transportation services: [  ] Yes [**X**] No

KTK000248



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)
**POST-SECONDARY TRANSITION PLAN**

**STUDENT INPUT**

| |
|---|
| *Academic Interests:* <br> Kiyel states that he likes English because of the books we are reading about and the questions that are asked that accompany the text. |
| *Functional Interests:* <br> Kiyel enjoys basketball and and bike riding. He has an interest in joining Teens Run D.C. |
| *Employment Interests:* <br> Kiyel would like to work for the Federal Government doing filing. He also has an interest in becoming a mechanic for automobiles, or repairing bikes. |
| *Other:* |

**AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS**

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 03/14/2017 | Deborah Williams |
| **Assessment Tool(s):** Reading-Inventory, and i-ready math beginning and middle of the year assessment | | |
| **Interpretation of Results** | | |
| Summary for Post-secondary education and training: <br><br> Kiyel has test in mathematics with a deficient across all domains below grade level. He tested at level two at the beginning of the year and level four in January of 2017. His areas of strength are numbers and operation and geometry. The areas most challenging for him are algebra and algebraic thinking, as well as measurement and data. In reading he tested at the beginning of the year at 378, and declined on his middle of the year assessment with a score of 248. His challenges in reading are analyzing and evaluating ideas present in the text and making and support assertions with evidence drawn from the text. He also continues to struggle with reading the text and expanding his vocabulary. | | |

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 09/02/2016 | Deborah Williams |
| **Assessment Tool(s):** Career Clueless | | |
| **Interpretation of Results** | | |
| Summary for Employment: <br><br> Kiyel's assessment results were R, I, S, with emphasis on realist career code. A realistic people have athletic or mechanical abilities. They usually like to work outdoors with objects, machines, tool, plants or animals. Kiyel has expressed interest in working in auto mechanics, a bike repair. | | |

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 09/21/2016 | Deborah Williams |
| **Assessment Tool(s):** Student Dream Sheet | | |
| **Interpretation of Results** | | |
| Summary for Independent living: | | |

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000249



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

Kiyel has expressed to live with relatives and to go directly to work from school. He wants to learn how to do the job with on the job training, and express that he knows how to get around Washington D.C. He is not sure how much money he would like to make, and states that he does not have any medical problems and does not make any decisions about his life. When he is older he will drive a car or bike, and enjoy sports.

**COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

**Post-Secondary Goal(s):** Upon completion of the I.E.P. cycle and assistance from a staff memeber, Kiyel will dresearch three programs of interest tha have auto mechanics, bike repair or clerical training related programs with 80% accuracy.

**MEASURABLE ANNUAL TRANSITION GOALS**

| Measurable Annual Transition Goal: Upon completion of the I.E.P. cycle and assistance from a staff member, Kiyel will research three programs of learning of interest that provide certification as a auto mechanic, or office clerk with 80% accuracy. |
|---|

| Baseline: Kiyel's baseline of information related to this goal in minimal. | Anticipated Date of Achievement: 03/23/2018 |
|---|---|

**TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Assistance with researching programs in auto mechanics and celerical office training. | DCPS | 5 hr per year | 03/24/2017 | 03/23/2018 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| Kiyel enjoys playing basketball and riding his bicycle. |
|---|

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| English Language Arts 6/ Elective Spanish/Physical Education, mathematics,science |
|---|

KTK000250



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)

## COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals.  Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| Post-Secondary Goal(s):  Upon graduation from high school Kiyel will atten a certified program that will allow him to gain knowledge in mechanics to later specify. |
| --- |

## MEASURABLE ANNUAL TRANSITION GOALS

| Measurable Annual Transition Goal:  Upon completion of the I.E.P. cycle, and assist from a staff member Kiyel will research to explore five different types of mechanical positions relating to bicycles, automobiles, trucks and their salaries with 80% accuracy. | |
| --- | --- |
| | |
| Baseline:  Kiyel is currently unaware of any programs that have the programs for certification or the available positions, and salaries. | Anticipated Date of Achievement:  03/23/2018 |

## TRANSITION SERVICES FOR EMPLOYMENT

| Service | Setting | Time | Projected Begin Date | Projected End Date |
| --- | --- | --- | --- | --- |
| Assistance with exploring careers and salaries | DCPS | 5 hr per year | 03/24/2017 | 03/23/2018 |

## EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| Kiyel currently enjoys playing basketball and riding his bicycle. |
| --- |

## COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| English Language Arts, elective Spanish/physical education, mathematics, and science |
| --- |

## COORDINATED SET OF ACTIVITIES FOR INDEPENDENT LIVING

KTK000251



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Independent living

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school Kiyel will live with relatives. |

## MEASURABLE ANNUAL TRANSITION GOALS

| |
|---|
| **Measurable Annual Transition Goal:** Upon completion of the I.E.P. cycle and assistance from a staff member, Kiyel will determine what items are needed to set up a personal residence and estimate how much they cost and report his findings to his case manager with 80% accuracy. |
| |

| | |
|---|---|
| **Baseline:** Kiyel needs to improve his knowledge of independent living before living on his own in the future. | **Anticipated Date of Achievement:** 03/23/2018 |

## TRANSITION SERVICES FOR INDEPENDENT LIVING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Assistance with researching independent living practices | DCPS | 5 min per year | 03/24/2017 | 03/23/2018 |

## EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| |
|---|
| Kiyel currently enjoys playing basketball and riding his bicycle. |

## COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| English Language Arts, elective, Spanish/physical education, mathematics, science |

KTK000252



## Individualized Education Program (IEP)

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 7th Grade | M | 11/27/2003 | |

| Student's Address | | City | State | Zip Code | |
|---|---|---|---|---|---|
| 1311 Columbia Rd Nw | | Washington | DC | 20009 | |

| LEA of Enrollment | Case Manager | School Phone | |
|---|---|---|---|
| District of Columbia Public Schools | Tiara M. Tyson | 202-673-7385 | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Cardozo EC | 1200 Clifton St NW | Washington | DC | 20009 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 04/27/2016 | 03/24/2017 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 02/26/2018 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Attended by phone | |
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Tiara M. Tyson | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Tiara M. Tyson | Attended in person | |
| LEA/School Representative  Special Education Coordinator | Ella Brown | Attended in person | |
| General Education Teacher | Ms. Webb | Attended by phone | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | | Did not attend | |

1.866.610.8030
**EASYFAX**

Document Created on '02/28/2018'

10/−.0039CED9

**Kearney, Kiyel**        State USI: 6269477141        Local ID: 9291828
**Page:** 1                                                    Cardozo EC

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000254



**Individualized Education Program (IEP)**

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)
### PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: Academic-Mathematics |
|---|

**Present Levels of Academic Achievement and Functional Performance:**

As of February 2018, Kiyel is a 14 year old, 7th grade student enrolled at Cardozo EC. He completed the iReady assessment on September 18, 2017 and scored a 409. He completed the iReady assessment again on January 26, 2018 and scored a 446. His strongest areas are measurement and data (4th grade level) and numbers and operations (3rd grade level). His struggles with solving problems in the area of geometry (2nd grade level) and algebra and algebraic thinking (3rd grade level). His overall performance on iReady is at a 4th grade level. His math teacher reports that Kiyel internalizes his defeat and expresses it as behavior outbursts in the focus of humor and throwing things across the room.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability impacts his ability to access the general education curriculum. His deficits in reading also impact his ability to access the general education math curriculum. When he has to read word problems and directions these items present a challenge for him. Kiyel is frequently absent from school and this too causes challenges for him to access the grade level curriculum. | His disability affects his ability to access the general education curriculum and retain math skills. This affects his success in making progress as his grade level peers. |

**Annual Goal 1:**

By 02/25/2019, when given a data set with numerical values for the same variable in two different populations (for example, the heights of team members from two different sports), Kiyel will make a dot plot of each distribution, calculate the mean, median, median absolute deviation (MAD) and interquartile range (IQR) for each data set, and use these calculations to compare the measures of center and variability of each population for 4 out of 5 data sets.

**Common Core Standards:**

**7.SP.4** - Use measures of center and measures of variability for numerical data from random samples to draw informal comparative inferences about two populations. For example, decide whether the words in a chapter of a seventh-grade science book are generally longer than the words in a chapter of a fourth-grade science book.

| Baseline: Kiyel is able to solve simple addition and subtraction problems. | Anticipated Date of Achievement: 02/25/2019 | Evaluation Procedures and Schedule: *Work Samples / Each Nine Weeks* *Observation / Daily* *Practice and Drill / Each Nine Weeks* |
|---|---|---|

**Annual Goal 2:**

By 02/25/2019, given a set of 10 multiplication and division problems using fractions, Kiyel will extend his understanding of multiplication and division of fractions to multiply and divide rational numbers with 80% accuracy in 4 out of 5 trials.

KTK000256



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

**Common Core Standards:**

**7.NS.2** - Apply and extend previous understandings of multiplication and division and of fractions to multiply and divide rational numbers.

**7.NS.2.a** - Understand that multiplication is extended from fractions to rational numbers by requiring that operations continue to satisfy the properties of operations, particularly the distributive property, leading to products such as ( 1)( 1) = 1 and the rules for multiplying signed numbers. Interpret products of rational numbers by describing real-world contexts.

| **Baseline:** Kiyel struggles to multiply and divide fractions correctly. | **Anticipated Date of Achievement:** 02/25/2019 | **Evaluation Procedures and Schedule:** *Work Samples / Each Nine Weeks* *Observation / Daily* *Practice and Drill / Each Nine Weeks* |
|---|---|---|

**Annual Goal 3:**

By 02/25/2019, given a set of 10 linear equations, Kiyel will apply properties of operations as strategies to add, subtract, factor and expand linear expression with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**

**7.EE.1** - Apply properties of operations as strategies to add, subtract, factor, and expand linear expressions with rational coefficients.

| **Baseline:** Kiyel is demonstrates minimal understanding of linear expression with rations coefficients. | **Anticipated Date of Achievement:** 02/25/2019 | **Evaluation Procedures and Schedule:** *Work Samples / Each Nine Weeks* *Observation / At Opportunity* *Practice and Drill / Once a Month* |
|---|---|---|

| **AREA OF CONCERN:** **Academic-Reading** |
|---|

**Present Levels of Academic Achievement and Functional Performance:**

As of February 2018, Kiyel is a 14 year old, 7th grade student enrolled at Cardozo Education Campus. Kiyel completed the Reading Inventory on September 12, 2017 and scored a 491. His performance indicates that he is reading and comprehending texts at a 2nd grade level. Kiyel has sufficient control over vocabulary and syntax to work on applying reading skills. Kiyel's English teacher reports that he works well on some days, but on other days he will put his head down and disengage. He earned a C for the second quarter.

| **Description of how the student's disability affects the student's access to the general education curriculum:** Kiyel's disability continue to impact his success to access the general education curriculum. His limited reading and comprehension impact his ability to successfully make gains in the general education reading curriculum. | **Description of how the student's disability affects the student's progress in the general education curriculum:** Kiyel struggles with vocabulary and comprehension continue to be a challenge for him. |
|---|---|

**Annual Goal 1:**

By 02/25/2019, when given a grade level text, Kiyel will cite pieces of textual evidence to support analysis of what the text says explicitly and make a correct inference with 80% accuracy in 4 out of 5 trials.

**Kearney, Kiyel**         **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 4                                                           **Cardozo EC**

KTK000257



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**Common Core Standards:**
**7.RL.1** - Cite several pieces of textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.
**7.RL.2** - Determine a theme or central idea of a text and analyze its development over the course of the text; provide an objective summary of the text.

| Baseline: Kiyel is able restate textual evidence explicitly but not inferentially with 80% accuracy. | Anticipated Date of Achievement: 02/25/2019 | Evaluation Procedures and Schedule: *Work Samples / Each Nine Weeks* *Observation / At Opportunity* *Practice and Drill / Once a Month* |
|---|---|---|

**Annual Goal 2:**
By 02/25/2019, after reading a grade level literary text, Kiyel will analyze the interactions between characters, events and ideas in a text with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.RI.3** - Analyze the interactions between individuals, events, and ideas in a text (e.g., how ideas influence individuals or events, or how individuals influence ideas or events).

| Baseline: Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | Anticipated Date of Achievement: 02/25/2019 | Evaluation Procedures and Schedule: *Work Samples / Each Nine Weeks* *Observation / At Opportunity* *Practice and Drill / Once a Month* |
|---|---|---|

**Annual Goal 3:**
By 02/25/2019, after reading an informational text, Kiyel will ask clarification to help him comprehend, and expressing comprehension paraphrasing the text with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.RI.10** - By the end of the year, read and comprehend literary nonfiction in the grades 6 8 text complexity band proficiently, with scaffolding as needed at the high end of the range.

| Baseline: Kiyel is beginning to demonstrate success when the text is scaffolded. | Anticipated Date of Achievement: 02/25/2019 | Evaluation Procedures and Schedule: *Work Samples / Each Nine Weeks* *Observation / At Opportunity* *Test / Once a Month* |
|---|---|---|

| **AREA OF CONCERN:** |
|---|
| **Academic-Written Expression** |

**Present Levels of Academic Achievement and Functional Performance:**
As of February 2018, Kiyel is a 14 year old, 7th grade student, enrolled at Cardozo Education Campus. Kiyel's writing continues to be a challenge for him. He often supported with one to one assistance in responding to grade level writing prompts. His comprehension of the question being asked is often scaffold for him and spelling, mechanics and organization too present difficulty. Kiyel inconsistently writes complete sentences with a capital letter and period. According to Kiyel's work samples, he struggles with citing strong textual evidence in his writing.

KTK000258


**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his ability to access the general education curriculum. His written expression and spelling impact his ability to access the general education writing curriculum. | Kiyel's disability affects his learning and retention of written expression and spelling. This affects his progress in accessing general education curriculum. |

**Annual Goal 1:**
By 02/25/2019, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)
**7.W.5** - With some guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, editing, rewriting, or trying a new approach, focusing on how well purpose and audience have been addressed.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 02/25/2019 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Test / Once a Month* |

**Annual Goal 2:**
By 02/25/2019, during independent writing, Kiyel will use foundation writing skills to create a fictitious story or informational piece, that contains beginning, middle, end, details, characters, and conclusion, independently with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**7.W.3** - Write narratives to develop real or imagined experiences or events using effective technique, relevant descriptive details, and well-structured event sequences.
**7.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)
**7.W.3.a** - Engage and orient the reader by establishing a context and point of view and introducing a narrator and/or characters; organize an event sequence that unfolds naturally and logically.
**7.W.3.b** - Use narrative techniques, such as dialogue, pacing, and description, to develop experiences, events, and/or characters.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel seeks adult assistance during any writing task. | 02/25/2019 | *Work Samples / Each Nine Weeks*<br>*Test / Once a Month* |

**Kearney, Kiyel**           **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 6                                                                    **Cardozo EC**

KTK000259



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 02/26/2018 | 02/25/2019 | 3 hr per wk |
| Specialized Instruction | General Education | 02/26/2018 | 02/25/2019 | 3 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|

## DEDICATED AIDES

Student requires the support of a dedicated aide: [  ] Yes [**X**] No

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 7                                                                   **Cardozo EC**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000260



### Individualized Education Program (IEP)

## LEAST RESTRICTIVE ENVIRONMENT (LRE)

*This section describes the Least Restrictive Environment (LRE) identified in previous IEP, the percentage of time that the student will be serviced outside the general education classroom, and the LRE placement category.*

| Least Restrictive Environment | |
| --- | --- |
| Least Restrictive Environment (LRE) identified in previous IEP | A - 0-20 % outside general education classroom |
| Based on service decisions made by the IEP Team, the percentage of time that the student will be serviced outside the general education classroom is | 9.35% |
| The LRE placement category that corresponds to the percentage of time the student is served outside the general education classroom is | A - 0-20 % outside general education classroom |

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
| --- | --- | --- |
| Specialized Instruction | 3 hr per wk | Student needs intensive, individualized support in a quiet, non-distracting environment. |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
| --- |
| Student receives small group instruction in the general education classroom, however, student's reading progress remains below grade level. |

| **Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include** |
| --- |
| There are no possible harmful effects from this proposed placement. Student will remain in the general education for the majority of his day. |

KTK000261



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

### Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:
[  ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[  ] Alternate Assessment - No Accommodations
[  ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Clarification/ Repetition of Directions<br>Kiyel's rvocabulary skills are below grade level expectations. | Clarification/ Repetition of Directions |
| *Response* | *Response* |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |
| Flexibility in Scheduling | Flexibility in Scheduling |
| | Frequent Breaks |

**Kearney, Kiyel**          State **USI:** 6269477141          Local **ID:** 9291828
**Page:** 9                                                        **Cardozo EC**

KTK000262



### Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services: [  ] Yes [**X**] No

KTK000263



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## POST-SECONDARY TRANSITION PLAN

**STUDENT INPUT**

| |
|---|
| *Academic Interests:* |
| Kiyel stated that he enjoys English class because he likes to read. He stated there is not a class he dislikes. |
| *Functional Interests:* |
| Kiyel continues to enjoy basketball and and bike riding. He has competed on the school's basketball team. |
| *Employment Interests:* |
| Kiyel expressed an interest in the following career paths: government worker in an office, a mechanic for automobiles, and/ or repairing bikes. |
| *Other:* |
| |

**AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS**

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 01/26/2018 | Tiara M. Tyson |

**Assessment Tool(s):** File review, RI assessment and IReady

**Interpretation of Results**

Summary for Post-secondary education and training:

Kiyel scored a 491 on the RI assessment, which places him in the below basic range. He would need to score a 970-1120 in order to be considered proficient at grade level. Kiyel has sufficient control over vocabulary and syntax to work on applying reading skills. He completed the iReady assessment on January 26, 2018 and scored a 446. His strongest areas are measurement and data (4th grade level) and numbers and operations (3rd grade level). His struggles with solving problems in the area of geometry (2nd grade level) and algebra and algebraic thinking (3rd grade level). His overall performance on iReady is at a 4th grade level. His math teacher reports that Kiyel internalizes his defeat and expresses it as behavior outbursts in the focus of humor and throwing things across the room.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 01/26/2018 | Tiara M. Tyson |

**Assessment Tool(s):** Career Clueless

**Interpretation of Results**

Summary for Employment:

Kiyel's scored the highest in the following interest areas: Realistic, Investigative, and social. Realistic people have athletic or mechanical abilities. They usually like to work outdoors with objects, machines, tool, plants or animals. Kiyel has expressed interest in working in auto mechanics or bike repair.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 01/26/2018 | Tiara M. Tyson |

**Assessment Tool(s):** Student Dream Sheet

**Interpretation of Results**

Summary for Independent living:

KTK000264



DISTRICT OF COLUMBIA
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

Kiyel is able to travel on the bus and train on his own. He stated that he understands how to get around his neighborhood and other parts of Washington DC independently. He is of making his own decisions and has the ability to live independently in the future. He is not sure how much money he would like to make, and states that he does not have any medical problems and does not make any decisions about his life. When he is older he will drive a car or bike, and enjoy sports.

**COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

**Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will attend a secondary training program to earn a degree in auto mechanics.

**MEASURABLE ANNUAL TRANSITION GOALS**

**Measurable Annual Transition Goal:** By 02/25/2019, given access to a computer connected to the internet and assistance from the teacher, Kiyel will research three programs that offer an auto mechanic certification in 3 out of 3 activities with 80% accuracy.

| Baseline: Kiyel has not researched programs of interests. | Anticipated Date of Achievement: 02/25/2019 |
| --- | --- |

**TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
| --- | --- | --- | --- | --- |
| with access to a computer and assistance from the teacher to research programs in auto mechanics | DCPS | 3 hr per year | 02/26/2018 | 02/25/2019 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

Kiyel enjoys playing basketball, riding his bike, and socializing with friends.

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is enrolled in the following courses at Cardozo EC: English Language Arts 7/ Elective Health and PE 7, mathematics, and science.

KTK000265


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| |
|---|
| **Post-Secondary Goal(s):**  Upon graduation from high school, Kiyel will be employed as an auto mechanic. |

**MEASURABLE ANNUAL TRANSITION GOALS**

| |
|---|
| **Measurable Annual Transition Goal:** By 02/25/2019, given access to a computer and assistance from the teacher, Kiyel will research the career of an auto mechanic. He will identify different salaries, career longevity, career opportunity, skills needed, education needed, and job responsibilities in 2 out of 3 activities with 100% accuracy. |

| **Baseline:** Kiyel has not began researching the career of auto mechanics | **Anticipated Date of Achievement:** 02/25/2019 |
|---|---|

**TRANSITION SERVICES FOR EMPLOYMENT**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| with access to a computer and assistance from the teacher to explore the career of an auto mechanic | DCPS | 3 hr per year | 02/26/2018 | 02/25/2019 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| |
|---|
| Kiyel currently enjoys playing basketball, riding his bicycle, and socializing with his friends. |

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| Kiyel is currently enrolled in the following courses at Cardozo EC: English Language Arts, elective ART and physical education, mathematics, and science |



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR INDEPENDENT LIVING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Independent living

| Post-Secondary Goal(s): Upon graduation from high school, Kiyel will live independently in an apartment. |
|---|

### MEASURABLE ANNUAL TRANSITION GOALS

| Measurable Annual Transition Goal: By 02/25/2019, given access to a budget amount, template with categories, and guidance from the teacher, Kiyel will correctly find the balance after putting the amounts spent in each category. In 3 out of 3 activities with 100% accuracy. |
|---|

| Baseline: Kiyel has not had practice budgeting his money and calculating expenses. | Anticipated Date of Achievement: 02/25/2019 |
|---|---|

### TRANSITION SERVICES FOR INDEPENDENT LIVING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| with access to a budget template and assistance from the teacher to practice budgeting skills | DCPS | 3 hr per year | 02/26/2018 | 02/25/2019 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

| Kiyel currently enjoys playing basketball, riding his bicycle, and socializing with friends. |
|---|

### COURSE OF STUDY

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| Kiyel is enrolled in the following courses at Cardozo EC: English Language Arts, elective-Art/physical education, mathematics, and science |
|---|

**Kearney, Kiyel**             **State USI:** 6269477141             **Local ID:** 9291828
**Page:** 14                                                              **Cardozo EC**

KTK000267



## Individualized Education Program (IEP)

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000268


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 8th Grade | M | 11/27/2003 | |

| Student's Address | | City | State | Zip Code | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Joe Holman | 202-673-7385 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Cardozo EC | 1200 Clifton St NW | Washington | DC | 20009 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/13/2019 | 02/26/2018 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 02/13/2019 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Did not attend | |
| Student | Kiyel Kearney | Did not attend | |
| Special Education Teacher | Joe Holman | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Jocelyn Watkins | Attended in person | |
| LEA/School Representative | Ella Brown | Attended in person | |
| General Education Teacher | Brittany Allen | Attended by phone | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | Jessica Stern | Did not attend | |
| Social Worker | Sia McCoy | Attended in person | |

1.866.610.8030 **EASY**FAX

Document Created on '02/15/2019'

10/−.00417CE0

**Kearney, Kiyel**          State USI: 6269477141          **Local ID:** 9291828
**Page:** 1          **Cardozo EC**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000269



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

**Individualized Education Program (IEP)**

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**
Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**
Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**
Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**
Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |


**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

# Individualized Education Program (IEP)
## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

| AREA OF CONCERN: |
|---|
| **Academic-Mathematics** |

**Present Levels of Academic Achievement and Functional Performance:**

As of February 2019, Kiyel is a 15 year old, 8th grade student enrolled at Cardozo EC. According to iReady BOY diagnostic given on 09/17/2018, Kiyel has a relative strength in the area of Measurement and Data (SS 454, Grade 4). Results indicate Kiyel may benefit from additional practice with angle measurement, area, and line plots. is performing well below grade level in math class. According to iReady diagnostic data, Kiyel has a relative weakness in the areas of Number Operations (SS 421, Grade 2) and Geometry (SS 423, Grade 2). Test results indicate that Kiyel may need practice working with ordering, adding, and subtracting numbers having up to three digits. Test results indicate that Kiyel may benefit from review of comparing attributes of solid figures and exploring halves, thirds, and fourths in circles and rectangles. He is often unprepared, unfocused, and inattentive to classroom instruction. Kiyel will turn in very little classwork as assigned and often comes unprepared to class.

Kiyel currently has a grade of (10.78%, F) in math class.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability impacts his ability to access the general education curriculum. His deficits in reading also impact his ability to access the general education math curriculum. When he has to read word problems and directions these items present a challenge for him. Kiyel is frequently absent from school and this too causes challenges for him to access the grade level curriculum. | His disability affects his ability to access the general education curriculum and retain math skills. This affects his success in making progress as his grade level peers. |

**Annual Goal 1:**

By the end of the IEP cycle, when given 5 mathematical expressions involving only positive whole-number integer exponents and bases and a color-coded glossary of the properties of integer exponents, Kiyel will use the properties of integer exponents to generate an equivalent numerical expressions and the final integer value correctly for 4 out of 5 expressions.

**Common Core Standards:**

**8.EE.8** - Analyze and solve pairs of simultaneous linear equations.

**8.EE.8.a** - Understand that solutions to a system of two linear equations in two variables correspond to points of intersection of their graphs, because points of intersection satisfy both equations simultaneously.

**8.EE.8.b** - Solve systems of two linear equations in two variables algebraically, and estimate solutions by graphing the equations. Solve simple cases by inspection. For example, $3x + 2y = 5$ and $3x + 2y = 6$ have no solution because $3x + 2y$ cannot simultaneously be 5 and 6.

**8.EE.8.c** - Solve real-world and mathematical problems leading to two linear equations in two variables. For example, given coordinates for two pairs of points, determine whether the line through the first pair of points intersects the line through the second pair.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to solve simple addition and subtraction problems. | 02/12/2020 | *Work Samples / Each Nine Weeks*<br>*Observation / Daily*<br>*Practice and Drill / Each Nine Weeks* |

KTK000271



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| Annual Goal 2: |
| --- |
| By the end of the IEP cycle, given a Geoboard with a pre-determined line, angle, or shape design, Kiyel will transform the design based on the type of transformation required by teacher prompts on the Geoboard for 4 out 5 attempts. |

| Common Core Standards: |
| --- |
| 8.G.1 - Verify experimentally the properties of rotations, reflections, and translations: |
| 8.G.1.a - Lines are taken to lines, and line segments to line segments of the same length. |
| 8.G.1.b - Angles are taken to angles of the same measure. |
| 8.G.1.c - Parallel lines are taken to parallel lines. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
| --- | --- | --- |
| Kiyel struggles to multiply and divide fractions correctly. | 02/12/2020 | *Work Samples / Each Nine Weeks*<br>*Observation / Daily*<br>*Practice and Drill / Each Nine Weeks* |

| Annual Goal 3: |
| --- |
| By the end of the IEP cycle, given the Pythagorean Theorem and tactile shapes showing the sum of squares, Kiyel will be able to correctly find the solution to Pythagorean Theorem puzzles 4 out of 5 times by correctly identifying the sides, a and b, the hypotenuse, c, and using the shapes to determine the length of sides. |

| Common Core Standards: |
| --- |
| 8.G.6 - Explain a proof of the Pythagorean Theorem and its converse. |
| 8.G.7 - Apply the Pythagorean Theorem to determine unknown side lengths in right triangles in real-world and mathematical problems in two and three dimensions. |
| 8.G.8 - Apply the Pythagorean Theorem to find the distance between two points in a coordinate system. |

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
| --- | --- | --- |
| Kiyel is currently failing Math. | 02/12/2020 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Practice and Drill / Once a Month* |

| AREA OF CONCERN:<br>Academic-Reading |
| --- |
| **Present Levels of Academic Achievement and Functional Performance:** |
| Kieyel did not take the BOY RI, but scored in the 571 (Below Basic) lexile on his MOY on Jan. 30, 2019. This is an increase from his EOY in 2018 score of 492.<br><br>Kiyel currently has a D+ in ELA. His performance indicates that he is reading and comprehending texts at a 2nd grade level. Kiyel has sufficient control over vocabulary and syntax to work on applying reading skills. Kiyel's English teacher reports that he works well on some days, but on other days he will put his head down and disengage. He earned a C for the second quarter. |

KTK000272



## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability continue to impact his success to access the general education curriculum. His limited reading and comprehension impact his ability to successfully make gains in the general education reading curriculum. | Kiyel struggles with vocabulary and comprehension continue to be a challenge for him. |

**Annual Goal 1:**
By the end of the IEP cycle, when given a grade level text, Kiyel will cite pieces of textual evidence to support analysis of what the text says explicitly and make a correct inference with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**8.RL.1** - Cite the textual evidence that most strongly supports an analysis of what the text says explicitly as well as inferences drawn from the text.
**8.RL.2** - Determine a theme or central idea of a text and analyze its development over the course of the text, including its relationship to the characters, setting, and plot; provide an objective summary of the text.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able restate textual evidence explicitly but not inferentially with 80% accuracy. | 02/12/2020 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Practice and Drill / Once a Month* |

**Annual Goal 2:**
By the end of the IEP cycle, after reading a grade level literary text, Kiyel will analyze the interactions between characters, events and ideas in a text with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**8.RI.3** - Analyze how a text makes connections among and distinctions between individuals, ideas, or events (e.g., through comparisons, analogies, or categories).

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | 02/12/2020 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Practice and Drill / Once a Month* |

**Annual Goal 3:**
By the end of the IEP cycle, after reading an informational text, Kiyel will ask clarification to help him comprehend, and expressing comprehension paraphrasing the text with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**
**8.RI.10** - By the end of the year, read and comprehend literary nonfiction at the high end of the grades 6 8 text complexity band independently and proficiently.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is beginning to demonstrate success when the text is scaffolded. | 02/12/2020 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Test / Once a Month* |

KTK000273



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

| AREA OF CONCERN: |
|---|
| **Academic-Written Expression** |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel currently has a D+ in ELA. Kiyel's writing continues to be a challenge for him. He often supported with one to one assistance in responding to grade level writing prompts. His comprehension of the question being asked is often scaffold for him and spelling, mechanics and organization too present difficulty. Kiyel inconsistently writes complete sentences with a capital letter and period. According to Kiyel's work samples, he struggles with citing strong textual evidence in his writing.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his ability to access the general education curriculum. His written expression and spelling impact his ability to access the general education writing curriculum. | Kiyel's disability affects his learning and retention of written expression and spelling. This affects his progress in accessing general education curriculum. |

**Annual Goal 1:**

By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Common Core Standards:**

**8.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

**8.W.5** - With some guidance and support from peers and adults, develop and strengthen writing as needed by planning, revising, editing, rewriting, or trying a new approach, focusing on how well purpose and audience have been addressed.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | 02/12/2020 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Test / Once a Month* |

**Annual Goal 2:**

By the end of the IEP cycle, during independent writing, Kiyel will use foundation writing skills to create a fictitious story or informational piece, that contains beginning, middle, end, details, characters, and conclusion, independently with 80% accuracy in 4 out of 5 trials.

KTK000274



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

## Individualized Education Program (IEP)

**Common Core Standards:**

**8.W.3** - Write narratives to develop real or imagined experiences or events using effective technique, relevant descriptive details, and well-structured event sequences.

**8.W.3.a** - Engage and orient the reader by establishing a context and point of view and introducing a narrator and/or characters; organize an event sequence that unfolds naturally and logically.

**8.W.3.b** - Use narrative techniques, such as dialogue, pacing, description, and reflection, to develop experiences, events, and/or characters.

**8.W.3.c** - Use a variety of transition words, phrases, and clauses to convey sequence, signal shifts from one time frame or setting to another, and show the relationships among experiences and events.

**8.W.3.d** - Use precise words and phrases, relevant descriptive details, and sensory language to capture the action and convey experiences and events.

**8.W.3.e** - Provide a conclusion that follows from and reflects on the narrated experiences or events.

**8.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.)

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel seeks adult assistance during any writing task. | 02/12/2020 | *Work Samples / Each Nine Weeks* *Test / Once a Month* |

| AREA OF CONCERN: Emotional, Social, and Behavioral Development |
|---|
| **Present Levels of Academic Achievement and Functional Performance:** Kiyel is a 15 year 2-month-old, 8th grade male student currently enrolled in Francis Cardozo Education Campus in the Northwest quadrant of the District of Columbia. Kiyel is receiving specialized instruction in an inclusion, general education classroom. Behavior support services are being considered to support Kiyel's functioning and provide greater access to the general education curriculum.<br><br>Kiyel presents as an engaging student who is able to communicate with others in a mutually respectful manner. It appears that Kiyel works better with those to whom he has built a relationship. Kiyel doesn't respond well when he feels disrespected.<br><br>A Beginning of the Year (BOY) assessment as administered to establish a baseline for behavior support service. The Strengths and Difficulties Questionnaire (SDQ) is a self-report inventory behavioral screening questionnaire for children and adolescents ages 2 through 17 years old, with five scales scored from 0-10, and the other adding up four of these (emotional, conduct, hyperactivity and peer problems) to create a total difficulty score (range 0-40). The SDQ yielded the following results:<br>Score for overall stress 1 (0 – 14 is close to average)<br>Score for emotional distress 0 (0-4 is close to average)<br>Score for behavioral difficulties 0 (0 - 3 is close to average)<br>Score for hyperactivity and concentration difficulties 0 (0 - 5 is close to average)<br>Score for difficulties getting along with other children 1 (0 - 2 is close to average)<br>Score for kind and helpful behavior 8 (7 - 10 is close to average)<br>Score for the impact of any difficulties on the child's life 0 (0 is close to average) |



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

These results reveal that Kiyel has a low risk for any disorder: emotional, behavioral or hyperactivity or concentration. These scores seemed skewed in comparison to multiple teacher reports that suggest Kiyel struggles with academic compliance, adequate problem-solving and on time attendance.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Mr. Schick reported that Kiyel is often late, disengaged, sleepy/sleeping, talks out of turn and off topic. Mr. Schick reports that the occurrence of Kiyel's behaviors vary as his reaction depends on the situation he is presented with. His behaviors can last from 5 minutes to an entire period of 65 minutes.<br><br>Kiyel's behaviors are most likely to occur in any class. However, his behaviors are least likely to happen in Mr. Schick's History class. Kiyel's behaviors are triggered when people are confrontational towards him. Mr. Schick stated that Kiyel can be triggered by anything. He further reported that Kiyel's behaviors are worse when he is in the presence of a new teacher or staff member. | Kiyel's academic achievement and functional performance are affected by his disability. His disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
By the end of the annual IEP Kiyel will increase his ability to problem solve as evidenced by a 20% decrease in "arguing with others" based on the Ohio Youth Problem, Functioning and Satisfaction Scales.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Target area: Arguing with others- Often | 02/12/2020 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |

**Annual Goal 2:**
By the end of the annual IEP Kiyel will increase task completion as evidenced by a 20% decrease in "refusing to do things teachers or parents ask" based on the Ohio Youth Problem, Functioning and Satisfaction Scales.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Target area: Refusing to do things teachers or parents ask- Most of the time | 02/12/2020 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 8          **Cardozo EC**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000276



## Individualized Education Program (IEP)

**SPECIAL EDUCATION AND RELATED SERVICES**

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 02/13/2019 | 02/12/2020 | 3 hr per wk |
| Specialized Instruction | General Education | 02/13/2019 | 02/12/2020 | 3 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Behavioral Support Services | General Education | 02/13/2019 | 02/12/2020 | 90 min per mon |

## DEDICATED AIDES

Student requires the support of a dedicated aide: [  ] Yes [**X**] No

KTK000277



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes the Least Restrictive Environment (LRE) identified in previous IEP, the percentage of time that the student will be serviced outside the general education classroom, and the LRE placement category.*

| Least Restrictive Environment | |
|---|---|
| Least Restrictive Environment (LRE) identified in previous IEP | A - 0-20 % outside general education classroom |
| Based on service decisions made by the IEP Team, the percentage of time that the student will be serviced outside the general education classroom is | 9.35% |
| The LRE placement category that corresponds to the percentage of time the student is served outside the general education classroom is | A - 0-20 % outside general education classroom |

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 3 hr per wk | Student needs intensive, individualized support in a quiet, non-distracting environment. |

| **Describe supplemental supports and services that were previously attempted in a general education setting.** |
|---|
| Student receives small group instruction in the general education classroom, however, student's reading progress remains below grade level. |

| **Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include** |
|---|
| There are no possible harmful effects from this proposed placement. Student will remain in the general education for the majority of his day. |

**Kearney, Kiyel**        **State USI:** 6269477141        **Local ID:** 9291828
**Page:** 10        **Cardozo EC**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000278



## Individualized Education Program (IEP)
### CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:
[ ] Regular Statewide Assessment without accommodations
[**X**] Regular Statewide Assessment with accommodations
[ ] Alternate Assessment - No Accommodations
[ ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Presentation* | *Presentation* |
| Clarification/ Repetition of Directions<br>Kiyel's rvocabulary skills are below grade level expectations. | Clarification/ Repetition of Directions |
| *Response* | *Response* |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |
| Flexibility in Scheduling | Flexibility in Scheduling |
| | Frequent Breaks |

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000279



### Individualized Education Program (IEP)

**SPECIAL EDUCATION TRANSPORTATION**

Student requires transportation services:  [  ] Yes [**X**] No

**EXTENDED SCHOOL YEAR**

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

**ESY TRANSPORTATION**

Student requires ESY transportation services:  [  ] Yes [**X**] No

KTK000280


**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

## POST-SECONDARY TRANSITION PLAN

**STUDENT INPUT**

| | |
|---|---|
| *Academic Interests:* | |
| I don't like school. I don't have a favorite class. | |
| *Functional Interests:* | |
| I like to play basketball. | |
| *Employment Interests:* | |
| I want to be a professional basketball player. If I can't do that, I might like to be an athletic trainer or coach. | |
| *Other:* | |

## AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Education Assessment | 02/01/2019 | Joe Holman |

**Assessment Tool(s):** RI assessment and IReady

**Interpretation of Results**

Summary for Post-secondary education and training:

Kieyel's RI score of 571 suggests that he is "Below Basic" in comparison to his same age peers. However, the score did represent significant growth from his EOY in 2018 with a score of 492. Kiyel currently has a D+ in ELA. His performance indicates that he is reading and comprehending texts at a 2nd grade level. Kiyel has sufficient control over vocabulary and syntax to work on applying reading skills. Kiyel's English teacher reports that he works well on some days, but on other days he will put his head down and disengage. He earned a C for the second quarter.

Results of his i-Ready assessment indicate Kiyel may benefit from additional practice with angle measurement, area, and line plots. is performing well below grade level in math class. According to iReady diagnostic data, Kiyel has a relative weakness in the areas of Number Operations (SS 421, Grade 2) and Geometry (SS 423, Grade 2). Test results indicate that Kiyel may need practice working with ordering, adding, and subtracting numbers having up to three digits. Test results indicate that Kiyel may benefit from review of comparing attributes of solid figures and exploring halves, thirds, and fourths in circles and rectangles. He is often unprepared, unfocused, and inattentive to classroom instruction. Kiyel will turn in very little classwork as assigned and often comes unprepared to class. Kiyel currently has a grade of (10.78%, F) in math class.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Employment Assessment | 02/01/2019 | Joe Holman |

**Assessment Tool(s):** Student Interview, Career Clueless

**Interpretation of Results**

Summary for Employment:

KTK000281



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

Kiyel says that his only interest is to play professional sports. When pressed on the issue to choose jobs from the Career Clueless worksheet, the only job he said he was interested in was Athletic Trainer, which is under the heading "Social." According to this category, people who prefer jobs in this area like to "to inform, enlighten, help, train, develop or cure people."

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 02/01/2019 | Joe Holman |

**Assessment Tool(s):** Student Interview

**Interpretation of Results**
Summary for Independent living:
Kiyel refused to answer any of the questions for the Casey Life Skills assessment on Feb. 4, 2019. He said that he is not interested in the future and only wants to play sports.

### COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

**Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will attend a 4 year college/university with a NCAA basketball program to study sports medicine.

### MEASURABLE ANNUAL TRANSITION GOALS

| Measurable Annual Transition Goal: By the end of the IEP cycle, given access to a computer connected to the internet and assistance from the teacher, Kiyel will research the educational requirements of a sports trainer. | |
|---|---|
| | |
| **Baseline:** Kiyel, when pressed, stated if he is not going to be a professional basketball player, he would want to be a sports trainer. | **Anticipated Date of Achievement:** 02/12/2020 |

### TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| College counseling | DCPS | 3 hr per year | 02/13/2019 | 02/12/2020 |

### EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:

Kiyel enjoys playing basketball, riding his bike, and socializing with friends.

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 14                                                                                      **Cardozo EC**

KTK000282



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

### Individualized Education Program (IEP)

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is currently taking US History & Geography, English 8, Algebra 1, Computer Apps, Flight & Space, and Spanish.

**COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| |
|---|
| **Post-Secondary Goal(s):**  Upon graduation from high school, Kiyel will be employed as a professional basketball player or athletic trainer. |

**MEASURABLE ANNUAL TRANSITION GOALS**

| |
|---|
| **Measurable Annual Transition Goal:** By the end of the IEP cycle, given access to a computer and assistance from the teacher, Kiyel will research the career of athletic trainer. He will identify different salaries, career longevity, career opportunity, skills needed, education needed, and job responsibilities in 2 out of 3 activities with 100% accuracy. |

| Baseline: Kiyel has not began researching the career of a athletic trainer. | Anticipated Date of Achievement: 02/12/2020 |
|---|---|

**TRANSITION SERVICES FOR EMPLOYMENT**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Career counseling | DCPS | 3 hr per year | 02/13/2019 | 02/12/2020 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| |
|---|
| Kiyel currently enjoys playing basketball, riding his bicycle, and socializing with his friends. |

KTK000283


**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| Kiyel is currently taking US History & Geography, English 8, Algebra 1, Computer Apps, Flight & Space, and Spanish. |

**COORDINATED SET OF ACTIVITIES FOR INDEPENDENT LIVING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Independent living

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will live independently in an apartment or college dorm. |

**MEASURABLE ANNUAL TRANSITION GOALS**

| |
|---|
| **Measurable Annual Transition Goal:** By the end of the IEP cycle, given access to a budget amount, template with categories, and guidance from the teacher, Kiyel will correctly find the balance after putting the amounts spent in each category. In 3 out of 3 activities with 100% accuracy. |

| | |
|---|---|
| **Baseline:** Kiyel has not had practice budgeting his money and calculating expenses. | **Anticipated Date of Achievement:** 02/12/2020 |

**TRANSITION SERVICES FOR INDEPENDENT LIVING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Budgeting instruction | DCPS | 3 hr per year | 02/13/2019 | 02/12/2020 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| |
|---|
| Kiyel currently enjoys playing basketball, riding his bicycle, and socializing with friends. |

KTK000284



**Individualized Education Program (IEP)**

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

Kiyel is currently taking US History & Geography, English 8, Algebra 1, Computer Apps, Flight & Space, and Spanish.

KTK000285



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**GRADUATION PLANNING**

Projected Exit Category:       [X] H.S. Diploma
                               [ ] H.S. Certificate prior to age 22
                               [ ] H.S. Certificate at age 22

Date of Projected Graduation:  06/15/2023

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 18                                                                      **Cardozo EC**

1200  First  Street,  NE  |  Washington,  DC  20002  |  T  202.442.4800  |  F  202.442.5518  |  www.k12.dc.us

KTK000286



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| Kiyel Kearney | 9291828 | 6269477141 | 9th Grade | M | 11/27/2003 | |

| Student's Address | City | State | Zip Code | | |
|---|---|---|---|---|---|
| | | | | | |

| LEA of Enrollment | Case Manager | School Phone | | |
|---|---|---|---|---|
| District of Columbia Public Schools | Victoria Mardre | 202-673-7385 | | |

| School / Site | School Address | City | State | Zip Code |
|---|---|---|---|---|
| Cardozo EC | 1200 Clifton St NW | Washington | DC | 20009 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 02/13/2019 | 02/13/2019 | Specific Learning Disability |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 01/09/2020 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Maria Kearney | Attended by phone | |
| Student | Kiyel Kearney | Attended in person | |
| Special Education Teacher | Victoria Mardre | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Joan E Cephas | Did not attend | |
| LEA/School Representative<br><br>LEA/School Representative | Ella Brown | Attended in person | |
| General Education Teacher | Mr. Matthew Turner | Attended in person | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | | Did not attend | |
| Social Worker | Nekia St. Clair | Attended in person | |

1.866.610.8030
•••• EASYFAX

Document Created on '01/10/2020'

10/-.00481340

**Kearney, Kiyel**    State USI: 6269477141    **Local ID:** 9291828
**Page:** 1    **Cardozo EC**

1200 First Street, NE | Washington, DC 20002 | T 202.442.4800 | F 202.442.5518 | www.k12.dc.us

KTK000287



**Individualized Education Program (IEP)**

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**

Does the child's behavior impede the child's learning or that of other children?  [ ] YES    [X] NO

**Limited English Proficiency**

Does the child have language needs that relate to the child's IEP? [ ] YES    [X] NO

**Blind/Visually Impaired**

Is the child a child who has been identified as blind or visually impaired? [ ] YES    [X] NO

**Deaf/Hard of Hearing**

Is the child a child who has been identified as deaf or hard of hearing?  [ ] YES    [X] NO

**Communication**

| **Consideration:** |
| --- |
| No communication concerns at this time. |

**Assistive Technology**

| **Consideration:** |
| --- |
| Student does not require assistive technology or services. |

---

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 2                                                                            **Cardozo EC**

KTK000288



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

# Individualized Education Program (IEP)

## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

|  |
|---|
| **AREA OF CONCERN:**<br>**Academic-Mathematics** |

**Present Levels of Academic Achievement and Functional Performance:**

Kiyel is a 16 year old, 9th grade freshman student at Cardozo Education Campus. He is currently enrolled in Algebra I class where he receives inclusion services and pull-out services. A review of his report card shows that Kiyel earned an F for 1st advisory with an average of 36%. This grade is based on incomplete/missed classwork. When Kiyel does attempt classwork , he is able to complete it . According to the most recent data, Kiyel is able to perform basic mathematical computations that involve addition, subtraction and multiplication. He does make frequent errors when he has to regroup.

Kiyel is very social, friendly and respectful on most occasions. He gets along well with his classroom peers and is usually compliant with classroom rules.

On September 10, 2019, Kiyel was administered the Measure of Academic Progress (MAP), a math assessment that measured his performance in solving equations and inequalities (Low), Numerical and Algebraic Expressions (Low), Functions (Low) and Descriptive Statistics (Low-Average) He received an overall score of 204 which placed him at a 5th grade level.

Kiyel demonstrates deficits in the areas of creating equations and inequalities in one variable and representing the solutions numerically and graphically. For example, he has challenges when solving equations with a variables on both sides, plotting and graphing linear equations using the slope and y-intercept.

Kiyel is usually friendly, polite and respectful to staff. He will engage in inappropriate behavior with peers, but is very low-keyed and discreet about his interactions.When approached about unacceptable behavior he will deny, but discontinue the behavior. Kiyel requires consistent monitoring and prompting to begin his classwork. He is often unfocused, and inattentive to classroom instruction. Kiyel will turn in very little classwork as assigned and often comes unprepared to class. Kiyel appears to lack motivation and confidence in his academic performance.

Kiyel's disability in the area of mathematics prevents him from independently assessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order for him to be successful in the general education environment.

KTK000289



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability in the area of mathematics impacts his ability to access and participate in the grade level general education curriculum without support. In working with mathematical concepts, Kiyel possesses below grade level processing and below grade level comprehension skills. Due to his lack of on grade level mathematical skills, he has difficulty independently solving mathematical problems and formulas. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, classroo assignments and assessments, Kiyel is in need of specialized instruction in the area of mathematics. Kiyel's disability affects his comprehension and processing of on grade level mathematical content. Kiyel would benefit from the use of graphic organizers for visual representation, a calculator for self-checking his assignments, technology based interactive math programs, utilization of multiplication/division charts for quick reference, differentiation teaching methods and instructional manipulatives to aid in his comprehension of mathematical concepts. These strategies and supports are needed in Kiyel's academic area in order to continue with his progression in the general education environment. |

**Annual Goal 1:**
By 01-08-2021, when given problems involving adding, subtracting, or multiplying polynomials (e.g. $(2x^2 - 4x + 5) + (x^2 + 2x - 7)$, $(2x + 1)(3x - 4)$), Kiyel will use correct operations (e.g. combining like terms, distributive property) to solve (4 out of 5) problems.

**Common Core Standards:**
A.APR.1 - Understand that polynomials form a system analogous to the integers, namely, they are closed under the operations of addition, subtraction, and multiplication; add, subtract, and multiply polynomials.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to solve simple addition and subtraction problems. | 01/08/2021 | *Work Samples / Each Nine Weeks* <br> *Observation / Daily* <br> *Practice and Drill / Each Nine Weeks* |

**Annual Goal 2:**
By 01/08/2021, when given a simple algebraic equation (e.g., linear, quadratic or exponential) in one variable, Kiyel will solve the equation and justify (e.g., verbally or in writing) each step in solving the equation for (4 out of 5) equations.

**Common Core Standards:**
A.REI.1 - Explain each step in solving a simple equation as following from the equality of numbers asserted at the previous step, starting from the assumption that the original equation has a solution. Construct a viable argument to justify a solution method.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to solve one variable equations with 65% accuracy. | 01/08/2021 | *Work Samples / Each Nine Weeks* <br> *Observation / Daily* <br> *Practice and Drill / Each Nine Weeks* |

**Annual Goal 3:**
By 01/08/2021, when given a factorable quadratic equation, Kiyel will factor the quadratic expression and then solve the factored equation for (4 out of 5) equations.

KTK000290



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

**Common Core Standards:**
**A.REI.4** - Solve quadratic equations in one variable.
**A.REI.4** - Solve quadratic equations in one variable.
**A.REI.4.a** - Use the method of completing the square to transform any quadratic equation in x into an equation of the form (x p)2 = q that has the same solutions. Derive the quadratic formula from this form.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able to use multiplication skills when solving quadratic equations with 65% accuracy. | 01/08/2021 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Practice and Drill / Once a Month* |

| AREA OF CONCERN:<br>Academic-Reading |
|---|
| **Present Levels of Academic Achievement and Functional Performance:**<br>Kiyel is a 16 year old, 9th grade freshman student at Cardozo Education Campus. He is currently enrolled in English I class where he receives inclusion services and pull-out services. A review of his report card shows that Kiyel earned an F for 1st advisory due to incomplete classwork and missed quizzes. Kiyel has the opportunity to complete missed work and retake quizzes, however he does not take advantage of these opportunities.<br><br>The advisory report card reflects the formative & summative assessments administered after English units based on the curriculum. Kiyel's current average when completing the ANET interim assessment for Unite one was 25-30% average. The purpose of the formative assessment is to monitor Kiyel's progress and performance after curriculum units. The assessment is based on the concepts of characterization, analyzing how details and literary elements develop theme; citing and analyzing evidence and how it supports a claim..<br><br>On September 6, 2019, Kiyel completed the Reading Inventory for Beginning of the Year (BOY) data.The Scholastic Reading Inventory provides a grade level Lexile score that identifies skills in vocabulary, decoding and comprehension. His Scholastic Reading Inventory results suggest that Kiyel was reading at a Lexile level 493, which is a 3rd grade reading level. A 9th grade reading level is lexile level 1050 or above. Kiyel's lack of motivation and inability to remain focused affects his success in mastering skills. He is reluctant to engage with his peers, and will not advocate for himself.<br><br>Kiyel's disability in the area of reading prevents him from independently assessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order for him to be successful in the general education environment. |

**Kearney, Kiyel**          **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 5                                                          **Cardozo EC**

KTK000291


**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's below grade level reading comprehension skills and reading fluency impacts his academic performance .His disability in the area of reading impacts his ability to access and participate in the grade level curriculum without support.  Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Based on the WJIV Tests of Achievement, RI testing, classroom based assignments and assessments and benchmark assessments, Kiyel is in need of specialized instruction in the area of reading.  Kiyel's disability affects his comprehension and processing of on grade level reading content . Kiyel benefits from teacher modeling, graphic organizers, printed notes, high interest reading material that parallel's grade level texts, scaffolding textual information and utilization reading strategies (visualization, questioning, prediction, inferencing) when reading a text. Kiyel requires the provision of modifications and accommodations to continue her progression within the general education environment. |

**Annual Goal 1:**

By 01/08/2021, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.

**Common Core Standards:**

**9.RL.3** - Analyze how complex characters (e.g., those with multiple or conflicting motivations) develop over the course of a text, interact with other characters, and advance the plot or develop the theme.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel is able restate textual evidence explicitly but not inferentially with 80% accuracy. | 01/08/2021 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Practice and Drill / Once a Month* |

**Annual Goal 2:**

By 01/08/2021, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and explain how evidence supports the claim, for (3 out of 4) text analyses.

**Common Core Standards:**

**9.RI.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Kiyel struggles with analysis and interactions between charcaters, events and ideas in a text. | 01/08/2021 | *Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Practice and Drill / Once a Month* |

| AREA OF CONCERN: |
|---|
| **Academic-Written Expression** |

**Present Levels of Academic Achievement and Functional Performance:**

KTK000292


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

Kiyel is a 16 year old, 9th grade freshman student at Cardozo Education Campus. Kiyel enjoys creative writing that relates to his interest in music. When it comes to completing required writings for class, he is less motivated and needs constant prompts to complete required assignments. When he attempts written assignments, he completes the minimum requirements or less.

Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class.
Based on the most current available data, Kiyel can independently produce complete sentences and paragraphs.
He can write short and extended constructed responses with teacher prompts and assistance. Kiyel exhibits deficits in the areas of correctly using grammar mechanics, using precise language and vocabulary when writing, and writing complex ideas clearly and accurately. Graphic organizers, writing prompts, and sentence starters are needed in Kiyel's academic program to help improve his written expression skills.

 Kiyel's disability in the area of written expression prevents him from independently accessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order to assist him with becoming successful in the general education environment.

. Kiyel currently has an F in ELA. Kiyel's writing continues to be a challenge for him. He often supported with one to one assistance in responding to grade level writing prompts. His comprehension of the question being asked is often scaffold for him and spelling, mechanics and organization too present difficulty. Kiyel inconsistently writes complete sentences with a capital letter and period. According to Kiyel's work samples, he struggles with citing strong textual evidence in his writing.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
| --- | --- |
| Kiyel continues to display challenges with grammar mechanics, vocabulary, and communicating complex ideas into a written format. Kiyel's disability in the area of written expression impacts his ability to access the grade level education curriculum without support. Kiyel requires the provision of modifications and accommodations to successfully access the grade level curriculum. | Kiyel's disability affects his progression of learning and applying written language concepts. Kiyel requires the provision of modification and accommodations to successfully progress in the general education environment. Utilizing task specific graphic organizers, writing prompts, and providing student choices for writing topics will assist Kiyel with his written expression skills and aid in his progression in the general education environment. |

**Annual Goal 1:**
By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.

**Kearney, Kiyel**          **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 7                                                                              **Cardozo EC**

KTK000293



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of Special Education

## Individualized Education Program (IEP)

| **Common Core Standards:**<br>**8.W.4** - Produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience. (Grade-specific expectations for writing types are defined in standards 1 3 above.) | | |
|---|---|---|
| **Baseline:**<br>Often Kiyel will copy a paragraph from the text to answer the question, with little to no organization with little or not response to the task. | **Anticipated Date of Achievement:**<br>01/08/2021 | **Evaluation Procedures and Schedule:**<br>*Work Samples / Each Nine Weeks*<br>*Observation / At Opportunity*<br>*Test / Once a Month* |

| **Annual Goal 2:**<br>By 01-08-2021, given an independent level text with an exemplar piece of evidence that supports the claim, a pre-highlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts. | | |
|---|---|---|
| **Common Core Standards:**<br>**9.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.<br>**9.W.1.a** - Introduce precise claim(s), distinguish the claim(s) from alternate or opposing claims, and create an organization that establishes clear relationships among claim(s), counterclaims, reasons, and evidence. | | |
| **Baseline:**<br>Kiyel is able to take a position and explain his opinion to support his claim with 65% accuracy. | **Anticipated Date of Achievement:**<br>01/08/2021 | **Evaluation Procedures and Schedule:**<br>*Work Samples / Each Nine Weeks*<br>*Test / Each Nine Weeks*<br>*Exam / Each Semester* |

| **AREA OF CONCERN:**<br>**Emotional, Social, and Behavioral Development** |
|---|
| **Present Levels of Academic Achievement and Functional Performance:**<br>Kiyel is a 9th grade male student currently enrolled in Francis Cardozo Education Campus. Kiyel is receiving specialized instruction in an inclusion, general education classroom. Kiyel presents as an engaging student who is able to communicate with others in a mutually respectful manner. It appears that Kiyel works better with those to whom he has built a relationship.<br><br>A Beginning of the Year (BOY) assessment as administered in September 2019. The Strengths and Difficulties Questionnaire (SDQ) is a self-report inventory behavioral screening questionnaire for children and adolescents ages 2 through 17 years old, with five scales scored from 0-10, and the other adding up four of these (emotional, conduct, hyperactivity and peer problems) to create a total difficulty score (range 0-40).<br><br>The SDQ yielded the following results:<br>Score for overall stress 6 (0 - 14 is close to average)<br>Score for emotional distress 2 (0 - 4 is close to average)<br>Score for behavioural difficulties 1 (0 - 3 is close to average) |

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 8                                                                         **Cardozo EC**

KTK000294



## Individualized Education Program (IEP)

Score for hyperactivity and concentration difficulties 2 (0 - 5 is close to average)
Score for difficulties getting along with other children 1 (0 - 2 is close to average)
Score for kind and helpful behaviour 10 (7 - 10 is close to average)

These results reveal that Kiyel has a low risk for any disorder: emotional, behavioral or hyperactivity or concentration. Kiyel struggles with academic compliance, adequate problem-solving and on time attendance.

| Description of how the student's disability affects the student's access to the general education curriculum: | Description of how the student's disability affects the student's progress in the general education curriculum: |
|---|---|
| Kiyel's disability affects his access to the general education curriculum. Kiyel's behaviors are most likely to occur in any class. Kiyel's behaviors are triggered when people are confrontational towards him. | Kiyel's academic achievement and functional performance are affected by his disability. His disengagement, refusal to complete academic tasks, lack of problem-solving skills impedes his progress. Kiyel could benefit from behavior support services to help him self-manage and task completion to progress in the general education curriculum. |

**Annual Goal 1:**
Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time.

| Baseline: | Anticipated Date of Achievement: | Evaluation Procedures and Schedule: |
|---|---|---|
| Student failed all classes term 1 with the exception of ROTC and and is currently failing the same classes. He has 29 absences to date. | 01/08/2021 | *Log / Each Nine Weeks*<br>*Observation / Once a Month* |



Office of Special Education

## Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

**Special Education Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---------|---------|-----------|----------|----------------|
| Specialized Instruction | Outside General Education | 01/09/2020 | 01/08/2021 | 2 hr per wk |
| Specialized Instruction | General Education | 01/09/2020 | 01/08/2021 | 3 hr per wk |

**Related Services**

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---------|---------|-----------|----------|----------------|
| Behavioral Support Services | General Education | 01/09/2020 | 01/08/2021 | 60 min per mon |

## DEDICATED AIDES

Student requires the support of a dedicated aide: [  ] Yes [**X**] No

**Kearney, Kiyel**          **State USI:** 6269477141          **Local ID:** 9291828
**Page:** 10                                                                **Cardozo EC**

KTK000296



## Individualized Education Program (IEP)

**LEAST RESTRICTIVE ENVIRONMENT (LRE)**

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 2 hr per wk | Student needs intensive, individualized support in a quiet, non-distracting environment. |

**Describe supplemental supports and services that were previously attempted in a general education setting.**
Student receives small group instruction in the general education classroom, however, student's academic performance remains below grade level.

**Possible harmful effects that the proposed placement will have on the student or on the quality of the services the student Receives include**
There are no possible harmful effects from this proposed placement. Student will remain in the general education for the majority of his day.



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)
## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:

[ ] Regular Statewide Assessment without accommodations
[X] Regular Statewide Assessment with accommodations
[ ] Alternate Assessment - No Accommodations
[ ] Alternate Assessment - With Accommodations

| Classroom Accommodations | Statewide or Alternate Assessment Accommodations |
|---|---|
| *Response* | *Response* |
| Non-Standard Calculation Device on Calculator Sections | Non-Standard Calculation Device on Calculator Sections |
| Calculation Device on Non-Calculator Sections<br>Kiyel's computation skills are at the 2nd grade level without the use of a calculator. He is able to perform at the 3rd grade level with the aid of a calculator . | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating<br>Preferential seating would decrease the opportunity and allow Kiyel to focus more on the task at hand. | Preferential seating |
| Location with minimal distractions<br>Kiyel is easily distracted and would be able to focus more on the task at hand. | Location with minimal distractions |
| Small group testing<br>Kiyel seems to more distracted in situations with large groups. Small group testing would allow him to be more focused. | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time<br>Kiyel's ability to process information is slower than peers due to his disability. | Extended Time |

**Kearney, Kiyel**                    **State USI:** 6269477141                    **Local ID:** 9291828
**Page:** 12                    **Cardozo EC**

KTK000298



**Individualized Education Program (IEP)**

## SPECIAL EDUCATION TRANSPORTATION

Student requires transportation services:  [  ] Yes [**X**] No

## EXTENDED SCHOOL YEAR

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [  ] Yes [**X**] No

## ESY TRANSPORTATION

Student requires ESY transportation services:  [  ] Yes [**X**] No

KTK000299



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

## Individualized Education Program (IEP)

## POST-SECONDARY TRANSITION PLAN

**STUDENT INPUT**

| *Academic Interests:* |
| --- |
| Kiyel stated that math is his best class this year because he do it if he tried.History is his least favorite class because he does not learning about the past because it's over. Kiyel When prompted to share what works for him in his classes, he stated that he does like working on the computer. Kiyel is able to complete math work using the IXL math program for Algebra. |

| *Functional Interests:* |
| --- |
| Kiyel agreed that he does need to improve his classroom work habit skills such as completing his assignments, homework and attending tutoring. Kiyel is participating in an after school program, Live Music Achievement program. He did play sports before an injury in middle school. |

| *Employment Interests:* |
| --- |
| Kiyel listed becoming a rapper or music engineer as a career interest .Kiyel is vocally talented as a rapper and writer. |

| *Other:* |
| --- |
| Kiyel is working on his motivation and confidence to support his goal to graduate with a high school diploma. |

## AGE-APPROPRIATE TRANSITION ASSESSMENT RESULTS

| Assessment Type | Date Completed | Provider or Reviewer |
| --- | --- | --- |
| Education Assessment | 09/06/2019 | Victoria Mardre |
| **Assessment Tool(s):** Measure of Academic Progress (MAP) and Reading Inventory | | |
| **Interpretation of Results** | | |

Summary for Post-secondary education and training:

Kiyel is a 16 year old first year 9th grade student who is enrolled in Algebra I. He was administered the Measure of Academic Progress (MAP) math assessment and the Scholastic Reading Inventory for the Beginning of the year (BOY) data.

On September 6, 2019, Kiyel completed the Reading Inventory for Beginning of the Year (BOY) data.The Scholastic Reading Inventory provides a grade level Lexile score that identifies skills in vocabulary, decoding and comprehension. His Scholastic Reading Inventory results suggest that Kiyel was reading at a Lexile level 493, which is a 3rd grade reading level. A 9th grade reading level is lexile level 1050 or above. Based on his lexile level, Kiyel's reading growth goal is

On September 10, 2019, Kiyel was administered the Measure of Academic Progress (MAP).He received an overall score of 204 which placed him at a 5th grade level. MAP math assessment measured his performance in solving equations and inequalities (Low), Numerical and Algebraic Expressions (Low), Functions (Low) and Descriptive Statistics (LowAverage). Kiyel demonstrates deficits in the areas of creating equations and inequalities in one variable and representing the solutions numerically and graphically.

| Assessment Type | Date Completed | Provider or Reviewer |
| --- | --- | --- |
| Employment Assessment | 12/13/2019 | Victoria Mardre |
| **Assessment Tool(s):** O'Net Career interest Profiler | | |
| **Interpretation of Results** | | |



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

Summary for Employment:

Summary for Employment: Kiyel completed the O'Net Career Interest Profiler on December 13, 2019. Kiyel's top 3 career scores were:

1. Artisitic (26): People with Artistic interests like work that deals with the artistic side of things, such as acting, music,art and design. They like creativity in their work, and work that can be done without following a set of rules.

2. Social (27): People with Social interests like working with others to help them learn and grow. They like working with people more than working with objects, machines, or information. They like teaching giving advice and being of service to people.

3. Conventional (20):People with Conventional interests like work that follows set procedures and routines. They prefer working with information and paying attention to details rather than working with ideas. They like working with clear rules and following a strong leader.

Kiyel listed a career interest in becoming a rapper or music engineer. Kiyel is a talented rapper and creates music videos. Thus, his scores are very realistic to his career strengths and interests.

| Assessment Type | Date Completed | Provider or Reviewer |
|---|---|---|
| Independent Living Assessment | 01/08/2020 | Victoria Mardre |

**Assessment Tool(s):** Independent Living Inventory

**Interpretation of Results**

Summary for Independent living:

Summary for Independent living: Kiyel completed the Independent Interest Inventory on January 08, 2020 to determine the need for a post secondary goal in the area of Independent Living. Independent Living includes the skills and knowledge an individual needs to direct his or her life at home and in the community. Students check Yes, No or N/A depending on whether the student possesses the identified skills.

After completing the inventory, Kiyel received the following results: 1.Home Living: Abdul is able to follow daily living routine or personal hygiene and maintaining daily living routines such as performing household chores and making personal or emergency phone calls 2.Transportation: Kiyel uses public transportation independently to navigate throughout the community and selects appropriate modes of transportation for traveling. 3.Law and Politics: Kiyel understands the process to participate in voting and understands his rights as a person with a disability. 4.Community Involvement: Kiyel is able to locate and use community services independently including the recreation center, movies, banks, police dept, mall, etc. 5.Personal Safety and Interpersonal Relationships: Kiyel maintains healthy relationships with family and close friends and understands when it is appropriate to call 911 and receive emergency services. 6.Self-Advocacy: Kiyel is able to advocate for himself by seeking support and expressing his needs and contacting the appropriate people to support him.

Kiyel's responses indicate that he is performing appropriately within his peer age group and does not warrant Independent Living skills goals at this time.

KTK000301



## Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR POST-SECONDARY EDUCATION AND TRAINING**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Post-secondary education and training

| |
|---|
| **Post-Secondary Goal(s):** Upon graduation from high school, Kiyel will attend a 2 year community college to receive a degree in music engineering. |

**MEASURABLE ANNUAL TRANSITION GOALS**

| |
|---|
| **Measurable Annual Transition Goal:** By the end of the IEP cycle, Kiyel will research 2 community colleges that offer a degree in music engineering and list the educational requirements and report his findings to his case manager. |

| | |
|---|---|
| **Baseline:** Kiyel is not familiar with all the educational requirements of becoming a music engineer. | **Anticipated Date of Achievement:** 01/08/2021 |

**TRANSITION SERVICES FOR POST-SECONDARY EDUCATION AND TRAINING**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| College counseling | DCPS | 3 hr per year | 01/09/2020 | 01/08/2021 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| |
|---|
| Kiyel performs and produces rap music videos. He participates in an after school program, Live Music Achievement on Thursdays. |

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| |
|---|
| Kiyel is currently enrolled in his 9th grade required courses for a high school diploma: Algebra I, English 9, World History & Geography I, Biology, Engineering I and Aerospace Science and Leadership. |

KTK000302



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**COORDINATED SET OF ACTIVITIES FOR EMPLOYMENT**

*The Transition section should identify appropriate, measurable post-secondary outcomes/goals. Goals should be based upon age-appropriate transition assessments related to employment, education and/or training, and where appropriate, independent living skills.*

**AREA:** Employment

| Post-Secondary Goal(s): Upon graduation from high school, Kiyel will have a career in the music industry. |
|---|

**MEASURABLE ANNUAL TRANSITION GOALS**

| Measurable Annual Transition Goal: By the end of the IEP cycle, Kiyel will research 3 careers in Music Engineering, to include positions, salary, and training needed with 100% accuracy. | |
|---|---|
| | |
| Baseline: Kiyel is interested in working in the music industry. | Anticipated Date of Achievement: 01/08/2021 |

**TRANSITION SERVICES FOR EMPLOYMENT**

| Service | Setting | Time | Projected Begin Date | Projected End Date |
|---|---|---|---|---|
| Vocational guidance and counseling | DCPS | 3 hr per year | 01/09/2020 | 01/08/2021 |

**EXTRACURRICULAR ACTIVITES AND COMMUNITY PARTICIPATION:**

| Kiyel performs and produces music videos of himself rapping. He participates in an after school program, Live Music Achievemnent on Thursdays. |
|---|

**COURSE OF STUDY**

*A course of study is a long-range education plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and intrests as described above.*

| Kiyel is currently enrolled in his 9th grade courses required for a high school diploma: Algebra I, English 9, World History & Geography I, Biology, Engineering I and Aerospace Science and Leadership. |
|---|

KTK000303



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Individualized Education Program (IEP)

**GRADUATION PLANNING**

Projected Exit Category:      [X] H.S. Diploma
                              [  ] H.S. Certificate prior to age 22
                              [  ] H.S. Certificate at age 22

Date of Projected Graduation: 06/15/2023

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

KTK000304



## Individualized Distance Learning Plan

| Student Name | Kiyel Kearney | | Student ID | 9291828 | Case Manager | Victoria Mardre |
|---|---|---|---|---|---|---|

**Overview**

The purpose of this Individualized Distance Learning Plan is to communicate how the supports and services outlined in a student's Individualized Education Program (IEP) will be delivered during remote learning. This plan is based on the current IEP and **does not** take the place of the annual IEP.

**Provision of Related Services**

This section outlines the manner in which special education related services will be provided for the student during the period of virtual learning. Stakeholders determine the best method (e.g. Canvas, Microsoft Teams, Phone consultation with parent, delivery of instructional materials, etc.), frequency, and duration of service.

Prior to the delivery of related services in a virtual format, parents must provide consent to DCPS by completing the DCPS Telehealth Services Consent Form-Therapy.

Please indicate completion of this task:

     Parent Signed DCPS Telehealth Services Consent Form - Therapy    ☐ Yes. Date:_____    ☐ No

_Maria Kearney (Sep 29, 2020 18:52 EDT)_

KTK000305

| Related Service | Method for Related Service Delivery | Mode | Frequency (e.g. # of times per week) | Duration (e.g. length of time) |
|---|---|---|---|---|
| ☐ Speech Therapy | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☐ Physical Therapy | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☐ Occupational Therapy | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☒ Behavior Support Services | ☒ Teletherapy | **Via teams, cell phone/check-in via text/phone calls** | **2x per month** | **30 mins** |
| | ☒ Parent Consultation | **via email/phone call** | **1x per month** | **15 mins** |
| | ☒ Other: | **classroom observation/asynchronous learning activity/EBT** | **1x per month** | **15 mins** |
| ☐ Audiology | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☐ Orientation and Mobility | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☐ Other | | | | |

KTK000306

| Virtual Learning Provision of Specialized Instruction | | | | | |
|---|---|---|---|---|---|
| This section outlines the manner in which specialized instruction will be provided for the student during the period virtual learning. Learning may be live or asynchronous, and a combination of whole group, small group and individual support. It is guided by the weekly school schedule and must adhere to DCPS provision of general instruction guidelines. | | | | | |
| **Goal Area Listed on Current IEP** | **Current Annual IEP Goal** | **Resources and Strategies Used to Promote Accessibility** (Provide description of relevant specialized instruction strategies, accommodations, and modifications used to promote accessibility. You may use OSSE Accommodations Matrix for suggestions) | **Frequency** *(e.g. # of times per week)* | **Duration** (*e.g. length of time*) | **Does Student Have DA Listed on IEP?** ☐ Yes  ☒ No  **If Yes, check which goals require DA support.** |
| ☒ Reading | **Annual Goal 1: By 01/08/2021, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.** | **Provide the student with opportunities for repetition of directions or opportunities to read directions aloud as necessary** <br><br> **As appropriate, disable and/or adjust time settings in applications to meet student needs** <br><br> **Provide instruction individually or in a small group with peers as needed:** <br> **• By phone** <br> **• By video chat** <br><br> **Provide student opportunity to respond in multiple modalities as necessary** | **4x per week** | **30 mins.** | ☐ DA Supported |
| | **Annual Goal 2: By 01/08/2021, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and** | **Provide the student with opportunities for repetition of directions or opportunities to read directions aloud as necessary** <br><br> **As appropriate, disable and/or adjust time settings in applications to meet student needs** | **4x per week** | **30 mins.** | ☐ DA Supported |

KTK000307

| | | | | | |
|---|---|---|---|---|---|
| | explain how evidence supports the claim, for (3 out of 4) text analyses. | Provide instruction individually or in a small group with peers as needed:<br>• By phone<br>• By video chat<br><br>Provide student opportunity to respond in multiple modalities as necessary | | | |
| | | | | | ☐ DA Supported |
| ☒ Written Expression | Annual Goal 1: By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials. | As appropriate, disable and/or adjust time settings in applications to meet student needs<br><br>Provide instruction individually or in a small group with peers as needed:<br>• By phone<br>• By video chat<br><br>Provide digital copies of visuals used within the classroom for home use. Provide versions that can be edited as needed. | 3x per week | 30 mins. | ☐ DA Supported |
| | Annual Goal 2: By 01-08-2021, given an independent level text with an exemplar piece of evidence that supports the claim, a prehighlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the claim and | As appropriate, disable and/or adjust time settings in applications to meet student needs<br><br>Provide instruction individually or in a small group with peers as needed:<br>• By phone<br>• By video chat<br><br>Provide digital copies of visuals used within the classroom for home use. Provide versions that can be edited as needed. | 3x per week | 30 mins. | ☐ DA Supported |

KTK000308

| | (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts. | | | | |
|---|---|---|---|---|---|
| | | | | | ☐ DA Supported |
| ☒ Math | By the end of the IEP cycle, when given a list of geometric terms (e.g., angle, circle, perpendicular line, parallel line, or line segment) and a list of definitions, Kiyel will match the words to their definitions for 4 out of 5 geometric terms. | ●During specialized instruction, teacher will reteach using explicit instruction to break down math concepts utilizing metacognitive (think aloud) strategies. Teacher will provide student with repeated opportunities to practice learned skills and concepts and allow for student to 4x per week 30 mins. DA Supported will match the words to their definitions for 4 out of 5 geometric terms. provide feedback and demonstrate understanding in multiple ways.<br><br>● Provide instruction individually or in a small group with peers:<br>○ by phone<br>○ virtually in microsoft teams<br>● Provide modeled examples with step-by-step tips and/or visual image supports<br>● Provide copies of commonly used graphic organizers<br>● Provide appropriate extended time for assignments and assessments for individual students.<br>● Use of calculator for non-calculator sections | 4x per week | 30 mins. | ☐ DA Supported |
| | By the end of the IEP cycle, when given a diagram with | ● Provide instruction individually or in a small group with peers: | 4x per week | 30 mins | ☐ DA Supported |

KTK000309

| | | | | |
|---|---|---|---|---|
| the measure of one angle given and another angle marked as unknown, Kiiyel will determine the measure of the unknown angle by first identifying the relationship between the given and the unknown angle (e.g., alternate interior angles are congruent) and then stating the angle measure for the unknown angle (e.g., m?ABC = 66°) for (4 out of 5) problems. | ○ by phone<br>○ virtually in microsoft teams<br>● Provide modeled examples with step-by-step tips and/or visual image supports<br>● Provide copies of commonly used graphic organizers<br>● Provide appropriate extended time for assignments and assessments for individual students.<br>● Use of calculator for non-calculator sections | | | |
| By the end of the IEP cycle, when given a figure on a graph and a description of a transformation that is a translation or dilation only (e.g., shift right 4 units, shift down 5 units), Kiyel will correctly choose the types of transformation used (e.g., translation, dilation), choose the correct transformed figure on a graph (e.g. using patty paper, transparencies, graphing software (i.e., Geogebra ), choose the correct function or rule that moves the original to the transformed figure (e.g., (x, y) -> (x + 4, y - 5), and choose if distances and angles are | ● Provide instruction individually or in a small group with peers:<br>○ by phone<br>○ virtually in microsoft teams<br>● Provide modeled examples with step-by-step tips and/or visual image supports<br>● Provide copies of commonly used graphic organizers<br>● Provide appropriate extended time for assignments and assessments for individual students.<br>● Use of calculator for non-calculator sections | 4xper wk. | 30mins. | ☐ DA Supported |

KTK000310

| | | | | | |
|---|---|---|---|---|---|
| | preserved (e.g., for a translation, distances and angles are preserved) each from four, fixed answer choices for 4 out of 5 transformations.<br><br>By the end of the IEP cycle, when given two triangles , Kiyel will determine if the two triangles are similar using  Similarity Theorem (SSS, SAS etc.) and write a similarity statement for (4 out of 5) problems. | | | | |
| ☐ Vision | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| ☐ Hearing | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| ☐ Cognitive or Adaptive Functioning | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| ☒ Transition | By the end of the IEP cycle, Kiyel will research 2 community colleges that offer a degree in music engineering and list the educational requirements and report his findings to his case manager. | Meet with guidance counselor to explore using the Navigator Career Proram. | 2x per year | 2hrs. | ☐ DA Supported |
| | By the end of the IEP cycle, Kiyel will research 3 careers | Student will use the Naviator Career Program. | 2x per year | 2 hrs. | ☐ DA Supported |

KTK000311

| | | | | | |
|---|---|---|---|---|---|
| | in Music Engineering, to include positions, salary, and training needed with 100% accuracy. | | | | |
| | | | | | ☐ DA Supported |
| ☒ Other | Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time. | | at opportunity | 120 | ☐ DA Supported |

| Communications Plan | | | | |
|---|---|---|---|---|
| Families should expect regular and ongoing communication from the members of a student's special education team.  This section outlines the plan for maintaining regular communication with families about individual student progress during remote learning. | | | | |
| **Mode of Communication** *(select all that apply)* | **Frequency** | **Purpose** | **Preferred Time of Day (8:00AM-3:30PM)** | **POC** |
| ☒ Phone Call | Weekly by COB on Tuesday | Report on progress and/or respond to requests for support. | No Preference | Ms. Mardre/Ms. St.Clair |
| ☒ Email | As needed: requested email to be sent to daughter's email | Report on progress and/or respond to requests for support. | No Preference | Ms. Mardre/Ms. St.Clair |
| ☐ Video Call | | Instruction, report on progress and/or respond to requests for support. | <Select One> | |

KTK000312

| ☐ IEP Progress Report | Every 9 weeks or at the same interval in which Report Cards are distributed. | Describe progress made towards achievement of IEP goals. | N/A | Case manager |
|---|---|---|---|---|
| ☐ Other: (Ex. Class website, newsletter, etc.) | | | <Select One> | |
| Notes | *(Include any relevant notes about preferred contact method, permission to leave voicemail, etc.)* | | | |

KTK000313

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Individualized Distance Learning Plan

| Student Name | Kiyel Kearney | | Student ID | 9291828 | Case Manager | Victoria Mardre |
|---|---|---|---|---|---|---|

**Overview**

The purpose of this Individualized Distance Learning Plan is to communicate how the supports and services outlined in a student's Individualized Education Program (IEP) will be delivered during remote learning. This plan is based on the current IEP and **does not** take the place of the annual IEP.

**Provision of Related Services**

This section outlines the manner in which special education related services will be provided for the student during the period of virtual learning. Stakeholders determine the best method (e.g. Canvas, Microsoft Teams, Phone consultation with parent, delivery of instructional materials, etc.), frequency, and duration of service.

Prior to the delivery of related services in a virtual format, parents must provide consent to DCPS by completing the DCPS Telehealth Services Consent Form-Therapy.

Please indicate completion of this task:

Parent Signed DCPS Telehealth Services Consent Form - Therapy    ☒ Yes. Date:_____    ☐ No

KTK000314

1200 First Street, NE | Washington, DC 20002 | T 202.442.5885 | F 202.442.5026 | dcps.dc.gov

| Related Service | Method for Related Service Delivery | Mode | Frequency (e.g. # of times per week) | Duration (e.g. length of time) |
|---|---|---|---|---|
| ☐ Speech Therapy | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☐ Physical Therapy | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☐ Occupational Therapy | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☒ Behavior Support Services | ☒ Teletherapy | **Via teams, cell phone/check-in via text/phone calls** | **2x per month** | **30 mins** |
| | ☒ Parent Consultation | **via email/phone call** | **1x per month** | **15 mins** |
| | ☒ Other: | **classroom observation/asynchronous learning activity/EBT** | **1x per month** | **15 mins** |
| ☐ Audiology | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☐ Orientation and Mobility | ☐ Teletherapy | | | |
| | ☐ Parent Consultation | | | |
| | ☐ Other: | | | |
| ☐ Other | | | | |

KTK000315

| Virtual Learning Provision of Specialized Instruction |
|---|

This section outlines the manner in which specialized instruction will be provided for the student during the period virtual learning. Learning may be live or asynchronous, and a combination of whole group, small group and individual support. It is guided by the weekly school schedule and must adhere to DCPS provision of general instruction guidelines.

| Goal Area Listed on Current IEP | Current Annual IEP Goal | Resources and Strategies Used to Promote Accessibility (Provide description of relevant specialized instruction strategies, accommodations, and modifications used to promote accessibility. You may use OSSE Accommodations Matrix for suggestions) | Frequency *(e.g. # of times per week)* | Duration *(e.g. length of time)* | Does Student Have DA Listed on IEP? ☐ Yes ☒ No  If Yes, check which goals require DA support. |
|---|---|---|---|---|---|
| ☒ Reading | **Annual Goal 1: By the end of the IEP cycle, given a grade-level literary passage and a prompt to analyze the character, Kiyel will explain (orally or in writing) (1) character's development in the passage as it relates to the given (theme or plot) and cite (3) pieces of supporting evidence in (3 out of 4) literary responses.** | **Provide the student with opportunities for repetition of directions or opportunities to read directions aloud as necessary**  **As appropriate, disable and/or adjust time settings in applications to meet student needs**  **Provide instruction individually or in a small group with peers as needed:** • **By phone** • **By video chat**  **Provide student opportunity to respond in multiple modalities as necessary** | **4x per week** | **30 mins.** | ☐ DA Supported |
|  | **Annual Goal 2: By the end of the IEP cycle, given a grade level informational text and a claim,Kiyel will (orally or in writing) cite (3) pieces of supporting evidence and** | **Provide the student with opportunities for repetition of directions or opportunities to read directions aloud as necessary**  **As appropriate, disable and/or adjust time settings in applications to meet student needs** | **4x per week** | **30 mins.** | ☐ DA Supported |

KTK000316

| | | | | | |
|---|---|---|---|---|---|
| | explain how evidence supports the claim, for (3 out of 4) text analyses. | Provide instruction individually or in a small group with peers as needed:<br>• By phone<br>• By video chat<br><br>Provide student opportunity to respond in multiple modalities as necessary | | | |
| | | | | | ☐ DA Supported |
| ☒ Written Expression | **Annual Goal 1: By the end of the IEP cycle, given a grade level writing prompt and a graphic organizer, Kiyel will correctly respond by producing clear and coherent writing in which the development, organization, and style are appropriate to the task, purpose and audience with 80% accuracy in 4 out of 5 trials.** | **As appropriate, disable and/or adjust time settings in applications to meet student needs**<br><br>**Provide instruction individually or in a small group with peers as needed:**<br>**• By phone**<br>**• By video chat**<br><br>**Provide digital copies of visuals used within the classroom for home use. Provide versions that can be edited as needed.** | **3x per week** | **30 mins.** | ☐ DA Supported |
| | **Annual Goal 2: By the end of the IEP cycle, given an independent level text with an exemplar piece of evidence that supports the claim, a prehighlighted counterclaim, and a graphic organizer that includes a claim and counterclaim, Kiyel will write an argument using sentence starters and select (1) additional piece of evidence that supports the** | **As appropriate, disable and/or adjust time settings in applications to meet student needs**<br><br>**Provide instruction individually or in a small group with peers as needed:**<br>**• By phone**<br>**• By video chat**<br><br>**Provide digital copies of visuals used within the classroom for home use. Provide versions that can be edited as needed.** | **3x per week** | **30 mins.** | ☐ DA Supported |

KTK000317

| | claim and (1) additional piece of evidence in response to the counterclaim, accurately choosing (3 out of 4) pieces of evidence for (2 out of 3) texts. | | | | |
|---|---|---|---|---|---|
| | | | | | ☐ DA Supported |
| ☒ Math | By the end of the IEP cycle, when given a list of geometric terms (e.g., angle, circle, perpendicular line, parallel line, or line segment) and a list of definitions, Kiyel will match the words to their definitions for 4 out of 5 geometric terms. | ●During specialized instruction, teacher will reteach using explicit instruction to break down math concepts utilizing metacognitive (think aloud) strategies. Teacher will provide student with repeated opportunities to practice learned skills and concepts and allow for student to 4x per week 30 mins. DA Supported will match the words to their definitions for 4 out of 5 geometric terms. provide feedback and demonstrate understanding in multiple ways.<br><br>● Provide instruction individually or in a small group with peers:<br>○ by phone<br>○ virtually in microsoft teams<br>● Provide modeled examples with step-by-step tips and/or visual image supports<br>● Provide copies of commonly used graphic organizers<br>● Provide appropriate extended time for assignments and assessments for individual students.<br>● Use of calculator for non-calculator sections | 4x per week | 30 mins. | ☐ DA Supported |
| | By the end of the IEP cycle, when given a diagram with | ● Provide instruction individually or in a small group with peers: | 4x per week | 30 mins | ☐ DA Supported |

KTK000318

| | | | | | |
|---|---|---|---|---|---|
| | the measure of one angle given and another angle marked as unknown, Kiiyel will determine the measure of the unknown angle by first identifying the relationship between the given and the unknown angle (e.g., alternate interior angles are congruent) and then stating the angle measure for the unknown angle (e.g., m?ABC = 66°) for (4 out of 5) problems. | ○ by phone<br>○ virtually in microsoft teams<br>● Provide modeled examples with step-by-step tips and/or visual image supports<br>● Provide copies of commonly used graphic organizers<br>● Provide appropriate extended time for assignments and assessments for individual students.<br>● Use of calculator for non-calculator sections | | | |
| | By the end of the IEP cycle, when given a figure on a graph and a description of a transformation that is a translation or dilation only (e.g., shift right 4 units, shift down 5 units), Kiyel will correctly choose the types of transformation used (e.g., translation, dilation), choose the correct transformed figure on a graph (e.g. using patty paper, transparencies, graphing software (i.e., Geogebra ), choose the correct function or rule that moves the original to the transformed figure (e.g., (x, y) -> (x + 4, y - 5), and choose if distances and angles are | ● Provide instruction individually or in a small group with peers:<br>○ by phone<br>○ virtually in microsoft teams<br>● Provide modeled examples with step-by-step tips and/or visual image supports<br>● Provide copies of commonly used graphic organizers<br>● Provide appropriate extended time for assignments and assessments for individual students.<br>● Use of calculator for non-calculator sections | **4xper wk.** | **30mins.** | ☐ DA Supported |

KTK000319

| | | | | | |
|---|---|---|---|---|---|
| | preserved (e.g., for a translation, distances and angles are preserved) each from four, fixed answer choices for 4 out of 5 transformations.<br><br>By the end of the IEP cycle, when given two triangles , Kiyel will determine if the two triangles are similar using  Similarity Theorem (SSS, SAS etc.) and write a similarity statement for (4 out of 5) problems. | | | | |
| ☐ Vision | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| ☐ Hearing | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| ☐ Cognitive or Adaptive Functioning | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| | | | | | ☐ DA Supported |
| ☒ Transition | By the end of the IEP cycle, Kiyel will research 2 community colleges that offer a degree in music engineering and list the educational requirements and report his findings to his case manager. | Meet with guidance counselor to explore using the Navigator Career Proram. | 2x per year | 2hrs. | ☐ DA Supported |
| | By the end of the IEP cycle, Kiyel will research 3 careers | Student will use the Naviator Career Program. | 2x per year | 2 hrs. | ☐ DA Supported |

KTK000320

| | | | | | |
|---|---|---|---|---|---|
| | in Music Engineering, to include positions, salary, and training needed with 100% accuracy. | | | | |
| | | | | | ☐ DA Supported |
| ☒ Other | Given verbal/nonverbal prompts, positive reinforcement and adult support, student will demonstrate improved academic engagement and motivation for school as evidenced by attending class, completing assignments, and staying on task 80% of the time. | | at opportunity | 120 | ☐ DA Supported |

<br/>

| Communications Plan | | | | |
|---|---|---|---|---|
| Families should expect regular and ongoing communication from the members of a student's special education team.  This section outlines the plan for maintaining regular communication with families about individual student progress during remote learning. | | | | |
| **Mode of Communication** *(select all that apply)* | **Frequency** | **Purpose** | **Preferred Time of Day (8:00AM-3:30PM)** | **POC** |
| ☒ Phone Call | Weekly by COB on Tuesday | Report on progress and/or respond to requests for support. | No Preference | Ms. Mardre/Ms. St.Clair |
| ☒ Email | As needed: requested email to be sent to daughter's email | Report on progress and/or respond to requests for support. | No Preference | Ms. Mardre/Ms. St.Clair |
| ☐ Video Call | | Instruction, report on progress and/or respond to requests for support. | <Select One> | |

KTK000321

| ☐ IEP Progress Report | Every 9 weeks or at the same interval in which Report Cards are distributed. | Describe progress made towards achievement of IEP goals. | N/A | Case manager |
|---|---|---|---|---|
| ☐ Other: (Ex. Class website, newsletter, etc.) | | | <Select One> | |
| **Notes** | *(Include any relevant notes about preferred contact method, permission to leave voicemail, etc.)* | | | |

KTK000322



## IEP Team Meeting Agenda/Notes

Date: December 6, 2021
Student: Kiyel Kearney

| Necessary Participants |
|---|

Adult Student (when appropriate): Kiyel Kearney
**Special Education Teacher: Ms. Trudianne James**
General Education Teacher: Wilfredo Ortiz
Occupational Therapist:
**Speech Language Pathologist:**
**Psychologist:**
**Social Worker: William Johnson**
**SEC/LEA Representative: Trudianne James**
RSA: did not attend
Krystal Hall-Thomas (Guidance Counselor)

| Agenda |
|---|

- Welcome participants
- Introductions of participants and collection of the sign-in sheet
- Review purpose of meeting
- Review rights and procedural safeguards and collect signed copy
- Review *Medicaid Consent Form* and collect signed copy
- Verify the student's demographics
- Obtain a statement of parent concerns
- Review Current Progress
- Discuss student's strengths, and areas of weaknesses

KTK000323

## Statement of Meeting Purpose:

The team introduced themselves.

Special education staff verified that the parent/guardian/adult student had received a copy of the procedural safeguards and Medicaid reimbursements form was received virtually.

Ms. James stated the purpose of the meeting:
- The team assembled to develop an IEP and conduct a 30-day review.

## Statement of Parent Concerns

The team reviewed Kiyel's current progress via Summit. He noted that he did not have any concerns. The team asked about his school history and he indicated he previously attended Cardozo. When asked why he withdrew, he mentioned that he no longer felt comfortable at the school and he no longer could manage the commute after moving.

His mother also shared that after moving, he struggled with his commute. She also shared that  he struggled with virtual learning during the pandemic which is really when he truancy began. He has not been to school since the pandemic.

## Statement of School Concerns

The team reviewed his school history.

## Special Factors

Please see the IEP for further information.

## Goals/ Present Levels

Please see the IEP for further information.

Ms. James reviewed the PLOP's and included updated progress monitoring data along with the results from the previous psychological. The information in his IEP is a record review as there is very little data available for review.

## Least Restrictive Environment *(Include a discussion of the harmful effects on the student or on the quality of services in all academic settings considered for the student)*

**Specialized Instruction:**
Team considered all available information and reports to determine services on IEP. The team agreed to continue with the previously recommended service hours for specialized instruction and related services.

## Other Classroom Aids and Services

Please see the IEP for further information.

## Classroom and Assessment Accommodations

The team agreed to the accommodations and modifications on the IEP. Please see the IEP for further information.

KTK000324

**Transportation**

The team determined that the student does not qualify for transportation services at this time.

**Extended School Year & ESY Transportation**

The team determined that the student does not qualify for extended school year services, as there is no evidence to review to determine regression after a break in services.

**Additional Information Discussed**

Transition plan was reviewed.

*Next Steps*

**Next Steps:**
- All finalized documents will be emailed within five business days from todays date.
    o IEP
    o PWN(s)
    o Meeting notes

KTK000325



DISTRICT OF COLUMBIA
OFFICE OF THE STATE SUPERINTENDENT OF ....CATION



## Agenda & Meeting Notes

| Name | Title | Signature |
|---|---|---|
| Thudianne Janur | SE/LEA | |
| Miyel BEARNey | Student | Miguel MEARNe |
| WILLIAM JOHNSON | SOCIAL WORKER | Wm. Johnson |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

KTK000326



**MDT Meeting Agenda/Notes**

Date: February 7, 2022
Student: Kiyel Kearney

| **Necessary Participants** |
|---|

Student (when appropriate): Did not attend
Parent(s)/Guardian(s):
Special Education Teacher: Nandi Taylor
General Education Teacher: Lakesha Foster
Occupational Therapist:
Speech Language Pathologist:
Psychologist:
Social Worker: William Johnson
LEA Representative: Trudianne James
Guidance Counselor: Krystal Hall - Thomas
Educational Advocate: N/A

| **Agenda** |
|---|

- Welcome participants
- Introductions of participants and collection of the sign-in sheet
- Review purpose of meeting
- Review rights and procedural safeguards and collect signed copy
- Review *Medicaid Consent Form* and collect signed copy
- Verify the student's demographics
- Obtain a statement of parent concerns
- Review Current Progress
- Discuss student's strengths, and areas of weaknesses

KTK000327

**Statement of Meeting Purpose:**

The team introduced themselves.

Ms. James verified that the adult student had received a copy of the procedural safeguards, meeting invitation and draft documents. All documents were emailed.

Ms. James stated the purpose of the meeting:
- Eligibility and Annual IEP review

**Statement of Parent/Adult Student Concerns**

Despite multiple attempts to engage with the student to review the AED and gain consent, the student was non-responsive each time. The LEA proposes to move forward with the Eligibility process and Annual IEP review process as the student continues to present with deficits that require specialized supports.

The adult student was non-responsive to each attempt.

**Discussion**

The student did not attend the meeting.

**Specialized Instruction/Related Services:**

Team considered all available information and reports to determine services on IEP.

**Eligibility Determination:**

The MDT determined that he continues to present with deficits that require specialized instruction and related services at this time. The team proposes to continue his special education eligibility as a student with SLD

***Next Steps***

1. Finalize the IEP/PWN/Eligibility within the next five business days.

KTK000328



# IEP Team Meeting Agenda/Notes

**Necessary Participants**

Date: 3/24/17
Time: 10:30 am
Special Education Teacher: Ms. Amery Stapleton
General Education Teacher: Ms. Katherine Unger
LEA Representative: Ms. Brown

**Agenda**

Kiyel Kearney IEP meeting

**Statement of Meeting Purpose:**

Kiyel Kearney IEP meeting

**Statement of Parent Concerns**

No Parent concern at this time

**Review of Disability** *(Discussion of any recent assessments/ evaluations and include a statement on how disability impacts student's access to general education curriculum)*

The student remains a special education student under the disability classification of SLD

**Present Levels of Academic Achievement and Functional Performance**

Ms. Brown- Stated the purpose for the meeting, introductions, facilitator

Ms. Unger- The student is a really great student to work with; he is below grade level in reading and math. 378 Sept.) RI...scored 248 in January 2017.

Attendance concerns. The student's attendance is 25 absences. 22 are unexcused.
His testing attitude is not good; he gets overwhelmed when he has to take an assessment. The student gives up automatically and doesn't try.
427-iready in math (sept), scored 451 in Jan. he has already met his growth target for the year. The student is progressing in math.

English is an issue, when he comes to school late in 1ˢᵗ period English; this contributes to his low scores and interruption of learning. If there was something that happened at home during the night, the student will carry this throughout the day. The student is trying to get to school on time more often and stay away from students who may distract him.

KTK000329

The student has said that he doesn't enjoy going to spell read, and he doesn't like Spanish. He currently has a 69% in Spanish, English- 84%, Math 73%, Spell read- 87%, Geography 70%. The student did an excellent job on a project for geography.

**Goals** (Include a discussion of previous goals and objectives and how the goals will be measured)

Ms. Stapleton- Reviewed the student's academic goals

**Transition Plan** *(if student will be 16 years of age before the expiration of this IEP)*

Ms. Stapleton- Reviewed the student transition goals.

**Supplementary Aides/Services** (consider AT, communication needs, etc.)

The student does not have any communication needs at this time.

**Dedicated Aide**

The student does not require a dedicated aide.

**Least Restrictive Environment** *(Include a discussion of the harmful effects on the student or on the quality of services in all academic settings considered for the student)*

There are no harmful effects on the student or on the quality of services that the student will receive in all academic settings

**Classroom Accommodations/Testing Participation**

The student will take the regular statewide assessment with accommodations. The student will receive classroom accommodations in accordance with her IEP.

**Review of BIP/FBA or Consideration of Positive behavioral interventions, supports, and strategies to address behavior (if applicable)**

The student does not have a FBA/BIP

**ESY - Discuss the following if applicable and include a statement of eligibility.**

The student does not qualify for ESY.

**Transportation**

The student does not receive transportation services.

**Additional discussion items:**

No additional items to discuss at this time

*Conclusion*

The team will continue to implement the student's IEP

KTK000330



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# IEP Team Meeting Agenda/Notes

| Necessary Participants |
|---|
| Date: 2/26/18 |
| Time: 10:30 am |
| Parent: Maria Kearney |
| Special Education Teacher: Ms. T. Tyson |
| General Education Teacher: Ms. Webb |
| LEA Representative: Ms. E. Brown |

**Agenda**

Kiyel Kearney IEP meeting

**Statement of Meeting Purpose:**

Kiyel Kearney IEP meeting (to review and revise the student's IEP)

**Statement of Parent Concerns**

No concerns at this time.

**Review of Disability** *(Discussion of any recent assessments/ evaluations and include a statement on how disability impacts student's access to general education curriculum)*

The student receives special education services under the disability classification of SLD.

**Present Levels of Academic Achievement and Functional Performance**

Ms. Brown- Introductions, stated the purpose for the meeting, facilitator.

Ms. Tyson- Reviewed the student's academic plops with the team. Math- Kiyel completed the iReady assessment on September 18, 2017 and scored a 409. He completed the iReady assessment again on January 26, 2018 and scored a 446. His strongest areas are measurement and data (4th grade level) and numbers and operations (3rd grade level). His struggles with solving problems in the area of geometry (2nd grade level) and algebra and algebraic thinking (3rd grade level). His overall performance on iReady is at a 4th grade level. His math teacher reports that Kiyel internalizes his defeat and expresses it as behavior outbursts in the focus of humor and throwing things across the room.

Reading- Kiyel completed the Reading Inventory on September 12, 2017 and scored a 491. His performance indicates that he is reading and comprehending texts at a 2nd grade level. Kiyel has sufficient control over vocabulary and syntax to work on applying reading skills. Kiyel's English teacher reports that he works well on some days, but on other days he will put his head down and disengage. He earned a C for the second quarter.

KTK000331

Written Expression- Kiyel's writing continues to be a challenge for him.  He often supported with one to one assistance in responding to grade level writing prompts.  His comprehension of the question being asked is often scaffold for him and spelling, mechanics and organization too present difficulty. Kiyel inconsistently writes complete sentences with a capital letter and period. According to Kiyel's work samples, he struggles with citing strong textual evidence in his writing.

Ms. Webb- Because of his medical issues he only has one grade in the grade book for this quarter. I put medical for his mid-term grade. The student was earning a "C" for second quarter. He is a pretty good student, no behavior concerns, he just needs to attend class.

**Goals** (Include a discussion of previous goals and objectives and how the goals will be measured)

Ms. Tyson- Reviewed the student's academic goals with the team.

**Transition Plan** *(if student will be 16 years of age before the expiration of this IEP)*

Ms. Tyson- Reviewed the student's transition plan with the team. Academic- Kiyel enjoys English class because he likes to read. He stated there is not a class he dislikes. Functional- Kiyel enjoys basketball and bike riding.  He has competed on the school's basketball team. Employment-Kiyel expressed an interest in the following career paths: government worker in an office, a mechanic for automobiles, and/ or repairing bikes.

**Supplementary Aides/Services** (consider AT, communication needs, etc.)

The student does not receive speech & lang. Services. The student does not require AT at this time.

**Dedicated Aide**

The student does not qualify for or receive services from a dedicated aide.

**Least Restrictive Environment** *(Include a discussion of the harmful effects on the student or on the quality of services in all academic settings considered for the student)*

There will not be any harmful effects on the student or on the quality of services that the student will receive in his academic settings.

**Classroom Accommodations/Testing Participation**

The student will take the regular statewide assessment and will receive accommodations in accordance with his IEP.

**Review of BIP/FBA or Consideration of Positive behavioral interventions, supports, and strategies to address behavior (if applicable)**

The student does not receive BSS

**ESY - Discuss the following if applicable and include a statement of eligibility.**

The student does not qualify for ESY.

**Transportation**

The student does not receive transportation services.

***Additional discussion items:***

No additional items to discuss at this time.

KTK000332

### Conclusion

The team will continue to implement the student's IEP and special education services.

KTK000333



### Behavior Intervention Plan – Level I

Student Name:    Kyiel Kearney         Date: 1/17/2019    Teacher:    A. Schick

Student problem definition 1:   Disengagement from academic tasks
(Refer to questions 1-3 of FBA-I interview)

Student problem definition 2:  Constantly late
(Refer to questions 1-3 of FBA-I interview)

| Intervention Description | Intervention Delivery | Check-Up date | Assessment Data | Goal by next Meeting |
|---|---|---|---|---|
| For each of the student problem behaviors identified above, what are the replacement behaviors that were identified on the FBA-I. Refer to questions 14-15 on the FBA-I interview. | On question 16 of the FBA-I interview, a method for teaching the student replacement behaviors was identified. What was the method?  List key details such as who, what, when, were and how. Also, questions 18-19 identify possible incentives and consequences that can be used to teach the student replacement behaviors. What were the incentives and consequences listed on the FBA-I? | Selecta a date when the data will be reviewed to evaluate the intervention. | What tools will you use to monitor the student's progress?     How is the student currently performing, or, what are the student's current scores? | How will you know if the student learned the replacement behaviors? (Refer to question 17 of the FBA-I interview.) |
| Replacement behavior 1:<br><br>**Academic engagement.** | Method:<br><br>• Nonverbal cues (using gestures to convey desires)<br>• Positive reinforcement<br>• Close proximity when giving directives<br>• Modelling tasks for student<br><br>Incentives:     Consequences:<br><br>Lunch detention | 3/15/2019 (6 weeks) | Type(s) of data to be used:<br><br>• SBT<br>• Direct observation<br>• Teacher anecdotal notes<br>• Live School<br>• Progress Reports<br>• Report Cards<br>• Daily Tracker<br><br>Baseline data: | Desired outcomes:<br><br>Kyiel will complete academic tasks without prompting. |

KTK000334

| | Verbal praise for compliance (i.e. following directions and participating)<br><br>Enjoys courteousness (i.e. saying please and thank you)<br><br>Live School points<br><br>Access to PBIS events | Verbal redirection<br><br>Call home<br><br>Live School demerits<br><br>Discipline referral | | Kyiel seeks attention and avoids completing work. | |
|---|---|---|---|---|---|
| Replacement behavior 2:<br><br>**On time for school.** | Method:<br><br>• Student Support Plan<br>• Verbal prompts<br>• Nonverbal cues<br>• Modeling<br>• Close proximity (i.e. 1:1 directives) | | 3/15/2019 (6 weeks) | Type(s) of data to be used:<br><br>• Direct observation<br>• Teacher anecdotal notes<br>• Live School<br>• Daily Tracker | Desired outcomes:<br><br>Kyiel will come to school on time 3 out of 5 days per week. |
| | Incentives:<br><br>Verbal praise for on time arrival<br><br>Using prosocial language towards him<br><br>Live School points<br><br>Access to PBIS events | Consequences:<br><br>Attendance Contract<br><br>Verbal redirection<br><br>Call home<br><br>Live School demerits | | Baseline data:<br><br>Kyiel is late for school daily. | |

KTK000335



# Functional Behavior Assessment Level 1 Interview

Name of Student: Kiyel Kearney
School: Cardozo Education Campus
Teacher: Mr. Schick
Evaluator: Mrs. Sia McCoy, LICSW, LCSW
Date of Assessment: January 15th, 2019

## Purpose:
To establish a method of obtaining specific, descriptive information about student behavior using language that is simple, but, effective in understanding behavior and promoting positive behavior change.

## Defining Behavior (Conceptualization)
Mr. Schick reported that Kiyel is often late, disengaged, sleepy/sleeping, talks out of turn and off topic. Mr. Schick reports that the occurrence of Kiyel's behaviors vary as his reaction depends on the situation he is presented with.  His behaviors can last from 5 minutes to an entire period of 65 minutes.

## Context (Antecedent-Behavior-Consequences)
Kiyel's behaviors are most likely to occur in any class. However, his behaviors are least likely to happen in Mr. Schick's History class. Kiyel's behaviors are triggered when people are confrontational towards him. Mr. Schick stated that Kiyel can be trigged by anything. He further reported that Kiyel's behaviors are worse when he is in the presence of a new teacher or staff member.

## Functional Hypothesis (Purpose of Behavior)
The possible functions for Kiyel's behaviors could be a way of gaining attention from others, whether it is negative or positive. Additionally, his behaviors allow for him to avoid and or not

1200 First Street, NE | Washington, DC 20002 | T 202.442.5885 | F 202.442.5026 | dcps.dc.gov

KTK000336

Case 1:25-cr-00146-JEB    Document 26-5    Filed 04/26/26    Page 318 of 343

complete his class assignments. Currently, there is no known medical explanations for Kiyel behaviors.



## Teaching Replacement Behavior (Intervention)

Mr. Schick shared that Kyiel greatly appreciates and responds well when staff and students are courteous (i.e. saying please and thank you). Mr. Schick suggested using phrases like please and thank you to get Kyiel interested in lessons. Additionally, it was suggested that praising Kyiel when he follows directions and participates would encourage adaptive behaviors.  Mr. Schick further suggested encouraging Kiyel to get a good night's rest might help him be more alert and participatory in class.

## Maintaining Consequences and Reinforcement (Positive and Negative)

Teachers and staff can ensure that Kiyle gets his need for attention met by providing him with opportunities for him to engage with staff and peers in a positive manner like presenting or engaging in small groups.  Kiyel could benefit from positive reinforcement and praise when he displays appropriate behaviors to further encouragement positive behaviors. Kiyel would benefit from authority figures in the home, school and community setting firm limits and boundaries with clear expectations.

KTK000338



# Functional Behavior Assessment Level 1 Interview

Name of Student: Kiyel Kearney
School: Cardozo Education Campus
Teacher: Mr. Schick
Evaluator: Mrs. Sia McCoy, LICSW, LCSW
Date of Assessment: January 15th, 2019

## Purpose:

To establish a method of obtaining specific, descriptive information about student behavior using language that is simple, but, effective in understanding behavior and promoting positive behavior change.

## Defining Behavior (Conceptualization)

Mr. Schick reported that Kiyel is often late, disengaged, sleepy/sleeping, talks out of turn and off topic. Mr. Schick reports that the occurrence of Kiyel's behaviors vary as his reaction depends on the situation he is presented with.  His behaviors can last from 5 minutes to an entire period of 65 minutes.

## Context (Antecedent-Behavior-Consequences)

Kiyel's behaviors are most likely to occur in any class. However, his behaviors are least likely to happen in Mr. Schick's History class. Kiyel's behaviors are triggered when people are confrontational towards him. Mr. Schick stated that Kiyel can be trigged by anything. He further reported that Kiyel's behaviors are worse when he is in the presence of a new teacher or staff member.

## Functional Hypothesis (Purpose of Behavior)

The possible functions for Kiyel's behaviors could be a way of gaining attention from others, whether it is negative or positive. Additionally, his behaviors allow for him to avoid and or not

KTK000339

Case 1:25-cr-00146-JEB     Document 26-5     Filed 04/26/26     Page 321 of 343

complete his class assignments. Currently, there is no known medical explanations for Kiyel behaviors.



## Teaching Replacement Behavior (Intervention)

Mr. Schick shared that Kyiel greatly appreciates and responds well when staff and students are courteous (i.e. saying please and thank you). Mr. Schick suggested using phrases like please and thank you to get Kyiel interested in lessons. Additionally, it was suggested that praising Kyiel when he follows directions and participates would encourage adaptive behaviors.  Mr. Schick further suggested encouraging Kiyel to get a good night's rest might help him be more alert and participatory in class.

## Maintaining Consequences and Reinforcement (Positive and Negative)

Teachers and staff can ensure that Kiyle gets his need for attention met by providing him with opportunities for him to engage with staff and peers in a positive manner like presenting or engaging in small groups.  Kiyel could benefit from positive reinforcement and praise when he displays appropriate behaviors to further encouragement positive behaviors. Kiyel would benefit from authority figures in the home, school and community setting firm limits and boundaries with clear expectations.

KTK000341



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Behavior Intervention Plan – Level I

Student Name: _____ Kyiel Kearney _____     Date: _5/1/2019_     Teacher: _____ A. Schick _____

Student problem definition 1: _Disengagement from academic tasks_____
(Refer to questions 1-3 of FBA-I interview)

Student problem definition 2: _Constantly late_____
(Refer to questions 1-3 of FBA-I interview)

| Intervention Description | Intervention Delivery | | Check-Up date | Assessment Data | Goal by next Meeting |
|---|---|---|---|---|---|
| For each of the student problem behaviors identified above, what are the replacement behaviors that were identified on the FBA-I. Refer to questions 14-15 on the FBA-I interview. | On question 16 of the FBA-I interview, a method for teaching the student replacement behaviors was identified. What was the method? List key details such as who, what, when, were and how. Also, questions 18-19 identify possible incentives and consequences that can be used to teach the student replacement behaviors. What were the incentives and consequences listed on the FBA-I? | | Selecta a date when the data will be reviewed to evaluate the intervention. | What tools will you use to monitor the student's progress?  How is the student currently performing, or, what are the student's current scores? | How will you know if the student learned the replacement behaviors? (Refer to question 17 of the FBA-I interview.) |
| Replacement behavior 1:<br><br>Academic engagement. | Method:<br><br>• Nonverbal cues (using gestures to convey desires)<br>• Positive reinforcement<br>• Close proximity when giving directives<br>• Modelling tasks for student | | 9/2/2019 | Type(s) of data to be used:<br><br>• SBT<br>• Direct observation<br>• Teacher anecdotal notes<br>• Live School<br>• Progress Reports<br>• Report Cards<br>• Daily Tracker | Desired outcomes:<br><br>Kyiel will complete academic tasks without prompting. |
| | Incentives: | Consequences:<br><br>Lunch detention | | Baseline data: | |

KTK000342

| | Verbal praise for compliance (i.e. following directions and participating) Enjoys courteousness (i.e. saying please and thank you) Live School points Access to PBIS events | Verbal redirection Call home Live School demerits Discipline referral | | Kyiel seeks attention and avoids completing work. | |
|---|---|---|---|---|---|
| Replacement behavior 2: On time for school. | Method: • Student Support Plan • Verbal prompts • Nonverbal cues • Modeling • Close proximity (i.e. 1:1 directives) | | 9/2/2019 | Type(s) of data to be used: • Direct observation • Teacher anecdotal notes • Live School • Daily Tracker | Desired outcomes: Kyiel will come to school on time 3 out of 5 days per week. |
| | Incentives: Verbal praise for on time arrival Using prosocial language towards him Live School points Access to PBIS events | Consequences: Attendance Contract Verbal redirection Call home Live School demerits | | Baseline data: Kyiel is late for school daily. | |

KTK000343



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Behavior Intervention Plan – Level I

Student Name: _____Kyiel Kearney_____    Date: _5/1/2019_    Teacher: _____A. Schick_____

Student problem definition 1: _Disengagement from academic tasks_
(Refer to questions 1-3 of FBA-I interview)

Student problem definition 2: _Constantly late_
(Refer to questions 1-3 of FBA-I interview)

| Intervention Description | Intervention Delivery | Check-Up date | Assessment Data | Goal by next Meeting |
|---|---|---|---|---|
| For each of the student problem behaviors identified above, what are the replacement behaviors that were identified on the FBA-I. Refer to questions 14-15 on the FBA-I interview. | On question 16 of the FBA-I interview, a method for teaching the student replacement behaviors was identified. What was the method?  List key details such as who, what, when, were and how. Also, questions 18-19 identify possible incentives and consequences that can be used to teach the student replacement behaviors. What were the incentives and consequences listed on the FBA-I? | Selecta a date when the data will be reviewed to evaluate the intervention. | What tools will you use to monitor the student's progress? How is the student currently performing, or, what are the student's current scores? | How will you know if the student learned the replacement behaviors? (Refer to question 17 of the FBA-I interview.) |
| Replacement behavior 1:<br><br>Academic engagement. | Method:<br><br>• Nonverbal cues (using gestures to convey desires)<br>• Positive reinforcement<br>• Close proximity when giving directives<br>• Modelling tasks for student | 9/2/2019 | Type(s) of data to be used:<br><br>• SBT<br>• Direct observation<br>• Teacher anecdotal notes<br>• Live School<br>• Progress Reports<br>• Report Cards<br>• Daily Tracker | Desired outcomes:<br><br>Kyiel will complete academic tasks without prompting. |
| | Incentives: | | Baseline data: | |
| | Consequences:<br><br>Lunch detention | | | |

1200   First   Street,   NE   |   Washington,   DC   20002   |   T   202.442.5885   |   F   202.442.5026   |   dcps.dc.gov

KTK000344



# Functional Behavior Assessment Level 1 Interview

Name of Student: Kiyel Kearney
School: Cardozo Education Campus
Teacher: Mr. Schick
Evaluator: Mrs. Sia McCoy, LICSW, LCSW
Date of Assessment: January 15th, 2019

## Purpose:

To establish a method of obtaining specific, descriptive information about student behavior using language that is simple, but, effective in understanding behavior and promoting positive behavior change.

## Defining Behavior (Conceptualization)

Mr. Schick reported that Kiyel is often late, disengaged, sleepy/sleeping, talks out of turn and off topic. Mr. Schick reports that the occurrence of Kiyel's behaviors vary as his reaction depends on the situation he is presented with. His behaviors can last from 5 minutes to an entire period of 65 minutes.

## Context (Antecedent-Behavior-Consequences)

Kiyel's behaviors are most likely to occur in any class. However, his behaviors are least likely to happen in Mr. Schick's History class. Kiyel's behaviors are triggered when people are confrontational towards him. Mr. Schick stated that Kiyel can be trigged by anything. He further reported that Kiyel's behaviors are worse when he is in the presence of a new teacher or staff member.

## Functional Hypothesis (Purpose of Behavior)

The possible functions for Kiyel's behaviors could be a way of gaining attention from others, whether it is negative or positive. Additionally, his behaviors allow for him to avoid and or not

KTK000345

complete his class assignments. Currently, there is no known medical explanations for Kiyel behaviors.



## Teaching Replacement Behavior (Intervention)

Mr. Schick shared that Kyiel greatly appreciates and responds well when staff and students are courteous (i.e. saying please and thank you). Mr. Schick suggested using phrases like please and thank you to get Kyiel interested in lessons. Additionally, it was suggested that praising Kyiel when he follows directions and participates would encourage adaptive behaviors. Mr. Schick further suggested encouraging Kiyel to get a good night's rest might help him be more alert and participatory in class.

## Maintaining Consequences and Reinforcement (Positive and Negative)

Teachers and staff can ensure that Kiyle gets his need for attention met by providing him with opportunities for him to engage with staff and peers in a positive manner like presenting or engaging in small groups. Kiyel could benefit from positive reinforcement and praise when he displays appropriate behaviors to further encouragement positive behaviors. Kiyel would benefit from authority figures in the home, school and community setting firm limits and boundaries with clear expectations.

KTK000347



Behavior Intervention Plan – Level I

**Student Name:** Kyiel Kearney    **Date:** 1/17/2019    **Teacher:** A. Schick

**Student problem definition 1:** Disengagement from academic tasks
(Refer to questions 1-3 of FBA-I interview)

**Student problem definition 2:** Constantly late
(Refer to questions 1-3 of FBA-I interview)

| Intervention Description | Intervention Delivery | Check-Up date | Assessment Data | Goal by next Meeting |
|---|---|---|---|---|
| For each of the student problem behaviors identified above, what are the replacement behaviors that were identified on the FBA-I. Refer to questions 14-15 on the FBA-I interview. | On question 16 of the FBA-I interview, a method for teaching the student replacement behaviors was identified. What was the method?  List key details such as who, what, when, were and how. Also, questions 18-19 identify possible incentives and consequences that can be used to teach the student replacement behaviors. What were the incentives and consequences listed on the FBA-I? | Selecta a date when the data will be reviewed to evaluate the intervention. | What tools will you use to monitor the student's progress? How is the student currently performing, or, what are the student's current scores? | How will you know if the student learned the replacement behaviors? (Refer to question 17 of the FBA-I interview.) |
| Replacement behavior 1: **Academic engagement**. | Method: <ul><li>Nonverbal cues (using gestures to convey desires)</li><li>Positive reinforcement</li><li>Close proximity when giving directives</li><li>Modelling tasks for student</li></ul> Incentives:     Consequences:     Lunch detention | 3/15/2019 (6 weeks) | Type(s) of data to be used: <ul><li>SBT</li><li>Direct observation</li><li>Teacher anecdotal notes</li><li>Live School</li><li>Progress Reports</li><li>Report Cards</li><li>Daily Tracker</li></ul> Baseline data: | Desired outcomes: Kyiel will complete academic tasks without prompting. |

1200    First    Street,    NE    |    Washington,    DC    20002    |    T    202.442.5885    |    F    202.442.5026    |    dcps.dc.gov

KTK000348

| | Verbal praise for compliance (i.e. following directions and participating)<br><br>Enjoys courteousness (i.e. saying please and thank you)<br><br>Live School points<br><br>Access to PBIS events | Verbal redirection<br><br>Call home<br><br>Live School demerits<br><br>Discipline referral | | Kyiel seeks attention and avoids completing work. | |
|---|---|---|---|---|---|
| Replacement behavior 2:<br><br>**On time for school.** | Method:<br><br>• Student Support Plan<br>• Verbal prompts<br>• Nonverbal cues<br>• Modeling<br>• Close proximity (i.e. 1:1 directives) | | 3/15/2019 (6 weeks) | Type(s) of data to be used:<br><br>• Direct observation<br>• Teacher anecdotal notes<br>• Live School<br>• Daily Tracker | Desired outcomes:<br><br>Kyiel will come to school on time 3 out of 5 days per week. |
| | Incentives:<br><br>Verbal praise for on time arrival<br><br>Using prosocial language towards him<br><br>Live School points<br><br>Access to PBIS events | Consequences:<br><br>Attendance Contract<br><br>Verbal redirection<br><br>Call home<br><br>Live School demerits | | Baseline data:<br><br>Kyiel is late for school daily. | |

KTK000349

**APPLICATION** Submit your responses to the questions no later than Friday, October 11, 2019

Kiyel Kearney                                    15

NAME                                              AGE

Cardozo Education Campus

SCHOOL

I like music and making different beats

WHAT ARE YOUR STRENGTHS & PASSIONS?

I enjoy rapping on beats

DESCRIBE YOUR INTEREST IN THE MUSIC INDUSTRY.

I want to learn more about the industry

DESCRIBE WHY YOU ARE INTERESTED IN PARTICIPATING IN THIS PROGRAM.

and what it takes to be successful with sound
Production.        I am a part of LMA a music

DESCRIBE WHAT STEPS YOU HAVE TAKEN OR PLAN TO TAKE TO PURSUE A CAREER IN THE ARTS.

engineering after school program at Cardozo.

## SUBMITTING YOUR RESPONSES

You can submit your responses in one of the following ways:

1. Call in your responses to Sarah Grime at 202.487.1976
2. Text your responses to Sarah Grime at 202.487.1976
3. Email written responses or video to sarah.grime@schooltalkdc.org

# DEADLINE: OCTOBER 11, 2019



**VSA**
The Kennedy Center

This program is provided under a
contract with the John F. Kennedy
Center for the Performing Arts

2019-2020

KTK000350



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of Specialized Instruction

# Annual IEP Meeting Sign-In Sheet and Notes for Kiyel Kearney

(Thursday, January 9, 2020) ................................................................................. ( 10:15 am)

Francis L. Cardozo Education Campus                     Special Education Office C-612

**Necessary Participants Must Sign Below**

| | | |
|---|---|---|
| Student: | Kiyel Kearney | _Kiyel KEARney_ |
| Parent: | Ms. Maria Kearney | |
| Special Educator/Case Manager: | Ms. Victoria Mardre | _V. Mardre_ |
| LEA School Representative: | Ms. Ella Brown: | _E. Brown_ |
| School Social Worker | Ms. Nekia St.Clair: | |
| School Attendance Counselor: | Ms. Monica Scott | _Mon. Scott_ |
| General Educator Teacher | Mr. Matthew Turner: | |
| Other: _____ | _____ | _____ |
| Other: _____ | _____ | _____ |

**Agenda**

- Welcome participants
- Introductions of participants and collection of the sign-in sheet
- Review purpose of meeting
- Review rights and procedural safeguards and collect signed copy
- Review Medicaid Consent Form and collect signed copy (if applicable)
- Verify the student's demographics
- Obtain a statement of parent concerns
- Review Current Progress
- Discuss student's strengths, and areas of weaknesses
- Issue Prior Written Notice
- Provide copy of Sign-In Sheet and Meeting Notes (within 3 days)

**Purpose of Meeting**

Francis L. Cardozo EC| | T 202.673.7385 | October 18, 2019| Dr. Goff, Director of Specialized Instruction

KTK000351

## Purpose of Meeting

The purpose of the meeting is to review and update Kiyel's annual IEP.

## Student Strengths

Kiyel is very pleasant and respectful.

## Student's Statement

Kiyel states that he gets distracted and does not usually ask the teacher for help. "I need to work harder, do my work every day." Kiyel stated that he does not like school, but agreed with the team that his education is important.

## Parent Concerns

Ms. Kearney stated that she is concerned that Kiyel is failing all of his courses except one. She would like for Kiyel to receive make-up work so that he can complete it at home. Ms. Kearney picks Kiyel up daily @ 3pm due to a safety issue, thus he cannot stay after school for tutoring. She ensured that Kiyel will return packages that are sent home.
*Ms. Brown shared that Kiyel had attended the after school music program, Live Music Achievement and Kiyel stated that he would like to attend. However, it is after school on Thursday. Ms. Kiyel agreed to allow Kiyel to attend and she would order Uber for him to get home.

## Teacher's Comments

Ms. Mardre-reviewed the services Kiyel receives, reviewed his grades and progress rport grades;
Ms. Scott-attendance counselor- Reiterated her meeting with Ms. Kearney about Kiyel's attendance.
Mr. Turner-History teacher-"Kiyel is currently failing due to not attempting anthing in class, there are probably academic deficiencies in terms of being on grade level. If Kiyel is not on grade level and giving the lack of effort in class, he continues to fall behind. The lessons are scaffolded. It is possible that kiyel can pass the class, however it will be a lot of work, a lot of studying and effort due to the student missing much of the academic instruction and assignments this term".
Ms. Kearney agrees that Kiyel will need to complete his work in order to pass.
Ms.St. Clair-Social Worker-reviewed SDQ assessment: Kiyel scored in the average range. Low risk for ED. He receives 60 minutes per month of Behavior Support Service. Team did discuss additional support with assisting Kiyel in matriculating through 9th grade and beyond based on concerns of low motivation and confidence.

## Present Levels of Performance

**Math:** On September 10, 2019, Kiyel was administered the Measure of Academic Progress (MAP), a math assessment that measured his performance in solving equations and inequalities (Low), Numerical and Algebraic Expressions (Low), Functions (Low) and Descriptive Statistics (Low-Average) He received an overall score of 204 which placed him at a 5th grade level. Kiyel demonstrates deficits in the areas of creating equations and inequalities in one variable and representing the solutions numerically and graphically. For example, he has challenges when solving equations with a variables on both sides, plotting and graphing linear equations using the slope and y-intercept. **Goals were reviewed.**

**Reading:** On September 6, 2019, Kiyel completed the Reading Inventory for Beginning of the Year (BOY) data.The Scholastic Reading Inventory provides a grade level Lexile score that identifies skills in vocabulary, decoding and comprehension. His Scholastic Reading Inventory results suggest that Kiyel was reading at a Lexile level 493, which is a 3rd grade reading level. A 9th grade reading level is lexile level 1050 or above. Kiyel's lack of motivation and inability to remain focused affects his success in mastering skills. He is reluctant to engage with his peers, and will not advocate for himself. **Goals were reviewed.**

**Written Language :**Based on the most current available data, Kiyel can independently produce complete sentences and paragraphs. He can write short and extended constructed responses with teacher prompts and assistance. Kiyel exhibits deficits in the areas of correctly using grammar mechanics, using precise language and vocabulary when writing, and writing complex ideas clearly and accurately. Graphic organizers, writing prompts, and sentence starters are needed in Kiyel's academic program to help improve his written expression skills: **Goals were reviewed.**

**Behavior:** A Beginning of the Year (BOY) assessment as administered in September 2019. The Strengths and Difficulties Questionnaire (SDQ) is a self-report inventory behavioral screening questionnaire for children and adolescents ages 2 through 17 years old, with five scales scored from 0-10, and the other adding up four of these (emotional, conduct, hyperactivity and peer problems) to create a total difficulty score (range 0-40). The SDQ yielded the following results: Score for overall stress 6 (0 - 14 is close to average) Score for emotional distress 2 (0 - 4 is close to average) Score for behavioural difficulties 1 (0 - 3 is close to average): **Goals were reviewed.**

### Services and Supplementary Aides

The student does not require AT.

### Least Restrictive Environment

There will not be any harmful effects on the student or on the quality of services that the student will receive in his academic setting.

### Special Education Transportation

The student is not eligible for transportation.

### Extended School Year

The student does not qualify for ESY.

### Classroom Accommodations and Testing Preparation

The student will take the regular statewide assessment and will receive accommodations in accordance with his IEP.

### Post Secondary Transition Plan

Kiyel's post secondary interest plan showed that he has interest in the following areas: Artisitc and Social which correlates with his music talent and career goal of becoming a rapper.

### Additional Discussions

No additional items to discuss at this time.

### Conclusion

The team will continue to implement the students IEP and related services.

RTK000353

**DISTRICT OF COLUMBIA**
**OFFICE OF THE STATE SUPERINTENDENT OF**

# EDUCATION

## Notification Regarding Access to Public Benefits and
## Consent for Medicaid Reimbursement

The Local Education Agency (LEA) and The Office of the State Superintendent of Education (OSSE) are eligible to receive federal Medicaid reimbursement for certain health related services provided to your child when the services meet state Medicaid requirements and are provided in accordance with your child's Individualized Education Plan (IEP). These services may include any of the following:

- Audiology Services/Assessment
- Behavioral Support Services
- Nutrition
- Occupational Therapy/Assessment

- Orientation and Mobility Services/Assessment
- Physical Therapy Services/Assessment
- Psychological Evaluation

- Skilled Nursing Services
- Speech-Language Pathology Services/Assessment
- Special Education Transportation Services

A claim containing personal information about your child must be submitted to the Department of Health Care Finance (DHCF) in order to receive reimbursement. DHCF will not be allowed to use this information for any other purpose and will be required to keep this information confidential. The Family Educational Rights and Privacy Act (FERPA) requires that your written consent be obtained to share or disclose personally identifiable information from your child's educational records. In addition, the Individuals with Disabilities Education Improvement Act of 2004 (IDEA) requires your written consent in order to bill for Medicaid-eligible health related services provided to your child. By completing and signing this form, you will help meet these consent requirements.

**Rights**
- The District will not require you to enroll in Medicaid in order for your child to receive special education services.
- The District will not require you to incur out-of-pocket expenses incurred in filing a claim for services. The District may pay the cost that you would otherwise be required to pay.
- The District will not use Medicaid if that use would: (1) Decrease the available lifetime coverage or any other insured benefit; (2) Result in any cost to your family; (3) Increase premiums or lead to the discontinuation of benefits or insurance.
- You are not required to provide your consent, and your refusal to do so will not prevent your child from receiving special education services at the expense of the District.
- Upon written request, you or your child may receive a copy of the information shared with DHCF.

**Parental Consent**
By signing below, I voluntarily give the LEA and OSSE my consent to share with DHCF my child's name, primary address, date of birth, social security number, Medicaid number, IEP, and all information about health related services provided to my child, the dates and frequency of the services provided, and special education assessments and evaluations related to my child. I also authorize the release of this information to state and/or federal Medicaid representatives for the purpose(s) of determining eligibility and/or completing audit/review requests. I understand and agree that OSSE and my child's LEA may access my or my child's Medicaid benefits to pay for services in my child's IEP. I understand that this consent is valid and will remain in effect until I revoke it in writing and that I may revoke this consent at any time. If I do revoke consent, my previous consent is still valid regarding all information shared prior to my revoking consent. In addition to providing consent for services provided after the date of my signature, I also grant consent to OSSE and the LEA to seek Medicaid reimbursements for IEP services that occurred within two years prior the date of my signature that have not already been submitted.

CONSENT FOR MEDICAID REIMBURSEMENT (please check the appropriate box below)
☐ I am providing consent as indicated by my signature below
☐ I am providing consent if my child becomes Medicaid eligible in the future as indicated by my signature below
☐ I decline to provide consent to bill for Medicaid reimbursable services

_Kiyel Kearney_
Student Name

_9291828_
Student Local ID

_626947714__
Student State ID

_____
Student Medicaid ID (if available)

_Marin Kane_
Parent Signature

_1-13-2020_
Date

Local Education Agency Name: _Cardozo EC_

KTK000354



## DISTRICT OF COLUMBIA
## OFFICE OF THE STATE SUPERINTENDENT OF
# EDUCATION

**District of Columbia**
**Notice of IDEA Part B Procedural Safeguards**
**Rights of Parents of Students with Disabilities**

RECEIPT

I,___*Maria Keenly*_____ , received a copy of
　　　　　　(Parent/Guardian name)

The District of Columbia's Notice of IDEA Part B Procedural Safeguards: Rights of Parents of Students
with Disabilities,

from:___*Ms. V. Maidre*_____
　　　　　　(Name and Title of Person Issuing Document)

at:___*Cardozo Education Campus*_____
　　　　　　(Name of School)

___*01 / 09 / 2020*___
　　　　(Date)

___*Maria Keenly*___
　　　(Parent/ Guardian Signature)

(This receipt is to remain in a designated file in the school, with a copy provided to the parent/ guardian
upon request.)

KEPK000355


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Specialized Instruction

# Annual IEP Meeting Notes for Kiyel Kearney

Tuesday, December 8, 2020 at 1:15 PM
Microsoft Teams Videoconference due to Covid-19

**Agenda**

- Welcome participants
- Introductions of participants and collection of the sign-in sheet
- State the purpose of meeting – Development of IEP
- Review rights and procedural safeguards and collect signed receipt
- Review Demographics Information In SEDS
- Obtain a statement of all participants – Students Strengths and Areas of Concern
- Review present levels of academic achievement of functioning performance
- Review New Goals
- Discuss Supplemental Services and Aids
- Identify Least Restrictive Environment
- Determine eligibility for Transportation Services and Extended School Year (ESY)
- Discuss accommodations for classroom support and testing participation
- Transition Plan
- Review IDLP (Individualized Distance Learning Plan)
- Create PWN – Development of IEP

**Statement of Meeting Purpose:**

The purpose of this meeting is to discuss the academic progress of Kiyel Kearney, since his last annual IEP review.  Based on today's discussion, as well as the academic data presented, the team will work to review the proposed goals and determine what revisions are needed before finalizing the document.   In addition, during distance learning DCPS is offering an Individualized Distance Learning Plan (IDLP) to provide additional accommodations.  These accommodations can be used during distance learning to give additional support for Patience, making his grade level content more accessible to him. Ms. Mardre, his case manager, will revise the IDLP as well as review frequency of the communication and best time of day to contact Ms. Kearney.

**Statement of Student Strengths and Concerns**

**Director of Specialized Instruction/LEA Representative:**
Dr. Angela Goff participated in the meeting and co-facilitated with the case manager, Ms. Mardre.

**Guardian(Grandmother):**
Ms. Kearney shared the following information, regarding Kiyel's progress over the past year and his response to distance learning:
1. Ms. Kearney is concerned that Kiyel is not showing progress in term 2.

KTK000356



2. Ms. Kearney stated that Kiyel does not like the Distant Learning. He has been having technology problems. (Ms. Kearney will take Kiyel's computer to the school to have it checked out and fixed or receive a new one).
3. Kiyel participated through the chat box and scheduled a meetingwith the guidance counselor and his social worker for Friday, December 11,2020.

**School Counselor:**
Ms. Krystle Joyner shared the progress has made towards his progress toward a high school diploma. Kiyel is currently on track as a full 10th grader with 8 credits.  Though he successfully passed his classes 1st term, except for English, he is now failing all classes.  It is important to remember that term 2 (first semester) ends January 29[th.] Students must pass English II and earn at least 12 credits to be an on-track 11th grader.  If Kiyel does not pass his classes, we will have to discuss credit recovery and/or summer school.  Additionally, Kiyel has 12 unexcused absences and requires an attendance SST.

**General Educator for ELA:**
Ms. Laura Taylor
Kiyel has disengaged from the general education space and has yet to take advantage of small-group, more specialized learning opportunities offered throughout the week for students. Although Kiyel received a C for Term One, he has yet to submit any assignments for Term 2 and therefore, it is difficult to further assess his level of comprehension or mastery of the content.

**Special Educator:**
Ms. Emily Uechi
We are concerned regarding Kiyel's disengagement from small-group and one-on-one supports offered 3-4 times a week via Microsoft teams. Consistent to what Dr. Bryant shared, he was participating and submitting the minimum requirements to pass during Term 1. However, in the last month or so, Kiyel has not participated in those asynchronous support sessions, nor have we seen consistent attendance in our LIVE sessions.
After reviewing Kiyel's written expression work samples, I am proposing that Kiyel has a conventions goal added on to his existing writing goals to continue growing as a writer. Kiyel has a strong writer's voice and I believe that the conventions goal, tailored to the complexities of his syntax, may be of benefit to Kiyel and his career goals as a musician/song-writer.
Aligned to the CCSS L9-10.1, W9-10.1.C, W9-10.2.E, the additional writing goal may be stated as "By the end of the IEP, given a draft of the student's own work (e.g. a paragraph-long written response or a student's first draft of an argumentative or narrative essay), Kiyel will revise based on language convention skills (e.g. by adding phrases (participle, introductory, appositive, or prepositional) and clauses (dependent, independent, or relative) to introduce and connect ideas with 80% accuracy in (4 of 5) writing samples, as measured by a teacher-created rubric."

**General Educator for Math:**
Ms. Rosiland Bryant
We're concerned regarding Kiyel's performance in Geometry during term 2.  There has been a significant drop in his assignment completion rate and his participation rate in class.  He has been



nonresponsive to teacher attempts to interact with him during the live teams' sessions.  At present there are no completed assignments for Term 2 in geometry from Kiyel that can be used to gauge his current level of comprehension of the material.

### Educator for Math/Case Manager
Ms. Victoria Mardre
Ms. Mardre addressed concerns of Kiyel's significant change in school engagement for Term 2. After meeting with his teachers, the reports indicated that Kiyel has shown a significant decline in all of his classes. Kiyel's poor attendance and lack of submission of classwork has him currently failing Geometry, as well as his other courses at this time. Kiyel stopped responded to Ms. Mardre's weekly calls. Kiyel does have the opportunity to complete assignments in order to improve his grade before term 2 ends, January 29 2021. For math, the plan is for Kiyel to meet with Ms. Mardre to receive one on one support to get back on track.

### School Social Worker:
Ms. Nekia St. Clair

Kiyel presents as an engaging student who is able to communicate with others in a mutually respectful manner.  It appears that Kiyel works better with those to whom he has built a relationship. Since Term 2, it has been difficult for this provider to engage and build a relationship with Kiyel. At the beginning of the year, Kiyel was responsive and engaged in behavior support services but became less engaged over the last month. According to his teachers, he engages in virtual instruction and completes assignments. However, his attendance and engagement has decreased significantly in Math and English class.

### Review of Disability
Kyle's last eligibility meeting was held on

### Present Levels of Academic Achievement and Functioning Performance
*Math:*
  Kiyel is a 10th grade student at Cardozo Education Campus. He is enrolled in Geometry for a required math credit towards his high school diploma. He receives services under the category of Specific Learning Disability. Kiyel is in an inclusion classroom where he receives specialize instruction, accommodation and modifications to support him in the general education setting.
Kiyel is a pleasure to have in class. He demonstrates appropriate relationships with peers and adults. Kiyel performs well in math when given explicit instruction and the opportunity to ask questions about what he does not understand when he works in small groups or one on one support. Kiyel demonstrates deficits in math fluency, computation, and calculations due to his learning disability.
During Term 1, Kiyel received a B- (85%) in Geometry. He participated daily in synchronous and asynchronous sessions.  On assessments, he performed at 67% average; practice and application assignments 88%; and student engagement, 100%. Kiyel completed assignments in Class Notebook and Canvas where he used appropriate mathematical concepts and skills (vocabulary, diagrams, formulas, etc.,) to solve the tasks.

KTK000358



When completing assignments for the goal on Transformations, Kiyel determined the 4 transformations when given a pre -image, identified the transformation or combination of transformations that have occurred involving a translation; a reflection over any horizontal or vertical line or the lines y = x or y = -x a clockwise or counter clockwise, rotation of 90°on a coordinate grid where the center of rotation is limited to the origin; and a dilation from a fixed point on a coordinate grid.

Kiyel was absent when the District's Achievement Network (ANET), the interim assessment used to monitor student progress towards grade level outcomes for Term 1 was administered on 10/08/2020, 10/09/2020 and 10/13/2020 (make-up) day.

Kiyel's current performance is impacted by his low attendance and lack of classwork. He has not submitted any assignments for term 2. He has articulated that he is dealing with personal issues and feels unmotivated. However, he also stated that he is ready to get back on track and do what he needs to do.

***Reading/Writing:***
 Kiyel is a 17 year old, 10th grade sophomore student at Cardozo Education Campus. He is currently enrolled in 4th period English II class where he receives inclusion services and small group pull-out services from the special education teacher, Ms. Uechi. A review of his report card shows that Kiyel earned a 72.5% C for Term 1, and currently has an F in Term 2. The grade for Term 1 reflects his effort in reading and responding to guiding questions/writing prompts related to literary text "The Other Wes Moore" by Wes Moore. In Term 2, with increased focus on literary analysis and informational texts, Kiyel has not submitted classwork on CANVAS or Peardeck. Kiyel has the opportunity to meet with a special education teacher 3-4 times per week, however, Kiyel has not taken advantage of these small-group session during Semester 1 of the 2020/2021 school year.

Kiyel was administered the Reading Inventory (RI) assessment on 02/06/2020, measuring Kiyel's mastery over concepts such as characterization, details, and literary elements such as theme and plot structure. Kiyel scored 622 (Below Basic). In addition to the RI Assessment, Kiyel was also scheduled to take the Achievement Network 1 Assessment (Anet 1) on 10/09/2020, 10/13/2020, and 10/14/2020, to serve as his BOY data regarding concepts learned throughout Term 1. He was offered three opportunities to submit his assessment, including additional time given. He was absent on the three occasions. During Term 2, (11/10/2020, 11/12/2020, 11/13/2020, 11/14/2020, and 11/17/2020) students took a summative assessment through Anet 2, administered on three occasions, plus two additional sections for students receiving extended time on school assessments.

When the special educator and general educator have been able to contact Kiyel, Kiyel has demonstrated inconsistencies related to motivation to participate in class via Microsoft Teams, Peardeck, nor in one-on-one sessions with one or both educators. Kiyel's reluctance to engage with his English II teachers, his peers, and self-advocacy has resulted in difficulties reading aligned to the



reading Common Core State Standards in the inclusion classroom. Accommodations and modifications are needed in Kiyel's academic career for him to be successful in the general education inclusion learning environment.

During Term 1, Kiyel demonstrated the ability to answer 2/5 writing tasks in response to the novel "The Other Wes Moore" by Wes Moore. As a high interest reading material, Kiyel was able to write out the answers to guiding questions with 75% accuracy using evidence from the text to support his response. Kiyel does require prompting and reprompting in order to complete writing taks. When completing writing tasks, he is often able to answer the minimum requirements as outlined by a teacher-created rubric and/or checklist. However, Kiyel does demonstrate difficulty responding to written expression prompts with full completion. Kiyel is provided multiple opportunities to complete his written expressions, encouraged to attend small group pull outs with the special educator, and given modified writing tasks that align to skills related to claims, evidence, and reasoning writing tasks. Kiyel has yet to take advantage of additional opportunities for individualized instruction during Semester 1 of the 2020/2021 school year.

Kiyel demonstrates writing skills of being able to complete clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience with 50% accuracy when he has to produce writing assignments for class. This can be seen in his Writing Prompts from the "Living Through History Cornerstone" and "Focal Passage #1 Writing Prompt." Kiyel has demonstrated chronological writing with some command over English conventions and grammar. Additionally, he has successfully embedded quotes when referencing evidence from grade-level texts. However, with additional support, Kiyel will need additional support choosing the most relevant evidence, as well as the analysis or reasoning portion of literary analysis and written expression.

Kiyel's disability in the area of written expression prevents him from independently accessing the general education curriculum. Accommodations and modifications are needed in Kiyel's academic program in order to assist him with becoming successful in the general education environment. Kiyel benefits from opportunities to edit and revise his work for punctuation, grammar, and sentence-level complexity. Additionally, graphic organizers, unpacking writing prompts, and sentence starters are needed in Kiyel's academic program to help improve his written expression skills.

***Behavior, Social Emotional:***
  A Beginning of the Year (BOY) assessment as administered in October 2020. The Strengths and Difficulties Questionnaire (SDQ) is a self-report inventory behavioral screening questionnaire for children and adolescents ages 2 through 17 years old, with five scales scored from 0-10, and the other adding up four of these (emotional, conduct, hyperactivity and peer problems) to create a total difficulty score (range 0-40). The SDQ yielded the following results: Score for overall stress 3 (0 - 14 is close to average) Score for emotional distress 2 (0 - 4 is close to average) Score for behavioural difficulties 1 (0



- 3 is close to average) Score for hyperactivity and concentration difficulties 2 (0 - 5 is close to average) Score for difficulties getting along with other children 1 (0 - 2 is close to average) Score for kind and helpful behaviour 4 (0 - 7 is close t average) These results reveal that Kiyel has a low risk for any disorder: emotional, behavioral or hyperactivity or concentration. Kiyel struggles with academic compliance, adequate problem-solving and on time attendance.

### Supplemental Aids and Services

Specialized Instruction Services:  Inside regular class less than 60% of the day.  Kiyel attends the inclusion classes within the high school comprehensive program at Cardozo EC.

### Transportation Services

The IEP team reviewed the criteria for Transportation and determined that Kiyel does not qualify for Transportion services based on the criteria and checklist.

### Classroom Supplemental Aids and Services

 Based on the information provided by the teachers, it appears that Kiyel will benefit from the following supports within the classroom services: Specialized explicit instruction in small group and one on one support with accommodations and modifications that include guided notes, visual representation resources, scaffolding, and graphic organizers,

### Extended School Year

The IEP team reviewed the criteria for Extended School Year (ESY) and determined that Kiyel does not qualify for ESY services based on the criteria and checklist.

**Criterion 1: Impact of Break in Service on Critical Skill(s)**

Will one or more of the student's critical skills be jeopardized by the break in service?

**Criterion 2: Degree of Regression of Critical Skill(s)**

Is there a likelihood of significant regression of the identified critical skill(s)?

**Criterion 3: Time Required for Recoupment of Critical Skill(s)**

Can the student recoup the identified critical skill(s) with re-teaching in a reasonable amount of time?

### Transition Planning

Kiyel completed the O'Net Interest Profiler. His top scores remained high in the Artistic category which is a strong indicator for him because of his passion and performance in music. 1. Artistic (28):

KTK000361



People with Artistic interests like work that deals with the artistic side of things, such as acting, music,art and design. They like creativity in their work, and work that can be done without following a set of rules 2. Social (25): People with Social interests like working with others to help them learn and grow. They like working with people more than working with objects, machines, or information. They like teaching giving advice and being of service to people. 3. Conventional (20): People with Conventional interests like work that follows set procedures and routines. They prefer working with information and paying attention to details rather than working with ideas. They like working with clear rules and following a strong leader.

This profile is very reflective of Kiyel's career strength. His grandmother was very excited and shared that she is so proud as to how musically talented he is.

### *Review of IDLP*

Team will continue to follow the IDLP plan for Kiyel while we are in Distant Learning. Ms. Kearney will continue to receive weekly communication through phone calls preferably and emails through her daughter, tenyagillis.yahoo.com. She is available any time.

### *Next Steps and Conclusion*

Ms. Kearney agreed with the updated  annual IEP for school year 2020-2021.

KTK000362