# EXHIBIT 6



Available online at www.sciencedirect.com

**ScienceDirect**



Review

# Impacts of COVID-19 on the school experience of children and adolescents with special educational needs and disabilities

Melissa R. Dvorsky[1,2], Delshad Shroff[3],
W. Bianca Larkin Bonds[1,4], Amanda Steinberg[1],
Rosanna Breaux[3] and Stephen P. Becker[5,6]

## Abstract

This review of research conducted between March 2020-April 2023 summarizes the impact of COVID-19 on the learning and school experiences of children and adolescents with special educational needs and dis/abilities (SENDs) including youth with neurodevelopmental disorders, learning differences, intellectual, developmental, and other disabilities. This research highlights the far-reaching consequences of COVID-19, with the most detrimental effects experienced by students of color, those from under-resourced communities, and those with multiple marginalized identities, whose struggles with systemic inequities have been amplified by the pandemic. To date, most studies have been cross-sectional and utilized qualitative methods. Future research should examine long-term impacts and ways to promote growth in learning and social-emotional functioning among students with SENDs.

### Addresses

[1] Division of Psychology and Behavioral Health, Children's National Hospital, Washington, DC, USA
[2] Department of Psychiatry & Behavioral Sciences, And Department of Pediatrics, The George Washington University School of Medicine and Health Sciences, Washington, DC, USA
[3] Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA, USA
[4] Department of Psychology, Howard University, Washington DC, USA
[5] Division of Behavioral Medicine and Clinical Psychology, Cincinnati Children's Hospital Medical Center, Cincinnati, OH, USA
[6] Department of Pediatrics, University of Cincinnati College of Medicine, Cincinnati, OH, USA

Corresponding author: Dvorsky, Melissa R. (mdvorsky@childrensnational.org)

**Current Opinion in Psychology** 2023, **52**:101635

This review comes from a themed issue on **Generation COVID: Coming of Age Amid the Pandemic (2024)**

Edited by **Gabriel Velez** and **Camelia Hostinar**

For complete overview about the section, refer Generation COVID: Coming of Age Amid the Pandemic (2024)

Available online 17 June 2023

https://doi.org/10.1016/j.copsyc.2023.101635

2352-250X/© 2023 Elsevier Ltd. All rights reserved.

### Keywords

COVID-19, Children, Adolescents, Special education, Disabilities, Development.

## Introduction

The COVID-19 pandemic has impacted the educational experiences of youth all around the world, with school closures and virtual learning resulting in significant disruptions in instruction and service provision. Although the transition to online schooling impacted many learners, the pandemic has not had uniform effects, as research indicates broad inequalities for certain youth both during the pandemic and after the return to in-person schooling [1]. There is substantial evidence COVID-19 had a particularly profound effect on youth with special educational needs and dis/abilities (SENDs)[1] including youth with neurodevelopmental and developmental disorders, learning differences, and intellectual and other dis/abilities [2−6]. Students with SENDs comprise about 14% of all children in public schools in the United States (U.S.) [7], and these students receive most of their therapeutic interventions in schools [8]. Remote learning significantly altered both the delivery method and the environment for these schooling experiences for students with SENDs [9], resulting in disproportionate learning loss due to reductions in critical learning opportunities, diminished learning support systems, and limited access to services outside of schools [1,11,12].

This review of COVID-19 related research published between March 2020 and April 2023 discusses the effects of the pandemic on the learning and schooling experiences of youth with SENDs (see Figure 1). We discuss future intervention leverage points, including expanding school mental health services. Additionally,

---

[1] Different language conventions are used when referring to people with disabilities. Disability-first language is more common among Autistic self-advocates, while person-first language is more common among people with intellectual disability. This review will largely use disability-first language and "dis/ability" to acknowledge the mutually inclusive socio-political practices associated with the concept of disability/ability and hidden reference to ableism [10].

**Figure 1**



Summary of key sources of COVID-19 impact on youth with special educational needs and dis/abilities
*Note*. Figure 1 illustrates the intersectionality between multiple identities to illustrate the disproportionate impact for children and adolescents with special educational needs from socially marginalized groups including youth of color, in rural settings, from low-income families, English language learners, and multiply-marginalized students at the intersection of these identities.

we describe the need for stakeholder-engaged solutions for improving learning outcomes, especially for youth with SENDs from historically marginalized groups including youth in rural settings, from low-income families, and dually identified youth who are also English language learners. We conclude with recommendations for supporting youth coming out of the current pandemic and during future periods of quarantine.

## Structural barriers and sources of COVID-19 learning loss

There is strong evidence to support that youth with SENDs experience poorer educational experiences compared to their peers due to a range of well-known structural inequities [13]. Students with SENDs rely on in-person support for educational activities, social interaction, and adaptive skills development, resulting in a significant impact on access to specialized services when all in-person services were halted during COVID-19 [11,12,14]. Overall, teachers and parents similarly reported significant difficulties for youth with SENDs in receiving quality school services including individualized interventions and accommodations, meal services, and school-based health and mental health services [14–18]. In contrast, most individualized interventions that target core mechanisms or behaviors associated

with academic functioning such as one-on-one academic skills support, organizational/time management skills intervention, tutoring, or counseling were discontinued for students [3,5,14]. According to data collected from families and school staff across the U.S., Australia, and Europe, the most stable and frequently implemented services during the pandemic were accommodations such as extended time to complete assignments and/or shortened assignments [14,18–21]. Although parents in both Australia and the U.S. reported challenges balancing work responsibilities with supporting remote learning, Australian parents were more likely to endorse positive outcomes such as gaining a better understanding of their child's learning style and reduced stress and anxiety during the pandemic [17,20,32].

There is growing evidence of developmental differences in the impact of COVID-19 on the educational experiences of students with SENDs. On the one hand, middle school students (25%) and high school students (20%) were less likely to continue receiving special education services compared to younger elementary school students (43%) [6]. However, parents of older adolescents with SENDS reported fewer negative experiences and challenges with remote learning compared to parents of younger students [18,20]. Parental stress and involvement with teachers and school decreased with age [20], which could be alleviated by older students with SENDs having more innate familiarity with technology, increased independence in school, and ability to navigate in a more self-directed manner.

In the classroom setting, only one-third of U.S. school districts required teachers to provide direct instruction [21], which resulted in a wide range of implementation models for remote learning and many students with SENDs receiving inadequate instruction and skills support [22–24]. Students with SENDs also experienced great difficulties fully engaging with digital course materials during the pandemic [19,25]. Small group and one-on-one instruction have been difficult to replicate virtually, particularly with students who experience difficulties with self-regulation, attention, or technological limitations [14,17,23].

The school environment also provides a rich context for students to develop friendships, play, explore creative activities, develop problem-solving and critical thinking skills, and engage in physical activity. Although often overlooked in the literature, these positive classroom and social experiences in school may facilitate coping skills, student self-efficacy, student–teacher relationships, and prosocial peer relationships, which may be particularly critical outlets for students with SENDs to protect against school disengagement, dropout, and increased impairment [26–28]. When programs that support the whole child were discontinued during the pandemic, this potentially reduced critical opportunities for social–emotional development for students with SENDs [25].

During school closures, caregivers and family members were expected to implement support at home to facilitate their children's engagement in virtual schooling and therapeutic services, and many families reported feeling unequipped to support their children's complex needs [29]. Several studies identified significant variability in individual family's capacity to support children's special educational needs and provide adequate resources to conduct effective remote schooling [30–32]. Critically, these challenges further widened the systemic, pre-existing educational inequalities for these students, as well as in families' ability to effectively advocate for their children in school [17,30–32].

In spite of these widespread challenges, some families of students with SENDs reported certain positive outcomes from the school closures, such as spending more time together [18,33] and increased flexibility [29]. Qualitative and quantitative studies of students with SENDs identified that families who practiced coping skills—including implementing routines and structure [18,34,34], time management/organization [17], behavioral reinforcement [33], and those who leveraged technology to facilitate home-school communication and social support [34–37]—were most protected against academic problems and promoted adaptive functioning and mental health. Although it is well recognized that positive home-school communication is protective for students with SENDs, family engagement and advocacy efforts in support of youth with SENDs is typically shaped by inequality for historically minoritized students and families. The most privileged caregivers can successfully advocate for services they believe their child needs, while families from socially marginalized backgrounds experience numerous barriers to supporting their youth with SENDs [38].

## Intersectionality among students with special educational needs and from low-resourced communities

Robust research supports a complex interaction between disability and other social categories including race, gender, poverty, and linguistic status, whereby youth from socially advantaged backgrounds have greater access to disability diagnosis and education services compared to their peers [31]. Challenges with changing educational experiences due to COVID-19 have been exacerbated by individual, historical, and structural barriers including increased financial hardships, amplified housing, food, or healthcare insecurities, unmet mental health needs, and pre-existing access issues, all of which perpetuate systemic inequities for students with SENDs and students of color with SENDs especially [3–5,8].

Racially marginalized and low-income students with SENDs had disproportionately experienced less access to in-person instruction as well as consistent, live instruction during virtual schooling due to limited district offerings, inadequate staffing, deficient access to high-speed internet, variation in health and safety concerns, and trauma from the pandemic more broadly [5,31,39]. Under-resourced schools and communities of color often have had limited capacity to provide tablets or laptops for all students or to purchase expensive (though largely untested) educational technology platform subscriptions, which may help promote student engagement among students with SENDs [40—42]. These pandemic-driven disparities have widened the already expansive inequalities for marginalized students, including those at the intersection of such identities [28,31,39,43—45].

Across the U.S., school reopening policies were decentralized, largely decided by individual schools or districts and resulting in regional and racial disparities to access to in-person learning [43]. In 2020—2021, school reopening decisions disproportionately favored more affluent areas with White students being more likely to attend school in-person, while Latine and other minority communities experienced a longer duration of virtual learning, potentially amassing to even greater educational disparities [39]. Many other school systems prioritized allowing only students with identified disabilities and/or ELLs to return to in-person learning before their peers [43], resulting in in-person classrooms that reflected an inverse of their composition pre-pandemic and inconsistent with Individuals with Disabilities Education Act guidelines (i.e., interventions provided in the least restrictive environment) [47]. Although these classroom settings of largely students with SENDs/ELLs may have been beneficial for some students, this approach raises concerns of equity given the segregated nature of these schooling experiences and potential to exacerbate disciplinary disparities [43].

It is important to recognize that "dually identified" youth (i.e., student identified as both ELLs and students with dis/abilities) and the lived experiences of youth and families with non-English speaking backgrounds have been largely underrepresented in the studies to date [44,45,46]. Nonetheless, there is some evidence that Latine families, particularly immigrant families, faced unique economic and social challenges at home associated with a loss of essential school services for their children with SENDs, resulting in a profound burden and negative impact on the family system [33,39,44,45].

## Call to action: recommendations for schools and educational policies

Positive and supportive schooling experiences are of critical importance for students with SENDs [2]. The closure of schools and sustained disruption of typical schooling in response to COVID-19 has put a strain on children and families, heightening mental health issues and highlighting the necessity of extended school services, particularly for students with SENDs. In some communities, services for students with SENDs were adequate and met the need, while in others—particularly among under-resourced, racially, and ethnically minoritized populations—services were severely lacking [4,31,35]. COVID-19 made existing disparities more pronounced. Parents reported that their children were often overlooked or disregarded in schools' plans for instruction during the pandemic, and teachers and school mental health professionals similarly noted concerns about the academic, social, and emotional well-being of students with SENDs following the pandemic [4,31,35].

Efforts to support students with SENDs after COVID-19 should focus on partnering with multiple stakeholders and emphasize promoting mental health, adaptive social relationships and the whole child, in addition to academic functioning. Moreover, without adequate engagement and collaboration between key stakeholders, school services for students with SENDs are less likely to be implemented with quality and will experience greater challenges with effectiveness and sustainability [48,49]. These challenges are even more pronounced when shifting to remote or hybrid learning models. Further, to collaboratively address ongoing disparities experienced by students with SENDs during the pandemic, schools, health care systems, and families, should partner to build a community that strengthens trust, assures family voice and leadership, and builds shared commitment to students' health, mental health, and academic functioning [50,51].

Moreover, given the complex social, emotional, and behavioral health needs among students with SENDs exacerbated by the pandemic, schools should leverage multiple levels of intervention consistent with the multi-tiered system of support (MTSS) by starting with universal prevention strategies for all students including those not yet identified (Tier 1), then targeted interventions for at-risk students (Tier 2), and finally intensive interventions for more severe cases (Tier 3). The Interconnected Systems Framework (ISF) for school mental health [48,49] builds on MTSS and emphasizes effective team partnerships, enhanced screening of students' social-emotional functioning, progress monitoring, data-driven intervention selection, implementation support and refinement. Particularly for addressing the heightened needs of students with SENDS due to the pandemic, ISF entails whole-school restorative practices for building family—community communication, interdisciplinary collaboration, enhancing student—teacher relationships, improving data-based decision-making, implementing evidence-based practices, and importantly achieving equity

[48−51]. Such school-wide programs can help address the significant social-emotional needs of students following the social and academic disruptions brought on by the COVID-19 pandemic, with greater support for those most at need such as students with SENDs.

## Declaration of competing interest

The authors declare the following financial interests/ personal relationships which may be considered as potential competing interests:

Melissa Dvorsky has received grant funding from the National Institute of Mental Health (NIMH; K23MH122839).

Rosanna Breaux has received grant funding from the Society for Clinical Child and Adolescent Psychopathology, the Society for a Science of Clinical Psychology, 4-VA, the American Psychological Association, and Virginia Tech.

Stephen Becker has received grant funding from the Institute of Education Sciences (IES; U.S. Department of Education; R305A200028), the National Institute of Mental Health (NIMH; R01MH122415), and the Cincinnati Children's Research Foundation (CCRF), and has received book honoraria from Guilford Press, editorial honoraria as Joint Editor of JCPP Advances, grant review panel honoraria from the IES, and educational seminar speaking fees and CE course royalties from J&K Seminars and from PESI, Inc.

## Data availability

No data was used for the research described in the article.

## References

Papers of particular interest, published within the period of review, have been highlighted as:

* of special interest
** of outstanding interest

1. Azevedo JP, Hasan A, Goldemberg D, Geven K, Iqbal SA:
** **Simulating the potential impacts of COVID-19 school closures on schooling and learning outcomes: a set of global estimates**. *World Bank Res Obs* 2021, **36**:1−40, https://doi.org/10.1093/wbro/lkab003.
Using data on 174 countries, the authors present simulation analyses of the potential global effect of COVID-19-related school closures on schooling and learning outcomes. The simulation analyses considered four scenarios—varying in both the duration of school closures and the effectiveness of any mitigation strategies being deployed by governments. They predicted that school closures could result in a loss of between 0.3 and 1.1 years of schooling adjusted for quality, bringing down the effective years of basic schooling that students achieve during their lifetime from 7.8 years to between 6.7 and 7.5 years. Analyses also predicted that inequality and adverse impacts of school closures will likely be exacerbated for marginalized groups including students with disabilities.

2. Shaw PA, Shaw A: **COVID-19 and remote learning: experi-
* ences of parents supporting children with special needs and disability during the pandemic**. *Educ 3-13* 2023, **51**:371−385, https://doi.org/10.1080/03004279.2021.1960579.
In a qualitative study with 141 parents of children with special education needs and disabilities (SEND), parents reported on their experiences during two lockdown periods in the United Kingdom. The authors demonstrate that parents considered school resources inadequate to support their child's remote learning and had broadly negative experiences related to their child's remote learning during lockdowns. The study also revealed positive experiences of parents including improved family relationships and reduced child stress and anxiety while engaging in remote learning, compared to in-school education. The authors provide important recommendations to ensure children with SEND achieve greater equality and inclusivity in education.

3. Steed EA, Phan N, Leech N, Charlifue-Smith R: **Remote delivery
* of services for young children with disabilities during the early stages of the COVID-19 pandemic in the United States**. *J Early Interv* 2022, **44**:110−129, https://doi.org/10.1177/10538151211037673.
Utilizing a mixed-methods approach to analyze data from a nationally distributed survey in the U.S., the authors report that children with disabilities received modified special education services and that early childhood classroom-based personnel provided remote coaching to families during school closures due to the COVID-19 pandemic. School personnel reported that the top challenges with delivering remote services to young children with disabilities included these children not receiving the same quality of services and high levels of educator stress.

4. Masonbrink AR, Hurley E: **Advocating for children during the
* COVID-19 school closures**. *Pediatrics* 2020, **146**, https://doi.org/10.1542/PEDS.2020-1440/36730.
Given high risk for educational and health disparities among children during the COVID-19 school closures, the authors issue a call for action to address unmet nutritional, educational, and physical and mental health needs of children as well as prioritize research informing safe and equitable school reopening plans. The authors specifically advocate for resources supporting children in poverty and children with disabilities given the risk for exacerbated educational disparities for these children during periods of school closures.

5. Asbury K, Fox L, Deniz E, Code A, Toseeb U: **How is COVID-19
* affecting the mental health of children with special educational needs and disabilities and their families?** *J Autism Dev Disord* 2021, **51**:1772−1780, https://doi.org/10.1007/s10803-020-04577-2.
In a qualitative study with 241 parents of children with special educational needs and disabilities in the United Kingdom (82% diagnosed with autism spectrum conditions), parents were asked to describe the impact of COVID-19 on their own mental health and that of their child. Parents reported loss of specialist support, loss of community, challenging behaviors, distress, and changes in routine as some of the key contributors affecting their child's mental health and difficulties.

6. Sonnenschein S, Stites ML, Grossman JA, Galczyk SH: **"This
** will likely affect his entire life": parents' views of special education services during COVID-19**. *Int J Educ Res* 2022, **112**, 101941, https://doi.org/10.1016/j.ijer.2022.101941.
Examining 153 parents' views on remote learning experiences for children with disabilities, the authors record three main themes. They demonstrate that hours associated with special education services decreased during remote learning, considerable adult support was required for children to participate in virtual learning, and other commitments prevented parents from providing assistance to their children during distance learning. The authors state the importance of addressing learning loss for children with disabilities due to disruptions associated with the COVID-19 pandemic.

7. National Center for Education Statistics: *Students with disabilities. Condition of education*. U.S. Department of Education, Institute of Education Sciences; 2022. Retrieved April 28, 2023 from, https://nces.ed.gov/programs/coe/indicator/cgg.

8. Dooley DG, Simpson JN, Beers NS: **Returning to school in the era of COVID-19**. *JAMA Pediatr* 2020, **174**:1028−1029, https://doi.org/10.1001/jamapediatrics.2020.3874.

9. Centers for Disease Control and Prevention: *COVID-19 operational strategy for K-12 schools through phased prevention essential elements of safe K − 12 school operations for in-person learning Prevention Strategies to Reduce Transmission of SARS-CoV-2 in Schools, 1−21; 2021.*

10. Goodley D: **The dis/ability complex. DiGeSt**. *J of Div and Gender Studies* 2018, **5**:5−22, https://doi.org/10.11116/digest.5.1.1.

11. Lindly OJ, Sinche BK, Zuckerman KE: **Variation in educational
* services receipt among US children with developmental conditions**. *Acad Ped* 2015, **15**:534−543, https://doi.org/10.1016/j.acap.2015.04.001.

The authors examine associations of receipt of educational services with ease of access and sociodemographic and need factors in a sample of 3,502 U.S. children aged 6 to 17 years with autism spectrum disorder, developmental delays, and/or intellectual disabilities. They found that nearly half (49.7%) of children with developmental conditions did not have easy access to services and 16.9% of children did not have an individualized education program. Several need factors associated with educational services receipt were identified, including developmental condition type, functional limitations status, care coordination need, and early intervention receipt.

12. Valicenti-McDermott M, O'Neil M, Morales-Lara A, Seijo R,
** Fried T, Shulman L: **Remote learning experience for children with developmental disabilities during COVID-19 pandemic in an ethnically diverse community**. *J Child Neurol* 2022, **37**: 50−55, https://doi.org/10.1177/08830738211040296.
Utilizing data from structured interviews with 50 families of children with developmental disabilities in New York City, the study revealed gaps in access, technology, and therapeutic services for children with disabilities during remote learning. The authors establish that families born outside the U.S., who spoke limited English, and had lower levels of education experienced increased difficulties with setting up a remote learning system. Additionally, remote learning led to a gap in therapeutic services received and most children (80%) relied on their parents for education. The authors also identified technology as a specific barrier to remote learning access for children from low-income families.

13. Zink H, Anderson K: *Mental health and student support service providers in the schools: understanding access and equity across the United States*. School Psych Rev; 2022:1−6, https://doi.org/10.1080/2372966X.2022.2139156.

14. Becker SP, Breaux R, Cusick CN, Dvorsky MR, Marsh NP,
** Sciberras E, Langberg JM: **Remote learning during COVID-19: examining school practices, service continuation, and difficulties for adolescents with and without attention-deficit/hyperactivity disorder**. *J Adolesc Health* 2020, **67**:769−777, https://doi.org/10.1016/j.jadohealth.2020.09.002.
Adolescents with (n=118) and without (n=120) attention-deficit/hyperactivity disorder (ADHD) completed questionnaires to examine remote learning practices during initial impact of the COVID-19 pandemic. Families of adolescents with ADHD had less confidence and more difficulty in managing home learning and home-school communication. 31% of families of adolescents with ADHD with an IEP/504 reported remote learning to be very challenging, compared to 4-18% without IEP/504 or ADHD.

15. Eadens DW, Maddock D, Thornburg AW, Abernathy DF: **K-12 teacher perspectives on the pandemic pivot to online teaching and learning**. *J of Pedag Res* 2022, **6**:131−151.

16. Bradshaw CP, Kush JM, Braun SS, Kohler EA. *The perceived effects of the onset of the COVID-19 pandemic: a focus on educators' perceptions of the negative effects on educator stress and student well-being*, **4**. School Psych Rev; 2023:1−4.

17. Roy AK, Breaux R, Sciberras E, Patel P, Ferrara E, Shroff DM,
* Cash AR, Dvorsky MR, Langberg JM, Quach J, Melvin G: **A preliminary examination of key strategies, challenges, and benefits of remote learning expressed by parents during the COVID-19 pandemic**. *Sch Psychol* 2022, **37**:147, https://doi.org/10.1037/SPQ0000465.
Examining parents' responses from three studies conducted in the U.S. and Australia, including 606 children ages 6-17 years, several challenges, strategies, and benefits related to remote learning were identified. The authors found that the most frequently reported challenges associated with remote learning included the child's difficulty staying focused on task, lack of motivation to engage in learning, remote learning factors, and lack of social interaction, highlighting a need for improved support across these systems. Parents reported that the most frequently used strategy was establishing routines and schedules and the biggest benefit of remote learning involved more family time. These findings were consistent across countries, ADHD status, and age, with notable group differences.

18. Sibley MH, Ortiz M, Gaias LM, Reyes R, Joshi M, Alexander D,
* Graziano P: **Top problems of adolescents and young adults with ADHD during the COVID-19 pandemic**. *J Psychiatr Res* 2021, **136**:190−197.
This study assessed remote learning experiences in 134 adolescents with ADHD in a prospective longitudinal study and identified perceived challenges and benefits with COVID-19. The most frequently reported difficulties by adolescents and young adults with ADHD in this sample included difficulties engaging in online learning, motivation problems,

boredom, and social isolation, and these problems were more severe during the pandemic relative to prior months.

19. Schaffer GE, Power EM, Fisk AK, Trolian TL: **Beyond the four
** walls: the evolution of school psychological services during the COVID-19 outbreak**. *Psychol Sch* 2021, **58**: 1246−1265.
This exploratory study, drawing from surveys completed by 675 school psychologists across the U.S., reported that school psychologists continued to provide instruction and services to students during the COVID-19 pandemic and pre-COVID academic accommodations were maintained during remote learning. School psychologists noted a considerable shift in the prioritization of their roles to focus on consultation and collaboration during remote learning. However, reports indicated that these services were underutilized and the biggest barriers to attaining services included the child/family not signing online for services, lack of internet connection, and the psychologists' own work-life balance.

20. Thorell LB, Skoglund C, de la Peña AG, Baeyens D, Fuermaier AB, Groom MJ, Mammarella IC, Van der Oord S, van den Hoofdakker BJ, Luman M, de Miranda DM: *Parental experiences of homeschooling during the COVID-19 pandemic: differences between seven European countries and between children with and without mental health conditions*. Europ Child & Adol Psych; 2021: 1−3.

21. Gross B, Opalka A: *Too many schools leave learning to chance during the pandemic*. Center on Reinvent Public Edu; 2020, https://doi.org/10.1177/23328584211058471.

22. Greenway CW, Eaton-Thomas K: **Parent experiences of home-
** schooling children with special educational needs or disabilities during the coronavirus pandemic**. *Br J Spec Educ* 2020, **47**:510−535.
Reports from 238 parents of children with SENDs in the United Kingdom indicated that parents were dissatisfied with the support and resources received, as it did not meet their child's educational and psychological needs during homeschooling. Additionally, parents did not feel prepared to help their children and believed that school closures will have a negative impact on their child's education and mental health.

23. Smith C: **Challenges and opportunities for teaching students
* with disabilities during the COVID-19 pandemic**. *Int J of Multidisc Persp in High Ed* 2020, **5**:167−173.
The author conducted focus groups with 35 participants to determine challenges and opportunities for teaching students with disabilities in an online instructional environment. The biggest challenges identified were lack of equity which translated to disproportionate access to technology and internet, difficulty providing a more structured environment for students with disabilities, a lack of technology training and resources for educators, and inadequate guidelines surrounding administration of special education procedures online. These identified challenges provide opportunities for collaboration, training, and communication for special needs educators to meet the needs of their students.

24. Padillo GG, Espina RC, Capuno RG, Manguilimotan RP, Calasang VO, Bellete JB: **Functional skills for learners with special educational needs amidst the COVID-19 pandemic**. *Cypriot J of Ed Sci* 2021, **16**:1893−1916.

25. Dickinson H, Smith C, Yates S, Tani M: *The importance of social
** supports in education: survey findings from students with disability and their families during COVID-19*. Disab & Society; 2021:1−23.
Survey data from over 700 respondents explored education experiences during the COVID-19 pandemic. Families reported feeling that they were not progressing at the expected rate and experienced challenges accessing remote education which impacted their mental health and wellness. Findings suggested that social support and interventions offered by schools had stronger learner engagement than educational interventions highlighting the importance of social and emotional support in learning.

26. Dvorsky MR, Langberg JM, Evans SW, Becker SP: **The protective effects of social factors on the academic functioning of adolescents with ADHD**. *J Clin Child Adolesc Psychol* 2018, **47**: 713−726.

27. Breaux R, Dvorsky MR, Becker SP: **ADHD in COVID-19: risk,
* resilience, and the rapid transition to telehealth**. *ADHD Rep* 2021, **29**:1−9.
A review of the existing literature on the positive and negative effects of COVID-19 for children, adolescents, and adults with ADHD showed

that a major educational concern during the COVID-19 pandemic was the disproportionate impact of school closures, lockdowns, and social distancing on students with ADHD. However, some suggest that there may have been some benefits for individuals with ADHD, including opportunities for more flexible schedules during virtual learning and social implications of being removed from bullying.

28. Jones TM, Williford A, Spencer MS, Riggs NR, Toll R, George M, Becker K, Bruick S: **School mental health providers' perspectives on the impact of COVID-19 on racial inequities and school disengagement**. *Child Sch* 2021, **43**:97−106.
*
School-based mental health professionals reported on the differential impact of the COVID-19 pandemic on families and students in K-12 education. Concerning barriers for student learning, a tremendous impact on families was reported overall, and particularly for students experiencing hardship before the pandemic. Mental health professionals reported increased barriers for learning for students of color, which resulted in complete disengagement from school. The authors provide important insights on supporting vulnerable students to prevent a widening of gaps in economic and health indicators.

29. Lipkin M, Crepeau-Hobson F: **The impact of the COVID-19 school closures on families with children with disabilities: a qualitative analysis**. *Psychol Sch* 2022, https://doi.org/10.1002/pits.22706.
*
The qualitative study investigated experiences of parents of children with disabilities impacted by COVID-19 pandemic school closures. The study included parents of children with a range of disabilities, including Autism, Down Syndrome, ADHD, and learning disabilities, totaling 15 participants. Four major themes emerged: school connection, virtual learning, potential impacts for students, and managing change.

30. Supratiwi M, Yusuf M, Anggarani FK: **Mapping the challenges in distance learning for students with disabilities during COVID-19 pandemic: survey of special education teachers**. *Int J of Pedag and Teacher Ed* 2021, **5**:11−18.
*
The study identified challenges faced by special education teachers (SETs) who provided distance learning for children with special needs during the Covid-19 pandemic. A survey method was used by distributing questionnaires via Google Forms to 226 SETs in Indonesia. Descriptive statistical analysis showed the majority of the SETs (66%) reported they had faced barriers and obstacles to distance learning that came from technology, platforms, parents, students, and other teachers.

31. Fish RE, Rangel DE, De Arcos N, Friend O: **Inequality in the schooling experiences of disabled children and their families during COVID-19**. *Disability in the Time of Pandemic* 2023, **13**: 35−153, https://doi.org/10.1108/S1479-354720230000013008. Emerald Publishing Limited.
**
The chapter examines how the COVID-19 pandemic shifted schooling experiences for children with disabilities and how family engagement and support have changed. Further, it examines how race, class, and other demographic factors of inequality impact processes and changes in student outcomes.

32. Silverman MR, Stadterman J, Lorenzi D, Feuerstahler L, Hirsch E, Roy AK: **Parental factors that confer risk and resilience for remote learning outcomes during the COVID-19 pandemic among children with and without attention-deficit/hyperactivity disorder**. *J Atten Disord* 2022, **26**:1381−1393.
*
The study was conducted with 291 parents of children with and without ADHD who completed an online questionnaire assessing whether parental factors such as internalizing symptoms, parenting style, and confidence in abilities to assist with remote learning, affected academic and emotional outcomes (positively or negatively) for children with/without ADHD during the COVID-19 pandemic. Findings revealed that parental factors impacted children's outcomes during the pandemic.

33. Neece C, McIntyre LL, Fenning R: **Examining the impact of COVID-19 in ethnically diverse families with young children with intellectual and developmental disabilities**. *J Intellect Disabil Res* 2020, **64**:739−749.
**
The study examined the impact of COVID-19 in 77 ethnically, linguistically, and socioeconomically diverse families with young children with intellectual and developmental disabilities (IDDs) in California and Oregon. Parents of the children responded to inquiries regarding the impact of the pandemic, available services, positive implications of the pandemic experience, coping during the pandemic, and concerns related to long-term implications of COVID-19. Parents reported that the loss of essential services and being required to be at home were major challenges. Participants also reported time together as a family was a benefit but expressed significant concerns about the long-term impact of the pandemic on their children's well-being and functioning.

34. Dvorsky MR, Breaux R, Cusick CN, Fredrick JW, Green C, Steinberg A, Langberg JM, Sciberras E, Becker SP: **Coping with COVID-19: longitudinal impact of the pandemic on adjustment and links with coping for adolescents with and without ADHD**. *Res on Child and Adol Psychopath* 2022, **50**:605−619.
*
This longitudinal study assessed adolescents' mental health and substance use as well as positive coping strategies during the COVID-19 pandemic and provides important clinical and public policy implications. Utilizing ratings from parents of 238 adolescents ages 15-17 with and without ADHD, the authors demonstrate that adolescents with ADHD are at a heightened risk for experiencing increases in mental health symptoms and substance use throughout the pandemic, when compared to adolescents without ADHD. Additionally, for adolescents with ADHD, use of routines and positive coping strategies served as protective factors against the increase in substance use and mental health symptoms.

35. Yusuf A, Wright N, Steiman M, Gonzalez M, Karpur A, Shih A, Elsabbagh M: **Factors associated with resilience among children and youths with disability during the COVID-19 pandemic**. *PLoS One* 2022, **17**, e0271229.
**
The study sought to identify profiles of functioning during COVID-19 and examine how parenting self-efficacy, access to schooling, and type of diagnosis predicted resilience among children with disabilities. Participants completed an online survey and analysis was conducted to develop later profiles on caregiver-reported changes of 12 domains identified in the study as getting worse, staying the same, or improving. Results showed that although there was a small group that showed improvements, most participants remained in the "stable" or "worsening" group.

36. Nicholas DB, Mitchell W, Ciesielski J, Khan A, Lach LA: **Qualitative examination of the impact of the COVID-19 pandemic on individuals with neuro-developmental disabilities and their families**. *J Child Fam Stud* 2022, **31**:2202−2214.

37. Zhu Q, Cheong Y, Wang C, Sun C: **The roles of resilience, peer relationship, teacher−student relationship on student mental health difficulties during COVID-19**. *Sch Psychol* 2022, **37**:62, https://doi.org/10.1037/spq0000492.

38. Voulgarides C: **Equity, parental/caregiver 'Power,'and disability policy in the US Context**. *Int J Incl Educ* 2021:1−18, https://doi.org/10.1080/13603116.2021.1937345.

39. Fox AM, Lee JS, Sorensen LC, Martin EG: **Sociodemographic characteristics and inequities associated with access to in-person and remote elementary schooling during the COVID-19 pandemic in New York State**. *JAMA Netw Open* 2021, **4**, e2117267.

40. Kombe CL, Mtonga DE: **Challenges and interventions of eLearning for under resourced students amid covid-19 lockdown: a case of a Zambian public university**. *J of Student Aff in Africa* 2021, **9**:23−39, https://doi.org/10.24085/jsaa.v9i1.1426.

41. White A, Liburd LC, Coronado F: **Addressing racial and ethnic disparities in COVID-19 among school-aged children: are we doing enough?** *Prev Chronic Dis* 2021:18.

42. Reeves TC, Lin L: **The research we have is not the research we need**. *Educ Technol Res Dev* 2020, **68**:1991−2001.

43. Easop BA: **Education equity during COVID-19: analyzing in-person priority policies for student with disabilities**. *Stanford Law Rev* 2022, **74**:223.

44. Martin AM, McIntyre LL, Neece C: **Examining the impact of COVID-19 on education and service access for diverse families of young children with and without developmental delays**. *Fam J* 2023, https://doi.org/10.1177/10664807231163261.
**
In a sample of 147 caregivers of children (ages 3 to 9), 111 caregivers of children with developmental delays and 36 caregivers of typically developing youth, authors demonstrated caregivers of children with developmental delays endorsed a greater number of general and education-specific COVID-19 concerns, indicating that transition to virtual learning has a greater impact on caregivers of children with developmental delays. Specifically, these caregivers reported feeling significantly less prepared to conduct educational activities at home and experienced a greater impact from loss and/or delay of services. The authors highlight a crucial need for mental health services for families with young children and especially for caregivers of children with developmental delays.

45.   Suarez-Balcazar Y, Mirza M, Errisuriz VL, Zeng W, Brown JP,
**      Vanegas S, Heydarian N, Parra-Medina D, Morales P, Torres H,
        Magaña S: **Impact of COVID-19 on the mental health and well-
        being of Latinx caregivers of children with intellectual and
        developmental disabilities**. *Int J Environ Res Publ Health* 2021,
        **18**:7971.

In this study, Latine caregivers (n=37) of children with intellectual and
developmental disabilities participated in three interviews throughout
the pandemic. The authors describe qualitative findings from discus-
sions with families about how the pandemic replaced strain on their
economic situation, Latine caregivers of youth with developmental
disabilities described their experience of challenges at home, including
loss of essential educational and developmental services, placing a
burden on underprepared caregivers to support their child's complex
needs, both economically and socially.

46.   Camp AM, Zamarro G: **Determinants of ethnic differences in
        school modality choices during the COVID-19 crisis**. *Educ
        Res* 2022, **51**:6−16.

47.   *Individuals with disabilities education Act, U.S.C. § 300.114 least
        restrictive education (LRE) requirements*. 2017. https://sites.ed.
        gov/idea/regs/b/b/300.114.

48.   Weist MD, Domlyn AM, Collins D: **Enhancing stakeholder
        engagement, collaboration, and family−school−community
        partnerships in school mental health**. In *Handbook of school
        mental health: Innovations in Science and practice 2023*. Cham:
        Springer International Publishing; 2023:145−152, https://doi.org/
        10.1007/978-3-031-20006-9.

49.   Kern L, Weist MD, Mathur SR, Barber BR: **Empowering school
        staff to implement effective school mental health services**.
        *Behav Disord* 2022, **47**:207−219.

50.   Valdez CR, Butler A, Casas JM, Cort N, Guidino O, Isaac P,
        Rodgers CR, Caldwell L, Forman-Alberti A, Chatman A:
        *Addressing the mental health needs of racial and ethnic minority
        youth: a guide for practitioners. APA working group for addressing
        racial and ethnic disparities in youth mental health*. American
        Psychological Association; 2017.

51.   McDaniel SL, Pietrantoni Z, Chen SY: **Supporting students with
        disabilities in transition: collaboration between school coun-
        selors and special educators**. *Inclusive Pedagogical Practices
        Amidst a Global Pandemic: Issues and Perspectives Around the
        Globe* 2022:177−193 [Springer International Publishing].