# EXHIBIT 8
# Video Exhibit